# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| KRIK v. BP AMERICA, INC. et al | PA-ED No. 11-CV-63473 *Trans from IL-N Case No. 10-07435* |

Plaintiff's Revised Statement of Expert Witness Reports 10/19/2011

Plaintiff submits written reports from the following expert witnesses.  Their reports and Rule 26(a)(2)(B) disclosures are attached as exhibits.  Plaintiff reserves the right to submit additional reports in rebuttal or for other good cause.

1. Retained Experts:
   a. Arthur Frank
   b. Frank Parker
   c. Arnold Brody
   d. Joseph Ferriter
   e. William LaPointe
   f. Materials Analytical Services, Inc. (List of prior testimony, compensation statement and signature page to be supplied. Attachments too large for PACER - separately mailed.)
   g. Barry Castleman (signature page to be supplied)
   h. Stan Smith
   i. Dale Edwards

2. Non-retained Experts:
   a. Nafisa D. Burhani, MD (oncologist)
   b. Luke Cho, MD (urologist)

Dated: 10/19/11
Prepared by:

Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600



**School of Public Health**

**Arthur L. Frank, M.D., Ph.D.**
Professor of Public Health
Chair, Department of Environmental and Occupational Health

September 16, 2011

Robert G. McCoy, Esq.
Cascino Vaughan Law Offices
220 South Ashland
Chicago, IL 60607-5308

RE:     Charles Krik

Dear Mr. McCoy:

I am in receipt of records in the case of Mr. Krik and have been asked by you to review them and render my judgment regarding any evidence of an asbestos-related disease.

The materials sent me include records of Joliet Oncology Hematology, St. Joseph Hospital, Morris Hospital, Drs. Tomas, Schonfeld, and records of Patel and Choe. I also received two depositions of Mr. Krik's a summary of his occupation, answers to interrogatories and requirements for my report.

Mr. Krik served in the United States Navy where he was exposed to asbestos-containing pipe covering. He also worked as a pipefitter and was exposed to asbestos-containing insulation, gaskets and packing. He worked in a variety of settings.

He was a smoker up until 1982.

In November 2008, after there was a finding of a lesion in his left lung, Mr. Krik underwent a thoracotomy and lobectomy which revealed that he had developed an adenocarcinoma of the lung. An additional finding was that of pleural plaque formation. The cell type found in his lung was different that his previous penile cancer.

Radiologic exams corroborate the finding pleural changes in the lung.

Based upon my review of the materials sent me, it is my opinion, held with a reasonable degree of medical certainty, that Mr. Krik developed two asbestos-related conditions. First I believe he developed pleural asbestosis characterized by both the radiographic and pathologic findings. Secondly, and more importantly Mr. Krik developed an adenocarcinoma of the lung that was caused by his exposures to asbestos, in combination with his habit of cigarette smoking. The cumulative exposures he had to asbestos, from any and all products, containing any and all fiber types, would have contributed to his developing these two conditions. The scientific literature clearly documents that both asbestos and smoking, independently, can lead to the development of lung cancer, but it also well documented that the addition of asbestos on top of cigarette smoking greatly increases the risk of developing lung cancer, far beyond that of cigarette smoking alone.

Mail Stop 1034, 1505 Race Street, Bellet Bldg., 13th Fl., Room 1329, Philadelphia, PA 19102 ■ TEL 215.762.3930  FAX 215.762.8846  EMAIL alf13@drexel.edu

www.drexel.edu

      The hazards of asbestos have been known for more than a century, and the work of Merewether and Price in 1930 documents that asbestos was a hazard and that individuals should be protected from exposures. There are numerous studies from throughout the world regarding the development of asbestos-related non-malignant disease, as well as lung cancer.

      Should you have any questions about this matter please feel free to contact me.

Sincerely yours,

*Arthur L. Frank*

Arthur L. Frank, M.D, Ph.D.
ALF/tmc

**Statement re Federal Rule 26(a)(2) reports for Cascino Vaughan Law Offices**

1. Arthur L. Frank, MD, PhD makes this statement regarding all opinion reports prepared in cases for the Cascino Vaughan Law Firm, which are part of Federal Multidistrict Litigation 875.

2. I hold an MD from the Mount Sinai School of Medicine, awarded in 1972, a PhD in Biomedical Sciences from the City University of New York, awarded in 1977, and have studied asbestos-related diseases for more than four decades. My professional history, publications, and other background matters are stated in my Curriculum Vitae, which is attached as Exhibit A.

3. I have participated in medical-legal matters regarding asbestos for more than three decades.

4. I have been deposed more than one thousand times, and have been a witness at trial more than one hundred times. Cases in which I have previously testified, including those within the past four years, are listed as Exhibit B. My current charge for medical-legal work of all types is $400/hour.

5. I have reviewed thousands of scientific articles on the subject of asbestos. These span a time frame from the late 1800's until 2011. Depending on the matter at hand, I will cite specific literature to support my opinions. The materials I rely upon include the paper by Merewether and Price (1930), Hueper's book (1942), Selikoff's book (1978), and selected papers from three asbestos monographs of the New York Academy of Sciences (1965, 1979,1991). I have personally published on asbestos-related matters and will rely on those publications as well,. The publications are listed in my CV (Exhibit A).

6. Examples of my testimony, opinions, and materials relied upon about the history of asbestos literature can be found in the trial testimony in *Reynolds v. Amchem Products, Inc., et al.* New York Supreme Court for Niagara County No. 117820, which is attached as Exhibit C.

Dated: _September 16, 2011_

_Arthur L. Frank md_

Arthur L. Frank

# CURRICULUM VITAE

| | |
|---|---|
| **NAME** | Arthur L. Frank, MD, PhD |
| **DATE AND PLACE OF BIRTH** | June 9, 1947; USA |
| **CITIZENSHIP** | United States of America |
| **MARITAL STATUS** | Married with three children |
| **OFFICE ADDRESS** | Drexel University<br>School of Public Health<br>245 N. 15th Street, Mail Stop 1034<br>Philadelphia, PA  19102-1192<br><br>(For UPS & FedEx use 1505 Race Street, 13th Floor, Bellet Bldg.<br> Philadelphia, PA  19102) |
| **HOME ADDRESS** | 1216 Yarmouth Road<br>Wynnewood, PA  19096 |
| **TELEPHONE** | (215) 762-3930 Office<br>(215) 762-8846  Fax<br>(610) 642-1785  Home<br>(877) 549-0845  (Pager)<br>e-Mail: alf13@drexel.edu |
| **EDUCATION** | |
| College | State University of New York at Buffalo<br>Buffalo, NY  14214<br>1964-1968, BA, May 31, 1968<br>Major:  Anthropology |
| Medical School | Mount Sinai School of Medicine<br>of the City of New York<br>New York, NY  10029<br>1968-1972, MD, June 4, 1972 |

**EDUCATION** (continued)

Graduate School                    The City University of New York
                                   Biomedical Sciences Doctoral Program
                                   Mount Sinai Medical Center
                                   New York, NY  10029
                                   1971-1977, PhD, June 2, 1977
                                   Thesis Title:  Quantitation of Asbestos-
                                   Induced Hyperplasia in Hamster Trachea
                                   Epithelium Maintained in Organ Culture

**INTERNSHIP AND RESIDENCY**
Straight Medical Internship, Internal Medicine Residency, Mount Sinai
 Hospital, New York, NY, 1972-1973, 1975-1977
Occupational Medicine Residency, 1975-1977, Mount Sinai

**MILITARY SERVICE**
Commissioned Officer (Active), United States Public Health Service
 Rank: SA Surgeon (03) 1973-1975
 Lung Cancer Branch, DCCP, National Cancer Institute, National Institutes
  of Health, Bethesda, MD 20014
 Member, Inactive Reserve, 1975-2010.  Permanent Rank: Surgeon (04)
 Active Duty (variable), 1992-1994.  Temporary Rank: Medical Director (06)

**HONORS AND AWARDS**
College - BA, Cum Laude, with High Honors in Anthropology, 1968
Medical School - National March of Dimes Award, 1971
Residency - Chairman's Award-Department of Medicine, Mount Sinai Hospital, 1977
Graduate School - Sigma Xi, 1977
Horowitz Memorial Award of the Mount Sinai School of Medicine, 1983.
Educator of the Year Award, Association of Teachers of Preventive Medicine
 (First Annual Award), 1987
University of Kentucky Faculty Grant Award, 1988-91 (Awarded to top 20% of
 University-wide faculty)
Honorable Order of Kentucky Colonels (3)
Senior Associateship, National Academy of Science, 1990-91 (NIOSH)
Honorary Ambassador of Labor, Labor Secretary, Commonwealth of Kentucky, 1992
BRASH 1994 Chaos and Strange Attractor Award
Topperman Professorship-The University of Texas Health Center at Tyler 1994-2002
Arthur L. Frank, M.D., Keynote Lectureship, UTHCT 2002
Marcus Key Lecture, TOMA, 2003
American College of Preventive Medicine Distinguished Service Award, 2/2004
Sappington Lectureship, American College of Occupational and Environmental Medicine, 5/2005
Canadian Board of Occupational Medicine Lectureship,  06/2006
Hygeia Society-Drexel University School of Public Health,  2009
Presidential Volunteer Service Gold Award,   2010
Honorary "Duke of Hazard", 2011

**CERTIFICATION & LICENSURE**
National Board of Medical Examiners, 1973 [Certification No. 123394, 7/2/73]
Kentucky State License, MD, #22985 [9/29/83]
New York State License, MD, #116288 [7/2/73]
Maryland State License, MD, Certificate D16595 [5/17/74]
Diplomate, American Board of Internal Medicine [#58896, 9/13/78]

Diplomate, American Board of Preventive Medicine  (Occupational Medicine)
 [#21574, 11/26/79]


**EDUCATION** (continued)

Texas State License [Distinguished Professor's License issued 12/28/94]
(Converted on 3/2/96 to unrestricted Texas License J9855)
Pennsylvania State License, MD, #418954 [3/20/02]

**ACADEMIC APPOINTMENTS**

<u>Professor of Public Health</u>, Department of Environmental and Occupational Health, Drexel University School of Public Health 2002 to Present (tenured)

<u>Professor of Medicine</u>, Drexel University School of Medicine (Secondary), 2002 to present

<u>Sam Topperman Professor of Medical Education; Professor of Occupational and Environmental Medicine; Professor of Cell Biology and Environmental Sciences</u>
University of Texas Health Center at Tyler
1994-2002

<u>Adjunct Professor</u>
Department of Preventive Medicine and Community Health
The University of Texas Medical Branch at Galveston
1995-present

<u>Clinical Professor</u>
Department of Medicine
The University of North Texas Health Science Center at Fort Worth
1997-Present

<u>Clinical Professor</u>
Department of Occupational Medicine
University of Texas Health Center at Tyler
3/2004 - Present

<u>Adjunct Graduate Faculty</u>
Stephen F. Austin State University
Nacogdoches, Texas
1997-2002

<u>Adjunct Faculty</u>
US Air Force School of Aerospace Medicine
Brooks AFB, TX
2001 - Present

<u>Professor</u>
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine
1983-1994

<u>Member, Graduate Faculty</u>
Graduate School
University of Kentucky

1987-1994

**ACADEMIC APPOINTMENTS** (Continued)

<u>Member, Graduate Center for Toxicology</u>
University of Kentucky
1988-1994

<u>Associate Member</u>
Appalachian Center
University of Kentucky
1989-1992

<u>Instructor, Assistant Professor, Associate Professor</u>
Department of Community Medicine (Environmental Medicine)
Mount Sinai School of Medicine
1977-78, 1978-82, 1982-83

<u>Instructor</u>
Department of Medicine
Mount Sinai School of Medicine
1978-1983

<u>Member, Graduate Faculty</u>
City University of New York
Biomedical Sciences Program
1980-1983

**ADMINISTRATIVE APPOINTMENTS**
<u>Chairman</u>
Department of Environmental and Occupational Health
Drexel University School of Public Health
2002 - Present

<u>Vice President for Medical Education</u> (title change as of 2/99)
Associate Director for Medical Education (1994-1999)
University of Texas Health Center at Tyler
1999-2002

<u>Ethics Officer</u>
University of Texas Health Center at Tyler, 1998- 2002

<u>Center Director</u>
Southwest Center for Agricultural Health, Injury Prevention
and Education. 1995-2001, Renewed 2001

<u>Medical Director</u>
Lake Country Area Health Education Center
The University of Texas Medical Branch at Galveston
1995-2002

<u>Chairman</u>
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine
1983-1994

**ADMINISTRATIVE APPOINTMENTS** (Continued)

Director
Occupational Medicine Residency Program, 1984-1994
General Preventive Medicine Residency Program, 1984-1989
Department of Preventive Medicine and Environmental Health
University of Kentucky College of Medicine

Principal
Behavioral Research Aspects of Safety and Health Working Group (BRASH)
1984-1994

Director of Graduate Studies, Master of Science in Public Health Degree Program
1987-1994, University of Kentucky Graduate School

Deputy Director
Southeast Center for Agricultural Health and Injury Prevention 1992-1994

Scientific Administrator
Environmental Sciences Laboratory
The Mount Sinai School of Medicine
1981-1983

Director
Residency Programs in Community Medicine, 1977-1981
The Mount Sinai School of Medicine

**HOSPITAL APPOINTMENTS**
Attending Staff and Chief of Service
University Hospital, University of Kentucky Medical Center
  1983-1994
Consultant Appointment, Veterans' Administration Hospital
  Lexington, Kentucky

Courtesy Staff Appointments
Middlesboro ARH 1985-1994
Hazard ARH 1985-1994

Assistant Attending
Mount Sinai Hospital
New York, NY  10029
1982-83
Senior Clinical Assistant, 1978-1982
Clinical Assistant, 1977-1978

**FELLOWSHIPS AND MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**
American Association for the Advancement of Science, 1972-Elected to Fellowship, 1996
American College of Physicians, Fellow
American College of Preventive Medicine, Fellow, Occupational Medicine Regent, 1997-1999,
Chair, CME Committee, 1997-present, Board of Directors, American Journal of Preventive
Medicine, 1999-2003, Secretary - Treasurer, 2000 - 2004
American Public Health Association
American Thoracic Society
Association of Teachers of Preventive Medicine; Secretary, 1981-84; Board of

Directors, 1987-90, Education Committee, 1992-1994
**FELLOWSHIPS AND MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS** (Continued)

Association of Teachers of Preventive Medicine Foundation, Inc.; Board of
  Directors, 1981-84
New York Academy of Sciences, Life Member
Society for Occupational and Environmental Health, Founding Member; Governing
  Council, 1992-1994, Vice-President 1998-2000
American College of Occupational and Environmental Medicine
Collegium Ramazzini, Executive Board 2002-2006
International Society for Preventive Oncology
Kentucky Occupational Safety and Health Network, Founding Member; Board of
Directors, 1986-94; Executive Board, 1991-94; Secretary, 1992-93;
  President-Elect, 1993-94
National Occupational Safety and Health Education Association, Founding Member, 1989
  Chair, 1990-91
Farm Safety for Just Kids
British Occupational Hygiene Society
Sigma Xi, Life Member
Texas Council on Agricultural Safety and Health, President 1999 – 2001
College of Physicians of Philadelphia 2002 -, elected to Fellowship, 2005


**TEACHING ACTIVITIES**

Course Coordinator, Occupational and Environmental Medicine, Georgetown University School of
Medicine, 1975
Division of Industrial Safety, District of Columbia Industrial Safety Board, Washington, DC 1974,
1976
Page and William Black Post-Graduate School of Medicine, Mount Sinai Medical Center, 1977-82
Continuing Education, Mount Sinai Hospital Department of Nursing, 1976-78
Hahnemann Medical School, 1978-82
Hahnemann Hospital, 1980
University of Pennsylvania School of Medicine, 1979
University of Medicine & Dentistry of New Jersey, 1979-1981
Senior Medical Consultants, 1979-83
Practicing Law Institute, 1980-85
State University of New York at Buffalo, 1980-81
State University of New York at Stony Brook, 1981-82
IBM/University of Kentucky EXCEL Program, 1985-89
University of Kentucky Annual Family Medicine Review (Continuing Medical Education), 1985-86,
1993
University of Kentucky Annual Physician Assistant Review, 1987
University of Kentucky College of Engineering, Continuing Education 1984-89, 1994
University of Louisville College of Medicine, 1986-87, 1991
Bay State Medical Center, Springfield, Massachusetts, 1988
Preceptor, William Osler Program, UK Medical Center, 1988-1994
American College of Preventive Medicine, Board Review Course, 1989, 1990
EPOCH Awardee, NIOSH, 1989-91
St. Elizabeth's Hospital, Edgewood, KY, 1991, 1992, 1993, 1994
University of Texas Health Center at Tyler, Tyler, TX, 1993
Beijing Medical University, Beijing, People's Republic of China, 1993, 1995
Methodist Hospital, Indianapolis, IN, 1993
American Occupational Health Conference, Chicago, IL, 1994
Forum Program, Donovan Scholars Program, University of Kentucky, 1994
Kentucky Thoracic Society, 1994 (L. E. Smith Lectureship)

Southern Agromedicine Consortium, Keynote Luncheon Address, 1994
**TEACHING ACTIVITIES** (Continued)

Kentucky School Board Insurance Trust, 1994
Qingdao Sanitation and Anti-Epidemic Station, 1995
School of Public Health, University of Texas, Houston, 1995
School of Public Health, University of Texas, San Antonio, 1997
Qingdao University School of Medicine, Qingdao, PRC, 1997
Ain Shams University Institute of Postgraduate Studies, Cairo, Egypt, 1998
UTMB, Course on Occupational Medicine, Galveston, 1999, 2000, 2001
Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000
UTMB, Department of Family Practice, Galveston, Texas, 2000, 2001,2002
UT Southwestern Public Health Program, Dallas, Texas 2000
UNTHSC, Fort Worth, Texas, 7/2001
Air Force School of Aerospace Medicine, Brooks AFB, TX 2/02, 2/03, 6/06
GI Conference, Drexel 2/03
Pulmonary Conference, Drexel 2/03, 5/03


**CONSULTANCIES AND RELATED ACTIVITIES**

Consultant, George Washington University School of Medicine, Science Communication Division, 1976-78
Consultant, Environmental Protection Agency; Ad Hoc Committee for the in-vitro study of fibrous amphiboles, 1977
Consultant, DHEW Committee to Coordinate Toxicology, Subcommittee on Asbestos, 1978
Consultant, State University of New York at Stony Brook, School of Medicine, Department of Community Medicine, 1980
Consultant, National Academy of Sciences Committee on Indoor Air Pollution, 1981
Invited Participant, Conference on Vision Effects of VDT Use, National Academy of Sciences, 1983
Ad Hoc Grant Reviewer, Health Resources Administration, Division of Medicine, Study Section on Environmental Medicine Curriculum Development Grants, 1979; Preventive Medicine Residencies, 1980, 1983, 1988, 1991
Site Visitor, National Institute for Occupational Safety and Health, 1983-91
Editorial Board, *American Journal of Industrial Medicine, Environmental Research, Journal of Community Health, Toxicology and Industrial Health, Cancer Detection and Prevention, International Journal of Occupational Medicine and Toxicology, International Journal of Hygiene and Environmental Health, etc.*
Article Reviewer, *Journal of the National Cancer Institute, Journal of the American Medical Association, Journal of Environmental Pathology and Toxicology, Science, American Journal of Public Health, The American Statistician, Journal of Occupational and Environmental Medicine, Archives of Environmental Health, Southern Medical Journal, Law and Social Inquiry, Occupational and Environmental Medicine, American Journal of Preventive Medicine, Archives of Internal Medicine, etc.*
Associate Editor, Environmental Health Section, *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 12th Edition, 13th Edition
Advisor, New York City Health Systems Agency Task Force on Environmental Health, 1979
Member, Environmental Health Committee, New York City Health Systems Agency, 1979-80
Member, New York Lung Association Committee on Occupational Hazards to the Lung, 1977-78
Consultant, University of Arizona College of Medicine, Department of Family and Community Medicine, Project on Incorporation of Preventive Medicine into Family Practice, 1985-86
Consultant, Occupational Cancer Project, Workers Occupational Health Clinic, Cincinnati, Ohio, 1985-87
Member, NIOSH Study Section for Occupational Safety and Health, 1985-89;Chairman, 1988-89
Consultant, Labor Cabinet, Commonwealth of Kentucky, 1987-1994
Member, National Board of Medical Examiners, FLEX Examination Committee, 1985-91; NBME

8

Pulmonary Medicine Subcommittee, 1989-91; USMLE Content Reviewer, 1994
**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Consultant, Toyota Motor Manufacturing, USA, Inc., 1986-1994
  -1988 Acting Medical Director
Member, Steering Committee, National Conference on Residencies in Occupational Medicine, 1988
Chair, Association of Occupational Medicine Residency Directors, 1988-1989
Grant Reviewer, Arizona Disease Control Research Commission, 1988-2003
Consultant, Ashland Oil, Ashland, Kentucky, 1988-1994
Member, Advisory Board Center for Applied Energy Research, University of Kentucky, 1990-1995
Member, Board of Directors, Occupational Physicians Scholarship Fund, 1988- present
Consultant, Urgent Treatment Center, Lexington, Kentucky, 1989-1994
Consultant, NIOSH Review of Document on Workplace Screening, 1990
Consultant, Natural Resource and Environmental Protection Cabinet, Commonwealth of Kentucky, 1990-1994
Consultant, Island Creek Corporation, 1990-1993
Member, NIOSH Board of Scientific Counselors, 1992-1996
Presenter, International Conference on Exposure to Carcinogens and Mutagens in  the Industrial and Ambient Environment, "Issues of Asbestos Carcinogenicity".  Jerusalem, Israel, January 30, 1992.
Member, Environmental Board, Commonwealth of Kentucky (Appointed by the Governor), 1991-95
Presenter, Ohio AFL/CIO Worker's Compensation Institute, "The Role of the Primary Care Physician in Occupational Disease".  Akron, Ohio, March 1992.
Presenter, (20th Anniversary Class Representative) Alumni Day Program, Mt. Sinai School of Medicine, "The Mt. Sinai-Kentucky Connection".  New York, NY April 11, 1992.
Presenter, NIOSH Grand Rounds, ALOSH, Morgantown, WV, 1992.
Associate Editor, *Mosby Year Book of Occupational and Environmental Medicine*, 1992-94, Co-Editor-in-Chief, 1995-98
Guest Editor, Memorial Volume of *Environmental Research* honoring Dr. Irving J. Selikoff, 1992
Consultant, Qingdao Hygiene and Anti-Epidemic Station, Qingdao, Shandong Province,1993-2003
Guest Professor, Beijing Medical University, Peoples Republic of China, 1993-1996
Presenter, From Rio to the Capitals:  State Strategies for Sustainable Development, May 25-28, 1993, Louisville, KY
Presenter, State of Ohio Workers Compensation Program, 1993
Presenter, Kentucky Laborer's Union Asbestos Training Program, 1993
Presenter, Collegium Ramazzini Scientific Session, 1993, Session Co-Chair
Kentucky Nominee, Technical Oversight Committee, Southern Appalachian Mountain Initiative, 1993
Consultant, EPA Panel on the Use of Genetic Monitoring for Risk Assessment in Communities Exposed to Hazardous Waste, University of Texas Medical Branch at Galveston, 1994
Member, Residency Advisory Committee, U.S. Air Force Residency Program in Occupational Medicine, Brooks Air Force Base, San Antonio, TX, 1994-
Advisory Board Member, "Cost-effective Medicine Reports", Mosby Publishing Co. 1994-1996
Presenter, Collegium Ramazzini Scientific Session, Carpi, Italy, October 29, 1994
Advisory Board Member, BRASH (Behavioral Research Aspects of Safety and Health) Working Group, University of Kentucky, 1994-
Presenter and Session Chair, SOEH Conference on Tuberculosis in the Workplace. December 1-2, 1994, Washington, DC
Presenter, Andrews Publications Seminar on Asbestos-Related Diseases, Houston, TX March, 1995
Presenter, Bar Ilan University, Israel, March 1995
Presenter, Hadassah Medical School, Israel, March 1995
Presenter, 1st International Congress of the Minia School of Medicine, Minia, Egypt April, 1995
Program Participant, Kentucky Governor's Safety and Health Conference, Louisville, KY

April, 1995
Member, Advisory Board, Southwest Center for Occupational and Environmental Health, Houston, Texas, 1995-1998.

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Consultant, Texas Medical Association, Council on Medical Education, 1994-2002.
Subcommittee on Accreditation, 1995-2001, Chair for 1997-2001, CME Committee, 1997-2001.
Presenter, Occupational and Environmental Respiratory Disease Course, The University of Texas School of Public Health, Houston, TX 1995.
Presenter, Departmental Seminar, The Department of Preventive Medicine and Community Health, The University of Texas Medical Branch, Galveston, Texas 1996.
Presenter, Second International Conference of Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic 1995.
Session Chair, Annual Meeting of the Society of Occupational and Environmental Health, Bethesda, MD. Dec-6-8, 1995.
Member, Advisory Board, Lake Country AHEC, 1995-2002. Board chair, 1996-1997.
Member, Advisory Board, NIEHS, Toxicology Center, UTMB, 1996-2002
Session Chair and Rapporteur, Third Annual NIOSH Agricultural Health and Safety Conference, Iowa City, Iowa, March, 1996.
Seminar Program Chair, AOHC, San Antonio, Texas, ACOEM 1995-96.
Alumni Day Centennial Program, Mount Sinai Medical Center, New York, NY. April 13, 1996.
Speaker and Session Co-chair, The 6th International Conference on "Preservation of our World in the Wake of Change", Jerusalem, Israel, June, 1996.
Speaker, VIII Inhaled Particles Meeting, Cambridge, England, August, 1996.
Presenter, Collegium Ramazzini Scientific Session, Carpi, Italy, October 27, 1996.
Member and Chair, Residency Advisory Committee, Occupational Medicine, University of Texas Medical Branch, Galveston, Texas 1997-
Member, University of Texas System Master Planning Organization and Task Force for Distance Learning and the Virtual University, 1997.
Member, Advisory Board, Texas A&M University Rural School of Public Health, College Station, Texas, 1997-2002
Presenter, TOMA meeting, Houston, Texas, March 14, 1997
Presenter, Environmental Information Association, New Orleans, Louisiana, March 25, 1997
Presenter, The University of Texas Medical Branch, Galveston, Texas, April 18, 1997
Member, University of Texas Telehealth Committee, 1997-2002
Presenter, ACOEM, AOHC Session, Orlando, Florida, May 12, 1997
Regent, Occupational Medicine, American College of Preventive Medicine, 1997-1999
Presenter, Qingdao Municipal Hospital, Department of Radiology, June, 1997
Presenter, Research in China, Directors Associates. Tyler, June, 1997
Presenter and Session Co-Chair, Collegium Ramazzini meeting, Carpi, Italy October, 1997
Presenter,  Medical Education Grand Rounds, Mount Sinai School of Medicine, Nov.,1997, New York, NY.
Member, Shared Student Information Systems Committee, U.T. System, Austin, Texas, 1997-98.
Member, Shared Administrative Support Systems Committee, U.T. System, Austin, Texas, 1997-1998
Member, Texas Council for Agricultural Safety & Health 1997-Chair-elect, 1997-99.
Presenter, "Children in the Workplace", presented at the Annual Ain Shams University Institute of Child Studies Conference, Cairo, Egypt, March, 1998.
Presenter, Texas Academy of Mathematics and Science, University of North Texas, Denton, "Medical Sleuthing:  Environmental Toxins", 4/13/98
Grand Rounds Presenter, Presbyterian Hospital of Dallas, Environmental Toxins, April 29, 1998
Member, International Scientific Advisory Committee Third International Conference on Environmental Mutagens in Human Populations, 1998
Member, Telehealth Steering Committee Working Group on Education/Community Networks/ Libraries, Telecommunications Infrastructure Fund Board, Austin, TX 1998-1999

Presenter, AHEC-SW, Texarkana, Arkansas Conference on Respiratory Therapy. "Occupational Lung Cancer" and "Occupational and Environmental Lung Disease Case Studies", Texarkana, Arkansas 8/28/98.

**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Presentation, First Annual TCASH Scientific Conference, Fort Worth, Texas, 10/16/98.

Presentation on Childhood Agricultural Hazards at Collegium Ramazzini meeting, Carpi, Italy, 10/25/98.

Consultant, Medical Communities Project, Environmental Protection Agency, Washington, D.C., 1998-99.

Two presentations for the Third International Conference on Environmental Mutagens in Human Populations, November-December, 1998, Thailand.

Presenter, TAMS Senior Seminar, 2/1/99.

Presenter, East Texas Council on World Affairs, Tyler, Texas, 2/8/99.

Presenter, Prevention '99, ACPM Session on Preventive Medicine, 3/20/99.

Presenter, Texas Occupational Medicine Association meeting, Dallas, Texas, 5/7/99.

Panelist, East Texas Minority Health Network Conference, Tyler, Texas, 6/3/99.

Presenter, 7th International Conference of the Israel Ecology Society, Jerusalem, Israel, June, 1999.

Presenter, UT Houston School of Public Health Course on Occupational Medicine for the Primary Care Practitioner, Houston, 9/25/99.

Invited Presenter, Committee on Work and Industry, Chamber of Deputies, Brasilia, Brazil, 9/29/99.

Presenter and Session Chair, Collegium Ramazzini, Oct. 1999, Carpi, Italy.

Chair, International Scientific Advisory Committee of the Selikoff Center, Ra´anana, Israel,1999-

Presenter, Texas Academy of Mathematics and Science, Denton, 1/31/00.

Presenter, Pediatrics Grand Rounds, UTHCT, Tyler, Texas, 2/17/00.

Consultant, Qingdao Centers for Disease Control and Prevention, Qingdao, PRC, 2000-

Session Chair, NYCASH Meeting on Agricultural Safety and Health, Cooperstown, 2000.

Site Visitor, NIEHS, 2000.

Guest Consultant, Annual Review of Public Health, Palo Alto, 2000.

Award Recipient, Guest Speaker, ACCME, Chicago, 2000.

Presenter: TMA CME Conference, June, 2000.

Presenter and Conference Planning Committee:  International Cancer Conference, Grand Rapids, MI, 9/2000.

Presenter:  Pulmonary Program, UTHCT, 9/2000.

Presenter:  Collegium Ramazzini, Carpi, Italy 10/2000.

Presenter, Session Chair and Conference Planning Committee:  ISPO Conference Geneva, November, 2000.

Presenter and Session Chair:  Indian Association of Occupational Health Conference, New Dehli, 2/01.

Presenter:  Industrial Toxicology Research Center, Lucknow, India, 2/01.

Member, Editorial Board, Annual Review of Public Health, 2001 - 2005.

Presenter:  Allen Cohen Memorial Lecture, Tyler, Texas, 4/5/01.

Presenter: UTHCT Grand Rounds, 4/6/01.

Presenter: Grand Rounds, Family Practice, UTMB, Galveston, Texas 7/11/01.

Presenter: UTHSC, Grand Rounds, Internal Medicine, Fort Worth, Texas 7/8/01.

Member:  Physicians Panel Member, State Claims Assistance Program, Department of Energy, 10/01 -2004.

Medical Director: Amarillo Health Council, 2001 -

Co-Moderator, Institute of Water Quality, ACPM Meeting, San Antonio, TX, 2/02.

Presenter, East Texas Council on World Affairs, 3/02.

Presenter: Scientific Program, Alumni Day (30th class year representative), Mount Sinai Medical Center, 4/6/02.

Presenter: TAMS Program UNT, Denton, Texas 4/8/02.

Presenter: University of Texas at Tyler School of Nursing, 4/15/02.

Presenter and Chair:  New York Academy of Sciences, Mesothelioma Program, 4/25/02.

Presenter:  Occupational Medicine Program, UTHCT, 6/02.
Presenter, UTMB, Occupational Medicine Residency Program, 7/02.
Session Chair, Collegium Ramazzini Meeting, Bologna, Italy, 10/02.
**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Member, State Advisory Committee on Environmental Health Tracking, PA 11/02 –
Member, Advisory Committee, Dept. of Env. Protection, Harrisburg, PA 2003-
Drexel University SESEPS Seminar 12/02
Drexel University SPH Grand Rounds 12/02
Air Force School of Aerospace Medicine 02/03
GI Conference, Drexel 02/03
Pulmonary Conference, Drexel 02/03, 05/03
Presenter: University of Pennsylvania Residency Program in Occupational Medicine, 03/03, 3/05,
       4/06
George Washington University Seminar, 04/03
Marcus Key Lecturer, TOMA Meeting 04/03
Consultant, Waste Management Corporation 04/03-
Presenter: ACPM Water Conference, Washington, DC, 06/03
Presenter: UTMB, Galveston, TX    07/03
Presenter: Fox Chase Cancer Center, 09/16/03
Presenter: APHA, 11/03, San Francisco
Moderator: ACPM National Teleconference on Pediatric Environmental Health, 5/04
Member:  Environ. Justice Advisory Comm., Dept. of Environ. Protection, Harrisburg, PA, 2004-
2008, Chair – 2006 -
Presenter:  Harris Martin Conference, San Francisco – Manganese, 6/15/04
Presenter:  UTHCT – Occupational Lung Disease 6/26/04
Presenter: UTMB – Occupational Cancers, Occupational Lung Disease, The History of
Occupational Medicine 7/7/04, 7/5/06
Presenter:  Graduate School of Public Health, Pittsburgh, Asthma Seminar 8/10/04
Presenter:  Drexel SPH – Agriculture and Public Health, Faculty Seminar  8/13/04
Presenter:  PCIEP Program 9/04
Session Chair and Discussant:  Olin Seminar on Environ. Justice, Drexel University, 10/04
Presenter:  Collegium Ramazzini Annual meeting, Carpi, Italy, 10/04
Presenter:  UCLA MD/PhD Program, 11/04
Presenter:  Qingdao Centers for Disease Control and Prevention, Qingdao, P.R. China
Presenter:  Asbestos Conference, Tokyo, Japan, 11/04
Presenter:  Pulmonary Conference, Hahnemann Hospital, 1/05
Member:    Institute of Medicine Committee, Gulf War and Health, 2005-2006
Presenter:  Post Graduate Occ. Med. Programs, New Delhi, India 3-4/05, 5/06
Presenter:  Department of Labor Conference, Washington, DC  4/05
Presenter:  Sappington Lecture, ACOEM, Washington, DC, 05/05
Presenter:  US School of Aerospace Medicine, San Antonio, TX, 05/05, 06/06
Presenter:  Nahariya Hospital, Israel, Lecture on asbestos 05/05
Presenter:  University of Paris France, 6/1/05 Lectures on occupational cancers and asbestos
Presenter:  AAMC Meeting on MD/MPH Programs, Chicago, IL, 6/27/05
Presenter:  UTMB, Galveston TX, 7/5 and 7/6/05 (Grand Rounds, Residency Program)
Session Chair:  Collegium Ramazzini Conference, Living in a Chemical World, Bentivolgio, Italy
       9/19/05
Presenter:  Institute of Public Health, Iasi, Romania, Keynote Address 09/22/05, Address
       9/23/05
Presenter:  14th Brazilian Congress of Toxicology, Recife, Brazil 10/10/05
Presenter:  Beijing Forum (2005) Beijing, P.R.C.  11/19/05
Member:    ACGME Appeals Panel for Preventive Medicine, 2006 – 2012
Presenter:  EPA Public Hearing on Air Pollution Criteria, Representing ATS, 3/8/06
Presenter:  UMDNJ, 03/06

Session Chair: Asbestos Program, ADAO, 4/1/06
Member:  Delaware River Basin Commission, Toxics Advisory Committee 2006-2009.
Presenter:  Maulana Azad Medical College, New Delhi, 05/06
**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Presenter: Occupational and Environmental Medical Association of Canada, Toronto, CBOM Memorial Lecture 06/06
Presenter:  Summer Public Health Institute, Iasi, Romania 7/06
Session Chair and Presenter:  Asian Asbestos Conference, Bangkok, Thailand 7/06
Presenter:  Business Exchange Breakfast, Philadelphia, 10/17/06
Session Chair and Presenter:  Collegium Ramazzini Meeting, Capri, Italy 10/29/06
Presenter:  PCOEM, 11/06
Presenter:  Asbestos Conference, New Delhi, India, 12/06 and Continuing Education Conference, New Delhi, 12/06
Presenter: State University of New York at Stony Brook, Occupational Lung Diseases, 12/06
Presenter:  PCOM, Internal Medicine Group, 1/07
Participant:  AAD Program, Drexel University School of Public Health, 3/31 – 4/1/07
Lecture:  Physician Assistant Course, Drexel 04/07
Lecture:  ACOEM Program, New Jersey, Asbestos, 5/1/07
Presenter:  Environmental Mutagenesis Conference, Turkey, 05/22/07
Presenter:  Drexel School of Public Health Program, Asbestos, 6/1/07
Presenter:  Occupational Medicine Course, Maulana Azad Medical College, New Delhi, India, 06/07
Presenter:  UTMB, Galveston, 7/07
Member and Chair:  Ad hoc Committee to assess Liver Cancer in Bexar County Texas, San Antonio,  08/07- 12/07.
Presenter:  SUNY Stony Brook, 10/07
Presenter:   Collegium Ramazzini Meeting, Princess Chulaborn Institute, Bangkok, Thailand, 12/07
Presenter:  Integral University, Lucknow, India, 12/07
Presenter:   Sanjay Ghandi Institute, Lucknow, India, 12/07
Presenter:   Joint Labor-Management Safety and Health Meeting, Vishakhaptnam, India, 12/07
Presenter:   Centre for Occupational and Environmental Health, Maulana Azad Medical College,
Delhi, India, 12/07
Presenter:  Department of Medicine CME Program, Maulana Azad Medical College, Delhi, India, 12/07
Session Chair:   41st Annual Meeting of the Indian College of Allergy, Asthma and Applied Immunology, Delhi, India, 12/07
Presenter:  ToxicLinks Meeting, Delhi, India, 12/07
Presenter:  Philadelphia Zoning Code Commission,  01/08
Member and Chair:   Advisory Committee, Mountain and Plains ERC, Denver, CO,  1/08 –
Speaker:   George Washington University School of Public Health, Washington, DC, 02/08
Lecturer:  U.S. Air Force School of Aerospace Medicine, San Antonio, TX,  03/08
Grant Reviewer:  NIOSH Agricultural Center Program, 3/08.
Session Chair:    ADAO 4th Annual Conference, Detroit, MI, 3/08
Lecturer:  Physician Assistants Program, Drexel University,  04/08

Lecturer:  Maulana Azad Medical College, Delhi, India   05/08
Presenter:  National Conference on Climate Change, Delhi, India 05/08
Presenter:  1st International Conference on Mesothelioma, Sao Paulo, Brazil  06/08
**CONSULTANCIES AND RELATED ACTIVITIES** (Continued)

Member:   City of Philadelphia Air Pollution Control Board,   06/08 –
Lecturer:   UTMB, Galveston, TX   07/08
Lecturer:   Qingdao Centers for Disease Control and Prevention, Qingdao, PRC  8/08
Member:   Board of Scientific Counselors CDC Center for Environmental Health/ATSDR,
           7/08 -6/12
Member:    Scientific Review Board, Peking Medical University 08/08
Presenter:  ACPM Program on Indoor Air Pollution  08/08
Presenter:  Inhaled Particles X Meeting, Sheffield, England   09/08
Presenter:  FASLI Occupational Medicine Program, Mumbia, India 09/08
Presenter:   ESIC Occupational Medicine Program, Mumbia, India 09/08
Invited Lecturer:   University of Brescia, Italy  10/08
Lecturer:   Drexel University College of Medicine, 11/08
Consultant and Speaker:  Sri Lankan NIOSH, Colombo  03/09
Speaker:  ESI Program, Chennai, India     03/09
Session Chair:  ADAO Annual Scientific Meeting, Los Angeles  03/09
Speaker:  Occupational Medicine Program, UMDNJ    03/09
Speaker:  ESI Program  Goa, India  05/09
Speaker:  Occupational Medicine Program, Maulana Azad Medical College, Delhi,
           India  05/09
Participant:  HarrisMartin Asbestos Program, Chicago, IL.     06/09
Speaker:   University of Occupational and Environmental Health,  Kitakyushu City,
           Japan   08/09
Speaker:   Hangzhou Preventive Medicine Program, Hangzhou, PRC     08/09
Speaker:   Qingdao CDC, PRC 08/09
Consultant:Qingdao Centers for Disease Control and Prevention, Qingdao, PRC    2009
Speaker:   Uniformed Services University of the Health Sciences, Bethesda, Maryland
           11/09
Organizer, Session Chair, Speaker:  Collegium Ramazzini/Drexel/MAMC Meeting,
                                     New Delhi, India  12/09
Speaker:    Clinical Case Conference, MAMC, New Delhi, India    12/09
Speaker:    MAMC Center for Liver and Biliary Disease,   New Delhi, India   12/09
Session Chair/Discussant:  Round Table Conference on Issues Related to Asbestos
                            Use in India, New Delhi, India  12/09
Speaker:   Medical-Legal Program, Salisbury, NC    1/10
Advisory Board: Libby Epidemiology Research Program, Scientific Advisory Group
                 2009-2014
Member:  NIOSH NORA Mining Sector Council 2010-
Speaker:   Medical-Legal Program, Philadelphia, PA    2/10
Session Chair:  ADAO Annual Meeting, Chicago 4/10
Lecturer:  Maulana Azad Medical College, New Delhi   6/10
Lecturer:  Sri Lanka NIOSH, Colombo   6/10
Lecturer:  University of Colombo, Sri Lanka    6/10
Lecturer:  University of North Colombo, Sri Lanka    6/10
Lecturer:  Moratuwa University, Sri Lanka      6/10
Lecturer:   University of Peradeniya, Kandy, Sri Lanka    6/10

Lecturer:  Postgraduate Institute of Medicine, Colombo, Sri Lanka   6/10
Member:  Editorial Board, Oxford University Press On-Line, Public Health Encyclopedia
          2010-
Keynote Speaker:   Environmental Justice in Chester Conference   7/27/10
Invited Lecturer:  UTMB, Galveston, TX  8/5/10
Keynote Speaker:  Shantou Medical College, Shantou, PRC  9/10
Invited Lecturer:   Fudan University School of Public Health, Shanghai, PRC 9/10
Invited Speaker:  McGeorge Law School, Sacramento, CA 10/10
Invited Speaker:  Asbestos Conference, New York, NY   10/10
Invited Speaker:  Asia Asbestos Initiative Conference III, Fukuoka, Japan 11/10
Presenter:   APHA Meeting, Denver, Colorado   11/10
Invited Speaker:  California EPA, Sacramento, CA 11/10
Invited Lecturer:  University of Brunei Daressalam 11/10
Invited Speaker:  Ministry of Health, Occupational Health Unit, Brunei  11/10
Invited Speaker:  Jodhpur National University, Jodhpur, India 11/10
Lecturer:  "Emerging Developments in Occupational Medicine Practice" Conference,
Maulana Azad Medical College, New Delhi, India 11/10
Invited Speaker:  National Institute of Health, Family and Welfare, New Delhi, India
12/10
Invited Speaker:  Basaidharapur Hospital, ESIC, New Delhi, India 12/10
Grand Rounds Speaker:  Crozer Chester Medical Center 1/11
Invited Speaker:  Occupational Health Program, Raleigh, NC 1/11
Invited Grand Rounds Speaker:  UTMB, Galveston, TX 2/11
Speaker:  International Conference, Maulana Azad Medical College, New Delhi, India
3/11
Session Chair:  ADAO Meeting, Atlanta, GA 4/11
Invited Speaker:  Agricultural Safety and Health Conference, Chulalongkorn University,
Bangkok, Thailand  7/11
Invited Lecturer:  UTMB, Galveston, TX 8/11

**PLANNED PRESENTATIONS**

<u>Invited Speaker</u>:  Occupational and Environmental Medical Association of Canada, 29th Annual Scientific Conference, Niagara-on-the-Lake, Canada 10/11

<u>Invited Speaker</u>:  Public Interest Law Center of Philadelphia Symposium, Philadelphia, 10/11

<u>Invited Lecturer</u>:  Maulana Azad Medical College, New Delhi, India 12/11

<u>Invited Speaker</u>:  U.S. Air Force Occupational Medicine Program 3/12

## BOOKS, REVIEWS, AND CHAPTERS IN BOOKS

1. Trump BF, McDowell EM, Barrett LA, Frank A, Harris C. Studies of Ultrastructure. Cytochemistry and Organ Culture of Human Brochial Epithelium. In *Experimental Respiratory Carcinogenesis and Bioassays*. New York: Springer-Verlag, l974, p. 548-563.

2. Harris C, Autrup H, Van Haaften C, Connor R, Frank A, Barrett L, McDowell E, Trump B. Inhibition of Benzo(a)pyrene Binding to DNA in Cultured Human Bronchi. In *Proc 3rd Int Symposium Cancer Detection and Prevention*, Part I, Vol 2, Nieburgs H. (Ed). Amsterdam: Excerpta Medica, l977, p. l359-l364.

3. Frank AL. Occupational Lung Cancer. In *Pathogenesis and Therapy of Lung Cancer*, Harris C. (Ed). New York: M. Dekker, Inc., l978, p. 25-5l.

4. Frank AL. In *Public Health and Preventive Medicine*, llth Edition, Last J. (Ed). New York: Appleton-Century-Crofts, l980. a. Arsenic, p. 660-662; b. Antimony, p. 68l; c. Thorium, p. 68l-682; d. Benzidine, The Napthylamines, and Miscellaneous Carcinogenic Compounds, p. 75l-755; e. Non-Ionizing Radiation, p. 777-787.

5. Frank AL. *Cancer*. New York: Matthew Bender and Co., l978.

6. Frank AL, Spigelman M. Lung Cancer. In *Cancer*. New York: Matthew Bender and Co., l980, p. I-5l.

7. Frank AL. *Asbestosis*. New York: Matthew Bender and Co., l980, p. I-5l.

8. Frank AL. Definition of Preventive Medicine. In *Charting Graduate Education in Preventive Medicine*, Byrd B. (Ed). Washington, DC: American College of Preventive Medicine, l980, p. 7-8.

9. Frank AL. Asbestos-Induced Changes in Hamster Trachea Organ Culture. In *The In-Vitro Effects of Mineral Dusts*. Brown R, et al. (Eds). London: Academic Press, l980, p. 235-240.

10. Wade MJ, Lipkin LE, Stanton MF, Frank AL. P388$D_1$ In-Vitro Cytotoxicity as Applied to Asbestos and Other Minerals: Its Possible Relevance to Carcinogenicity. In *The In-Vitro Effects of Mineral Dusts*, Brown R, et al. (Eds). London: Academic Press, l980, p. 35l-358.

11. Frank AL. Health Effects of Fibers. *National Academy of Sciences Report on Indoor Air Pollutions*, Washington, DC, l98l.

12. Frank AL. Occupational and Environmental Exposure. In *An Introduction to Physical Diagnosis*. Swartz M (Ed). New York: Raven Press, l98l, p. 303-3ll.

13. Frank AL, Spigelman M. Blood-Related Malignancies. In *Cancer*. New York: Matthew Bender & Co., l98l, p. I-123.

14. Frank AL. The Hospital as an Environmental Health Resource. In *Principles of Hospital-Based Ambulatory Care*, Pascarelli EF (Ed). New York: Appleton- Century- Crofts, l982, p. 309-3l4.

17

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

15.     Frank AL, Spigelman M.  Cancer of the Liver, Gall Bladder, and Bile Ducts.  In *Cancer*.  New York:  Matthew Bender and Co., l982, p.l-43.

16.     Frank AL, Spigelman M.  Cancer of the Pancreas.  In *Cancer*.  New York: Matthew Bender and Co., l982, p. I-22.

17.     Frank AL.  The Etiology and Epidemiology of Lung Cancer.  *Clin in Chest Med* 3:219-228, 1982.

18.     Frank AL.  The Occupational History.  In *Environmental and Occupational Medicine*, Rom W (Ed).  Boston:  Little, Brown, and Co., l982, p. 2l-26.

19.     Frank AL, Spigelman M.  Cancers of the Digestive Tract.  In *Cancer*.  New York: Matthew Bender and Co., l983, p. l-l08.

20.     Frank AL, Spigelman M.  Cancers of the Urinary System.  In *Cancer*.  New York: Matthew Bender and Co., l983, p. l-62.

21.     Frank AL, Spigelman M.  Cancer of the Female Reproductive Organs.  In *Cancer*.  New York:  Matthew Bender and Co. l984, p. 1-80.

22.     Frank AL.  Diethylstilbesterol.  In *Cancer*.  New York: Matthew Bender and Co., l984, p. 1-15.

23.     Frank AL, Spigelman M.  Cancer of the Breast.  In *Cancer*.  New York: Matthew Bender and Co., l984, p. 1-51.

24.     Frank AL, Spigelman M.  Cancer of the Head and Neck.  In *Cancer*.  New York: Matthew Bender and Co., l984, p. 1-32.

25.     Frank AL, Spigelman M.  Specific Cancers of the Head and Neck.  In *Cancer*.  New York:  Matthew Bender and Co., l985, p. 1-36.

26.     Frank AL, Spigelman M.  Cancer of the Brain and Nervous System.  In *Cancer*.  New York:  Matthew Bender and Co., l985, p. 1-82.

27.     Frank AL, Spigelman M.  Sarcomas of Soft Tissue and Bone.  In *Cancer*.  New York: Matthew Bender and Co., l985, p. 1-60.

28.     Frank AL.  a.  The Status of Environmental Health, p. 495-497.  b.  Non-Ionizing Radiation (with L. Slesin), p. 714-726.  In *Public Health and Preventive Medicine*, 12th Edition, Last J (Ed)  Norwalk, CT:  Appleton-Century-Crofts, 1985.

29.     Frank AL, Spigelman M.  Cancer of the Skin:  Melanoma.  In *Cancer*.  New York: Matthew Bender and Co., l986, p. 1-51.

30.     Frank AL, Spigelman M.  Cancer in Children.  In *Cancer*.  New York: Matthew Bender and Co., l986, p. 1-30.

31.     Frank AL, Spigelman M.  Non-Melanotic Skin Cancer.  In *Cancer*.  New York: Matthew Bender and Co., l987, p. 1-29.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

32.    Frank AL.  Occupational Medicine.  In *Encyclopaedia Britannica Medical and Health Annual 1987*.  Chicago:  Encyclopaedia Britannica, 1986, p. 404-408.

33.    Frank AL.  Occupational Cancers of the Respiratory Tract.  In *State of the Art Reviews - Occupational Medicine: Occupational Cancer and Carcinogenesis*.  Brandt-Rauf PW (Ed).  Philadelphia:  Hanley & Belfus, 1987, p. 71-83.

34.    Frank AL, Spigelman M.  Mesothelioma.  In *Cancer*.  New York:  Matthew Bender and Co., 1987, p. 1-29.

35.    Frank AL, Spigelman M.  Cancer Chemotherapy.  In *Cancer.*  New York:  Matthew Bender and Co, 1987, p. 1-20.

36.    Frank AL.  Smokeless Tobacco.  In *Cancer*.  New York:  Matthew Bender and Co, 1987, p. 1-28.

37.    Frank AL.  Environmental and Occupational Health.  In *Encyclopaedia Britannica 1988 Medical and Health Annual*.  Chicago:  Encyclopaedia Britannica, 1987, p. 295-299.

38.    Frank AL.  The Epidemiology of Lung Cancer.  In *Thoracic Oncology*.  JA Roth, JC Ruckdeschel, TH Weisenburger (Eds.).  Philadelphia:  W.B. Saunders, 1989, p. 6-15.

39.    Frank AL.  Occupational Cancers of the Respiratory System.  In *Seminars in Occupational Medicine*.  Brandt-Rauf PW (Ed), p. 257-266, 1987.

40.    Spigelman M, Frank AL.  Oncologic Emergencies.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-143, 1988.

41.    Frank AL.  The Epidemiology and Etiology of Lung Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., 1-13, 1988.

42.    Frank AL.  Environmental and Occupational Health.  In *Encyclopaedia Britannica 1989 Medical and Health Annual*.  Chicago:  Encyclopaedia Britannica, p. 304-308, 1988.

43.    Frank AL.  Cancer and AIDS.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-54, 1988.

44.    Spigelman M, Frank AL.  Breast Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-60, 1989.

45.    Frank AL.  Environmental and Occupational Health.  In *Encyclopaedia Britannica 1990 Medical and Health Annual*.  Chicago:  Encyclopaedia Britannica, 1989, p. 306-310.

46.    Spigelman M, Frank AL.  Complications of Cancer Treatment.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-30, 1989.

47.    Frank AL, Spigelman M.  The Basics of Cancer Epidemiology.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-35, 1989.

48.    Frank AL, Spigelman M.  Cancer and Bone Marrow Transplantation.  In *Cancer*.  New York: Matthew Bender and Co., p. 1-27, 1990.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

49.  Frank AL.  Laboratory Models in the Study of Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-13, 1991.

50.  Frank AL.  Carcinogen Update.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-20, 1990.

51.  Frank AL.  The Economics of Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-40, 1990.

52.  Frank AL.  Cancer and Tobacco Use.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-14, 1991.

53.  Frank AL.  Genetics and Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-9, 1991.

54.  Frank AL.  Host Factors and the Development of Cancer.  In *Cancer.*  New York: Matthew Bender and Co., p. 1-9, 1991.

55.  Frank AL.  Screening for Cancer.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-35, 1991.

56.  Frank AL.  Environmental and Occupational Health.  In *Encyclopaedia Britannica 1992 Medical and Health Annual.*  Chicago:  Encyclopaedia Britannica, 1991, p. 359-363.

57.  Frank AL.  a. The Status of Environmental Health, p. 313-314.  b. Nonionizing Radiation (with L. Slesin), p. 513-522.  In *Public Health and Preventive Medicine*, 13th Edition, Last J, Wallace RB (Eds).  New York:  Appleton and Lange, 1991.

58.  Frank AL.  The Cancer Specialist.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-15, 1992.

59.  Frank AL.  Carcinogen Update.  In *Cancer*.  New York:  Matthew Bender and Co., p. 1-31, 1992.

60.  Frank AL.  The Occupational and Environmental History and Examination.  In *Environmental and Occupational Medicine*, 2nd Edition.  Rom, W. (Editor).  Boston: Little, Brown & Company, 1992, p. 29-34.

61.  Frank AL.  Taking an Exposure History. (Guest Contributor)  *ATSDR Case Studies in Environmental Medicine*, Number 26, 1992.

62.  Frank AL.  Case study.  Health and Risk.  In Stutsman R., Ed., From Rio to the Capitals: State Strategies for Sustainable Development.  Proceedings of a Conference, May 25-28, 1993, pp. 123-124, 1994.

63.  Frank AL.  Qualitätsforderungen an den betrieblichen Gesundheitsschutz.  In proceedings of a conference on Total Quality Management held at the Bundesanstalt für Arbeitsschutz, Dortmund, Germany, December 7, 1993.  Pages 221-225, 1994.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

64.     Frank AL. Failure of Prevention in the Workplace and the Added Outrage of "Revisionist" Science.   In Mehlman, M., Upton, A (Eds.) *The Identification and Control of Environmental and Occupational Diseases: Asbestos and Cancers. Vol XXIII, Advances in Modern Environmental Toxicology.* Princeton: Princeton Scientific Publishing Co., Inc., 1994, pp., 549-557.

65.     Frank AL.  The Environmental History.  In *Environmental Medicine*, Brooks, S. (Ed) St. Louis: Mosby, 1995, p.232-239.

66.     Frank AL.  Occupational and Environmental Medicine. In Seltzer,V., Pearse,W.(Eds) *Primary Health Care for Women: Guidelines for Care in the Office Setting.* N.Y.; McGraw-Hill, Inc., 1995, pp 747-751.

67.     Frank AL, Dodson RF, Williams  MG. Lack of Tremolite in UICC Reference Chrysotile and the Implication for Carcinogenicity. In Cherry N, Ogden T (Eds) Inhaled Particles VIII. Oxford; Pergamon, 1997, pp. 287-292.

68.     Frank AL. The Status of Environmental Health.  In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition.  Stanford, CT: Appleton and Lange, 1998, pp 413-414.

69.     Frank AL, Slesin L.  Nonionizing Radiation.  In Wallace RB (Ed.) *Maxcy-Rosenau-Last Public Health and Preventive Medicine*, 14th edition.  Stamford, CT:  Appleton and Lange, 1998, pp 627-635.

70.     Frank AL, Occupational and Environmental Medicine. In Seltzer, V., Pearse, W. (Eds) Primary Health Care for Women:  Guidelines for care in the office setting. 2nd edition NY.; McGraw-Hill, Inc. 1999, pp 1125 - 1130.

71.     Frank, AL, Section Editor, Occupational and Environmental Medicine Self-Assessment Review. McCunney RJ, Rountree PP (Eds) Philadelphia: Lippencott-Raven, 1998.

72.     Frank, AL, "Occupational Safety and Health", McMillan Encyclopedia of Preventive Medicine, Carpal Tunnel Syndrome, Cumulative Trauma; Fair Labor Standards Act; Mesothelioma; Mining; Noise; Occupational Disease; Occupational Lung Disease; Occupational Safety and Health; Worksite Drug Testing, 2002.

73.     Frank, AL, "Approach to the Patient with an Occupational or Environmental Illness", Primary Care: Clinics in Office Practice, 2000, 27: 877-893.

74.     Frank, AL, "Occupational Cancer". In McCunney R (Ed.)  A Practical Approach to Occupational and Environmental Medicine, 3rd ed, Balt., Lipincott William & Wilkins, 2003. pp 332-341.

75.     Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H.  "Radiographic evidence of asbestos disease in Chinese factory workers", Ann Occ Hyg  46 (suppl 1): 154-156, 2002.

76.     Frank, AL, Beaty R, Levin JL.  "Cigarette smoke as a cause of small irregular opacities on chest radiographs".  Ann Occ Hyg  46(Suppl 1): 118-120, 2002.

77.     Frank, AL.  Medical Supplement Vol. 1A, Source book on Asbestos Diseases, Medical Aspects, Matthew Bender, 2003, pp1-75.

**BOOKS, REVIEWS, CHAPTERS IN BOOKS** (continued)

78.  Frank, AL, McKnight, R, Kirkhorn, S, Gunderson, P.  Issues in agricultural safety and health.  Ann Rev of Public Health, 2004,25: 225-45.

79.  Frank, AL, The History of the Extraction and Use of Asbestos,  In: Asbestos. Risk Assessment, Epidemiology and Health Effects.   R. Dodson and S. Hammar eds., Francis & Taylor, Boca Raton, pp 1-7, 2005.

80.  Frank, AL.  Environment and Health, Public Health and Building of a Harmonious Society,                         Beijing Forum (2005) Organizing Committee, Beijing, P.R.C., 2005 pp. 60-66.

81.  Frank, AL.  The Status of Environmental Health.  In Wallace RB (Ed.), Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed. , 2007, pp 503-4.

82.  Frank, AL, Slesin, L.  Non-ionizing Radiation.  In Wallace RB (Ed.)  Maxcy-Rosenau – Last Public Health and Preventive Medicine 15th ed., 2007 pp. 743-47.

## ARTICLES

1.    Frank AL. Holyoke ED.  Tumor fluid thromboplastin activity.  *Int J Ca* 3:677-682, 1968.

2.    Holyoke ED, Frank AL, Weiss L.  Tumor fluid thromboplastin activity in-vitro.  *Int J Ca* 9:258-262, 1971.

3.    Harris C, Genta V, Frank AL, Kaufman D, Barrett L, McDowell E, Trump B.  Carcinogenic polynuclear hydrocarbons bind to DNA in Cultured Human Bronchi.  *Nature* 252:68-69, 1974.

4.    Barrett LA, McDowell EM, Frank AL, Harris CC, Trump BF. Long-term organ culture of human bronchial epithelium.  *Cancer Res* 36: 1003-l0l0, l976.

5.    Harris CC, Frank AL, VanHaaften C, Kaufman DG, Conner R, Jackson F, Barrett LA, McDowell EM, Trump BF.  Binding of (H$^3$) benzo(a)pyrene to DNA in cultured human bronchus.  *Cancer Res* 36:1011-1018, 1976.

6.    Wade MJ, Lipkin LE, Tucker RW, Frank AL.  Asbestos cytotoxicity in a long-term macrophage-like cell culture.  *Nature* 264:244-245, l976.

7.    Wade MJ, Frank AL, Lipkin LE.  Studies in in-vitro asbestos cell interaction.  *J Env Path Tox* 2:1029-1039, 1979.

8.    Frank AL, Rohl AN, Wade MJ, Lipkin LE.  Biological activity in vitro of chrysotile compared to its quarried parent rock (platy serpentine).  *J Env Path Tox* 2:l04l-l047, l979.

9.    Frank AL.  Public health significance of smoking-asbestos interactions.  *Ann NY Acad Sci,* 330:79l-794, l979.

10.   Frank AL.  Clinical observations following asbestos exposure.  *Env Health Persp* 34:27-30, l980.

11.   Ward J, Frank AL, Wenk M, Devor D, Tarone RE.  Ingested asbestos and intestinal carcinogenesis in F344 rats.  *J Env Path Tox* 3:30l-3l2, l980.

12.   Nicholson W, Lilis R, Frank AL, Selikoff IJ.  Lung cancer prevalence among shipyard workers.  *Am J Ind Med*  l:l9l-203, l980.

13.   Frank AL.  The insidious attackers:  asbestos-related diseases.  *Resp Therapy* 12:l45-l47, l98l.

14.   Frank AL.  Epidemiology of VDT-related conditions.  *Ophth Times* 6:l, l98l.

15.   Selikoff IJ, Frank AL.  Keynote Address:  Potential of *in vitro* tests in asbestos-related problems.  *Env Health Perspect* 51:1-4, 1983.

16.   Frank AL.  Occupational medicine.  *JAMA* 254:2333-34, 1985.  (Also translated into Chinese and Japanese language editions of *JAMA*)

17.   Frank AL.  Asbestos as an air pollutant and synergism with smoking.  *Can Det and Prev* 9:337-341, 1986.

18.   Frank AL.  Identification and surveillance of individuals at high risk.  *Can Det and Prev* 9:429-434, 1986.

## ARTICLES (continued)

19. van Nagell JR, Dudik LM, Frank AL, et al. Cervical cancer. *Southern Medical Journal* 80:75-81, 1987.

20. Paz JD, Milliken R, Ingram WT, Frank AL, Atkin A. Potential ocular damage from microwave exposure during electrosurgery: dosimetric survey. *J Occup Med* 29:580-583, 1987.

21. Leigh JP, Frank AL. Gas taxes and motor vehicle fatalities. *J Health Politics and Law* 13:723-734, 1988.

22. Johnson TP, Frank AL, Houghland JG, et al. Health experiences and behaviors among Appalachian and non-Appalachian Kentuckians: Results from the Kentucky Health Survey. In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia*. Lexington, KY: University of Kentucky Appalachian Center, 1989, p. 63-75

23. Frank AL. Special health problems in Appalachia. In *Health in Appalachia: Proceedings from the 1988 Conference on Appalachia*. Lexington, KY: University of Kentucky Appalachian Center, 1989, p. 187.

24. Luce EA, Frank AL, Kilner JF, et al. Lingering death from squamous cell carcinoma of the face. *Hospital Practice* 24:60-72, October 30, 1989.

25. Frank AL. Occupational medicine. *JAMA* 263:2665-2667, 1990.

26. Frank, AL. Occupational cancers of the respiratory system. Historical and international perspectives. (Part I). *East Texas Medicine* 2:36-38, 1990.

27. Frank, AL. Occupational cancers of the respiratory system. Historical and international perspectives. (Part II). *East Texas Medicine* 2:42-52, 1990.

28. Hager DW, Bird M, Callahan JC, Frank AL, David ML, Engleberg J. Promiscuity and public health: some clinical and ethical issues. *Hospital Practice* 25:63-78, 1990.

29. Frank AL, Reynolds, HT, Kluck C, and Cole H. University partnership for worksite medical programs with industry. *VIIth International Pneumoconiosis Conference*, NIOSH, USDHHS, pp. 813-815, 1990.

30. Frank AL. Occupational and environmental medicine. *JAMA Contempo* 258, 385-386, 1992.

31. Frank AL. Introduction. A Special Issue Dedicated to the Memory of I.J. Selikoff. *Env Res* 59:1-22, 1992.

32. Frank AL. The Academic Legacy of Kurt W. Deuschle. *Mt. Sinai J Med* 59:447-449, 1992.

33. Cole HP, Rubeck RF, Lin BC, Taylor R, Lineberry GT, Frank AL, Wala AM, Haley JV. Four Interactive Computer Administered Problem-Solving Simulations for Teaching Critical Health and Safety Skills to Mining Industry Workers. Final Report to U.S. Bureau of Mines, mining and Minerals Institute Title III Grant (No. G-1114121), 1992.

34. Frank AL. Global problems from exposure to asbestos. *Environmental Health Perspectives*, Vol. 101, (Suppl. 3): 165-167, 1993.

**ARTICLES** (continued)

35.    Kelafant G, Kasarskis E, Horstman SW, Cohen C, Frank AL. Arsenic poisoning in central Kentucky: A case report. *Am J Ind Med*, 24:723-726, 1993.

36.    Cohen C, Frank AL. Liver disease following occupational exposure to 1-1-1 trichloroethane - a case report. *Am J Ind Med*, 26:237-241, 1994.

37.    Frank AL. Invited commentary regarding the number of occupational medicine residencies in the U.S. *JOM*, 36:675-677, 1994.

38.    Frank AL. Medical and public health approaches to asbestos disease. *Mt Sinai J Med.* 62:401-405, 1995.

39.    Frank AL. The use of asbestos in Japan and China and malignancy related findings. *Med Lav* 86:457-460, 1995.

40.    Frank AL. Asbestos mineralogic analysis as indicator of carcinogenic risk. *Med Lav* 86:490-495, 1995.

41.    Prince TS, Frank AL. Causation, impairment, disability: an analysis of coal workers pneumoconiosis evaluations. *JOEM*, 38:77-82, 1996.

42.    Levin JL, Frank AL, Williams MG, McConnell W, Suzuki Y, Dodson RF. Kaolinosis in a cotton mill worker. *Am J Ind Med,* 29:215-221, 1996.

43.    Frank AL. Scientific and ethical aspects of human monitoring. *Env Health Persp* 104 (Suppl 3):659-662, 1996.

44.    Frank AL. Prevention into the 21st Century. *Mt Sinai J Med*, 63:236-240, 1996.

45.    Prince TS, Frank AL. Unexpected opportunities: Incidental findings detected during impairment evaluations for coal workers' pneumoconiosis. *S Med J,* 90:413-415, 1997.

46.    Frank AL. The riddle of risk assessment in asbestos carcinogenicity. Med Lav, 88:333-338, 1997.

47.    Frank AL. Rapporteur Report: Pesticides, Ergonomics, priority assessment. J Agromed 4:147-150, 1997.

48.    Levin JL, McLarty JW, Hurst GA, Smith AN, Frank AL. Tyler Asbestos workers: mortality experience in a cohort exposed to amosite. Occupational and Environmental Medicine, 55:155-160, 1998.

49.    Frank AL. Issues of agricultural safety and health. European J. Oncol, 3:357-359, 1998.

50.    Frank AL. The carcinogenicity of man-made fibers. European J. Oncol, 3:211-212, 1998.

51.    Frank AL, Dodson RF. Laboratory assessment of fibers. European J. Oncol. 3:339-341, 1998.

**ARTICLES** (continued)

52.     Frank AL, Dodson RF, Williams MG. Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Industrial Med 34:314-317, 1998.

53      Frank AL, Gilmore K. Childhood agricultural hazards and their prevention. European J. Oncol, 4:637-639, 1999.

54.     Lowry LK, Frank AL. Exporting DBCP and other banned pesticides: consideration of ethical issues. Int J Occup Environ Health 5:135-141. 1999.

55.     Kersh FW, Frank AL. Environmental awareness among physicians: what are environmental health and environmental medicine. Texas Medicine 95:39-44, 1999.

56.     Frank AL. Ethical aspects of genetic testing. Mutation Research 428:285-290, 1999.

57.     Frank, AL. Injuries related to shiftwork. Am J Prev Med 18 (4S): 33 – 36, 2000.

58.     Frank, AL, Hubert, D, Gilmore, K. Occupational safety and health in the agricultural setting. European J. Oncol, 5:21-23, 2000.

59.     Frank, AL. The ethics of exposure and the role of the Collegium Ramazzini. European J. Oncol, 5:143-145, 2000.

60.     Hubert, D, Frank, AL, Igo, C. Environmental and agricultural literacy education. Water, Air and Soil Pollution, 123:525-532, 2000.

61.     Frank, AL. Ethical and practical aspects of human studies. Mut. Res., 480-1: 333-336, 2001.

62.     Frank, AL. Child labor and occupational cancer. European J. Oncol. 6: 133-134, 2001.

63.     LaDou, J, Landrigan, P, Bailer, JC, Foa, V, Frank AL. Commentary: A call for an international ban on asbestos. Can. Med. A. J., 164: 489 – 490, 2001.

64.     Frank, AL. Translating science into action: The global battle to ban asbestos. European J. Oncol. 7: 9-11, 2002.

65.     Ashford, N.A., Castleman B., Frank A.L., et al. The International Commission on Occupational Health (ICOH) and its influence on international organizations. Int. J. Occup. Environ. Health, 8:156-162, 2002.

66.     Frank, AL. Agricultural Safety and Health, J. Prev. Med. (Submitted)

67.     Perez, HR, Frank, AL, Zimmerman, NJ. Health effects associated with organic dust exposure during the handling of municipal solid waste. Indoor and Built Env. 15 (3): 207-212, 2006.

68.     LaDou, J, Teitelbaum, DT, Egilman, DS, Frank, AL, Kramer, SN, Huff, J, American College of Occupational and Environmental Medicine (ACOEM): a professional association in service to industry. Int J Occup Environ Health 13(4): 404-26,2007.

69.     Frank, AL, Pang, Z, Zhang H, Zhang Y, Mesothelioma Patterns in Qingdao, 2000-2007 J. Phys. Conference Series 151:012007, 2009.

**ARTICLES** (continued)

70.     Richter, ED, Blum, R, Castleman, B, Frank, A, Stanton, GH. Ecocide: A Crime Against Humanity, Collegium Ramazzini On-Line Journal pp 1-15, 2008.

71.     Frank, AL.  The Continuing Challenge of Working in Developing Countries, Collegium Ramazzini On Line Journal pp1-7, 2008.

72.     Seaman, V, Dearwent, SM, Gable, D, et al.  A multidisciplinary investigation of a polycythemia vera cancer cluster of unknown origin.  Int. J. Environ. Res. Public Health 7 (3):1139-1152, 2010.

73.     LaDou, J, Castleman, B, Frank, A, et al.  The case for a global ban on asbestos. Environ. Health Perspect.  118:897-901, 2010.

74.     Leavey, A, Frank, AL, Pinson, B, Shepherd, S, Burstyn, I.  Hypothyrodism among former workers of a nuclear weapons facility.  Am J Ind Med. 2011 (In Press)

75.     Frank, AL, Liebman, AK, Ryder, R, Weir, M, Arcury, TA.  Healthcare access and healthcare workforce for immigrant workers. (Submitted)

## PUBLISHED ABSTRACTS

1.    Trump B, McDowell E, Barrett L, Frank A, Harris C.  Organ Culture of Human Bronchi: An In-Vitro Model to Study Respiratory Carcinogenesis.  *Eleventh International Cancer Congress*, 1975.

2.    Harris C, Kaufman D, Frank A, Barrett L, McDowell E, Trump B.  Activation of Chemical Carcinogens by Human Bronchial Epithelium in Organ Culture.  *Eleventh International Cancer Congress*, 1975.

3.    Harris C, Frank A, van Haaften C, Kaufman D, Barrett L, McDowell E, Trump B.  Metabolism of Carcinogenic Polynuclear Hydrocarbons (PNH) by Cultured Human Bronchial Mucosa.  *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

4.    Trump B, McDowell E, Barrett L, Sato R, Frank A, Harris C.  Human Bronchus:  Organ Culture and Carcinogenesis Studies.  *Proceedings of the Third Annual Carcinogenesis Collaborative Program*, 1975.

5.    Frank AL, Sporn MB, Kaufman DG.  Hyperplasia of Hamster Tracheal Epithelium Caused by Amosite Asbestos in Organ Culture.  *Proceedings of the American Association for Cancer Research* 14:113, 1975.

6.    Barrett L, McDowell E, Frank A, Harris C, Trump B.  Reversal of ischemic cells injury and long-term storage of human bronchus (HB) and hamster trachea (HT).  *Fed Proc* 34:834, 1975.

7.    Trump B, McDowell E, Barrett L, Frank A, Harris C.  Ultrastructural, cytochemical, and metabolic studies on the pathogenesis of human bronchogenic carcinoma.  *Lab Invest* 32:50, 1975.

8.    Harris C, Frank A, Barrett L, McDowell E, Trump B, Paradise L, Boren H.  Cytokinetics in the respiratory epithelium of the hamster, cow, and man.  *J Cell Biol* 67:196a, 1975.

9.    Harris C, Autrup H, van Haaften C, Frank A, Barrett L, McDowell E, Trump B.  Inhibition of 3H-Benzo(a)pyrene Binding to DNA in Cultured Human Bronchial Mucosa.  *Proceedings of the Third International Symposium on Detection and Prevention of Cancer*, p. 311.

10.   Frank AL, Wade MJ, Lipkin LE.  Quantitation of macrophage cytoxicity after exposure to asbestos from quarried serpentine rock.  *Am Rev Resp Dis* 117: 232, 1978.

11.   Frank AL.  Ability of Hamster Trachea Cultures to Distinguish Particulate Carcinogens.  *Proceedings of the American Association for Cancer Research* 19:79, 1978.

12.   Frank AL.  The Use of Hamster Trachea Cultures to Assess Potential Particulate Carcinogens.  *XIX International Congress on Occupational Health* 242, 1978.

13.   Frank AL, Rohl AN, Wade MJ, Lipkin LE.  Quantitation of In Vitro Biological Activity of Asbestos from Quarried Serpentine Rock.  *XIX International Congress on Occupational Health* 243, 1978.

14.   Frank AL.  Asbestos as an air pollutant and synergism with smoking.  *VI International*

*Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

**PUBLISHED ABSTRACTS** (Continued)

15.     Frank AL.  Identification and surveillance of individuals at high risk.  *VI International Symposium on Cancer Detection and Prevention*, ISPO, Vienna, Austria, 1984.

16.     Frank AL, Burmaster DR, Combs G, and Begley BJ.  University-based occupational health services in Kentucky coal mines.  *American Public Health Association 113th Annual Meeting* 1985, p. 252.

17.     Frank AL, Reynolds, HT, Kluck C, and Cole H.  University partnership for worksite medical programs with industry. *VIIth International Pneumoconiosis Conference*, August 23-26, 1988.

18.     Frank, AL.  Environmental Health Issues in Appalachia:  An ounce of prevention is worth a pound of cure. *Conference Proceedings - Environment and Technology in Appalachia*.  The Appalachian Center, University of Kentucky.  p. 139-140, 1990.

19.     Frank, AL.  Global problems from exposure to asbestos. *1st International Conference on Environmental Mutagenesis in Human Populations at Risk*, Cairo, Egypt, January 20, 1992.  Abstract No. 71.

20.     Frank, AL.  The Intersection of Two Ancient Problems: Silicosis and Tuberculosis, in press, 1995.  (Infection Control and Hospital Epidemiology)

21.     Frank, AL. Global transfer of occupational and environmental health risks. First International Congress of Minia, Egypt, April 2-4, 1995. Proceedings, p.60.

22.     Frank, AL. Monitoring of exposed workers and communities--scientific and ethical considerations.  2nd International Conference on Environmental Mutagenesis in Human Populations at Risk, Prague, Czech Republic, August, 1995, F3-3.

23.     Prince, TS, Frank, AL.  Incidental findings detected during impairment evaluations for coal workers pneumoconiosis.  Southern Med J 88:S66-67, 1995.

24.     Frank, AL, Dodson, RF, Williams, MG.  Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity.  Inhaled Particles VIII, p.140, 1996.

25      Levin, JL, McLarty J, Hurst, G., Frank, AL.  Tyler asbestos workers mortality update.  25th International Congress on Occupational Health, p.131, 1996.

26.     Frank, AL.  Ethical aspects of genetic testing.  3rd International Conference on Environmental Mutagenesis in Human Populations at Risk.  Bangkok, Thailand, Dec., 1998.

27.     Hubert, D., Frank, A., Igo, C.  Environmental and agricultural literacy education. Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

28.     Frank, AL, Gilmore, K., Hubert, D.  Children's health and safety in the agricultural environment.  Proceedings of the 7th International Conference of the Israel Society for Ecology and Environmental Quality Sciences, 1999.

29.     Frank, AL  Ethical and practical aspects of human studies.  7th International Conference on Mechanisms of Antimutagenesis and Anticarcinogensis, 2000.

**PUBLISHED ABSTRACTS**  (continued)

30.     Frank, AL.  Synergistic Exposures. Conference on Impact of Biotechnology on Cancer Diagnostic and Prognostic Indicators, 2000.  Can. Det. Prev. 24: (Supplement 2000) p. S164-5, 2000.

31.     Frank, AL, Li L, Cao W, Pang Z, Zhang Z, Zhang H.  Radiographic evidence of asbestos disease in Chinese factory workers.  Inhaled Particles IX, 2001.

32.     Frank, AL, Beaty R, Levin JL.  Cigarette smoke as a cause of small irregular opacities on chest radiographs.  Inhaled Particles IX, 2001.

33.     Frank, AL. The study of asbestos use in China; Challenges and opportunities.  Global Asbestos Congress, 2004

34.     Frank, AL.  Environment and Health.  Beijing Forum 2005

35.     Frank, AL.  Science for sale.  Asia Asbestos meeting 2006

36.     Frank, AL.  Prevention of Exposure to Hazardous Substances – Social and Ethical Issues.  The 5th International Conference on Environmental Mutagens in Human Populations, 2007.  P. 20.

37.     Frank, AL, Pang Z, Zhang H, Zhang Y. Mesothelioma Patterns in Qingdao, PRC, 2000-2007.   Inhaled Particles X, Sheffield, England, 2008

*August 2011*