UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHARLES KRIK,** | ) |
| *Plaintiff,* | ) ) ) Court No. 1:10-cv-07435 |
| v. | ) ) District Judge John Z. Lee |
| **BP AMERICA, INC., et al.,** | ) ) |
| *Defendants.* | ) ) ) |

## DEFENDANT WEIL-McLAIN'S MOTION TO JOIN DEFENDANT OWENS-ILLINOIS, INC.'S MOTION AND BRIEF TO EXCLUDE BARRY CASTLEMAN, SC.D.

Defendant Weil-McLain hereby joins and adopts Defendant Owens-Illinois, Inc.'s "Motion and Brief to Exclude Barry Castleman, Sc.D." (D.I. 64) filed on August 23, 2013. In support of its joinder and adoption Defendant states as follows:

1. Weil-McLain is named Defendant in the above captioned case.

2. The Motion applies equally to Defendant Weil-McLain.

Wherefore, Defendant Weil-McLain hereby joins in Defendant Owens-Illinois, Inc.'s briefs, affidavits, documents and information filed in support thereof, and respectfully requests that the relief sought therein likewise be granted to include Weil-McLain in the above captioned matter.

Dated: August 23, 2013

                Respectfully Submitted,

                By: s/ Mark Sampson
                Mark Sampson, Esq.

        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
        Willis Tower, 233 S. Wacker Drive, Suite 5500
        Chicago, Illinois 60606
        (p) (312) 645-7800 (f) (312) 645-7711
        msampson@smsm.com
        **ATTORNEY FOR DEFENDANT**
        **WEIL-McLAIN**