**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHARLES KRIK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BP AMOCO CHEMICAL COMPANY, et al., ) <br> ) <br> Defendants. ) | Case No. 10-cv-7435 |

## MOTION TO ADOPT ALL CO-DEFENDANTS' DAUBERT MOTIONS

NOW COMES Defendant EXXONMOBIL OIL CORPORATION (hereinafter "Mobil"), by and through its attorneys, and for its Motion to Adopt all Co-Defendants' Daubert Motions, states as follows:

1. Numerous Defendants have filed or may file Daubert Motions.

2. The arguments raised in said motions may be equally applicable to Mobil.

3. In an effort to simplify the issues presented to the Court, Mobil seeks leave of court to adopt said motions, and Mobil seeks to adopt said motions as its own.

WHEREFORE, Defendant, ExxonMobil Oil Corporation, respectfully requests that it be granted leave to adopt the aforementioned Co-Defendants' Daubert Motions.

Respectfully submitted,

By /s/ H. Patrick Morris
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818

Case: 1:10-cv-07435 Document #: 77 Filed: 08/23/13 Page 2 of 2 PageID #:1115

        morrisp@jbltd.com
        fanningd@jbltd.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 23, 2013, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

        By /s/ H. Patrick Morris
        H. Patrick Morris – IL Bar #6187083
        David F. Fanning – IL Bar #6274895
        Attorneys for ExxonMobil Oil Corporation
        Johnson & Bell, Ltd
        33 West Monroe St., Suite 2700
        Chicago IL   60603
        Telephone:  312/372-0770
        Fax:  312/372-9818
        morrisp@jbltd.com
        fanningd@jbltd.com

2
10-cv-7435