# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Charles Krik

                              Plaintiff,

v.                                                                Case No.: 1:10–cv–07435

                                                                 Honorable John Z. Lee

BP America, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2013:

      MINUTE entry before Honorable John Z. Lee: Defendants BP America, Inc.'s joinder motions [68, 69, 70, 74, 75], Weil–McLain's joinder motions [72, 73], and ExxonMobil Oil Corporation's motion to adopt [77] are granted. The briefing schedule on the Daubert motions set on 7/24/13 remains in place. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.