**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHARLES KRIK, )<br>    Plaintiff, )<br>v. )<br>BP AMOCO CHEMICAL COMPANY, et al., )<br>    Defendants. ) | Case No. 10-cv-7435 |

**MOBIL'S MOTION IN LIMINE TO EXCLUDE BARRY CASTLEMAN**

Plaintiff proposes to call as a witness Barry Castleman as a purported expert witness. Plaintiff has not provided any expert report of Barry Castleman specific to this matter – only a so-called "general" report. It is not clear, what, if any, specific information or opinions that Mr. Castleman would present to the jury regarding Mobil, or how any "general" opinions would be relevant to Mobil. Mr. Castleman has no special expertise regarding any area of scientific investigation or inquiry at issue in this case, and has no expertise beyond any lay person, who could just as easily review historical information regarding any issue in this case. To the extent Mr. Castleman has drafted publications for the purposes of summarizing and advocating based upon discovery materials and historical documents provided to him by various members of the plaintiff bar, these publications by in large relate to companies other than Mobil or Mobil's predecessors. Mr. Castleman has no expertise regarding the energy industries, has no expertise with respect to refinery design, layout, or construction, has no specific knowledge regarding any materials or equipment ever at Mobil's Joliet refinery, and otherwise bears no indicia of being expert in any field. Mr. Castleman has no specific information regarding Mr. Krik or his alleged work at Mobil and the equipment on which he allegedly worked, regarding Mr. Krik's claimed injury, or any other specific issue which this jury will be asked to consider. Mobil incorporates herein and adopts the arguments contained in all pending *Daubert* Motions and Motions in Limine with respect to Mr. Castleman. WHEREFORE, Mobil requests that this Court exclude the testimony of Barry Castleman.

Respectfully submitted,

/s/ David F. Fanning
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL  60603
Telephone:  312/984-0244
Fax:  312/372-9818
morrisp@jbltd.com
fanningd@jbltd.com

## CERTIFICATE OF CONFERENCE

Pursuant to the Standing Order for Preparation of Final Pretrial Order and the Case Management Procedures, the undersigned attorney certifies that he conferred with counsel for Plaintiff via written correspondences and has determined that the matter upon which a ruling is sought is actually in dispute.

/s/ David F. Fanning
David F. Fanning – IL Bar #6274895
One of Attorneys for ExxonMobil Oil Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 25, 2013, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

By /s/ David F. Fanning
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL   60603
morrisp@jbltd.com
fanningd@jbltd.com