**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-cv-7435 |
| v. | ) | |
| | ) | District Judge John Z. Lee |
| BP AMOCO CHEMICAL COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING – DRAFT OF PRETRIAL ORDER

Plaintiff, in accordance with the orders of this court placing the responsibility for assembling the Final Pretrial Order on plaintiff, files the most current version of the proposed report. The report is signed by counsel for plaintiff and counsel for BP/Amoco Chemical. Other defendants have not signed the report for reasons as explained in the email chain attached. Plaintiffs will continue to pursue the process of getting signatures from defense counsel and submit the final document upon procuring the signatures.

Dated October 25, 2013.

/s/ Robert G. McCoy
Attorney for plaintiff
Robert G. McCoy
Jin-Ho Chung
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600

**Sebastian Baere**
___

| | |
|---|---|
| **From:** | David F. Fanning <fanningd@jbltd.com> |
| **Sent:** | Friday, October 25, 2013 9:15 PM |
| **To:** | Sebastian Baere; H. Patrick Morris; 'HPikel@pretzel-stouffer.com'; 'wam@maronmarvel.com'; 'ccarlson@guntymccarthy.com'; 'jamie.kasper@guntymccarthy.com'; 'michael.zukowski@klgates.com'; 'steve.milott@guntymccarthy.com'; 'fanningd@jbltd.com'; 'morrisp@jbltd.com'; 'emccambridge@smsm.com'; 'vzavala@SMSM.com'; 'msampson@smsm.com'; sbabiuch@smsm.com; ecasmere@schiffhardin.com; mfischer@schiffhardin.com; bwatson@schiffhardin.com |
| **Cc:** | Bob G. McCoy; Jin-Ho Chung; Ted D. Hartman; andrewlamis@sbcglobal.net |
| **Subject:** | RE: Krik v. BP Amoco - Final Pretrial Order |

Sebastian,

The paginations in our instructions are still off.

Moreover, I notice that you have inserted new language in the statement of claims and stipulations sections (and even created a brand-new stipulation, never-before discussed).

Moreover, the version we sent had 824 pages.

Your version of 20 minutes ago has 700 pages.

While I'm sure there is an entirely reasonable explanation for this, I would be remiss in consenting to this version without a close review, which is not possible at this late hour.

Unfortunately, we cannot consent.

David


David F. Fanning, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0289 | C: (773) 234-7460**

fanningd@jbltd.com | www.johnsonandbell.com


**From:** Sebastian Baere [mailto:sbaere@cvlo.com]
**Sent:** Friday, October 25, 2013 8:50 PM
**To:** David F. Fanning; H. Patrick Morris; 'HPikel@pretzel-stouffer.com'; 'wam@maronmarvel.com'; 'ccarlson@guntymccarthy.com'; 'jamie.kasper@guntymccarthy.com'; 'michael.zukowski@klgates.com'; 'steve.milott@guntymccarthy.com'; 'fanningd@jbltd.com'; 'morrisp@jbltd.com'; 'emccambridge@smsm.com'; 'vzavala@SMSM.com'; 'msampson@smsm.com'; sbabiuch@smsm.com; ecasmere@schiffhardin.com; mfischer@schiffhardin.com; bwatson@schiffhardin.com

**Cc:** Bob G. McCoy; Jin-Ho Chung; Ted D. Hartman; andrewlamis@sbcglobal.net
**Subject:** RE: Krik v. BP Amoco - Final Pretrial Order

David,

Attached is an amended version of the pretrial order. The headings for the Mobil jury instructions section correspond to those sent to us in this morning's draft. None of Mobil's proposed instructions has been altered.

This document also includes our responses to Crane's objections to Plaintiff's McLean designations.

Please let me know as soon as possible if any serious formatting issues remain.

Best,


Sebastian Baere
Legal Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600 x129



**From:** David F. Fanning [mailto:fanningd@jbltd.com]
**Sent:** Friday, October 25, 2013 7:12 PM
**To:** Sebastian Baere; H. Patrick Morris; 'HPikel@pretzel-stouffer.com'; 'wam@maronmarvel.com'; 'ccarlson@guntymccarthy.com'; 'jamie.kasper@guntymccarthy.com'; 'michael.zukowski@klgates.com'; 'steve.milott@guntymccarthy.com'; 'fanningd@jbltd.com'; 'morrisp@jbltd.com'; 'emccambridge@smsm.com'; 'vzavala@SMSM.com'; 'msampson@smsm.com'; sbabiuch@smsm.com; ecasmere@schiffhardin.com; mfischer@schiffhardin.com; bwatson@schiffhardin.com
**Cc:** Bob G. McCoy; Jin-Ho Chung; Ted D. Hartman; andrewlamis@sbcglobal.net
**Subject:** RE: Krik v. BP Amoco - Final Pretrial Order

Sebastian,

Please send us a version with correct formatting (as it was sent to you, e.g., see our jury instructions with now-incorrect paginations and heading styles/numbering), and in a format that allows us to see what if any text you changed in Mobil's jury instructions (all we can tell is that you apparently copied and pasted the entire collection for reasons that are not clear) and anywhere else.

We are not able to evaluate this version as is, and cannot consent to it.

David


David F. Fanning, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0289 | C: (773) 234-7460**

fanningd@jbltd.com | www.johnsonandbell.com

2

**From:** Sebastian Baere [mailto:sbaere@cvlo.com]
**Sent:** Friday, October 25, 2013 6:50 PM
**To:** H. Patrick Morris; 'HPikel@pretzel-stouffer.com'; 'wam@maronmarvel.com'; 'ccarlson@guntymccarthy.com'; 'jamie.kasper@guntymccarthy.com'; 'michael.zukowski@klgates.com'; 'steve.milott@guntymccarthy.com'; 'fanningd@jbltd.com'; 'morrisp@jbltd.com'; 'emccambridge@smsm.com'; 'vzavala@SMSM.com'; 'msampson@smsm.com'; 'sbabiuch@smsm.com'; 'ecasmere@schiffhardin.com'; 'mfischer@schiffhardin.com'; 'bwatson@schiffhardin.com'
**Cc:** Bob G. McCoy; Jin-Ho Chung; Ted D. Hartman; andrewlamis@sbcglobal.net
**Subject:** Krik v. BP Amoco - Final Pretrial Order

Dear Counsel:

Attached to this email please find Judge Lee's requested Pretrial Order. This document incorporates defendants' changes received earlier today and tracks changes made by Plaintiff.

Plaintiff will file the order tonight, along with the deposition transcripts requested by Judge Lee, pending signatures from defense counsel.

Per agreement with Crane's counsel, Plaintiff's responses to Crane Co.'s objections to Plaintiff's prior testimony designations of William McLean will be transmitted separately to Crane Co. Other defense counsel will be copied on the email.

Regards,

Sebastian Baere
Legal Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600 x129


_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.