7200-3586
# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES KRIK,** | ) |
| *Plaintiff,* | ) ) ) |
| | ) Court No. 1:10-cv-07435 |
| **v.** | ) |
| | ) District Judge John Z. Lee |
| **BP AMERICA, INC., et al.,** | ) ) |
| *Defendants.* | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on **November 27, 2013**, **WEIL-MCLAIN'S NOTICE OF JOINDER IN OWENS-ILLINOIS, INC.'S MOTION AND BRIEF TO BAR THE LONGO/MAS VIDEOTAPED EXPERIMENTS AND RELATED TESTIMONY** was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

By: */s/ Shawn P. Babiuch*
Edward J. McCambridge, Esq. – ARDC# 1812343
Cameron D. Turner, Esq. – ARDC# 6244032
Shawn P. Babiuch, Esq. – ARDC#6302328
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Willis Tower - 233 South Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
(312) 645-7711  Facsimile
**ATTORNEY FOR DEFENDANT**
**WEIL-McLAIN**