## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Charles Krik
                                     Plaintiff,

v.                                                    Case No.: 1:10–cv–07435
                                                         Honorable John Z. Lee

Bechtel Construction Company, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2013:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 12/4/13. In light of the issues discussed at the hearing, the 12/20/13 deadline for the filing of a revised pretrial order is reset to 2/7/14. As noted on the record, plaintiff should send proposed stipulations to defendants in an effort to narrow the issues for trial. The proposed stipulations should be provided to defendants no later than 12/13/13. Defendants should respond to the proposed stipulations no later than 12/20/13. Plaintiff is directed to provide a complete draft of its proposed revised pretrial order as described in the court's standing order to defendants by 1/17/13. This draft must include a complete list of plaintiff's trial exhibits. Motions in limine are due on 2/7/14 in accordance with the court's standing order; responses are due on 2/21/14. Motions in limine that do not comport with the court's standing order will be summarily stricken. Defendants should meet and confer in an effort to file consolidated motions in limine and responses. A status hearing is set for 1/28/14 at 10:00 a.m. If further disputes arise between the parties with respect to the preparation of the pretrial order, the parties are encouraged to meet and confer and, if they are unable to resolve the disputes, to bring them to the court's attention via motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.