## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-cv-7435 |
| v. | ) | |
| | ) | |
| BP AMOCO CHEMICAL COMPANY *et al.*, | ) | District Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUPPLEMENTAL AUTHORITY
### FOR DEFENDANTS' SECOND JOINT MOTION TO BAR
### UNDISCLOSED AND IMPROPERLY DISCLOSED WITNESSES

Defendants respectfully submit this Notice of Supplemental Authority notifying this Court of two orders from the MDL 875 Court on the objections filed by Plaintiff's counsel. Pl.'s Resp. 11-13 & nn.6-7, ECF No. 157 (incorporating and referencing objections). The two orders in *In Re: Asbestos Products Liability Litigation (No. VI)*, MDL 875, slip op. at 1 (E.D. Pa. Dec. 12, 2013), and *In Re: Asbestos Products Liability Litigation (No. VI)*, MDL 875, slip op. at 1 (E.D. Pa. Dec. 13, 2013), are attached as Exhibits A and B, respectively.

Dated: December 18, 2013

Respectfully submitted,

By: /s/ Brian O. Watson
Matthew J. Fischer
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant
Owens-Illinois, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 18, 2013, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson