**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-cv-7435 |
| v. | ) | |
| | ) | District Judge John Z. Lee |
| BP AMOCO CHEMICAL COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO OWENS-ILLINOIS' NOTICE OF SUPPLEMENTAL**
**AUTHORITY FOR ITS MOTION TO BAR THE LONGO/MAS VIDEOTAPED**
**EXPERIMENTS AND RELATED TESTIMONY**

Plaintiff responds to Owens-Illinois, Inc.'s ("O-I") Notice of Supplemental Authority in

support of O-I's motion to bar the Longo/MAS Videotaped Experiments and Related Testimony

(ECF No. 171). Plaintiff for demonstrative purposes intends to show the jury MAS videos of

block and pipe insulation materials being cut. The videos and study data will be presented

through the testimony of witnesses as representative of the practices during the normal use of

such materials.

O-I has attached an unpublished slip opinion from a bankruptcy judge in the Western

District of North Carolina (Judge Hodges). Judge Hodges' opinion, however, concerns only

gasket removal studies and related videos of MAS. Judge Hodges' opinion does not concern

MAS' study of block and pipe insulation materials (i.e., the types of asbestos containing

materials manufactured by O-I which Charles Krik worked around during his career as a

pipefitter). Block and pipe insulation materials are completely different kinds of products than

gaskets. *See* Exs. 1-3. The application and removal of block and pipe insulation materials is

done in a different way and with different tools than gaskets. Accordingly, Judge Hodges'

opinion has no application to the types of materials manufactured by O-I.

Further, as the slip opinion makes clear, Judge Hodges heard evidence in order to

determine the reasonable and reliable estimate of Garlock Sealing Technologies, LLC, Garrison

Litigation Management Group, Ltd., and the Anchor Packing Company's liability for present and

future mesothelioma claims. *See* slip opinion at 1, 65 (attached to O-I's notice of supplemental

authority). Judge Hodges did not examine the applicability of Dr. Longo's studies and findings

about gaskets to the specific facts and circumstances of a particular case similar to the instant

case. Rather, Judge Hodges made a general ruling concerning "over 4000 mesothelioma

claimants who had sued Garlock prior to its bankruptcy filing and also and unknown number of

victims who will develop mesothelioma in the future." *See* slip opinion at 3.

The bankruptcy court's opinion also does not address evidentiary concerns in a specific

case of a pipefitter such as Mr. Krik, who personally used and removed gaskets on thousands of

occasions. The Kaylo block insulation video is supported by foundational evidence to which

Judge Hodges makes no reference. The foundation is (1) the videos depict conditions similar to

the conditions in which plaintiff Charles Krik worked with and around the block insulation

product; and (2) the Tyndall lighting technique is an accepted scientific method which has been

endorsed/approved by the EPA, Dr. Irving Selikoff (the most widely respected researcher of

asbestos-related disease), and the Environmental Control Committee of the Asbestosis Research

Council. See plaintiff's response to O-I's motion to bar (ECF No. 82). Judge Hodges' slip

opinion does not indicate that any consideration was given to this foundational evidence (or that such evidence was even presented to the bankruptcy court).

Finally, the Seventh Circuit favors cross-examination over Daubert-style motions as the means to challenge expert testimony. *See, e.g., Metavante Corp. v. Emigrant Sav. Bank*, 619 F.3d 748 (7th Cir. 2010). Permitting debtors' counsel to cross-examine plaintiffs' experts in over 4,000 bankruptcy claims against Garlock was not a viable option for Judge Hodges. However, permitting defendants to cross examine plaintiff's experts in Charles Krik's individual case is a viable—and preferable—option. On November 1, 2013, defendants took the deposition of MAS employee John Templin (a retained expert of plaintiff in this case) concerning the MAS studies and videos.[1] As such, defendants are fully prepared to cross-examine Mr. Templin about the pipe and block insulation videos at trial.

For each of these reasons (and the reasons discussed in plaintiff's prior response to O-I's motion to bar), O-I's motion to bar the Longo/MAS Videotaped Experiments and Related Testimony should be denied. At the very least, the jury should be allowed to watch the videotapes and photographs of the Longo/MAS experiments as demonstrative evidence relevant to Charles Krik's case.

---

[1] Dr. Longo himself will not testify at trial. John Templin will testify in his place.

Dated: January 27, 2014

/s/ *Robert G. McCoy*
Attorney for plaintiff

Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
Telephone: (312) 944-0600
Fax: (312) 944-1870
bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on January 27, 2014, I caused the forgoing to be electronically filed with

the United States District Court for the Northern District of Illinois using the CM/ECF system which

will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


Dated: January 27, 2014


/S/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Phone: 312.944.0600
Email: ecf.cvlo@gmail.com

**Certificate of Service**

I hereby certify that on January 27, 2014, I caused the forgoing to be electronically filed with

the United States District Court for the Northern District of Illinois using the CM/ECF system which

will automatically send all necessary notifications of this to the remaining parties  in this case.

Dated: January 27, 2014

/s/ *Robert G. McCoy*
Attorney for plaintiff

Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
Telephone: (312) 944-0600
Fax: (312) 944-1870
bmccoy@cvlo.com