# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES KRIK**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-cv-7435 |
| v. ) | |
| ) | Judge John Z. Lee |
| **CRANE CO., ET AL.**, ) | |
| ) | |
| Defendants. ) | |

## FINAL PRETRIAL ORDER

Plaintiff Charles Krik and Defendants Crane Co., ExxonMobil Oil Company ("Mobil"), Owens-Illinois, Inc. ("Owens-Illinois"), and Weil-McLain jointly submit this Final Pretrial Order. Each of the categories of materials in the Standing Order Governing Proposed Pretrial Orders is included. This Order will control the course of the trial and may not be amended except by consent of the parties, or by order of the Court to prevent manifest injustice.

1. Statement regarding jurisdiction

2. Statement of claims

3. Itemization of damages and other relief sought

4. List of witnesses

5. Prior Testimony Designations

6. Stipulations and uncontested facts

7. Exhibits

8. Statement regarding the type and length of trial

9. Proposed voir dire questions

10. Proposed jury instructions and verdict forms

- 2 -

By: /s/ Robert G. McCoy
   Michael P. Cascino
   Robert G. McCoy
   Jin-Ho Chung
   Cascino Vaughan Law Offices, Ltd.
   220 South Ashland Ave.
   Chicago, Illinois 60607
   (312) 944-0600
   (312) 944-1870 (facsimile)
   *Attorneys for Plaintiff*
   *Charles Krik*

By: /s/ James P. Kasper (with permission)
   James P. Kasper
   Catherine L. Carlson
   Gunty & McCarthy
   150 S. Wacker Dr., Ste. 1025
   Chicago, Illinois 60606
   (312) 541-0022
   (312) 541-0033 (facsimile)
   *Attorneys for Defendant*
   *Crane Co.*

By: /s/ David F. Fanning (with permission)
   H. Patrick Morris
   David F. Fanning
   Johnson & Bell, Ltd.
   33 West Monroe Street, Suite 2700
   Chicago, Illinois 60603-5404
   (312) 372-0770
   (312) 372-9818 (facsimile)
   *Attorneys for Defendant*
   *ExxonMobil Oil Corporation*

By: /s/ Brian O. Watson (with permission)
   Matthew J. Fischer
   Edward Casmere
   Brian O. Watson
   Schiff Hardin LLP
   233 S. Wacker Dr. Suite 6600
   Chicago, Illinois 60606
   (312) 258-5500
   (312) 258-5600 (facsimile)
   *Attorneys for Defendant*
   *Owens-Illinois, Inc.*

By: /s/ Shawn P. Babiuch (with permission)
   Shawn P. Babiuch
   Mark C. Sampson
   Segal McCambridge Singer & Mahoney
   233 S. Wacker Dr. Suite 5500
   Chicago, Illinois 60606
   (312) 645-7800
   (312) 645-7711 (facsimile)
   *Attorneys for Defendant*
   *Weil-McLain*

**SO ORDERED:**

**Judge John Z. Lee**