IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES KRIK, ) | |
|    Plaintiff, ) | |
| v. ) | Case No. 10-cv-7435 |
| BP AMOCO CHEMICAL COMPANY, et al., ) | |
|    Defendants. ) | |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN LIMINE #3: SUMMARY JUDGMENT MOTIONS**

According to this Court's Order "Preparation of Final Pretrial Order," "[s]eparate in limine requests and responses may not be combined in a single filing." Plaintiff's Omnibus Motion should be barred on this basis alone.

Plaintiff seeks to bar evidence "That Plaintiff made claims against defendants who were granted summary judgment in this case." Plaintiff argues that such evidence should be barred on the sole basis of relevance.

Defendants are entitled to present evidence regarding a complete and accurate work and asbestos inhalation history. *Nolan v. Weil-McLain*, 233 Ill.2d 416 (Ill. Apr. 16, 2009). The Nolan Court reiterated its holding in *Thacker*: "Thacker allowed the jury to consider all of the evidence--including that of other exposures--in deciding \whether the defendants were a legal cause of the decedent's injuries ... it is significant that the jury had a complete picture of all the evidence at the time it rendered its verdict." *Nolan*, 233 Ill2d at 435, citing *Thacker v. UNR Industries, Inc.*, 151 Ill. 2d 343, 360 (1992). Claims that Plaintiff has made regarding his work and asbestos inhalation history are relevant on numerous grounds, including credibility and causation.

WHEREFORE, for all of the reasons set forth herein, Mobil respectfully prays that this Court enter an Order DENYING Plaintiff's Motion in Limine.

Respectfully submitted,

1

/s/ H. Patrick Morris
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
morrisp@jbltd.com
fanningd@jbltd.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2014, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ H. Patrick Morris
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL 60603
morrisp@jbltd.com

2