**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 10-cv-7435 |
| BP AMOCO CHEMICAL COMPANY, et al., | ) | |
| Defendants. | ) | |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S RESPONSE TO PLAINTIFF'S**
**OMNIBUS MOTION IN LIMINE #9: ASBESTOS WON THE WAR**

According to this Court's Order "Preparation of Final Pretrial Order," "[s]eparate in limine requests and responses may not be combined in a single filing." Plaintiff's Omnibus Motion should be barred on this basis alone.

Plaintiff seeks to bar evidence that "Asbestos insulation products "won the war" or any reference to such products being necessary during World War II or any other war." Plaintiff argues that such evidence should be barred on the sole basis or relevance.

Evidence regarding military action with respect to asbestos *vis a vis* its directives regarding the use of asbestos materials and the method of such use is relevant to the issue of state of the art of industrial hygiene, safe work practices, industrial engineering, and toxicology and is proposed to be the subject of expert testimony both on direct examination and cross examination.

WHEREFORE, for all of the reasons set forth herein, Mobil respectfully prays that this Court enter an Order DENYING Plaintiff's Motion in Limine.

Respectfully submitted,

H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818

morrisp@jbltd.com
fanningd@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2014, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL   60603
morrisp@jbltd.com