IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES KRIK, )<br>　　Plaintiff, )<br>v. )<br>BP AMOCO CHEMICAL COMPANY, et al., )<br>　　Defendants. ) | Case No. 10-cv-7435 |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN LIMINE #10: MEDICAL CONDITIONS**

According to this Court's Order "Preparation of Final Pretrial Order," "[s]eparate in limine requests and responses may not be combined in a single filing." Plaintiff's Omnibus Motion should be barred on this basis alone.

Plaintiff seeks to bar evidence regarding "Plaintiff sustained or suffered any medical condition, accident, toxic exposure, or injury other than the those made the basis of this lawsuit, without laying proper foundation to show the relevance to causation, damages, or some other issue of consequence." Plaintiff argues that such evidence should be barred on the sole basis of relevance.

Evidence regarding Plaintiff's medical history and complete state of health is relevant to the issue damages, life expectancy, causation, and credibility, among others. Opinions regarding certain elements of damages, including pain and suffering, future pain and suffering and medical expenses, and increased risk, depend upon, in part, an accurate assessment of the totality of Plaintiff's health and physical condition. Unless Plaintiff withdraws all claims of damages in this regard, Defendants should not be barred from offering such evidence to the jury.

WHEREFORE, for all of the reasons set forth herein, Mobil respectfully prays that this Court enter an Order DENYING Plaintiff's Motion in Limine.

Respectfully submitted,



H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
morrisp@jbltd.com
fanningd@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2014, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ H. Patrick Morris
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL 60603
morrisp@jbltd.com