IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES KRIK, ) | |
|    Plaintiff, ) | |
| v. ) | Case No. 10-cv-7435 |
| BP AMOCO CHEMICAL COMPANY, et al., ) | |
|    Defendants. ) | |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN LIMINE #12: MISSING WITNESS**

According to this Court's Order "Preparation of Final Pretrial Order," "[s]eparate in limine requests and responses may not be combined in a single filing." Plaintiff's Omnibus Motion should be barred on this basis alone.

Plaintiff seeks to bar evidence regarding "References, other than during jury selection, to names of persons as being potential witnesses or that they were identified in interrogatory answers or other discovery documents as potential witnesses absent a finding by the court that a missing witness instruction is proper under Federal Jury Instructions of the Seventh Circuit, 1.19." Plaintiff argues that such evidence should be barred on the sole basis of relevance.

Mobil responds that Plaintiff's Motion fails to provide necessary information to evaluate the basis of this request and the specific relief that Plaintiff requests. Mobil requests that this Court defer ruling on Plaintiff's Motion until such time as Plaintiff presents additional information to define the scope of the Motion, and until Mobil is allowed to respond further.

WHEREFORE, for all of the reasons set forth herein, Mobil respectfully prays that this Court enter an Order DENYING Plaintiff's Motion in Limine.

Respectfully submitted,

_/s/ H. Patrick Morris_
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.

33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
morrisp@jbltd.com
fanningd@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2014, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

*/s/ H. Patrick Morris/*
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL 60603
morrisp@jbltd.com

2