IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES KRIK, </br>    Plaintiff, </br> v. </br> BP AMOCO CHEMICAL COMPANY, et al., </br>    Defendants. | ) </br> ) </br> )    Case No. 10-cv-7435 </br> ) </br> ) |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN LIMINE #13: DOCUMENTARY EVIDENCE**

According to this Court's Order "Preparation of Final Pretrial Order," "[s]eparate in limine requests and responses may not be combined in a single filing." Plaintiff's Omnibus Motion should be barred on this basis alone.

Plaintiff seeks to bar evidence regarding "That plaintiff was required to present documentary evidence from defendant to prove the presence of its asbestos in proximity to plaintiff." Plaintiff's argument that such evidence should be barred on the sole basis of relevance.

Plaintiff's Motion in Limine is duplicative of proposed jury instructions. Moreover, Plaintiff's Motion seeks to deviate from Plaintiff's burden to establish the asbestos content and airborne concentrations associated with the materials with which Plaintiff worked. *Naden v. Celotex Corp.*, 190 Ill. App. 3d 410, 546 N.E.2d 766 (1989); *Zimmer v. Celotex*, 192 Ill. App. 3d 1088, 549 N.E.2d 881 (1989). Therefore, the Proposed Motion would confuse the issues and the jury, and would unduly hamper Defendants trial activities.

WHEREFORE, for all of the reasons set forth herein, Mobil respectfully prays that this Court enter an Order DENYING Plaintiff's Motion in Limine.

Respectfully submitted,

_____
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895

1

Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
morrisp@jbltd.com
fanningd@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2014, the foregoing was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

_____
H. Patrick Morris – IL Bar #6187083
David F. Fanning – IL Bar #6274895
Attorneys for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL 60603
morrisp@jbltd.com

2