**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHARLES KRIK,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Court No.  1:10-cv-07435 |
| **v.** ) | |
| ) | District Judge John Z. Lee |
| **BP AMERICA, INC., et al.,** ) | |
| ) | |
| *Defendants.* ) | |

**WEIL-MCLAIN'S NOTICE OF JOINDER IN EXXONMOBIL OIL
CORPORATION'S RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN
LIMINE #10: MEDICAL CONDITIONS**

NOW COMES Defendant WEIL-MCLAIN., through its attorneys and hereby adopts as its own, Defendant ExxonMobil Oil Corporation's Response to Plaintiff's Omnibus Motion *in Limine* #10: Medical Conditions (ECF Doc.#226) filed on March 7, 2014.  Weil-McLain respectfully requests that any relief entered on this motion be granted to Weil-McLain with respect to the above-captioned matter.

**Dated: March 7, 2014**

       Respectfully submitted,

       SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

       By: /s/ Shawn P. Babiuch
       One of the Attorneys for Defendant
       WEIL-MCLAIN

Edward J. McCambridge, Esq. - ARDC#1812343
Shawn P. Babiuch, Esq. – ARDC #6302328
SEGAL McCAMBRIDGE SINGER & MAHONEY
233 South Wacker Drive, Suite 5500
Chicago, Illinois  60606
(312) 645-7800

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 7, 2014, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

      /s/ Shawn P. Babiuch
      Shawn P. Babiuch