IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KRIK<br><br>Plaintiff,<br><br>v.<br><br>CRANE CO., et. al.,<br><br>Defendants. | Case No. *10-cv-07435* |

Plaintiff's Response to Crane Co. MIL Re the Term Asbestos Industry

Plaintiff does not oppose Crane Co.'s Motion in Limine No. 4 (Doc. #187) regarding the term "asbestos industry."

Dated: March 7, 2014

/S/ Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Jin-Ho Chung
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com