**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES KRIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-cv-7435 |
| v. ) | |
| ) | Judge John Z. Lee |
| BP AMOCO CHEMICAL COMPANY *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OWENS-ILLINOIS, INC.'S
RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* NO. 7**

Owens-Illinois, Inc. ("Owens-Illinois") submits this Response to Plaintiff's Motion *in Limine* No. 7 (ECF No. 211). Each of Plaintiff's thirteen motions *in limine* should be stricken and denied because they are "boilerplate" motions combined in a single filing and therefore violate the Standing Order Governing Proposed Pretrial Orders. Indeed, this Court previously struck Plaintiff's motions *in limine* for these reasons. Order (ECF No. 148) at 1, Oct. 31, 2013; *see also* Hr'g Tr. (ECF No. 166) at 33:25-34:22, Oct. 31, 2013 (admonishing Plaintiff for filing "omnibus" motions *in limine* and ordering him to "think long and hard about whether or not you really need rulings on those").

Plaintiff's motion also argues legal authority and a legal standard that were "expressly rejected" by the Seventh Circuit Court of Appeals. *Ruppel v. CBS Corp.*, 701 F.3d 1176, 1185 n.2 (7th Cir. 2012). Owens-Illinois's government contractor defense does not demand "any strict requirement that the government 'prohibit' warnings altogether or 'dictate' the contents of the warnings actually incorporated." *Id.* (quoting *Oliver v. Oshkosh Truck Corp.*, 96 F.3d 992, 1003 (7th Cir. 1996)). Furthermore, the U.S. Navy's use of asbestos-containing insulation is relevant evidence to the legal standard of care, a breach of that standard, and actual and proximate causation, as well as Owens-Illinois's state-of-the-art defense under maritime law.

For these reasons, and those submitted by any co-defendants, Owens-Illinois respectfully requests that Plaintiff's Motion in Limine No. 7 (ECF No. 211) be denied.

Dated: March 7, 2014 Respectfully submitted,

By: /s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
*Attorneys for Defendant Owens-Illinois, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 7, 2014, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-8392

CH2\14344033.1