IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KRIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-07435 |
| v. ) | |
| ) | |
| BP AMOCO CHEMICAL CO., et al. ) | District Judge John Z. Lee |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT EXXON MOBIL OIL CORPORATION'S MOTION TO ADOPT ALL CO-DEFENDANTS' MOTIONS IN LIMINE**

Plaintiff Charles Krik hereby responds to the Motion to Adopt All Co-Defendants' Motions in Limine (Doc. #196) filed by Defendant Exxon Mobil Oil Corporation ("Mobil"), and states:

The motion should be denied because it is an impermissible "boilerplate" motion that is not directed to specific items of evidence to be introduced at trial.[1] *See Rosenberg v. Cottrell, Inc.*, No. 05-545-MJR, 2007 U.S. Dist. LEXIS 50383, at *3 (S.D. Ill. July 12, 2007) ("The court may deny a motion in limine when it '… lacks the necessary specificity with respect to the evidence to be excluded.'") (quoting *National Union v. L.E. Myers Co. Group*, 937 F. Supp. 276, 287 (S.D.N.Y. 1996)).

Furthermore, the motion makes no sense because the other parties' motions in limine are necessarily defendant-specific and fact-specific. It makes no sense, for example, for Mobil to join in Crane Co.'s Motion in Limine No. 6 regarding the "Cranite" asbestos insulation material manufactured by Crane Co. Other motions, like Crane Co.'s Motion in Limine No. 3, raise

---

[1] The Court's standing order states: "Judge Lee discourages the filing of 'boilerplate' motions in limine."

1

issues as to admissibility that turn on the nature of the evidence regarding the specific defendant, like the fact that Crane Co. knowingly designed its valves for use with asbestos gaskets and packing material and the fact that it was anticipated by Crane Co. that asbestos material would be installed on its valves and regularly removed and replaced, leading to the exposure of workers, like the Plaintiff, to airborne asbestos.

The motion should be denied.

Dated: March 7, 2014

/S/   Robert  G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com