IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-07435 |
| v. | ) | |
| | ) | |
| BP AMOCO CHEMICAL CO., et al. | ) | District Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT EXXON MOBIL OIL CORPORATION'S MOTION IN LIMINE TO EXCLUDE ALL UNDISCLOSED OPINIONS**

Plaintiff Charles Krik hereby responds to the Motion In Limine to Exclude All Undisclosed Opinions (Doc. #198) filed by Defendant ExxonMobil Oil Corporation ("Mobil"), and states:

The motion should be denied because it is an impermissible "boilerplate" motion that is not directed to specific items of evidence to be introduced at trial.[1] *See Rosenberg v. Cottrell, Inc.*, No. 05-545-MJR, 2007 U.S. Dist. LEXIS 50383, at *3 (S.D. Ill. July 12, 2007) ("The court may deny a motion in limine when it '… lacks the necessary specificity with respect to the evidence to be excluded.'") (quoting *National Union v. L.E. Myers Co. Group*, 937 F. Supp. 276, 287 (S.D.N.Y. 1996)). Motions in limine are not intended to be used to secure generalized or abstract rulings that the rules of civil procedure and the rules of evidence will apply at a trial.

---

[1] The Court's standing order states: "Judge Lee discourages the filing of 'boilerplate' motions in limine."

Dated: March 7, 2014

/S/   Robert  G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com