# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-07435 |
| v. | ) | |
| | ) | |
| BP AMOCO CHEMICAL CO., et al. | ) | District Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>Plaintiff's Response to Owens-Illinois MIL Re: "Substitution" Evidence and Arguments</u>

Plaintiff does not oppose Owens-Illinois' Motion in Limine No. 2 (Doc. #194) as to Mr. Krik's asbestos exposures in the U. S. Navy.

Dated: March 7, 2014

S/Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Jin-Ho Chung
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600