**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES KRIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-07435 |
| v. ) | |
| ) | |
| BP AMOCO CHEMICAL CO., et al. ) | District Judge John Z. Lee |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff's Response to Weil-McLain's Motion for Set-Off

Plaintiff opposes in part Weil-McLain's Motion for Set-Off (Doc #191).

Plaintiff has already provided a list of the entities with which settlements were made and the total of the settlements. Plaintiff agrees to update the list before trial for the changes, if any.

Plaintiff opposes the motion with respect to relief requested in the form of an order for a dollar for dollar set-off for past settlements. Such a motion for set-offs is not properly brought as a motion in limine. The requested relief has no effect on the evidence the jury may hear. Set-offs are determined by the court. The legal issue of set-offs should be deferred until such time as the jury awards a verdict to plaintiff

Conclusion

The motion should be granted in part as unopposed with respect to updating settlement information and denied at this time (or deferred) as to set-offs

Dated: March 7, 2014


S/Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Jin-Ho Chung
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600