IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KRIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRANE CO.; EXXONMOBIL OIL )<br>CORPORATION; OWENS-ILLINOIS, )<br>INC.; and THE MARLEY-WYLAIN )<br>COMPANY, )<br>)<br>Defendants. ) | Case No. 10-cv-7435<br><br>Judge John Z. Lee |

**<u>ORDER</u>**

    Defendants have filed the following *Daubert* motions in this case: (1) Crane Company's Motion to Exclude the "Each and Every Exposure Opinion" (dkt. 62); (2) Crane Company's Motion to Preclude the Testimony of Dr. Barry Castleman (dkt. 63); Owens-Illinois' Motion to Exclude Barry Castleman (dkt. 64); Owens-Illinois' Motion to Bar the Longo/MAS Experiments and Related Testimony (dkt. 65); Owens-Illinois' Motion to Bar the "Any Exposure" Opinion (dkt. 66); BP America's Motion to Bar Expert Opinions of Dr. Arthur Frank and Frank Parker (dkt. 67); Marley-Wylain's Motion to Exclude Plaintiff's Experts From Testifying Regarding the "Single Fiber" Theory (dkt. 71); and ExxonMobil Oil's Motion to Bar Testimony of Arthur Frank and Frank Parker (dkt. 76).

    After further consideration of the voluminous motions and related materials, the Court concludes that oral argument with respect to these motions would aid the Court in resolving these multiple motions. Accordingly, the Court schedules oral argument on 4/8/14 commencing at 2:00 p.m. The Defendants should coordinate with one another to minimize any duplicative arguments. The Court also will discuss issues related to the proposed pre-trial order and related submissions at that time. In light of the foregoing, the pre-trial conference dates of 4/10/14, 4/17/14, and 4/18/14, and the trial date of 4/28/14, are hereby stricken. Given that the trial date is stricken, Plaintiff's motion to take deposition of industrial hygiene expert Frank Parker (dkt. 276) is denied without prejudice at this time. The *Daubert* motions (dkt. 62, 63, 64, 65, 66, 67, 71, 76) are hereby taken under advisement pending oral argument.

    An agenda for the 4/8/14 hearing is attached.

Dated: March 21, 2014                  /s/ John Z. Lee
                                                     U.S. District Court Judge

## Agenda

## April 8, 2014

Crane Company's Motion Re: "Each and Every Exposure Opinion" (dkt. 62)
Owens-Illinois' Motion Re: "Any Exposure" Opinion (dkt. 66)
BP America's Motion Re: Dr. Arthur Frank and Frank Parker (dkt. 67)
Marley-Wylain's Motion Re: "Single Fiber" Theory (dkt. 71) &
ExxonMobil Oil's Motion Re: Arthur Frank and Frank Parker (dkt. 76):

| | |
|---|---|
| Defendants' (collective) argument | 30 minutes |
| Plaintiff's argument | 30 minutes |
| Defendants' rebuttal | 5 minutes |

Crane Company's Motion Re: Castleman (dkt. 63) &
Owens-Illinois' Motion Re: Castleman (dkt. 64):

| | |
|---|---|
| Defendants' (collective) argument | 15 minutes |
| Plaintiff's argument | 15 minutes |
| Defendants' rebuttal | 5 minutes |

Owens-Illinois' Motion Re: Longo/MAS Experiments (dkt. 65):

| | |
|---|---|
| Defendants' (collective) argument | 15 minutes |
| Plaintiff's argument | 15 minutes |
| Defendants' rebuttal | 5 minutes |