UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on June 26, 2014, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Manish S. Shah, therefore

IT IS HEREBY ORDERED That the attached list of 283 cases be reassigned to the Honorable Manish S. Shah.

IT IS FURTHER ORDERED that this order shall become effective on June 27, 2014.

**ENTER**:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 26th day of June, 2014

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Marvin E. Aspen

| | |
|---|---|
| 10-cv-03327 | Humphrey v. United States of America, et al. |
| 12-cv-09513 | Hill v. City of Chicago, et al. |
| 13-cv-04114 | Butusov v. Sheriff of Cook County, et al. |
| 13-cv-07160 | Princeton Industrial Products, Inc. v. Precision Metals Corp. |
| 14-cv-03261 | Johnson, et al. v. Depuy Orthopedics, Inc. et al. |
| 14-cv-03695 | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. v. Bickerdike Redevelopment Corporation, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Elaine E. Bucklo

| | |
|---|---|
| 08-cv-04922 | Domanus, et al. v. Lewicki, et al. |
| 12-cv-01735 | Laborers Pension Fund, et al. v. Ciccone, et al. |
| 13-cv-00145 | Baker v. Hardy, et al. |
| 13-cv-03407 | Profit v. Hardy, et al. |
| 13-cv-04907 | Griffin v. Berger, et al. |
| 13-cv-07104 | Charvat v. The Allstate Corporation, et al. |
| 13-cv-08718 | Victoria's Secret Stores Brand Management, Inc. v. R&R Goldman & Associates, Inc. |
| 14-cv-00327 | Turner v. Kovitz Shifrin Nesbit |
| 14-cv-01556 | Abdur-Rahman, et al. v. OSF Saint Elizabeth Medical Center |
| 14-cv-02017 | Sullivan Olson, Inc. v. International Brotherhood of Teamsters Local 727 |
| 14-cv-03228 | Insurance Company of the West v. Union Recycling & Waste Services, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Rubén Castillo

| | |
|---|---|
| 12-cv-09759 | Vazquez v. Village of Bensenville, et al. |
| 13-cv-03475 | VendoNet, Inc. v. Redbox Automated Retail, LLC |
| 13-cv-06471 | De La Vega, et al. v. Ali, et al. |
| 14-cv-02503 | Slep-Tone Entertainment Corporation v. Ginance, Inc., et al. |
| 14-cv-03189 | Youssef v. Pietropaoli, et al. |
| 14-cv-03942 | Gonzales v. Reardon |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Edmond E. Chang

| | |
|---|---|
| 10-cv-04290 | Kuttner v. Zaruba, et al. |
| 12-cv-01112 | Brown v. Board of Education, et al. |
| 12-cv-09098 | Delosantos v. Cook County Dept. of Corrections, et al. |
| 13-cv-01603 | Blomberg, et al. v. Dempsey, et al. |
| 13-cv-04661 | Wiley v. City of Chicago, et al. |
| 13-cv-05507 | Birdo v. Johnson, et al. |
| | 13-cv-06864  Birdo v. Gomez, et al. |
| 13-cv-08254 | Rosa v. Doe, et al. |
| 14-cv-00641 | McDonald, Jr.  v. Unknown John Doe Officers |
| 14-cv-01686 | United States of America v. Bethel African Methodist Episcopal Church |
| 14-cv-02115 | Guardiola v. Cermak Health Services, et al. |
| | 14-cv-02348  Guardiola v. Nurse Nancy, et al. |
| | 14-cv-02759  Guardiola v. Velez, et al. |
| 14-cv-03108 | J&J Sports Productions, Inc. v. Meraz, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 11-cv-00992 | Chicago Regional Council of Carpenters Pension Fund, et al. v. Schal Bovis, Inc. |
| 12-cv-03029 | Donelson v. Atchison, et al. |
| 12-cv-07110 | Madden v. City of Chicago, et al. |
| 13-cv-02048 | Stratton, et al. v. OneWest Bank, FSB |
| 13-cv-04484 | United Food and Commercial Workers International Union-Industry Pension Fund, et al. v. The Bank of New York Mellon |
| 13-cv-06421 | Wilkins v. National Railroad Passenger Corporation, et al. |
| 13-cv-08072 | Moore v. Mollison, et al. |
| 14-cv-00345 | ARRIS Group, Inc. v. Leader Electronics, Inc. |
| 14-cv-01605 | Brown v. City of Chicago, et al. |
| 14-cv-02641 | Simpson v. Harrington, et al. |
| 14-cv-03319 | G., et al. v. Board of Education of the City of Chicago, District 299 |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. John W. Darrah

| | |
|---|---|
| 10-cv-06590 | Lopez v. Ram Shirdi Inc., et al. |
| 12-cv-02766 | Sheils v. GateHouse Media, Inc. |
| 12-cv-07386 | Cackovic v. HRH Chicago, LLC |
| 12-cv-10232 | Feliciano v. Dart, et al. |
| 13-cv-02074 | Strickland v. American Airlines, Inc., et al. |
| 13-cv-04346 | Glaxosmithkline Biologicals, S.A v. Hospira Worldwide, Inc., et al. |
| 13-cv-07737 | Chaney v. Illinois Department of Human Services |
| 13-cv-08879 | Zielinski v. Wal-Mart Stores, Inc. |
| 14-cv-01102 | Campos v. Perez, et al. |
| 14-cv-01928 | Ruiz v. Unnamed |
| 14-cv-02765 | Leventhal v. Meltzer |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 12-cv-07505 | United States of America v. Approximately$1,305,105 in Assorted Silver Bars and Gold and Silver Coins, et al. |
| 13-cv-00788 | Lovi v. Village of Arlington Heights, et al. |
| 13-cv-03482 | PQ Corporation v. Lexington Insurance Company |
| 13-cv-07278 | Nationwide Mutual Insurance Company, et al. v. Handit2 Network, LLC, et al. |
| 13-cv-07773 | Ramos v. City of Chicago, et al. |
| 13-cv-08382 | Rivera v. Wal-Mart Stores, Inc. |
| 14-cv-00715 | Alvirde, et al. v. Fresh Farms International Market, Inc., et al. |
| 14-cv-01388 | Countryman Nevada, LLC v. Does 1-19 |
| 14-cv-01725 | Chicago Regional Council of Carpenters Pension Fund, et al. v. Continental Commercial Interiors, Inc. |
| 14-cv-02886 | Faith Construction 4, Inc., et al v. All-Bry Construction Company, et al. |
| 14-cv-03233 | McClennon v. City of Chicago, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Robert M. Dow Jr.

11-cv-08192   Brack v. Dart, et al.
11-cv-05319   Frerck v. Pearson Education, Inc.
12-cv-01851   Global Material Technologies, Inc. v. Dahzeng Metal Fibre Co., Ltd, et al.
12-cv-07972   Young v. Dart, et al.
13-cv-03825   TCYK, LLC v. DOES 1-44
13-cv-04880   Crockwell v. Dart, et al.
13-cv-06687   Deutsche Bank National Trust Company v. Quiceno, et al.
13-cv-08292   Boyd v. Hein
14-cv-00569   Villalva, et al. v. X-Cell Communications of Chicago Corp., et al.
14-cv-01794   Woods v. Magana
14-cv-02762   Starks v. Mages & Price


List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Thomas M. Durkin

11-cv-05010   Ammons v. Cook County, et al.
12-cv-03717   Deutsche Bank National Trust Company v. Klimson, et al.
12-cv-07295   Hardig v. Dr. Armstrong, et al.
13-cv-00641   Brown v. Imperial Zinc Corp., et al.
13-cv-03682   Freelain v. Village of Oak Park, et al.
13-cv-06095   Widmer v. Engelson, et al.
              13-cv-06097   Widmer v. Mail Room Employees, et al.
13-cv-07246   Deutsche Bank National Trust Company v. Johnson
14-cv-00271   Griffin v. Cannata
14-cv-01360   Labaran v. Alpha Baking Co.
14-cv-02371   First American Commercial Bancorp, Inc. v. New Breed Logistics, Inc.
14-cv-03270   United States of America v. Estate of Leona Trippon, et al.

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Sara L. Ellis

11-cv-01331   Laborers' Pension Fund, et al. v. Brandonisio Construction Corporation, et al.
12-cv-04087   Maldonado v. Golren Enterprises Inc., et al.
12-cv-08985   House of Brides, Inc. v. Dessy Marketing & Distribution, Inc.
13-cv-01621   Jeffries v. Revolutionary Hotels Inc., et al.
13-cv-04037   U.S. Bank National Association v. Pachter, Jr., et al.
13-cv-05980   Sams-Carey v. Adventist Hinsdale Hospital, et al.
13-cv-08450   Joiner v. State of Illinois DHS
14-cv-00874   Smith v. Chase Bank USA, N.A., et al.
14-cv-01852   Mikolon, et al. v. City of Chicago, et al.
14-cv-02857   Hardy v. Dart, et al.
14-cv-03499   Novak v. Record Information Services, Inc., et al.

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Gary Feinerman

| | |
|---|---|
| 11-cv-04109 | Wilder v. Wexford Health Sources, Inc., et al. |
| 12-cv-01726 | Siudut v. Banner Life Insurance Company |
| 12-cv-03478 | Wicks v. Barron, et al. |
| 12-cv-06762 | O'Donnell, et al. v. America at Home Healthcare and Nursing Services, Ltd. |
| 12-cv-08777 | Spalding, et al. v. City of Chicago, et al. |
| 12-cv-09064 | J&J Sports Productions, Inc. v. Nevarez, et al. |
| 13-cv-02106 | City of Evanston v. Chevron U.S.A. Inc., et al. |
| 13-cv-03270 | Fletcher, et al. v. Doig, et al. |
| 13-cv-04262 | Jenkins v. Hodge, et al. |
| 13-cv-05573 | Phongsa, et al. v. JPMorgan Chase Bank NA, et al. |
| 13-cv-06399 | Burge, et al. v. Rogers, et al. |


List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Robert W. Gettleman

| | |
|---|---|
| 10-cv-05619 | Altman, et al. v. Helgesen |
| 12-cv-03481 | Western Consolidated Premium Properties, Inc., et al. v. MC Risk Services LLC, et al. |
| 13-cv-00790 | Hancock, et al. v. Koz Trucking and Sons, Inc. |
| 13-cv-04260 | Hanover Insurance Company v. Groeb, et al. |
| 13-cv-06838 | Johnson, Jr. v. Henderson, et al. |
| 13-cv-08266 | Delcore, et al. v. Holder, et al. |
| 14-cv-00185 | Perez v. Allen, et al. |
| 14-cv-01181 | Wells Fargo Bank, National Association, et al. v. Invescomex I, LLC, et al. |
| 14-cv-01843 | Joint Commission Resources, Inc. v. Siskin Technologies, Inc. |
| 14-cv-02474 | G&G Closed Circuit Events, LLC. v. Valdivia, et al. |
| 14-cv-03097 | Miller v. First Advantage Background Services, Corp. |


List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Joan B. Gottschall

| | |
|---|---|
| 11-cv-02523 | Millsapp v. Gorman |
| 12-cv-07465 | Rosario v. American Society of Safety Engineers |
| 13-cv-03377 | Birt v. South Suburban Rehabilitation Center, L.L.C., et al. |
| 13-cv-08181 | Baker Dental Corporation v. Dental Arts Studio, et al. |
| 14-cv-01251 | Animal Medical Center of Orland Park, Inc. v. JP Morgan Chase & Co., et al. |
| 14-cv-03165 | Bankers Life and Casualty Company v. Miller, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Ronald A. Guzman

| Case Number | Case Name |
|---|---|
| 12-cv-09648 | Rosa v. City of Chicago, Department of Water Management |
| 13-cv-03276 | Moore v. Dart, et al. |
| 13-cv-04950 | Openlands, et al. v. United States Department of Transportation, et al. |
| 13-cv-07767 | J&J Sports Productions, Inc. v. Mondragon, et al. |
| 13-cv-08306 | Brown v. Yan |
| 14-cv-00466 | English, et al. v. Rich Twp High School Dist 227 |
| 14-cv-01414 | Krcadinac v. DSW Inc., et al. |
| 14-cv-01890 | Washington v. U.S. Postal Service |
| 14-cv-02574 | Vicenteno v. City of Chicago |
| 14-cv-03231 | BDP International v. United Cargo |
| 14-cv-03634 | Signature Financial, LLC v. ICT Logistics, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. James F. Holderman

| Case Number | Case Name |
|---|---|
| 12-cv-01920 | Al Maha Trading & Contracting Holding Company v. W.S. Darley & Co., et al. |
| 13-cv-05543 | Broadcast Music, Inc., et al. v. Alhambra Palace Restaurant, LLC, et al. |
| 13-cv-08284 | United States of America v. Wren |
| 14-cv-00653 | Chicago & Kedzie, LLC v. West Bend Mutual Insurance Company |
| 14-cv-01787 | Bailey v. Dart |
| 14-cv-01835 | Cohan v. Medline Industries, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Virginia M. Kendall

| Case Number | Case Name |
|---|---|
| 10-cv-02353 | Anderson v. Sheriff Cook County, et al. |
| 12-cv-03433 | Bacerott v. Bolingbrook Police Dept., et al. |
| 12-cv-10220 | Napoles v. Johnson |
| 13-cv-01082 | Wells Fargo Bank, N.A. v. Opsahl, et al. |
| 13-cv-03228 | Bern v. Lipsey, et al. |
| 13-cv-05191 | Klein v. Sieber, et al. |
| 13-cv-06147 | Prescott v. Argen Corporation, et al. |
| 13-cv-07845 | Wilson v. Baptiste, et al. |
| 13-cv-08766 | Rodriguez v. Ross Landscaping, Co. |
| 14-cv-00646 | American Kitchen Delights, Inc. v. John Soules Foods, Inc., et al. |
| 14-cv-01281 | Buford v. Obaisi, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Matthew F. Kennelly

| | |
|---|---|
| 12-cv-00362 | Callahan v. City of Chicago, et al. |
| 12-cv-08565 | Alberto Pabon v. P.O. Robert Brenka #342, et al. |
| 13-cv-03039 | General Masonry Construction, Inc. v. AIMCO Elm Creek, L.P., et al. |
| 13-cv-05134 | Wilson v. Randstad Staffing Services |
| 13-cv-06609 | Ferguson v. George, et al. |
| 13-cv-08065 | Kilburg v. Enea Software and Services, Inc. |
| 14-cv-00254 | Nowalski v. Sears Roebuck and Co., et al. |
| 14-cv-01316 | Spruce v. Midland Funding, LLC, et al. |
| 14-cv-02028 | Johnson v. Yahoo! Inc. |
| 14-cv-02753 | Calderin v. Yahoo!, Inc. |
| 14-cv-02770 | In re: Leventhal |
| 14-cv-03394 | Coombs v. University of Chicago |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Charles P. Kocoras

| | |
|---|---|
| 09-cv-06914 | Snap-on Incorporated v. Robert Bosch, LLC |
| 12-cv-09873 | Schwebe, et al. v. AGC Flat Glass North America, Inc., et al. |
| 13-cv-05782 | Affiliated Health Care Associates, PC v. Handit2 Network, LLC, et al. |
| 13-cv-08674 | Mitsui Sumitomo Insurance Group v. Navistar International Crop, et al. |
| 14-cv-01705 | Love, Jr. v. Cook County D.O.C., et al. |
| 14-cv-03273 | Mock v. Chi, Cook County Dept. of Correction Jail, et al. |
| 14-cv-03274 | Mock v. City of Chicago Police Dept., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. John Z. Lee

| | |
|---|---|
| 07-cv-01722 | Pickett v. Sheridan Health Care Center |
| 10-cv-07435 | Krik v. BP America, Inc., et al. |
| 12-cv-01963 | U.S. Bank, National Association v. Dunn |
| 12-cv-07560 | Alrazzaq v. Walgreen Company |
| 12-cv-10210 | Robinson v. Oakley Construction Company, Inc. |
| 13-cv-03651 | Clark v. Ford Motor Co. |
| 13-cv-05006 | Tyler v. Gossett, et al. |
| 13-cv-07305 | Hill v. Bond |
| 14-cv-00296 | Rainey v. J.B. Hunt Transport, Inc., et al. |
| 14-cv-01822 | Chicago Regional Council of Carpenters Pension Fund, et al. v. Alliance Store Fixtures, Inc. |
| 14-cv-02716 | Wahl Clipper Corporation v. Philips Electronics North America Corporation |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Joan Humphrey Lefkow

| | |
|---|---|
| 11-cv-00097 | Polinski v. American Eagle Airlines, et al. |
| 11-cv-06933 | Envision Healthcare, Inc. v. Federal Deposit Insurance Corporation |
| 12-cv-03915 | HSBC Bank USA, National Association v. Sembiring, et al. |
| 12-cv-08683 | Kirschenbaum v. Gillman, et al. |
| 13-cv-03534 | Walker v. Harrington |
| 13-cv-04887 | Schneider, et al. v. Cornerstone Pints, Inc., et al. |
| 13-cv-07896 | U.S. Commodity Futures Trading Commission v. AlphaMetrix, LLC, et al. |
| 14-cv-00312 | McCaster v. United States of America |
| 14-cv-00824 | Shelby v. Dart |
| | 14-cv-02419   Shelby v. Dart, et al. |
| 14-cv-01766 | Draper v. Complete Payment Recovery Services, Inc. |
| 14-cv-03693 | Yoffrien v. Activity Collection Services, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Harry D. Leinenweber

| | |
|---|---|
| 12-cv-03207 | Parker v. Four Seasons Hotels, Limited |
| 12-cv-09044 | 1st Technology, LLC v. Rovio |
| 13-cv-01926 | Toddy Gear, Inc. v. Cleer Gear, LLC |
| 13-cv-02039 | Kruszewska v. Target Corporation |
| 13-cv-04348 | Lane, et al. v. Asset Recovery Management, et al. |
| 13-cv-06795 | Wells Fargo Bank, N.A. v. Himler, et al. |
| 13-cv-08463 | L.W., et al. v. Illinois Department of Child and Family Services, et al. |
| 14-cv-00119 | Motor Werks Partners, LP v. General Motors LLC |
| 14-cv-01285 | Cook v. Dart, et al. |
| 14-cv-02163 | Dallas Buyers Club, LLC v. Does 1-45 |
| 14-cv-03216 | Midwest Operating Engineers Welfare Fund, et al. v. Carters Excavating & Grading Company, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Charles R. Norgle

| | |
|---|---|
| 09-cv-02885 | Chicago Import, Inc. v. American States Insurance Company |
| 11-cv-07060 | Langendorf v. Skinnygirl Cocktails, LLC, et al. |
| 12-cv-04584 | Haskins, Jr. v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04598 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04600 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04601 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04602 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04603 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04604 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04605 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04606 | Kevin J. Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04607 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04608 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04609 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04610 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04611 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04612 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04614 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04616 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04617 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04618 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04620 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04622 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04623 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04625 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04626 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     12-cv-04627 | Conway v. Honeywell International Inc., et al. |
|     12-cv-04629 | Haskins, Jr. v. Honeywell International Inc., et al. |
|     12-cv-04630 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
|     14-cv-02727 | Conway v. Midwest Air Traffic Control Service, Inc., et al. |
| 12-cv-04819 | Deutsche Bank National Trust Company v. Vargas, et al. |
| 12-cv-08948 | Varpucianskas v. Clean Harbors Environmental Services, Inc., et al. |
| 13-cv-01074 | Lee v. The City of Chicago Illinois, et al. |
| 13-cv-03246 | Hill v. City of Chicago |
| 13-cv-05156 | Glaser v. Nationwide Credit Corporation |
| 13-cv-07367 | Vesey v. Combs, et al. |
| 13-cv-08130 | Information Resources, Inc. v. Fromm-Mendoza, et al. |
| 13-cv-08622 | Anderson v. Carter, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 12-cv-04718 | Nelson v. United States Army |
| 12-cv-07838 | Rodriguez v. Janet Napolitano |
| 12-cv-09842 | Rodriguez v. United States of America, et al. |
| 13-cv-00439 | Trinity Industries Leasing Company v. Midwest Gas Storage, Inc., et al. |
| 13-cv-02559 | Arteaga v. Medina |
| | 14-cv-00255   Arteaga, et al. v. Castaneda, et al. |
| 13-cv-03444 | Wargaming.Net LLP v. Changyou.com Limited, et al. |
| 13-cv-04597 | Taylor v. Hughes, et al. |
| 13-cv-05674 | Bapasn, Inc., et al. v. Equilon Enterprises LLC, et al. |
| 13-cv-06923 | Martin v. JTH Tax, Inc. |
| 13-cv-07625 | Sams v. City of Chicago, et al. |
| 13-cv-08342 | Davis v. United States of America |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Milton I. Shadur

| | |
|---|---|
| 11-cv-01745 | Mrdak v. Sood, et al. |
| 12-cv-01515 | Heartland Wood Products, Inc. v. Tacony Corporation |
| 12-cv-07634 | Ghiles v. City of Chicago Heights, et al. |
| 13-cv-01683 | Lundberg, et al. v. Rivera-Cordovez, et al. |
| 13-cv-03779 | Gogos v. AMS-Mechanical System, Inc. |
| 13-cv-06479 | Dorf v. Standard Insurance Company |
| 13-cv-07781 | Ferguson v. Ledvora, et al. |
| 13-cv-08717 | Gomez v. Polyone Corporation, et al. |
| 14-cv-00866 | Sullens v. Graham, et al. |
| 14-cv-01914 | Sowizrol v. Coca Cola Company, et al. |
| 14-cv-02472 | Thorne v. Kins, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Amy J. St. Eve

| | |
|---|---|
| 12-cv-04558 | Ford v. Pounovich, et al. |
| 12-cv-09994 | Turner, et al. v. City of Chicago, et al. |
| 13-cv-02028 | Carey International, Inc. v. Montoya |
| 13-cv-05102 | Induction Innovations, Inc., et al. v. Pacholok |
| 13-cv-06715 | Gleike Taxi Inc. v. DC Tops LLC |
| 13-cv-08174 | Freiburger, et al. v. Timmerman, et al. |
| 14-cv-01046 | Fraser, et al. v. Espinoza, et al. |
| 14-cv-01402 | Taylor v. Dolton, et al. |
| 14-cv-02182 | Prime Builders & Development, Inc., et al. v. Allstate Corporation |
| 14-cv-02956 | Wilson, et al. v. U.S. Bank N.A. |
| 14-cv-03091 | Williams v. Cook County IL Municpal Corp., et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. John J. Tharp Jr.

| | |
|---|---|
| 09-cv-07306 | Danielides v. Northrop Grumman Corporation |
| 11-cv-05660 | Posey, et al. v. The City of Chicago, et al. |
| 12-cv-00981 | Bonner v. O'Toole, et al. |
| 12-cv-05754 | Arenas, et al. v. Truself Endeavor Corporation, et al. |
| 12-cv-10219 | U.S. Bank National Association v. Johnson, et al. |
| 13-cv-02145 | Gould v. Cederoth, et al. |
| 13-cv-05857 | Simpson v. St. James Hospital |
| 13-cv-08245 | Nesbitt v. Regas, et al. |
| 14-cv-00317 | Grant v. Preckwrinkle, et al. |
| | 14-cv-00357   Grant v. Chicago Police Department, et al. |
| 14-cv-01904 | Rabinak v. United Brotherhood of Carpenters Pension Fund |
| 14-cv-02815 | Washington v. Provident Hospital of Cook County, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. Andrea R. Wood

| | |
|---|---|
| 11-cv-06472 | Joao Bock Transaction Systems v. First National Bank, et al. |
| 12-cv-05938 | Wright v. LaSalle County Jail, et al. |
| 13-cv-00206 | Garcia v. North Chicago Community Unit School District 187 |
| 13-cv-02829 | Harrington v. Cook County |
| 13-cv-04708 | Cox, et al. v. Gillenwater, et al. |
| 13-cv-06283 | Ocampo v. Remedial Environmental Manpower, Inc., et al. |
| 13-cv-07509 | Glazer v. Arneson |
| 14-cv-00208 | Lavelle v. A T & T Corporation, et al. |
| 14-cv-01455 | Huntington National Bank v. Szpindor, et al. |
| 14-cv-02370 | Morales v. Goodwill Industries of Southeastern Wisconsin, Inc. |
| 14-cv-03326 | Barragan v. Dart, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge Manish S. Shah from the Hon. James B. Zagel

| | |
|---|---|
| 11-cv-00748 | Little v. Illinois Department of Revenue |
| 11-cv-07255 | Dorian v. Kaupas, et al. |
| 12-cv-07265 | Reed v. Wexford Health Source Inc., et al. |
| 12-cv-08804 | Santos-Means v. Sheriff's Office of Cook County, Illinois |
| 13-cv-01521 | Andrews v. Gerace, et al. |
| | 13-cv-05965   Gerace v. Andrews, et al. |
| 13-cv-05906 | Century 21 Real Estate LLC v. M.B. Real Estate, Inc., et al. |
| 13-cv-07292 | Hoskins v. Popow, et al. |
| 14-cv-00064 | Federal Deposit Insurance Corporation v. Illinois Neurospine Institute, P.C., et al. |
| 14-cv-01447 | Luo v. Mayorkas, et al. . |
| 14-cv-02332 | Chan v. Doe 1, et al. . |
| 14-cv-03299 | Piencak v. Midland Credit Management, Inc., et al. |