**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| See Attached List | ) ) ) ) ) ) ) | Case No: See Attached List<br><br>Judge Manish S. Shah |

## ORDER

This case has been reassigned to form the initial calendar of the Honorable Manish S. Shah. All previously set status dates and motion hearing dates are hereby stricken. The Court will set a date for a reassignment status conference by separate order. The parties are directed not to notice any motions for presentment prior to the reassignment status conference without first contacting the courtroom deputy. All other hearing dates, deadlines and schedules in place as of the date of this Order remain in effect. All existing referrals to the assigned magistrate judge remain in place.

Counsel for the parties shall confer and then prepare and file a joint Reassignment Status Report, not to exceed five pages, within 14 days of the entry of this Order. If defendant's counsel has not yet filed an appearance, the Reassignment Status Report should be prepared by plaintiff's counsel. A template for the Reassignment Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and then again on the link entitled 'Cases Reassigned to Judge Shah.'

Date: 6/30/14        /s/ _____
                     Manish S. Shah
                     UNITED STATES DISTRICT JUDGE

**List of Cases Requiring
Reassignment Status Report
for
JUDGE MANISH S. SHAH**

**Pickett v. Sheridan Health Care Center - 07 C 1722**
**Domanus et al v. Lewicki et al - 08 C 4922**
**Chicago Import, Inc. v. Amercan States Insurance Company - 09 C 2885**
**Kuttner v. Zaruba et al. – 10 C 4290**
**Lopez v. Ram Shirdi Inc., et al - 10 C 6590**
**Krik v. BP America, Inc. et al - 10 C 7435**
**Polinski v. American Eagle Airlines et al - 11 C 0097**
**Little v. Illinois Department of Revenue - 11 C 0748**
**Chicago Regional Council of Carpenters Pension Fund et al v. Schal Bovis, Inc. - 11 C 0992**
**Mrdak v. Sood et al – 11 C 1745**
**Frerck v. Pearson Education, Inc. - 11 C 5319**
**Posey et al v. The City of Chicago et al - 11 C 5660**
**Envision Healthcare, Inc. v. Federal Deposit Insurance Corporation – 11 C 6933**
**Langendorf v. Skinnygirl Cocktails, LLC et al - 11 C 7060**
**Brack v. Dart et al. - 11 C 8192**
**Callahan v. City Of Chicago et al - 12 C 0362**
**Bonner v. O'Toole et al - 12 C 0981**
**Brown v. Board of Education et al – 12 C 1112**
**Heartland Wood Products, Inc. v. Tacony Corporation – 12 C 1515**
**Global Material Technologies, Inc. v. Dahzeng Metal Fibre CO, LTD et al - 12 C 1851**
**Al Maha Trading & Contracting Holding Company v. W.S. Darley & Co. et al - 12 C 1920**
**U.S. Bank, National Association v. Dunn - 12 C 1963**
**Parker v. Four Seasons Hotels, Limited - 12 C 3207**
**Bacerott v. Bolingbrook Police Dept et al - 12 C 3433**
**Wicks v. Barron et al - 12 C 3478**
**HSBC Bank USA, National Association v. Sembiring et al - 12 C 3915**
**Haskins, Jr. v. Midwest Air Traffic Control Service, Inc. et al - 12 C 4584**
**Conway v. Honeywell International Inc. et al - 12 C 4598**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4600**
**Conway v. Honeywell International Inc. et al - 12 C 4601**
**Conway v. Honeywell International Inc. et al - 12 C 4602**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4603**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4604**
**Conway v. Midwest Air Traffic Control Service, Inc., et al- 12 C 4605**
**Kevin J. Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4606**
**Conway v. Honeywell International Inc. et al - 12 C 4607**
**Conway v. Honeywell International Inc. et al - 12 C 4608**
**Conway v. Honeywell International Inc. et al - 12 C 4609**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4610**
**Conway v. Honeywell International Inc. et al - 12 C 4611**

**Conway v. Honeywell International Inc. et al - 12 C 4612**
**Conway v. Midwest Air Traffic Control Service, Inc. et al - 12 C 4614**
**Conway v. Midwest Air Traffic Control Service, Inc. et al - 12 C 4616**
**Conway v. Honeywell International Inc. et al - 12 C 4617**
**Conway v. Honeywell International Inc. et al - 12 C 4618**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4620**
**Conway v. Honeywell International Inc. et al - 12 C 4622**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4623**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4625**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4626**
**Conway v. Honeywell International Inc. et al - 12 C 4627**
**Haskins, Jr. v. Honeywell International Inc. et al - 12 C 4629**
**Conway v. Midwest Air Traffic Control Service, Inc., et al - 12 C 4630**
**Nelson v. United States Army - 12 C 4718**
**Deutsche Bank National Trust Company v. Vargas et al - 12 C 4819**
**Arenas et al v. Truself Endeavor Corporation et al - 12 C 5754**
**O'Donnell et al v. America at Home Healthcare and Nursing Services, Ltd. - 12 C 6762**
**Madden v. City Of Chicago et al - 12 C 7110**
**Reed v. Wexford Health Source Inc. et al - 12 C 7265**
**Alrazzaq v. Walgreen Company - 12 C 7560**
**Ghiles v. City of Chicago Heights et al – 12 C 7634**
**Rodriguez v. Janet Napolitano - 12 C 7838**
**Young v. Dart et al - 12 C 7972**
**Alberto Pabon v. P.O. Robert Brenka #342 et al - 12 C 8565**
**Kirschenbaum v. Gillman et al - 12 C 8683**
**Santos-Means v. Sheriff's Office of Cook County, Illinois - 12 C 8804**
**Varpucianskas v. Clean Harbors Environmental Services, Inc. et al - 12 C 8948**
**House of Brides, Inc. v. Dessy Marketing & Distribution, Inc. – 12 C 8985**
**J&J Sports Productions, Inc. v. Nevarez et al - 12 C 9064**
**Delosantos v. Cook County Dept. of Corrections et al – 12 C 9098**
**Rosa v. City of Chicago, Department of Water Management - 12 C 9648**
**Rodriguez v. United States of America et al - 12 C 9842**
**Schwebe et al v. AGC Flat Glass North America, Inc. et al - 12 C 9873**
**Turner et al v. City Of Chicago et al - 12 C 9994**
**Robinson v. Oakley Construction Company, Inc. - 12 C 10210**
**Napoles v. Johnson - 12 C 10220**
**Feliciano v. Dart et al - 12 C 10232**
**Trinity Industries Leasing Company v. Midwest Gas Storage, Inc. et al - 13 C 0439**
**Hancock et al v. Koz Trucking and Sons, Inc.– 13 C 0790**
**Lee v. The City of Chicago Illinois et al - 13 C 1074**
**Andrews v. Gerace et al - 13 C  1521**
**Lundberg et al v. Rivera-Cordovez et al - 13 C 1683**
**Toddy Gear, Inc. v. Cleer Gear, LLC - 13 C 1926**
**Stratton et al v. OneWest Bank, FSB - 13 C 2048**
**Gould v. Cederoth et al - 13 C 2145**
**Arteaga v. Medina - 13 C 2559**

**Harrington v. Cook County – 13 C 2829**
**General Masonry Construction, Inc. v. AIMCO Elm Creek, L.P. et al - 13 C 3039**
**Bern v. Lipsey et al - 13 C 3228**
**Moore v. Dart et al - 13 C 3276**
**Birt v. South Suburban Rehabilitation Center, L.L.C. et al - 13 C 3377**
**VendoNet, Inc. v. Redbox Automated Retail, LLC - 13 C 3475**
**PQ Corporation v. Lexington Insurance Company - 13 C 3482**
**Gogos v. AMS-Mechanical System, Inc. – 13 C 3779**
**TCYK, LLC v. DOES 1-44 - 13 C 3825**
**Butusov v. Sheriff of Cook County et al - 13 C 4114**
**Glaxosmithkline Biologicals, S.A v. Hospira Worldwide, Inc. et al - 13 C 4346**
**Lane et al v. Asset Recovery Management et al - 13 C 4348**
**United Food And Commercial Workers International Union-Industry Pension Fund et al v. The Bank of New York Mellon - 13 C 4484**
**Taylor v. Hughes et al - 13 C 4597**
**Crockwell v. Dart, et al - 13 C 4880**
**Griffin v. Berger et al - 13 C 4907**
**Openlands et al v. United States Department of Transportation et al - 13 C 4950**
**Induction Innovations, Inc. et al v. Pacholok - 13 C 5102**
**Wilson v. Randstad Staffing Services - 13 C 5134**
**Glaser v. Nationwide Credit Corporation - 13 C 5156**
**Birdo v. Johnson et al – 13 C 5507**
**Broadcast Music, Inc. et al v. Alhambra Palace Restaurant, LLC, et al - 13 C 5543**
**Bapasn, Inc. et al v. Equilon Enterprises LLC et al - 13 C 5674**
**Affiliated Health Care Associates, PC v. Handit2 Network, LLC et al - 13 C 5782**
**Simpson v. St. James Hospital - 13 C 5857**
**Century 21 Real Estate LLC, v. M.B. Real Estate, Inc., d/b/a Century 21 M.B. Real Estate, et al - 13 C 5906**
**Gerace v. Andrews et al - 13 C 5965**
**Prescott v. Argen Corporation et al - 13 C 6147**
**De La Vega et al v. Ali et al - 13 C 6471**
**Dorf v. Standard Insurance Company – 13 C 6479**
**Ferguson v. George et al - 13 C 6609**
**Gleike Taxi Inc. v. DC Tops LLC - 13 C 6715**
**Birdo v. Gomez et al - 13 C 6864**
**Martin v. JTH Tax, Inc. - 13 C 6923**
**Charvat v. The Allstate Corporation et al - 13 C 7104**
**Princeton Industrial Products, Inc. v. Precision Metals Corp. - 13 C 7160**
**Nationwide Mutual Insurance Company et al v. Handit2 Network, LLC et al - 13 C 7278**
**Hoskins v. Popow et al - 13 C 7292**
**Glazer v. Arneson - 13 C 7509**
**Chaney v. Illinois Department of Human Services - 13 C 7737**
**Ramos v. City Of Chicago et al - 13 C 7773**
**Rosa v. Doe et al – 13 C 8254**
**Gomez v. Polyone Corporation et al – 13 C 8717**
**Labaran v. Alpha Baking Co. – 14 C 1360**

**United States of America v. Bethel African Methodist Episcopal Church – 14 C 1686**
**Joint Commission Resources, Inc. v. Siskin Technologies Inc. – 14 C 1843**
**Sowizrol v. Coca Cola Company, et al - 14 C 1914**
**G&G Closed Circuit Events, LLC. v. Valdivia et al – 14 C 2474**
**Miller v. First Advantage Background Services Corp. – 14 C 3097**
**J&J Sports Productions, Inc. v. Meraz et al – 14 C 3108**