UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-7435 |
| | ) | |
| BP AMOCO CHEMICAL COMPANY *et al.*, | ) | Judge Manish S. Shah |
| | ) | |
| Defendants. | ) | |

## JOINT REASSIGNMENT STATUS REPORT

Plaintiff Charles Krik and Defendants Crane Co., ExxonMobil Oil Corporation, Owens-Illinois, Inc., and Weil-McLain submit this Joint Reassignment Status Report pursuant to the Order of June 30, 2014 (ECF No. 284). Additionally, this report was submitted to Judge John Z. Lee to request transfer under Internal Operating Procedures (IOP13) of the pending *Daubert* motions (ECF Nos. 62, 63, 64, 65, 66, 67, 71, 76) and motion to bar undisclosed and improperly disclosed witnesses (ECF No. 151), which were taken under advisement on April 8, 2014, with a ruling expected in two weeks after extensive briefing and oral argument (ECF No. 279, 282).[1]

    **1.**    **Nature of the Case**

        **a.**    **Identify the attorneys of record for each party.**

| | |
|---|---|
| Robert G. McCoy | Matthew J. Fischer |
| Jin-Ho Chung | Edward Casmere |
| Cascino Vaughan Law Offices, Ltd. | Brian O. Watson |
| 220 South Ashland Ave. | Schiff Hardin LLP |
| Chicago, IL 60607 | 233 S. Wacker Dr. Suite 6600 |
| (312) 944-0600 | Chicago, Illinois 60606 |
| (312) 944-1870 (facsimile) | (312) 258-5500 |
| *Attorneys for Plaintiff Charles Krik* | (312) 258-5600 (facsimile) |
| | *Attorneys for Defendant Owens-Illinois, Inc.* |

---

[1] Internal Operating Procedures provide that, "A judge may with the agreement of the receiving judge transfer one or more pending motions to be ruled upon by the receiving judge without transferring the case. The transferring judge shall notify the Executive Committee of any transfer made under this rule. Such notice will be on a form approved by the Committee." *See* IOP13(h).

Shawn P. Babiuch
Mark C. Sampson
Segal McCambridge Singer & Mahoney
233 S. Wacker Dr. Suite 5500
Chicago, Illinois 60606
(312) 645-7800
(312) 645-7711 (facsimile)
*Attorneys for Defendant Weil-McLain*

H. Patrick Morris
David F. Fanning
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
(312) 372-9818 (facsimile)
*Attorneys for Defendant ExxonMobil Oil Corp.*

James P. Kasper
Catherine L. Carlson
Gunty & McCarthy
150 S. Wacker Dr., Ste. 1025
Chicago, Illinois 60606
(312) 541-0022
(312) 541-0033 (facsimile)

David Fusco
K&L Gates LLP
249 Fifth Ave.
Pittsburgh, Pennsylvania 15222
(412) 355-6500
(412) 355-6501 (facsimile)
*Attorneys for Defendant Crane Co.*

    **b.**    **State the basis for federal jurisdiction.**

Federal jurisdiction is based both on diversity under 28 U.S.C. § 1332 with respect to all claims, and on admiralty or maritime jurisdiction under 28 U.S.C. § 1333, with respect to Plaintiff's claims against Owens-Illinois, Inc. and Crane Co. and supplemental jurisdiction under 28 U.S.C. § 1367, with respect to Plaintiff's claims against ExxonMobil Oil Corporation and Weil-McLain.

    **c.**    **Generally describe the nature of the claims asserted in the complaint and any counterclaims.**

Plaintiff asserts negligence claims and contends his resected lung cancer was caused by cigarette smoking and exposure to (1) asbestos-containing products manufactured by or used in conjunction with products made by Owens-Illinois, Inc., Crane Co., Weil-McLain, and various other entities; and (2) asbestos-containing products at facilities owned by ExxonMobil Oil Corporation.

Crossclaims for contribution were asserted among the defendants by the Order for Pleadings in Cases Which Contain Asbestos-Related Personal Injury Claims in the Federal District Court for

the Eastern District of Pennsylvania, *In re: Asbestos Litigation*, Misc. Docket No. 86-0457 (E.D. Pa. Aug. 20, 1986), and Pretrial Order No. 1, *In re: Asbestos Products Liability Litigation (No. VI)*, No. MDL 857 (E.D. Pa. Sept. 18, 1991), as amended. There has been no good faith finding of any settlement under the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100 *et seq*.

        **d.**        **Describe the relief sought by the claims and counterclaims.**

Plaintiff seeks compensatory damages.

        **e.**        **List the names of any parties who have not been served.**

None.

    **2.**    **Prior History, Discovery, and Motions**

        **a.**        **Describe all substantive rulings that have been issued in the case.**

In MDL 875, the Court denied summary judgment under maritime law as to Owens-Illinois, Inc. and Crane Co., and under Illinois law as to Crane Co., Weil-McLain, and ExxonMobil Oil Corporation. *See Krik v. BP Am., Inc.*, No. 11-63473, 2012 WL 2914238 (E.D. Pa. May 15, 2012) (Owens-Illinois); *Krik v. BP Am., Inc.*, No. 11-63473, 2012 WL 2914244 (E.D. Pa. May 15, 2012) (Crane); *Krik v. BP Am., Inc.*, No. 11-63473, 2012 WL 2914229 (E.D. Pa. May 15, 2012) (Weil-McLain); *Krik v. BP Am., Inc.*, No. 11-63473, 2012 WL 2914246 (E.D. Pa. May 15, 2012) (Mobil).

        **b.**        **Describe any discovery that has been taken, any discovery that remains to be taken, and any discovery schedules that have been set.**

No discovery remains to be taken.

        **c.**        **Describe all pending motions, including the date the motion was filed and the briefing schedule.**

The following motions relating to expert testimony were fully briefed and argued before Judge John Z. Lee. Plaintiff has ordered and will be submitting the transcript of the two-and-a-half-hour hearing as part of the record on these expert-related motions *in limine*.

- Crane Co.'s Motion to Exclude the "Each and Every Exposure Opinion" (ECF No. 62), filed August 23, 2013
- Crane Co.'s Motion to Preclude the Testimony of Dr. Barry Castleman (ECF

- No. 63), filed August 23, 2013
- Crane Co.'s Joinder in Owens-Illinois's Motion to Bar the Longo/MAS Experiments and Related Testimony
- Owens-Illinois, Inc.'s Motion to Exclude Barry Castleman (ECF No. 64), filed August 23, 2013
- Owens-Illinois, Inc.'s Motion to Bar the Longo/MAS Experiments and Related Testimony (ECF No. 65), filed August 23, 2013
- Owens-Illinois, Inc.'s Motion to Bar the "Any Exposure" Opinion (ECF No. 66), filed August 23, 2013
- Weil-McLain's Motion to Exclude Plaintiff's Experts From Testifying Regarding the "Single Fiber" Theory (ECF No. 71), filed August 23, 2013
- ExxonMobil Oil Corporation's Motion to Bar Testimony of Arthur Frank and Frank Parker (ECF No. 76), filed August 23, 2013
- Defendants' Second Joint Motion to Bar Undisclosed and Improperly Disclosed Witnesses (ECF No. 151), filed November 8, 2013.

The following motions were fully briefed but were not argued before Judge John Z. Lee.

- Crane Co.'s Motions *in Limine* (ECF Nos. 182, 183, 185, 187, 188, 189), filed February 21, 2014
- Weil-McLain's Motions *in Limine* (ECF Nos. 191, 192), filed February 21, 2014
- Owens-Illinois, Inc.'s Motions *in Limine* (ECF Nos. 193, 194, 195), filed February 21, 2014
- ExxonMobil Oil Corporation's Motions *in Limine* (ECF Nos. 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208), filed February 21, 2014
- Plaintiff's Motions *in Limine* (ECF No. 211), filed February 21, 2014.

    **d.**     **Describe all anticipated motions.**

Defendants anticipate motions for judgment as a matter of law. Defendants also anticipate potential evidentiary motions during trial depending on the specific evidence presented by Plaintiff, including, but not limited to, the relevance and admissibility of documentary evidence and challenges to inappropriate expert testimony. Moreover, depending on the Court's rulings on pending motions, Crane Co. may move to amend expert witness disclosures.

**3.**     **Trial**

    **a.**     **State whether a jury trial is requested.**

The parties request a jury trial.

    **b.**     **Identify any trial dates previously set, or the earliest date the parties**

**will be ready for trial.**

No trial date is set. The Court previously set and struck trial dates of December 2, 2013, and April 28, 2014. The parties will be ready for trial on the earliest date after the pending motions are decided, the proposed final pretrial order is amended, and the final pretrial conference is held.

    **c.    State the probable length of trial.**

The probable length of trial is two to three weeks depending on the number of Defendants remaining at trial.

    **d.    State whether a final pretrial order has been filed, or any deadline for filing a pretrial order.**

The parties filed a proposed final pretrial order on February 21, 2014 (ECF No. 209). Judge John Z. Lee indicated during oral arguments on April 8, 2014, that a revised final pretrial order would be required after ruling on the pending motions.

    **4.    Referrals and Settlement**

    **a.    State whether the case has been referred to the Magistrate Judge for discovery supervision or a settlement conference.**

This case was referred to Magistrate Judge David Strawbridge in MDL 875 for extensive discovery supervision and settlement conferences/mediation.

    **b.    Describe the status of settlement discussions.**

Weil-McLain recently reached a settlement agreement with Plaintiff. A stipulation for dismissal was filed with this Court on July 11, 2014. As to the remaining Defendants, settlement discussions with Plaintiff have been unsuccessful, despite extensive mediation and settlement conferences in MDL 875 and despite out-of-court discussions.

    **c.    State whether the parties request a settlement conference.**

The parties do not request further settlement conferences.

    **d.    State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment.**

The parties do not consent unanimously to proceed before a Magistrate Judge.


Dated: July 14, 2014    Respectfully submitted,

By:  /s/ Robert G. McCoy (with permission)   By:  /s/ Brian O. Watson
Robert G. McCoy    Matthew J. Fischer
Cascino Vaughan Law Offices, Ltd.    Edward Casmere
220 South Ashland Ave.    Brian O. Watson
Chicago, IL 60607    Schiff Hardin LLP
(312) 944-0600    233 S. Wacker Dr. Suite 6600
(312) 944-1870 (facsimile)    Chicago, Illinois 60606
*Attorneys for Plaintiff*    (312) 258-5500
 (312) 258-5600 (facsimile)
 *Attorneys for Defendant*
 *Owens-Illinois, Inc.*

By:  /s/ David F. Fanning (with permission)
H. Patrick Morris
David F. Fanning
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
(312) 372-9818 (facsimile)
*Attorneys for Defendant*
*Exxon Mobil Oil Corp.*

By:  /s/ James P. Kasper (with permission)
James P. Kasper
Catherine L. Carlson
Gunty & McCarthy
150 S. Wacker Dr., Ste. 1025
Chicago, Illinois 60606
(312) 541-0022
(312) 541-0033  (facsimile)
*Attorneys for Defendant*
*Crane Co.*

By:  /s/ Shawn P. Babiuch (with permission)
Shawn P. Babiuch
Mark C. Sampson
Segal McCambridge Singer & Mahoney
233 S. Wacker Dr. Suite 5500
Chicago, Illinois 60606
(312) 645-7800
(312) 645-7711 (facsimile)
*Attorneys for Defendant*
*Weil-McLain*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 14, 2014, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson