# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 10 CV 7435, *Krik v. BP America, Inc., et al.*, is pending before the Hon. Manish S. Shah, and

It further appearing that Judge Shah and the Hon. John Z. Lee have agreed, pursuant to Internal Operating Procedure 13(h) of this Court, that Judge Lee preside over certain Daubert motions in 10 CV 7435; therefore

It is hereby ordered that Daubert motions recorded on the docket of 10 CV 7435 as documents number 62, 63, 64, 65, 66, 67, 71 and 76 are transferred to the Hon John Z. Lee for disposition. Case 10 CV 7435 shall remain pending before Judge Shah.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 1st day of August, 2014