10 CV 7435

FILED
10/20/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

October 14, 2014

Dear Judge Shah,

My name is Charles Kirk. Sir I have dedicated 16 years of my life to service in the U.S. Navy, taking orders + carrying them out promptly. I did so as a boilermaker + pipefitter. My asbestos suit was filed on 18th November 2010. My attorney tell me the case was sent to your court on 15 May 2013 from Pennsylvania. I was told my case would go to trial 2 Dec. 2013. Then I heard the date was canceled with no new date. I attended a hearing before Judge Lee in Chicago on 3 Dec. 2013. I understand certain motions filed by the defendents and argued on April 8, 2014 must be ruled on and that is delaying the case. In the meantime, I do not understand why no new trial date has been set.

I am 77 years old and in not so good shape. I would appreciate any help in moving this case

along to its conclusion. Your effort in this case would be greatly appreciated. Thank you

Respectfully,
Charles Krik

RECEIVED
OCT 20 2014
JUDGE MANISH S. SHAH
UNITED STATES DISTRICT COURT