# RE: Krik v. BP America, Inc., et al; Case No.: 1:10−cv−07435

Tucker

**Sent:** Friday, July 26, 2013 3:43 PM

**To:** Casmere, Edward M. [ecasmere@schiffhardin.com]; Bob G. McCoy; Jin-Ho Chung

**Cc:** wam@maronmarvel.com; jamie.kasper@guntymccarthy.com; michael.zukowski@klgates.com; ccarlson@guntymccarthy.com; steve.milott@guntymccarthy.com; morrisp@jbltd.com; fanningd@jbltd.com; Fischer, Matthew [mfischer@schiffhardin.com]; Riley, Robert [rriley@schiffhardin.com]; pmoir@qsclpc.com; emccambridge@smsm.com; gmcnamee@smsm.com; jcagnoli@smsm.com; vzavala@SMSM.com; msampson@smsm.com; Watson, Brian O. [BWATSON@schiffhardin.com]

---

Ed, That is correct.  Plaintiff intends to call Mr. Templin, but not Longo or Hatfield.

Tucker

_____
From: Casmere, Edward M. [ecasmere@schiffhardin.com]
Sent: Friday, July 26, 2013 3:36 PM
To: Tucker; Bob G. McCoy; Jin-Ho Chung
Cc: 'wam@maronmarvel.com'; 'jamie.kasper@guntymccarthy.com';
'michael.zukowski@klgates.com'; 'ccarlson@guntymccarthy.com';
'steve.milott@guntymccarthy.com'; 'morrisp@jbltd.com'; 'fanningd@jbltd.com';
Fischer, Matthew; Riley, Robert; pmoir@qsclpc.com; 'emccambridge@smsm.com';
'gmcnamee@smsm.com'; 'jcagnoli@smsm.com'; 'vzavala@SMSM.com'; 'msampson@smsm.com';
Watson, Brian O.
Subject: FW: Krik v. BP America, Inc., et al; Case No.: 1:10-cv-07435

Tucker, Jin-Ho, and Bob,

Please make sure Brian Watson and I are added to the email list for this case.  Are you saying that you are not going to call Dr. Longo or Mr. Hatfield, but you do plan to call Mr. Templin to testify about the MAS studies?  Please advise.

Ed

-----Original Message-----
From: Tucker [mailto:beads@cvlo.com]
Sent: Friday, July 26, 2013 3:14 PM
To: wam@maronmarvel.com; jamie.kasper@guntymccarthy.com;
michael.zukowski@klgates.com; ccarlson@guntymccarthy.com;
steve.milott@guntymccarthy.com; morrisp@jbltd.com; fanningd@jbltd.com;
mfischer@schiffhardin.com; rriley@schiffhardin.com; Peter Moir;
emccambridge@smsm.com; gmcnamee@smsm.com; jcagnoli@smsm.com; vzavala@SMSM.com;
msampson@smsm.com
Cc: Bob G. McCoy; Jin-Ho Chung
Subject: Krik v. BP America, Inc., et al; Case No.: 1:10-cv-07435

EXHIBIT 1

Counsel:

In October, 2011, plaintiff disclosed a witness to be designated Materials Analytical Services (Bill Longo's organization) as an expert in the case.  Plaintiff anticipated Richard Hatfield from MAS would be the trial witness.  In scheduling the experts for trial yesterday, plaintiff learned that Mr. Hatfield is on extended medical leave and unavailable for trial.  As a result, the witness from MAS will be John Templin.  His CV is attached and a past testimony list is being obtained.  The disclosure of MAS studies on the CD provided on October 20, 2011, is unchanged except the folder on that CD for Gypsum products will not be part of the testimony.  Plaintiff has no objection if any defendant wishes to take his deposition.  Please advise if there is any objection to Mr. Templin being the MAS

witness apart from the MIL about using the MAS studies that the court was advised of at the last hearing.

Regards,

Tucker Eads
Cascino Vaughan Law Offices, Ltd.
(312) 944-0600 ext. 131

------------------------------------------------------------------
Tax Matters:  To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error.  Then delete it.  Thank you.
------------------------------------------------------------------