**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Charles Krik
                      Plaintiff,

v.                                         Case No.: 1:10–cv–07435
                                                            Honorable Manish S. Shah

Crane Co., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 9, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Pretrial conference held and continued to April 9, 2015 at 1:30 p.m. Plaintiff shall file an additional brief concerning the testimony of Dr. Frank by March 23, 2015; defendants' response is due by March 30, 2015. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.