## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Krik | ) | Case No: 10 CV 7435 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Manish S. Shah |
|  | ) |  |
| Crane Co., et al | ) |  |
|  | ) |  |

## <u>ORDER</u>

Voir dire held. Jury selected. Opening statements presented. Jury trial held and continued to 04/21/15 at 10:00 a.m.

(T: 02:30 Voir Dire Held)
(T: 03:45 Jury Trial Held)


Date: April 20, 2015          /s/ _____
                                        MANISH S. SHAH
                                        UNITED STATES DISTRICT JUDGE