### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Krik | ) | Case No: 10 CV 7435 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Manish S. Shah |
|  | ) |  |
| Crane Co., et al | ) |  |
|  | ) |  |

### **ORDER**

Pursuant to the parties' stipulation reported in open court, defendant Crane Co. is dismissed with prejudice from the instant cause of action, each party to bear its own costs.

Date:  April 20, 2015                         /s/ _____
                                                                MANISH S. SHAH
                                                                UNITED STATES DISTRICT JUDGE