**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Charles Krik

                     Plaintiff,

v.                                     Case No.: 1:10–cv–07435

                                     Honorable Manish S. Shah

ExxonMobil Oil Corporation, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 1, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Jury deliberates. Jury returns verdict in favor of defendants. Enter jury instructions. Enter verdict. Enter jury note. Enter judgment in favor of defendants. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.