1504

```
1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
2                          EASTERN DIVISION

3    CHARLES KRIK,                    )
                                      )
4                    Plaintiff,       )
                                      )
5         vs.                         )  No. 10 C 7435
                                      )
6    OWENS-ILLINOIS, INC. and         )
     EXXON MOBIL OIL CORP.,           )  Chicago, Illinois
7                                     )  April 29, 2015
                     Defendants.      )  9:50 o'clock a.m.
8

9                              VOLUME 8
10              TRANSCRIPT OF PROCEEDINGS - Trial
             BEFORE THE HONORABLE MANISH S. SHAH
11                          and a Jury

12   APPEARANCES:

13
     For the Plaintiff:       CASCINO VAUGHAN LAW OFFICES, LTD.
14                            BY:  MR. ROBERT G. McCOY
                                   MR. DANIEL B. HAUSMAN
15                            220 South Ashland Avenue
                              Chicago, Illinois  60607
16                            (312) 944-0600

17   For Defendant Owens-IL:  SCHIFF HARDIN, L.L.P.
                              BY:  MR. BRIAN O'CONNOR WATSON
18                                 MR. EDWARD M. CASMERE
                              233 South Wacker Drive, Suite 6600
19                            Chicago, Illinois  60606
                              (312) 258-5784
20
     For Defendant ExxonMobil:JOHNSON & BELL, LTD.
21                            BY:  MR. H. PATRICK MORRIS
                                   MR. DAVID F. FANNING
22                            33 West Monroe Street, Suite 2700
                              Chicago, Illinois  60603
23                            (312) 372-0770

24

25
```

1505

1    APPEARANCES (Continued):

2    For Defendant ExxonMobil: BLACKWELL BURKE, P.A.
                              BY:  MR. JERRY W. BLACKWELL
3                             431 South Seventh Street, Suite 4600
                              Minneapolis, Minnesota  55415
4                             (612) 343-3200

5    Also Present:           EXXON MOBIL CORPORATION
                             BY:  MR. BEDOUIN L. JOSEPH
6                            P.O. Box 2180
                             CORP-EMB-1540C
7                            Houston, Texas  77252-2180
                             (713) 656-7827
8
                             Mr. Samuel Ertel, legal assistant
9                            Cascino Vaughan Law Offices, Ltd.

10                           Mr. Michael J. Barron, paralegal
                             Schiff Hardin, L.L.P.
11
                             Mr. Sean Swaggerty, IT technician
12                           Johnson & Bell, Ltd.

13

14

15

16

17

18

19

20

21

22
                    COLLEEN M. CONWAY, CSR, RMR, CRR
23                       Official Court Reporter
              219 South Dearborn Street, Room 1714
24                       Chicago, Illinois  60604
                            (312) 435-5594
25                  colleen_conway@ilnd.uscourts.gov

1     (Jury out.  Witness in.  Proceedings heard in open court:)

2          THE CLERK:  10 C 7435, Krik versus Owens-Illinois.

3          THE COURT:  Good morning, everyone.  Are we ready to

4     go with a witness for the defense?

5          MR. CASMERE:  Yes, Your Honor.  Dr. Wick is in the

6     back.

7          THE COURT:  Okay.  So let me just say that with

8     respect to the "government contractor" defense, I conclude that

9     there is sufficient evidence to allow the defense to go to a

10    jury.  There are military specifications in evidence, there's

11    evidence of testing of the product required by the government,

12    and there's evidence that the product cannot get onto the QPL

13    without having the required -- having met the required

14    specifications.

15         There are points that the plaintiff has to contest

16    the sufficiency of the evidence in that regard, but I do

17    conclude that there is enough to allow a reasonable jury to

18    reach the conclusion that the defendant met its burden on the

19    defense.

20         The negligence theories that were identified by the

21    Seventh Circuit in the *Ruppel* decision, R-u-p-p-e-l, in that

22    plaintiff's complaint, the plaintiff included "a failure to

23    provide adequate warnings" theory.  The plaintiff also alleged

24    a failure to provide any or adequate instructions concerning

25    safe handling of the product.  And the plaintiff in that case

1 also alleged a failure to conduct tests on the products in

2 order to determine the products' hazards.

3 And the Seventh Circuit, at page 1183 -- 701 F.3d at

4 1183 -- considered all of those theories as "failure to warn"

5 claims.

6 So I conclude that, consistent with *Ruppel*, all of

7 the theories that the plaintiff here is mounting against

8 Owens-Illinois could be subject to a "government contractor"

9 defense.

10 And in addition to that, the instruction that I

11 proposed last night, where I added the phrase "which include

12 any warnings to specifications," I believe adequately captures

13 the "failure to warn" issue that the *Ruppel* court identified.

14 So let me pause there to hear if there are any other

15 objections to that.

16 MR. WATSON: On the proposal that the Court made last

17 night, I have two issues.

18 The first issue is including the parenthetical about

19 warnings is confusing because, number one, plaintiff alleges

20 that providing a product that was asbestos-containing was a

21 negligent act by Owens-Illinois. The "government contractor"

22 defense would be a complete defense against that allegation of

23 negligence.

24 And if you read the Court's proposed instructions,

25 the jury could find that because the specification does not say

1  "any warnings," the jury may be confused in thinking it's not a

2  complete defense against the act of negligence of providing an

3  asbestos-containing product.  That should be a complete defense

4  against that act of negligence regardless of warnings, and it

5  injects confusion to add the parenthetical.

6         The second point is the way the parenthetical reads

7  requires any warnings.  *Ruppel* is clear that the --

8  Westinghouse complied with the government specification which

9  did not require warnings, which had no warnings.

10        So it is also confusing -- for my second point, Your

11  Honor -- to say that the jury has to go back there and find

12  part of the specification that identifies the warnings with

13  regard to the asbestos-containing product; whereas, the *Ruppel*

14  court makes clear that Westinghouse complied with the

15  government's specification which was not requiring warnings.

16        THE COURT:  Right.  What *Ruppel* says is that CBS

17  complied with the Navy's warning requirements by affixing none,

18  and what the -- but the court also says that the defense is

19  applicable to "failure to warn" claims when the defendant can

20  show that the government exercised discretion and approved

21  certain warnings, and that could mean no warnings at all.

22        MR. WATSON:  But as I read the instruction, that's

23  not what the parenthetical says.  It says "include any

24  warnings."

25        THE COURT:  Right.  It says --

1       MR. WATSON:  And the --

2       THE COURT:  -- that the government exercised its

3   discretion to approve reasonably precise specifications which

4   include any warnings.  The point being that if warnings are an

5   issue in the case, the concept of warnings are within the scope

6   of the kind -- of the specifications that the government has to

7   exercise discretion over.

8       MR. WATSON:  I would view it as "include any warnings

9   or not include any warnings."  Because the confusing part is

10  for a juror to go back there and look and see whether it

11  includes warnings when the evidence is going to be it does not

12  include any warnings.  They'll be confused in the part of

13  saying "include any warnings."

14      The instruction, in my view, should say "include any

15  warnings or not include warnings" in order to make that point

16  clear under *Ruppel*; that the Navy's determination in exercising

17  discretion, whether to include warnings or not is an exercise

18  in discretion and a -- provides the defense for failure to

19  warn.

20      And we have the marking specification that I

21  mentioned yesterday.  And the Navy exercises discretion on what

22  types of warnings can be attached.  They go through batteries,

23  radiation, all sorts of warnings in exercising its discretion.

24      And the specification on markings says no such

25  markings should be placed on the product other than those

1 approved in the specification.

2 THE COURT: Right. And it's not my goal to eliminate

3 the prospect of that. If the government said "no other

4 warnings," then that would be encompassed in the kinds of

5 discretionary decisions that the government has. So I

6 appreciate that point.

7 Going back to your first point, would it be your

8 position, then, that we should separate out the "government

9 contractor" defense into two theories?

10 And, as I have just said, I think there are only two

11 theories in the case, that is, the design or the failure to

12 warn.

13 MR. WATSON: Your Honor, as I said yesterday, my

14 first position is there -- it should say "specifications only"

15 and it shouldn't say any parenthetical. And "specifications"

16 is sufficient under the case law and the evidence in this case

17 for the jury to decide the "government contractor" defense with

18 only the statement that "approved reasonably precise

19 specifications."

20 If the Court is going to overrule that objection and

21 make a final determination in that regard, I'd like to propose

22 an instruction -- and I don't want to do it on the fly at this

23 moment -- that describes "exercising its discretion, approved

24 reasonably precise specifications for the product, and whether

25 or not to include warnings," something in that regard, so

1     that -- or even that poses the problem of being conjunctive,

2     which --

3             THE COURT:  Right.  That's the issue I want to get

4     your thoughts on.  If I am worried that just the word

5     "specifications" doesn't adequately allow the jury to know that

6     on a "failure to warn" theory, the government has to be

7     exercising discretion over markings or warnings, then your

8     concern is that they still should be able to have the complete

9     defense on the product itself claim and not be confused by the

10    notion of warnings.

11            And so that's why I'm asking:  Well, then do we have

12    to separate that out or is there a way to do it in the one

13    line?  That's my question.

14            That's what I was trying to do in the instruction

15    that I proposed, and so --

16            MR. WATSON:  Is the -- let me understand.  Is it the

17    Court's position that "specifications," regardless of if I

18    offer in the exhibit that deals specifically with

19    specifications on warnings, and the jury is able to see the

20    actual military specification on warnings, that it is

21    insufficient for the jury to make a determination about whether

22    "specifications" encompasses warnings?

23            THE COURT:  Right.  That's my concern.

24            MR. WATSON:  And the Court wants additional language

25    other than "specifications"?

1          THE COURT:  I think that would be appropriate in

2      light of the distinctions and the possibility that

3      "specifications" could be read as just how the product is

4      designed and not just encompassing the markings on the product.

5          I understand your point that it does, that the

6      document itself speaks for itself and covers everything and

7      there wouldn't be any confusion.  I'm just saying that I think

8      that there might be.  And given the distinction that *Ruppel*

9      makes between "failure to warn" claims and the way *Ruppel*

10     slightly articulates the government role in warnings in a

11     slightly different way than its role in specifications, I want

12     to make sure we capture that.

13          MR. WATSON:  Could I have some time today --

14          THE COURT:  Yes.

15          MR. WATSON:  -- in order to craft --

16          THE COURT:  Yes.

17          MR. WATSON:  -- a proposed alternative instruction?

18          THE COURT:  Sure.

19          MR. WATSON:  Thank you, Your Honor.

20          MR. McCOY:  The only thing I would add, having heard

21     Mr. Watson here, Judge, is that I don't know how you can link

22     up a military specification on warnings to this Kaylo product.

23     I mean, there just hasn't been any testimony that that -- by

24     the witness they had that links that up.

25          I mean, that -- we don't know what, if anything,

1  there is about thermal insulation that would require some

2  specification on warnings to be applicable here.

3          MR. WATSON:  Your Honor, may I?

4          THE COURT:  Sure.

5          MR. WATSON:  The witness went over the military

6  specifications for thermal insulation products, including block

7  and pipe covering.  The witness referenced the markings

8  requirement and the specification in the markings requirement.

9          So, first, there is the markings requirements in the

10  specification itself for thermal insulation block and thermal

11  insulation pipe covering.  The specification also refers to

12  Military Spec, I think, 129.

13          On Saturday, I sent over a list of the documents that

14  I expect to introduce with Captain Lowell or during our case.

15  Included in those documents is Military Spec 129, and I intend

16  to offer Military Spec 129.  And I haven't heard an objection

17  other than the objection that's stated in the final pretrial

18  order, which we can deal with.

19          But, unquestionably, the witness addressed markings

20  and the markings on the product container and referenced MIL

21  Spec 129, which we'll offer into evidence.

22          THE COURT:  It's an evidentiary point of whether

23  there's sufficient evidence to address the issue of whether

24  warnings are encompassed by what the government had --

25          MR. McCOY:  I understand.

1514

1        THE COURT:  -- specified.

2        MR. McCOY:  I understand that, Judge, but what I'm

3   saying is I don't think there's foundation for this 129 spec,

4   especially since it wasn't addressed as the 129 spec in the

5   witness' testimony to give an opportunity to cross-examine the

6   witness about what they now say is --

7        THE COURT:  Well, why don't -- we can take that up

8   when they offer the exhibit.

9        MR. McCOY:  Okay.

10        THE COURT:  Okay.  Why don't we just bring in the

11   jury and get going.  The witness can come up to the witness

12   stand if he's ready.

13      (Jury in.)

14        THE COURT:  Call your next witness.

15        MR. CASMERE:  Thank you, Your Honor.

16        Good morning, ladies and gentleman.

17        The defendants would call Dr. Mark Wick, Your Honor.

18        THE COURT:  Dr. Wick, if you would raise your right

19   hand.

20      (Witness duly sworn.)

21        THE COURT:  Thank you.  You may proceed.

22        MARK WICK, M.D., DEFENDANTS' WITNESS, SWORN

23                    DIRECT EXAMINATION

24   BY MR. CASMERE:

25   **Q.** Good morning, Dr. Wick.

1  **A.** Good morning.

2  **Q.** Thank you very much for coming to Chicago.

3       If you could just pull that microphone a little bit

4  closer to you.

5  **A.** Sure.

6  **Q.** Thank you.  Could you please introduce yourself to the

7  ladies and gentleman of the jury.

8  **A.** Yes.  My name is Mark Wick.  I'm a physician and

9  pathologist, and I work at the University of Virginia in

10 Charlottesville, Virginia.

11 **Q.** You mentioned that you are a pathologist?

12 **A.** Yes.

13 **Q.** Is that a medical doctor?

14 **A.** It is.

15 **Q.** Could you please describe for us what a pathologist does.

16 **A.** A pathologist has sort of behind-the-scenes role in medical

17 care.  We're responsible for looking at tissues that come in

18 from the operating room or in biopsies from clinics and so on,

19 and for making diagnoses based on examination of those tissues.

20 And we're then responsible for consulting with the doctors

21 taking care of the patients from whom those specimens come to

22 help plan their care and answer questions about the disease

23 that they may have.

24       Our other roles are in the clinical laboratory where

25 we oversee sort of the basic science areas of medicine, like

1   clinical chemistry and microbiology and so on, and make sure

2   that the procedures being done there are being done properly

3   and quality control properly and so on.

4          So we don't see patients, but we regularly consult

5   with the doctors who are taking care of the patients.

6   **Q.**  In terms of the physician who actually makes a call about

7   the diagnosis of a person's disease, what role does the

8   pathologist play?

9   **A.**  Well, if the diagnosis is based on either tissue

10  examination or on examination of blood, urine, spinal fluid, et

11  cetera, then it's our responsibility to make that diagnosis --

12  that's what we do -- and then to consult with people about that

13  diagnosis.

14  **Q.**  In terms of what I have asked you to do, I have asked you

15  to look at Mr. Krik's case, correct?

16  **A.**  Yes.

17  **Q.**  I have asked you to look at the tissue that's been

18  available for Mr. Krik?

19  **A.**  Yes.

20  **Q.**  And also to look at all of his medical records that were

21  available?

22  **A.**  Yes.

23  **Q.**  And I have asked you to come up and do two things.  One is

24  to look at the pathology and the medicals and tell us what you

25  found, right?

1  **A.** Yes.

2  **Q.** I have also asked you to look at those materials and come

3  up with an opinion about whether or not he has cancer?

4  **A.** Yes.

5  **Q.** And also what caused that cancer?

6  **A.** Correct.

7  **Q.** Before we get into the meat of those opinions, I want to

8  just get a little bit more background from you about your

9  history and your education, your experience.

10           Could you please explain to the ladies and gentleman

11  of the jury a little bit about your background, where you went

12  to medical school, and your different appointments up to this

13  point.

14  **A.** Sure.  I'm from Milwaukee originally.  I went to college at

15  a little college outside of Milwaukee called Carroll College

16  and then medical school at the University of Wisconsin.

17           I trained in pathology at the Mayo Clinic in

18  Rochester, Minnesota, and I've worked at several universities

19  since I finished my training, University of Minnesota,

20  Washington University, and University of Virginia.  So I've

21  been in practice now since 1983.

22  **Q.** Do you do any teaching right now?

23  **A.** I teach principally the trainees in pathology who already

24  have their M.D.s and are learning to be specialists in

25  pathology.  So they're called residents and fellows.

1    We really don't have -- pathology really doesn't have

2    much of a presence in the medical school curriculum anymore, so

3    I don't see medical students very often.

4    **Q.** You see them after they progress a little bit through

5    medical school and then are coming out to do their residency or

6    something like that?

7    **A.** I see them either at the end of medical school where

8    they're thinking about pathology and taking electives in

9    pathology, think about it as a career, or I see them after they

10    get their M.D.s and they've made a decision to go into

11    pathology.

12    **Q.** Have you been looking at tissue to make diagnoses of

13    disease since the 1980s?

14    **A.** Yes.  I began my residency in 1978 and at that time began

15    to learn how to make diagnoses by looking at tissue.

16    **Q.** Do you do autopsies?

17    **A.** Yes.

18    **Q.** Or have you done that?

19    **A.** I do.

20    **Q.** And what's the purpose of that?

21    **A.** Autopsies are done as a quality assurance measure

22    principally to help the doctors who took care of that person

23    who died do better with patients who have similar diseases.  We

24    want to see what the results of the treatment were.  We want to

25    see whether things could have been done differently in terms of

1    diagnosis.  And so they're -- that procedure provides very

2    important feedback for the doctors who took care of the

3    deceased person.

4    **Q.**  We've heard some testimony from at least one physician in

5    this case who described himself as an academic physician.

6          Would you describe yourself as an academic physician?

7    **A.**  Yes.  I've always worked in academics.

8    **Q.**  How about do you actually on a weekly basis still make

9    diagnoses of patients?

10   **A.**  Oh, yes.  I'm a practitioner as well as an academic.  I

11   just happen to practice at a university.  That's why I call

12   myself an academic.  But my principal job is to make tissue

13   diagnoses.  I'm a surgical pathologist.

14   **Q.**  Where do you do that principal job?

15   **A.**  At the University of Virginia Medical Center.

16   **Q.**  Since the 1970s, the late 1970s, can you give us an

17   estimate as to the number of cancer diagnoses you've made on

18   pathology tissue?

19   **A.**  Oh, probably 30,000.

20   **Q.**  Can you give us an idea since the late 1970s how many times

21   you've made a diagnosis of lung cancer in an individual?

22   **A.**  Estimating again, but I would say three -- three or four

23   thousand.

24   **Q.**  Have you since the late 1970s made diagnoses of people with

25   asbestosis?

1    **A.** Yes.

2    **Q.** How many times have you looked under the microscope and

3    looked at a slide of someone's tissue and made a diagnosis of

4    asbestosis, would you estimate?

5    **A.** That's quite an uncommon disease, has been all the time

6    that I've been in practice, so I would say through my whole

7    working life, I've made that diagnosis less than 20 times.

8    **Q.** Have you looked at plaques from a pleura on tissue?

9    **A.** Yes.

10   **Q.** How many plaques have you seen over the course of your

11   career?

12   **A.** Those are much more common than asbestosis.  I've seen

13   several hundred plaques, pleural plaques.

14   **Q.** Are all pleural plaques caused by asbestos?

15   **A.** No.

16   **Q.** What percentage of the pleural plaques that you have seen

17   in your career have been caused by asbestos?

18   **A.** Probably about 20%.

19   **Q.** Is there a way to distinguish from looking at them under a

20   microscope whether the plaque is caused by asbestos or

21   something else?

22   **A.** Yes.  The ones caused by asbestos have a very peculiar

23   appearance.  They look like a woven basket, and they're bright

24   pink.  And so they stand apart from plaques that are caused by

25   prior infection or prior irritation of the pleura, et cetera.

1  **Q.** I have asked you if you -- to do a couple things in Mr.

2  Krik's case, and have you reached opinions on those things that

3  I asked you to take a look at?

4  **A.** Yes.

5  **Q.** Will all of the opinions you give us today be of a -- to a

6  reasonable degree of medical and scientific probability and

7  certainty?

8  **A.** Yes, they will.

9  **Q.** You're obviously here as an expert witness, right?

10 **A.** Yes.

11 **Q.** And you are charging me for your time?

12 **A.** I am.

13 **Q.** What rate are you charging me for your time?

14 **A.** Today's appearance is $4800.

15 **Q.** The methodology and the manner in which you go about making

16 your diagnosis and rendering your opinions in this case, is it

17 the same that you use when you're practicing medicine at the

18 university?

19 **A.** Yes, it is.

20 **Q.** Is it the same methodology you use when you are making a

21 diagnosis of a patient with whom you may have some type of

22 physician-patient relationship?

23 **A.** Yes.

24 **Q.** You've mentioned that you do some academic work.  Have you

25 written or published on the diagnosis of asbestos-related

1    disease?

2    **A.**  Yes, I have.

3    **Q.**  Can you explain to the jury your experience there?

4    **A.**  Well, pathologists, like lots of doctors, develop special

5    interests within their specialty, and one of my special

6    interests for -- ever since I've been a resident has been in

7    thoracic pathology or diseases of the chest, diseases of the

8    lungs, the space between the lungs called the mediastinum, and

9    diseases of the heart.

10           And so I see and have seen for many years the

11   majority of specimens that were sent to pathology in the places

12   I worked that had to do with those locations, lung,

13   mediastinum, and heart.  And so that's been a focus of not only

14   special interest, but also of my academic work and my

15   scholarship.

16           So I've published papers over the years on diseases

17   in the thorax and tried to add to the literature by way of

18   increasing the knowledge about those diseases.

19   **Q.**  Up at the witness stand, I have placed O-I 613 and O-I 614

20   which are your curriculum vitae and your report; is that right?

21   **A.**  Yes.

22   **Q.**  Can you please just give us an estimate, how many articles

23   have you published in the peer-reviewed literature that relate

24   to asbestos-related disease or lung cancer?

25   **A.**  Oh, I've published about 400 papers in total.  About 50 of

1    those have to do with thoracic diseases.

2    **Q.** How about book chapters or textbooks?  Do you have any of

3    those?

4    **A.** Yes.  Dr. Kevin Leslie and I published a -- publish a

5    textbook on lung pathology that's now going into its third

6    edition.  The original edition was published about ten years

7    ago.  It's called Practical Pulmonary Pathology.  The entire

8    book is about lung pathology.

9         And I've published another book with Dr. Alberto

10   Marchevsky on mediastinal pathology that came out last year.

11        And in addition to that, I've written probably about

12   30 or 35 book chapters on thoracic diseases.

13   **Q.** In your view, Doctor, what percentage of lung cancer cases

14   are caused by smoking?

15   **A.** Between 90 and 95 percent.

16   **Q.** When you look at tissue to make a determination if

17   something is caused -- a lung cancer is caused by smoking or

18   not, what do you look for?

19   **A.** Well, I look for evidence in the tissue specimen that tells

20   me something about the patient's background and habits.  And in

21   the case of lung cancer, what I'm looking at -- looking for to

22   support the connection between lung cancer and smoking is a

23   condition called centrilobular emphysema.  And that's quite a

24   specific marker of long-term tobacco smoke inhalation, and it's

25   seen in about 90 to 95 percent of patients who have lung

1    cancer.

2           So I don't pay attention to historical factors in

3    making that determination.  In other words, I don't really pay

4    attention to what the patient or even their doctors say about

5    their smoking history.  What I look at is the tissue, because

6    the tissue changes that are there will tell me whether or not

7    the patient had a significant tobacco smoke inhalation history.

8    Q.  Would you say that someone's lung cancer is caused by

9    smoking just by relying on someone saying that they smoked a

10   lot for a long time?

11   A.  No.  That's very imprecise information and really can't be

12   tested in any way, so it's -- the proper approach is to see

13   what the tissue shows and make your determination based on

14   that.

15   Q.  How about asbestos?  What would you look for in the tissue

16   to make a determination if asbestos played any role whatsoever

17   in causing someone's lung cancer?

18   A.  Well, what one would want to see, at least some asbestos

19   fibers in the lung, which are easily seen with the microscope.

20          And one would also want to see -- if you're making an

21   assertion that somebody has asbestosis, you'd want to see a

22   particular scarring condition that's associated with those

23   asbestos bodies that produces scarring disease in the lung

24   called asbestosis.

25   Q.  Would you say that somebody's lung cancer was caused by

1  exposure to asbestos by just relying on a statement from a

2  person that they were exposed to asbestos over the years?

3  **A.** No.  That would be very unreliable.

4  **Q.** Would it be fair to say, Doctor, that both from figuring

5  out causation of a lung cancer either from smoking or asbestos

6  is that you look at the tissue to see what the evidence is?

7  **A.** Yes.

8  **Q.** Now, did you review the tissue in Mr. Krik's case?

9  **A.** I did.

10  **Q.** Did you review the tumor tissue?

11  **A.** Yes.

12  **Q.** Did you review tissue that was of what's called the

13  uninvolved lung?

14  **A.** I did.

15  **Q.** What's the uninvolved lung?

16  **A.** Well, most of the time when a patient has a lung cancer,

17  the surgeon will take out as much normal tissue around the

18  tumor as they can.  They want to get a pretty wide clearance

19  around the tumor.

20          And so the lung tissue around the tumor, of course,

21  is not involved by the tumor and, therefore, it's called

22  uninvolved, or we would say non-neoplastic lung tissue.

23          And that tissue then will show potentially these

24  changes of centrilobular emphysema or other diseases, and we'd

25  make note of those as well as defining the characteristics of

1    the tumor.

2    **Q.** Have you prepared some slides to show us some of the things

3    that you've just talked about?

4    **A.** I have.

5            MR. CASMERE:  Can I have --

6    BY MR. CASMERE:

7    **Q.** Can you see that on your screen, Doctor?

8    **A.** Yes.

9    **Q.** Could you explain to the ladies and gentleman of the jury

10   what this is.

11           Now, first of all, is that Mr. Krik's tissue on the

12   right-hand side?

13   **A.** No.  This is an exemplar from my file of centrilobular

14   emphysema.  This is from not Mr. Krik, but another patient.

15   And it's used as an example of what this disease looks like

16   under the microscope.

17           And what it is intended to show here is -- you see

18   big clear spaces -- don't you? -- in the lung that are

19   separated from one another by pink strands of tissue.  Those

20   big spaces are the air spaces in the lung.  The pink tissue is

21   the supporting connective tissue in between them.

22           Now, you'll notice that on the left side of the

23   photograph, the air spaces are much smaller than on the right.

24   And that's because those on the right have coalesced, the

25   connective tissue that separates them has broken down, allowing

**1527**

1    the air spaces to become much larger than they should be.

2         And the location of that change is in the center of a

3    structure in the lung called the lobule.  So that's why it's

4    called centrilobular emphysema.  And this is a very specific

5    marker of long-term tobacco smoke inhalation.

6    Q.  I have used the term in talking to some of the doctors here

7    "obliteration" of the air space."

8    A.  Well, it's not so much that.  It's coalescence, an

9    expansion of the air spaces.  So that instead of many small air

10   spaces that can efficiently exchange gas, you've got big, baggy

11   ones that are coalescent that can't efficiently exchange gas.

12   Q.  If we were to zoom in on this, there's these little dots

13   that are dark colored in these -- are those cells there?

14   A.  Yes.  Those are the cells in the supporting connective

15   tissue of the lung.

16   Q.  The -- you as a pathologist, you apply certain stains to

17   the tissue so you can see it better, right?

18   A.  Yes.  This is a standard stain that we use for microscopy.

19   It's called a hematoxylin, an eosin stain, for the two dyes

20   that are used in the stain.  And the nuclei of the cells in the

21   tissue stain blue, and all of the other tissue stains pink.

22   Q.  Now, that coloring right now, that is not anthracotic

23   pigment, is it?

24   A.  No.

25   Q.  That's something different?

1    **A.** That's right.

2    **Q.** All right. We'll talk about that in a few minutes.

3              MR. CASMERE: Could I have the next slide?

4    BY MR. CASMERE:

5    **Q.** Could you explain to the ladies and gentleman what this

6    asbestosis slide is.

7    **A.** Yes. This is, again, an example slide from a patient in my

8    teaching file who has morphological asbestosis.

9    **Q.** This is not Mr. Krik?

10   **A.** No. And the asbestos bodies that I mentioned to you

11   earlier are seen in the left center of the photograph. They're

12   elongated, brown inclusions in the tissue. Those are the

13   asbestos fibers. They're brown because they're coated with

14   iron.

15             And you'll see around them that instead of having

16   small air spaces like we saw in the prior photograph, we've got

17   this connective tissue that has replaced the air spaces. So

18   that we've got only an abnormal air space on the right and the

19   rest of the tissue here is scarred, is fibrotic, and that scar

20   tissue surrounds the asbestos bodies.

21             MR. CASMERE: Could I have the next slide?

22   BY MR. CASMERE:

23   **Q.** Is this a picture of Mr. Krik's tissue?

24   **A.** Yes. This is a picture of the non-neoplastic or non-tumor

25   lung tissue that was removed in Mr. Krik's case.

1  **Q.**  Can you describe what disease process you've seen, if any?

2  **A.**  It shows centrilobular emphysema.

3  **Q.**  Does this show asbestosis in any way?

4  **A.**  No.

5  **Q.**  This was taken from the left lower lobe of Mr. Krik?

6  **A.**  Let me just make sure that we're talking about the right

7  place.  Yes, that's correct.

8  **Q.**  Where is asbestosis mostly seen in people who have it?  Is

9  it in the upper lobes or the lower lobes?

10  **A.**  Well, it's seen throughout the lungs.  It tends to be most

11  accentuated in the lower lobes, but it's seen throughout the

12  lungs.

13  **Q.**  Did Mr. Krik have asbestosis?

14  **A.**  No, he did not.

15          MR. CASMERE:  Could I have the next slide?

16  BY MR. CASMERE:

17  **Q.**  What is this slide?

18  **A.**  This is normal lung taken at autopsy from a young person

19  who, unfortunately, died of an unrelated disease.

20          And you can see here that in the center of the

21  photograph, there's a kind of starfish-looking structure that's

22  a tubular airway.  That's called a bronchiole.  And then there

23  are two cylindrical structures on either side that are the

24  pulmonary artery and the pulmonary vein.

25          And all around those three structures are air spaces

1    that are pretty much the same size and the same shape

2    throughout.  And those are the gas exchange units in the lung,

3    the alveoli.

4    **Q.**  This is not Mr. Krik's lung?

5    **A.**  No.

6                MR. CASMERE:  Could I have the next slide?

7    BY THE WITNESS:

8    **A.**  So this comparison slide shows, again, the normal lung on

9    the left and changes of centrilobular emphysema on the right.

10               And you can see, as I described earlier, how the air

11   spaces have become coalescent or have joined to one another so

12   that you have now great, big air spaces instead of the

13   uniformly small and regularly-sized ones that you see on the

14   left.

15               MR. CASMERE:  Could I have the next slide, please?

16   BY MR. CASMERE:

17   **Q.**  Doctor, this is a slide that compares Mr. Krik's lung to a

18   normal lung, correct?

19   **A.**  Yes.

20   **Q.**  Could you please describe the disease process in Mr. Krik

21   compared to the normal lung.

22   **A.**  Yes.  The slide from Mr. Krik's lung, again, shows

23   centrilobular emphysema.  The comparison is virtually identical

24   to the prior slide that you just saw.

25   **Q.**  Doctor, what happens to a person's ability to breathe and

1   the gas exchange when you have these huge air spaces compared

2   to these small air spaces in the normal lung?

3   **A.**  Well, there's a condition that develops in centrilobular

4   emphysema called air trapping because of those big dilated air

5   spaces.

6           When a person breathes out (demonstrating), they

7   can't empty those air spaces.  They remain filled partially

8   with air.  And so over time, the lungs get bigger and bigger

9   and bigger, and people have a harder time exchanging air

10  because of that.  They develop what's often called a barrel

11  chest, where the chest will actually enlarge from front to back

12  and side to side, and the ability of the lungs to exchange

13  oxygen and carbon dioxide becomes more and more impaired with

14  time because of that air trapping and the difficulty of

15  exchanging air.

16  **Q.**  Doctor, Mr. Krik is here in the courtroom.  Can you tell

17  just by looking at him and observing him whether or not he has

18  emphysema?

19  **A.**  Yes.  Well, for one thing, he's taking exogenous oxygen,

20  and the other thing is watching him breathe, that he obviously

21  has trouble emptying his lungs on exhalation.

22  **Q.**  Is there anything about the difference between emphysema or

23  chronic bronchitis that causes a person to breathe differently

24  or look differently?

25  **A.**  Well, when you have smoking-related lung disease, you have

1    both of those things, centrilobular emphysema and chronic

2    bronchitis.  Some people have more of one than the other.

3           In Mr. Krik's case, looking at his face, he's

4    oxygenating well using his external oxygen.  He's fairly pink.

5    And so he has dominant centrilobular emphysema.  People who

6    have dominant chronic bronchitis tend to be kind of blue and

7    sleepy looking.  So he does not have dominant chronic

8    bronchitis.

9    **Q.** Does the appearance of Mr. Krik and his breathing look like

10   somebody who has the disease asbestosis?

11   **A.** No.

12          MR. CASMERE:  Next side, please.

13   BY MR. CASMERE:

14   **Q.** Here, we have a slide comparison of your teaching side on

15   centrilobular emphysema and Mr. Krik's lung, correct?

16   **A.** Yes.

17   **Q.** Can you please explain these two slides together.

18   **A.** Well, they look very much the same.  They both show

19   coalescent, large air spaces and a shortage of connective

20   tissue in between those air spaces.  And so they are pretty

21   much superimposable.

22   **Q.** Would it be your diagnosis based on the tissue that he has

23   centrilobular emphysema?

24   **A.** Yes.

25          MR. CASMERE:  Could I have the next slide, please?

Wick - direct by Casmere                                    **1533**

1    BY MR. CASMERE:

2    **Q.** This is a comparison slide of someone who has asbestosis

3    and Mr. Krik, is that right?

4    **A.** Yes.

5    **Q.** Could you please explain what we see here.

6    **A.** Well, we see that in Mr. Krik's lung in contrast to the

7    image of asbestosis, there are no asbestos bodies.  There is no

8    increase in connective tissue in between the air spaces as

9    there is in asbestosis but rather a decrease.  And the air

10   spaces in Mr. Krik's lung are very large as opposed to being

11   largely obliterated in the condition called asbestosis.

12   **Q.** Is this what you're describing here as the connective

13   tissue?

14   **A.** Yes, the tissue around the asbestos bodies.

15   **Q.** And where is the connective tissue in Mr. Krik?  Is it

16   these small lines here?

17   **A.** It's the -- yeah, the linear structures in between the air

18   spaces.

19   **Q.** Is it the huge size of the connective tissue that is really

20   demonstrating the asbestosis?

21   **A.** Yes.  It's the excess of connective tissue and the

22   obliteration of air spaces.

23              MR. CASMERE:  Could I have the next side, please?

24   Oh, that's right.  Can we go back?  All right.

25   BY MR. CASMERE:

1  **Q.** Did you find evidence of substantial cigarette use in Mr.

2  Krik's tissue?

3  **A.** Yes.  As I said before, centrilobular emphysema, when it is

4  present morphologically or microscopically, is a reliable

5  marker of long-term tobacco smoke inhalation.

6          Now, that can be either active where the person is an

7  active cigarette smoker or passive.  Let's say they're living

8  with an active cigarette smoker or working around a bunch of

9  active cigarette smokers.  But they're inhaling tobacco smoke

10  in one of those ways over a long period of time.

11  **Q.** When you zoomed in and looked at the individual cells of

12  the lungs, did you see anthracotic pigment?

13  **A.** There was anthracosis in Mr. Krik's tissue, yes.  We just

14  haven't illustrated it.

15  **Q.** What does that tell you about the smoking history of Mr.

16  Krik?

17  **A.** Well, cigarette smoke contains carbon particles in it, and

18  those become deposited in the lung tissue as little black dots.

19  And we -- the fancy name for coal is anthracite.  And so we

20  tend to kind of synonymize carbon coal and anthracite, and we

21  call those little speckles in the lung anthracosis.

22  **Q.** Can you get anthracotic pigment from coal exposure?

23  **A.** Yes.

24  **Q.** You can also get it from cigarette exposure?

25  **A.** Yes.

1    **Q.** Can you get it from anything else?

2    **A.** Those are the principal sources.

3    **Q.** What's the most common reason people have anthracotic

4    pigment in the individual cells of their lungs?

5    **A.** In this day and age, it would be cigarette smoking.

6    **Q.** How about if you find anthracotic pigment in the lymph node

7    tissue?  What does that mean?

8    **A.** It would mean the same thing.

9    **Q.** Now, in all of the tissue that you looked at, did you find

10   a single asbestos fiber?

11   **A.** I did not.

12   **Q.** In Mr. Krik, of all the tissue that you looked at, did you

13   find a single asbestos body?

14   **A.** No.

15   **Q.** Are you aware of any pathologist who's looked at his tissue

16   who has reported finding a single asbestos fiber in his lung

17   tissue?

18   **A.** I'm not.

19   **Q.** Are you aware of any pathologist who's looked at his tissue

20   who found a single asbestos body?

21   **A.** No, I'm not.

22   **Q.** There were pathologists who noted anthracotic pigment,

23   correct?

24   **A.** Yes.

25   **Q.** Other than yourself?

1    **A.**  Yes.  The treating pathology report made note of that;

2    that is, the original pathologist who examined the specimen.

3    **Q.**  Now, there has been some testimony in this case that at the

4    time of Mr. Krik's surgery, they found an incipient pleural

5    plaque in his left lower lobe space or in the pleura next to

6    his left lower lobe.  Are you familiar with that?

7    **A.**  Yes.

8    **Q.**  Did you actually take a look at that plaque?

9    **A.**  I saw it, yes.  It wasn't a fibrillin asbestos plaque.  It

10   looked to me to be what we would call a reactive plaque.  It

11   was very near the tumor in the pleura covering the tumor; and

12   in my judgment, it was a reaction to the tumor.

13   **Q.**  We have heard numerous times, partly because I keep saying

14   it, that asbestos-related disease in the lungs or the pleura is

15   a permanent resident of the person.  It doesn't come and go.

16            Would you agree with that?

17   **A.**  Yes.

18   **Q.**  If you see or any doctor sees a pleural abnormality that

19   later goes away, what does that tell you about whether it was

20   caused by asbestos or not?

21   **A.**  It was not caused by asbestos.

22   **Q.**  The -- you've read the records and you're familiar with the

23   CT scans and the chest x-rays?

24   **A.**  Yes.

25   **Q.**  Do the CT scans and the chest x-rays confirm what you found

1   in the pathology about his smoking history and his smoking

2   diseases?

3   **A.**  They show the changes of centrilobular emphysema.  They do

4   not show any markers of above-background asbestos exposure.

5   **Q.**  Is it common to find an incipient pleural plaque near a

6   tumor?

7   **A.**  Yes.

8   **Q.**  Is it common to find pleural disease that comes and goes

9   after someone has a left lower lobectomy?

10  **A.**  Yes.

11  **Q.**  Mr. Krik has a specific type of lung cancer called

12  adenocarcinoma?

13  **A.**  That's right.

14  **Q.**  Is there anything in particular about adenocarcinoma and

15  smoking?

16  **A.**  Well, it's now the most common form of adenocarcinoma.  We

17  separate the forms based on what they look like under the

18  microscope.  And adenocarcinomas tends to happen way out at the

19  periphery of the lung, near the pleura, near the covering of

20  the lung.  And the thinking is that the change in the incidence

21  of adenocarcinoma reflects a change in cigarette construction

22  over years.  So that years ago, people who smoked unfiltered

23  cigarettes used to get tumors in the central portion of the

24  lung called squamous cell carcinoma; and then as filtered

25  cigarettes became the norm, they had to inhale more deeply to

1  get the same amount of nicotine out into the lungs.  And so

2  there was, or at least thought to be, a greater perfusion of

3  the peripheral lung by cigarette smoke after filtered

4  cigarettes came into use.

5         And so it's thought that that's why adenocarcinoma

6  being out at the periphery of the lung is now the most common.

7  **Q.**  Doctor, did Mr. Krik have any asbestos-related lung

8  disease?

9  **A.**  No.

10  **Q.**  Did asbestos play any role whatsoever in causing his lung

11  cancer?

12  **A.**  No.

13  **Q.**  What caused Mr. Krik's lung cancer?

14  **A.**  Cigarette smoking.

15  **Q.**  Would you say that that was the sole cause of his lung

16  cancer?

17  **A.**  Yes.

18         MR. CASMERE:  Thank you, Doctor.

19         MR. MORRIS:  Nothing further, Your Honor.

20         THE COURT:  For the plaintiff.

21                    CROSS-EXAMINATION

22  BY MR. McCOY:

23  **Q.**  Dr. Wick --

24  **A.**  Yes, sir.

25  **Q.**  -- is most of your work for the defendants in these cases?

1   A.  Well, I'll take cases from anybody who sends me cases, but

2   I get cases mostly, if not predominant -- if not exclusively,

3   from defendants.

4   Q.  Okay.  Exclusively is your recollection?

5   A.  Yes.

6   Q.  Okay.  And so how much an hour do you get paid?

7   A.  Review of slides and records is $440 an hour.

8   Q.  When did you start working on asbestos lawsuits?

9   A.  In about 1986.

10  Q.  And over the last -- say the last five years, how much has

11  your income been from the lawsuit work?

12  A.  Well, I do not only asbestos-related cases in terms of my

13  medical-legal consultation, but also medical malpractice cases.

14  The mix is about 80% asbestos and 20% medical malpractice.

15          I don't keep track of, you know, what my income is

16  from those different activities, but I can tell you that my

17  overall medical-legal income over the last five years has

18  varied between 165 and 185 thousand dollars a year.

19  Q.  Just drawing our attention for a moment to these slides

20  that you've got up here.  That's not -- that's a very small

21  slice out of a part of Mr. Krik's lung, is that right?

22  A.  It's a relatively small portion, but it's a representative

23  portion of the non-neoplastic lung.

24  Q.  Okay.  I mean, you got some slides to look at, right?

25  A.  Yes.  I had 20 slides.

Wick - cross by McCoy                    **1540**

1    **Q.** Okay. And you picked to show us a couple today, right?

2    **A.** I picked representative images.

3    **Q.** Okay. And as far as actual lung space area, how much are

4    we looking at here?

5    **A.** Well, I am estimating that this microscopic photo was taken

6    at about 20 times magnification. We're probably looking at

7    about five square millimeters.

8    **Q.** Okay. And the appearance of the lung may not always be the

9    same if you're looking at different places, right? I mean, for

10   instance, like plaques, let's say. You might see a plaque one

11   place, but there won't be a plaque in another place, right?

12   **A.** Yes, but that's not lung tissue. That's pleural tissue.

13   **Q.** Okay. But the appearances can be different from place to

14   place, right?

15   **A.** They can be hypothetically, yes.

16   **Q.** All right. So you only had to deal -- you only had the

17   slides that you got to deal with. Most of those, were they

18   part of the tumor itself?

19   **A.** Probably about half were tumor tissue and half were not.

20   **Q.** Okay. And tumor tissue ones, you thought those were

21   adenocarcinoma, right?

22   **A.** Yes.

23   **Q.** Okay. And so in that -- on the tumor tissue ones, you

24   agreed with the findings that were made on the surgical report,

25   right?

1    **A.**  I did.

2    **Q.**  The question of needing to have asbestosis to make a

3    diagnosis that a lung cancer is related to asbestos exposure,

4    is it your position that you do have to have such a diagnosis?

5    **A.**  Well, I'm willing to concede that there's an alternative to

6    that position, that being that you have to find asbestos fibers

7    and asbestos bodies in a comparable number to those that you

8    would find in somebody who has asbestosis, and that number is a

9    very high number.

10            So those are the two positions that are supported by

11    the literature.  I believe that the best marker of synergism in

12    the causation of lung cancer is asbestosis.  But, as I said,

13    I'm willing to concede that if somebody had a high number of

14    asbestos bodies in the lung that -- comparable to that of

15    asbestosis that that may be a similar marker.

16    **Q.**  And you don't go by the Helsinki criteria that it can be

17    based on a heavy occupational exposure, right?

18    **A.**  Well, the Helsinki criteria has several different so-called

19    criteria, several different parts in it.  These are two

20    documents that were published some years apart, mainly by

21    doctors in Europe, who have an interest in thoracic disease.

22            And the first half of both of those documents -- one

23    is sort of a successor to the other.  The first half goes

24    through the markers that one can see under the microscope or in

25    chest x-rays of above-background asbestos exposure.  And then

1   at the end of both of those documents, the statement is

2   essentially made:  Well, if you can't find any of those

3   markers, that's okay.  You can just rely on the history

4   instead.  Well, that's a very unscientific stance.

5   **Q.**  I see.  Even though that the Helsinki criteria involved

6   over 20 doctors attending from around the world and coming to a

7   consensus, it's unscientific?  That's what you say, right?

8   **A.**  It's -- both of them are flawed documents.

9   **Q.**  Okay.

10  **A.**  That -- yes, that come to unscientific conclusion.

11           MR. McCOY:  All right.  So -- 306 and 705.

12  BY MR. McCOY:

13  **Q.**  306, Dr. Wick, you recognize that as the 1997 publication

14  of the Helsinki criteria, right?

15  **A.**  Yes.  That's the first iteration.

16  **Q.**  And the participants here all listed at the end of this

17  come from all over the world, right?

18  **A.**  All over the world, but predominantly from Europe.

19  **Q.**  Okay.  And among -- do you know any of these doctors?

20  **A.**  Yes.

21  **Q.**  Okay.  And which ones do you know?

22  **A.**  I know Dr. Henderson, I know Dr. Dement, and I know

23  Dr. Roggli.

24  **Q.**  Uh-huh.  Dr. Roggli usually testifies for the defense in

25  asbestos cases, right?

1    **A.** I don't know that.

2    **Q.** So is it -- it's your view, then, that the results of the

3    work of the people you know and the others is unscientific?

4    **A.** Yes, it is.

5    **Q.** Okay.  And that would include this statement over here

6    about Lung Cancer, that "one year of heavy exposure or five

7    years in shipbuilding may increase the risk twofold or more"?

8    **A.** That's what the document says.

9    **Q.** And it can even be achieved in less than a year if it's

10   extremely heavy, right?

11   **A.** You've read it correctly.

12   **Q.** Now, tell us what you know about how much exposure in terms

13   of heavy or light that Mr. Krik has?

14   **A.** His tissue shows that he had no exposure to asbestos above

15   background.

16   **Q.** Okay.  So it's your judgment, then, based on Mr. Krik's

17   tissue that he had essentially no exposure to asbestos from

18   what you looked at, right?

19   **A.** None above background, yes.

20   **Q.** "Background" meaning like what we might get walking the

21   streets, right?

22   **A.** What any of us in this room have.  We all have asbestos in

23   our lungs, every one of us.

24   **Q.** Right.  So that -- in essence, that's a conclusion you can

25   make from the slides you looked at, right?

1  **A.** Yes, sir.

2  **Q.** And this Exhibit 705, this is the 2014 Helsinki criteria,

3  right?

4  **A.** Right.

5  **Q.** Okay. And essentially, everybody met again -- or a new

6  group met again, and this is the document that they published,

7  right?

8  **A.** Yes.

9  **Q.** Okay. So we have -- and they didn't change the standard

10 that they had about being able to use the occupational exposure

11 as a basis, right?

12 **A.** No. It was the same in the second document.

13 **Q.** Okay. So -- and it's still unscientific, right?

14 **A.** Yes, in my judgment.

15 **Q.** Okay. Smoking cessation, that's something you're familiar

16 with, right?

17 **A.** Yes.

18 **Q.** Okay. And if somebody like Mr. Krik quit smoking 26 years

19 before his diagnosis of lung cancer, that means he's less

20 likely to have a cancer related to smoking; is that right?

21 **A.** Less likely than whom?

22 **Q.** Less likely than people who hadn't quit 26 years before the

23 diagnosis.

24 **A.** That's true enough, yes.

25 **Q.** Okay. And the risk goes down significantly over that

**Wick - cross by McCoy**                    **1545**

1    26-year period?

2    **A.** That's not correct.

3    **Q.** Okay.  The risk --

4    **A.** I wish it were, because I'm an ex-smoker myself.

5    **Q.** All right.  So it does impact, though, the risk, right?

6    **A.** Well, it impacts the risk of other diseases.  If you quit

7    smoking, you have a lesser risk of getting heart disease, high

8    blood pressure, other things that are related to cigarette

9    smoking.  But whatever risk of lung cancer you have when you

10   quit, you keep that for the rest of your life.

11   **Q.** Okay.  Are you familiar with the paper by Peto?

12   **A.** Yes.

13   **Q.** Okay.

14   **A.** I'm also familiar with the Harvard nurses' study which

15   showed what I just stated.

16   **Q.** All right.  Exhibit 423.  This is the publication by

17   Dr. Peto who is -- this is with the clinical trial service

18   unit.  I don't know if everybody can see it.

19          Okay.  So this is the -- okay.  So clinical trial

20   services unit and epidemiological studies unit of the Radcliff

21   infirmary in Oxford.  And Richard Peto is the professor of

22   medical statistics and epidemiology, and he writes this with

23   several other articles -- several authors, I should say, so --

24          MR. CASMERE:  Could we have a date of the article,

25   Your Honor, please?

1          MR. McCOY:  That's -- I'll get that here in just a

2     second.  So that's August of 2000, this publication.

3     BY MR. McCOY:

4     Q.  And it's in the -- probably the exact journal right here,

5     but -- in any event, this paper here comes to -- BMJ, that's

6     British Medical Journal, right?

7     A.  Yes.

8     Q.  Okay.  That's what I'm missing.  Says it right here.  Okay.

9     All right.  This paper looks at -- says:  "Objective and design

10    to relate U.K. and national trends since 1950 in smoking

11    cessation and in lung cancer to contrasting results from two

12    large" -- "from two large case control studies centered around

13    1950 and 1990."

14          So that's the purpose they're saying in their paper,

15    right?

16    A.  Yes.

17    Q.  Okay.  And I'll go to the Conclusion on this short test

18    thing.  They state back here that:  "Stopping smoking confers

19    substantial benefit.  Figure 3 indicated that even people who

20    stop smoking at age" -- "who stop smoking at 50 or 60 years of

21    age avoid most of their subsequent risk of developing lung

22    cancer."

23          So you disagree with that?

24    A.  Well, there's -- yes, I do disagree with it, and there's

25    a --

1   **Q.** Thank you.  That was my --

2   **A.** Okay.

3   **Q.** -- only question.  Appreciate it.

4          The paper by Donald Taylor, are you familiar with

5   that one, in the American Journal of Public Health?

6   **A.** May I see it?  I don't remember it.

7   **Q.** Sure.  It's Exhibit 461.

8          (Document tendered to witness.)

9          THE WITNESS:  Thanks.

10  BY THE WITNESS:

11  **A.** I don't believe I've read this.

12  BY MR. McCOY:

13  **Q.** Okay.  We'll move on to something else.

14         The notion that asbestosis, the finding of asbestosis

15  is so critical to making a diagnosis of lung cancer, that's one

16  that's been studied in several papers, right?

17  **A.** Yes.

18  **Q.** Okay.  I've got a couple of them here.  Why don't you --

19  let me just ask you if you're familiar with these.

20         A study by Dr. Banks which was published by the

21  American College of Chest Physicians is a consensus statement.

22  Do you know that one?

23  **A.** I believe so.  I haven't looked at it for a long time.

24  **Q.** Okay.  A study by Dr. Cullen, "Predictors of Lung Cancer

25  Among Asbestos-Exposed Men," do you know that one?

1    **A.**  I do.

2    **Q.**  Okay.  The paper by -- article by Dr. Hessel, do you know

3    that one?

4    **A.**  I do.

5    **Q.**  I assume you know the ATS, American Thoracic Society,

6    criteria.  Okay?

7    **A.**  I do.

8    **Q.**  Is your answer yes?

9    **A.**  I do know them, yes.

10   **Q.**  I think we've covered that one.  I won't do that again.

11              A paper by Dr. Finkelstein?

12   **A.**  Yes, I'm familiar with that one.

13   **Q.**  Okay.  Let's briefly take a look at -- I'll start with

14   Dr. Hessel.

15              MR. McCOY:  I think this is 362.  You got copies of

16   these?

17              MR. ERTEL:  Yes, I do.

18   BY MR. McCOY:

19   **Q.**  Okay.  So Dr. Hessel's paper in 2005 and it's published in

20   Thorax, right?

21   **A.**  Yes.

22   **Q.**  Okay.  And the title of his paper, "Asbestos, Asbestosis

23   and Lung Cancer:  A Critical Assessment of the Epidemiological

24   Evidence."

25              And, again, I'll just go to his abstract which sets

1   forth the part that I want to ask you about.  "The question of

2   whether lung cancer can be attributed to asbestos exposure in

3   absence of asbestosis remains controversial.  Nine key

4   epidemiological papers are reviewed in a point/counterpoint

5   format giving the main strengths and limitations of the

6   evidence presented.  Of the nine papers, two concluded that

7   asbestosis was necessary and seven that it was not."

8            Now, in terms of your view, you would say that the

9   two that concluded asbestosis was necessary are more accurate

10  than the seven that said it was not?

11  **A.**  Well, I think we've covered this topic, in part,

12  previously.

13           As I said before, if you play devil's advocate and

14  say that asbestosis is not necessary, then you have to revert

15  to the position that the person at least has to have an

16  asbestos burden in the lungs, number of asbestos bodies in the

17  lungs that's comparable to that in asbestosis.  So you don't

18  need necessarily the asbestosis disease, but you need a

19  comparable burden of asbestos bodies.

20           And so that's really what this paper says, or those

21  papers, I should say.

22  **Q.**  Yeah, that if you have a lot of asbestos fibers, then you

23  could also have asbestos-related lung cancer?

24  **A.**  You need to see asbestos bodies in a number sufficient to

25  those to be comparable to asbestosis, and that's a lot.  It's a

1    lot of asbestos bodies.

2    **Q.** Right.  Okay.  And so are you saying now that you really

3    don't need asbestosis?

4    **A.** I'm saying that there are two positions in the literature.

5    **Q.** Either --

6    **A.** I'm telling you what they are.

7    **Q.** Either one or the other?

8    **A.** Either one or the other.

9    **Q.** Okay.  And what you're saying here is that you didn't get

10   slides that show how many asbestos fibers are in Mr. Krik,

11   right?

12   **A.** No, I did see slides that showed how many fiber -- or

13   asbestos bodies there were, and there were none.

14   **Q.** Okay.  But we all know -- we all have asbestos fibers in

15   us, right?

16   **A.** True.

17   **Q.** Okay.  So, I mean, if you actually -- if when he passes

18   away you took all his lung and you did a fiber digestion, you

19   could see how many asbestos fibers, right?

20   **A.** Well, you can see them with a microscope, too.

21   **Q.** Okay.  But I'm -- right.  What I'm saying is in terms of --

22   we know there's asbestos fibers in Mr. Krik, right?  We have --

23   we all have them, right?

24   **A.** We all have them, yes.

25   **Q.** Okay.  I mean, we all have a lot of asbestos fibers in us.

1   **A.** We all have -- can you be more specific?

2   **Q.** Well, what I'm saying is we all have probably, what, a

3   million asbestos fibers or more in us?

4   **A.** Yes.

5   **Q.** Okay.

6   **A.** And that's a background level.

7   **Q.** Right. So the slides you had just didn't have any of those

8   fibers, right?

9   **A.** They had none.

10  **Q.** Okay. All right. So, basically, we're down -- since we

11  don't -- we don't have a fiber digestion study of Mr. Krik to

12  see actually how many he had, right?

13  **A.** That's true.

14  **Q.** Okay. And that's a pretty sophisticated, specialized

15  procedure, right?

16  **A.** I'd grant you that, yes.

17  **Q.** I mean, there's only a few doctors that do that, right?

18  **A.** Yes.

19  **Q.** Okay. And the doctors that were treating Mr. Krik did not

20  do that, right?

21  **A.** They didn't feel it necessary, no.

22  **Q.** Okay. I mean, they -- right. So then we're down to your

23  point that you got to have asbestosis, right?

24  **A.** Or, playing the devil's advocate, a number of asbestos

25  bodies comparable to that seen in asbestosis.

1  **Q.** Okay.  So, again, though, we don't know what Mr. Krik

2  really has in his lungs?

3  **A.** Yes, we do.  We've seen -- I can look at his lung under the

4  microscope.

5  **Q.** Okay.  In order to know what he has in his lungs, you got

6  to do the fiber digestion, right?

7  **A.** No.

8  **Q.** Okay.  So what you're saying is you can look at anybody's

9  lungs, and even though you know there's a million fibers in

10 there, you can determine their asbestos exposure was only

11 background just by looking at a couple slides?

12 **A.** Yes.

13 **Q.** Okay.  And that's --

14 **A.** I can explain that further, if you'd like, but the answer

15 is yes.

16 **Q.** All right.  So that's what you've done here is -- because

17 you didn't find any of those million or more asbestos fibers,

18 your conclusion is he doesn't have any, right?

19 **A.** Yes.  He has a background level of asbestos exposure.

20 **Q.** All right.  And you don't know anything about what work he

21 did on board ships, inside boilers, right?

22 **A.** What I know is what I see through the microscope.  I don't

23 know anything about those other things.

24 **Q.** And those asbestos fibers, at least some of them would stay

25 around in the lungs, right?

**Wick - cross by McCoy**                                    **1553**

1    **A.**  Yes.

2    **Q.**  They don't all go away, right?

3    **A.**  Yes.

4    **Q.**  Okay.  Do you agree with the synergistic effect between

5    asbestos and cigarette smoking?

6    **A.**  Only if the patient has asbestosis or, again, playing

7    devil's advocate, a comparable number of asbestos bodies to

8    that of asbestosis.  That's the only setting in which synergism

9    occurs.

10   **Q.**  If somebody breathes asbestos for 30 years and during that

11   same period also smokes cigarettes, would synergism happen?

12   I'm talking about breathing asbestos in occupational work.

13   **A.**  It would if they accrued a number of asbestos bodies in the

14   lung similar to that seen in asbestosis.  If not, then no,

15   there would be no synergism.

16   **Q.**  Okay.  So based on what you see, Mr. Krik has no synergism,

17   right?

18   **A.**  Correct.

19   **Q.**  If somebody shoveled asbestos fibers for 50 days or more

20   and then later on you looked at slides of their lungs and found

21   no asbestos in those slides, it would be your opinion, then,

22   that that person did not have an asbestos exposure to cause any

23   asbestos disease, right?

24   **A.**  I lost you.

25   **Q.**  If somebody shoveled asbestos fibers for 50 days --

**Wick - cross by McCoy**          **1554**

1   **A.** Uh-huh.

2   **Q.** -- and then later on you looked at slides of their lungs

3   and didn't find any fibers in it, it would be your opinion that

4   that person didn't have an asbestos-related disease, right?

5          MR. MORRIS:  Objection, foundation, Your Honor.

6   There's no such evidence of these things.

7          THE COURT:  It's a hypothetical question that may be

8   posed.  You can answer that question.

9   BY THE WITNESS:

10  **A.** In that hypothetical, yes, the answer would be yes, I would

11  so conclude.

12  BY MR. McCOY:

13  **Q.** Okay.  So, basically, no matter how much asbestos

14  somebody's breathed in their working life, unless you can see

15  it in the slide, then your opinion is always going to be it's

16  not an asbestos-related disease, right?

17  **A.** Well, asbestos doesn't go away once it's in the lungs.  So

18  unless I can see it, there's no support for it being there.

19  **Q.** Okay.  And you said you're exclusively a defense witness,

20  right?  Now?

21  **A.** Now.

22  **Q.** Fiber digestion analysis, if it had been done, that's a

23  more sensitive way of knowing how many fibers are in the lungs

24  than just looking at selective slides, right?

25  **A.** It's an interesting question.  I wouldn't say that it's

1   more sensitive.  It's more quantitative.

2   **Q.** Okay.  Fiber digestion, you take like a big section of the

3   lung and you see -- and you dry it out and you do special

4   procedures and see how many fibers there are, right?

5   **A.** Well, sometimes not such a big portion of lung.  It can be

6   done with as little as a cubic centimeter of lung.

7   **Q.** Okay.

8   **A.** And often is.

9   **Q.** Right.

10  **A.** So it's not necessarily more sensitive at all in terms of

11  the sampling of the lung tissue.  It's simply more

12  quantitative.

13  **Q.** Right.  It would get you some -- whatever portion of that

14  million fibers is in there, right?

15  **A.** You would get your proportion of whatever the lung content

16  of asbestos was, yes.

17  **Q.** All right.  Do you have any special expertise in radiology?

18  **A.** I do not.

19  **Q.** Okay.  You didn't look at Mr. Krik's x-rays in this case,

20  right?

21  **A.** No.  I looked at the reports by his treating radiologists.

22  **Q.** Okay.  And you also didn't look at the CT or PET scan

23  images?  You looked at the reports of the treaters, right?

24  **A.** That's right.

25  **Q.** Okay.  So the reports of scarring by the treating

1    physicians, do you disagree with those findings?

2          MR. CASMERE:  I'm going to object, Your Honor.  That

3    mischaracterizes the evidence.  It's misleading.

4          MR. MORRIS:  I'll object on foundation and form as

5    well.

6          THE COURT:  Okay.  The objection is overruled.  I

7    think you can follow the question, and if you have a problem

8    with what the question is referring to, you can ask the

9    attorney to clarify it.  But the objection is overruled.

10   BY THE WITNESS:

11   **A.**  Well, the observation of scarring with respect to lung

12   radiographs is quite common.  There are many, many, many

13   sources of scarring.  None of the markers that have to do with

14   asbestos causes of scarring were present in this case.

15   BY MR. McCOY:

16   **Q.**  Okay.  And when you say "scarring," what are you talking

17   about?

18   **A.**  Talking about remodeling of the lung so that the connective

19   tissue in the lung is not evenly distributed, so that there are

20   areas where it's increased in density, and the radiologist

21   would call that a scar.

22          Now, one of the most common reasons for that to

23   happen is cigarette smoking.

24   **Q.**  Okay.  But what you showed us was places where there was

25   less lung tissue, not where there had been a buildup from

1  scarring, right?

2  **A.** That's right.  The predominant change in Mr. Krik's lung

3  was emphysema.

4  **Q.** All right.  So you didn't show us -- did you have any

5  slides that showed the scarring?

6  **A.** I did not.

7  **Q.** Do you dispute the findings that there would be scarring,

8  for instance, Exhibit 167, which is the --

9  **A.** Well, you'll see --

10 **Q.** -- x-ray from 11/12/2008?

11 **A.** Right.  Well, you'll see how Dr. Payvar, the treating

12 radiologist, phrased the report.  They said that there were

13 "increased areas of density which could be either discoid

14 atelectasis," which is simple collapse of the lung tissue, "or

15 scarring."

16 **Q.** Right.  And they also found "mild linearly-oriented areas

17 of parenchymal density," right?

18 **A.** That's what they're talking about, yes.

19 **Q.** Okay.  And at least some physicians could interpret that to

20 be asbestos-related, right?  You've seen that done, right?

21 **A.** Well, I've seen it done.

22        MR. CASMERE:  Objection, form of the question.

23 BY MR. McCOY:

24 **Q.** Okay.  Thank you.

25 **A.** I've seen it done, yes.

1    THE COURT:  The objection is overruled.

2    BY MR. McCOY:

3    **Q.**  What's a calcified pleural plaque?

4    **A.**  It is a specific marker, especially when bilateral or found

5    on both sides of the chest, of above-background asbestos

6    exposure.  And under the microscope, as I mentioned before, it

7    looks like a woven basket that's bright pink with calcium

8    attached to it.

9    **Q.**  Okay.  That's the kind of plaque that you were talking

10   about at the beginning, right?

11   **A.**  That's -- that's the kind of plaque I'm talking about that

12   is asbestos-related, yes.

13   **Q.**  Okay.  So this record of June 14, 2011, which was a

14   referral from Dr. Burhani to the radiologist, Dr. Frankel, at

15   the Joliet Oncology Center, that finds "calcified pleural

16   plaque bilaterally, probably due to asbestos exposure."

17        You're saying you didn't -- you disagree with this?

18   **A.**  I saw no calcified pleural plaque under the microscope.

19   **Q.**  Not in the part you looked at, right?

20   **A.**  Not in the lung tissue I have looked at, no.

21   **Q.**  Uh-huh.  You didn't take a PET scan which would observe a

22   higher portion of the lung, right?

23   **A.**  Well, I would question whether -- there'd be a number of

24   questions attached to that report.

25   **Q.**  My question, my question, Doctor, was you didn't --

1   **A.** No.

2   **Q.** -- take a --

3   **A.** I didn't do a PET scan.  I didn't see the PET scan.

4   **Q.** Okay.  And the PET scan would be looking at a broader

5   portion of the lung than a slide, right?

6   **A.** PET scan would look at the entire lung.

7   **Q.** Okay.  Ground-glass opacities?

8   **A.** Very non-specific.  Can be due to infection, edema, and

9   infiltrates of several kinds.

10  **Q.** Can be also due to asbestos, right?

11  **A.** Usually not.  Ground-glass opacities are air-space-filling

12  defects.  That would be quite unusual to be the only finding in

13  somebody who had an asbestos-related disease.

14  **Q.** Do you know the article by Dr. Roach?  This is 432.

15  **A.** I don't believe so.

16  **Q.** A person can have -- when you say the asbestos --

17  asbestosis, that's not a specific finding?  It's a conclusion

18  based on a number of findings, right?

19  **A.** Yes.

20  **Q.** Okay.  So that could include things like -- potentially

21  ground glass could be a finding contributing to that diagnosis?

22  Linear fibrotic strands also could be a finding, is that right?

23  **A.** Well, I take issue with the first of those.  The second one

24  certainly can be a component.

25  **Q.** Okay.  And you didn't see the medical record of Mr. Krik

1   where he was found -- this is Exhibit 4 -- in 2004 to have

2   "linear fibrotic strands in the lung bases"?  You saw that

3   right?

4   **A.**  Yes, I did.

5   **Q.**  Okay.  And that's not pertinent to you in your evaluation

6   of the cause of his disease, right?

7   **A.**  Very non-specific finding with multiple causes.

8   **Q.**  You'd -- you mentioned centrilobular emphysema, right?

9   **A.**  Yes.

10  **Q.**  Okay.  And you think that Mr. Krik has that, and that's in

11  records that he does have emphysema, right?

12  **A.**  Correct.

13  **Q.**  Okay.  That can be caused by things other than cigarette

14  smoking, right?

15  **A.**  Centrilobular emphysema is virtually a signal marker of

16  cigarette smoking.

17  **Q.**  Coal dust can be a cause of it?

18  **A.**  Coal dust does not cause centrilobular emphysema.  It

19  causes panacinar emphysema.

20  **Q.**  So is it fair to say, Doctor, that at the end of the -- of

21  all your evaluation that no matter how many insulated boiler

22  walls Mr. Krik knocked out, and no matter how many times he

23  knocked asbestos off of piping, it'd still be your opinion that

24  Mr. Krik didn't have asbestos exposure above background, is

25  that --

**Wick - redirect by Casmere**

1      MR. MORRIS:  Objection, form, foundation, asked and

2   answered, cumulative, improper hypothetical.

3      THE COURT:  Overruled.

4   BY THE WITNESS:

5   **A.** Well, if that hypothetical were correct, there ought to be

6   biological residui in the lung of heavy asbestos exposure.  The

7   two have to go together.  So what I see under the lung -- under

8   the microscope in the lung would not support your hypothetical.

9   BY MR. McCOY:

10  **Q.** Okay.  And that's why I'm saying at the end of the day,

11  it'd still be your opinion that Mr. Krik did not have an

12  exposure above-background level, right?

13  **A.** Yes.  My opinion's based on what the tissue shows.

14  **Q.** His exposure would be no different than I might have if I

15  didn't work with asbestos or any of our jurors, is that right?

16  **A.** I'm not prepared to make those sorts of comparisons.  I'm

17  prepared to tell you what I see under the microscope.

18      MR. McCOY:  Okay.  Thank you.  I have no other

19  questions.

20      THE COURT:  Redirect.

21      MR. CASMERE:  Very briefly, Your Honor.

22                  REDIRECT EXAMINATION

23  BY MR. CASMERE:

24  **Q.** Doctor, the CTs and chest x-rays that Mr. McCoy showed you

25  from years ago, if those findings that he keeps showing on

1    those records don't show up later on, what does that mean about

2    whether they're caused by asbestos?

3    **A.**  It means they're not.  Asbestos-related findings are

4    permanent.  They don't come and go.

5    **Q.**  A doctor that Mr. McCoy hired to bring in, Dr. Brody --

6    you're familiar with Dr. Brody, correct?

7    **A.**  I know of him, yes.

8    **Q.**  He's not a medical doctor, but he's a --

9    **A.**  Ph.D.

10   **Q.**  -- Ph.D.  I want you to assume that he testified that if

11   somebody had just background or low-level exposure to asbestos,

12   that if you took a small portion of their lung tissue, you

13   wouldn't find any asbestos fibers.  Could you agree with that?

14   **A.**  In a -- that would, I think, refer to a background

15   exposure, and, yes, that would be a reasonable statement.

16   **Q.**  And what Dr. Brody, Mr. McCoy's own expert, said was that

17   if you have somebody who had a heavy occupational exposure to

18   asbestos, you would probably find asbestos fibers no matter

19   where you looked, no matter how small the sample.

20              Would you agree with that?

21   **A.**  I would.

22   **Q.**  So it's not just a -- somebody who's been hired by the

23   defense that holds that opinion, is that true?

24   **A.**  It appears to be true.  I, of course, didn't hear Dr.

25   Brody.

Wick - redirect by Morris                    **1563**

1    **Q.**  Now, does it matter in an individual case such as Mr.

2    Krik's what 20 or 30 doctors from the Finnish Institute of

3    Occupational Health said about how to figure out if they have

4    an asbestos-related lung cancer or not?

5    **A.**  No.

6    **Q.**  Why not?

7    **A.**  Because we're talking about a case-specific problem

8    relating to one person, Mr. Krik.  The Helsinki document talks

9    about populations of people, and, as I mentioned earlier, it

10   does so in a rather illogical way scientifically.  So it would

11   be quite improper to take that document and say that it

12   pertains specifically to any one individual.

13   **Q.**  Did asbestos play any role whatsoever in causing Mr. Krik's

14   lung cancer?

15   **A.**  No.

16   **Q.**  What was the sole cause of his lung cancer?

17   **A.**  Cigarette smoke.

18              MR. CASMERE:  Thank you, Doctor.

19              MR. MORRIS:  Just briefly, Your Honor.

20                     REDIRECT EXAMINATION

21   BY MR. MORRIS:

22   **Q.**  Doctor, just for clarification, you were asked by

23   Mr. McCoy, I think, about asbestos fibers versus asbestos

24   bodies.  Is there a difference?

25   **A.**  Well, there's a stoichiometric relationship between the

1    two, meaning that the more asbestos fibers you have, the more

2    asbestos bodies you will form.  And so the two go together hand

3    in glove.  You can't have a lot of asbestos fibers and no

4    asbestos bodies.  The two parallel one another.

5    **Q.**  Okay.  And you mentioned the specimen.  I think it was

6    obvious, but just to clarify one question.

7            You assessed the asbestos fiber amount by examining

8    the lung specimen.  How do you do that?

9    **A.**  You look at it with standard stains, such as I've shown you

10   today, and you look for those ferruginated or iron-coated

11   structures that are asbestos bodies that are seen only in

12   people who have above-background asbestos exposures.  And, as I

13   mentioned before, those are a related parallel of the number of

14   asbestos fibers in the lung.

15   **Q.**  You also mentioned discoid atelectasis.  What is it?

16   **A.**  Discoid atelectasis is simple collapse of a portion of the

17   lung.

18   **Q.**  Here's a slide that I put up in opening statement.  Let me

19   ask you whether or not you agree with these propositions that I

20   put up.

21           30% of all cancers, not just lung cancers, but 30% of

22   all lung cancers are caused by smoking.  Do you agree or

23   disagree?

24   **A.**  That's a good estimate, yes.

25   **Q.**  35% of all cancers are caused by diet.  Agree or disagree?

Wick - recross by McCoy                    **1565**

1    **A.**  Again, agree.

2    **Q.**  3% of all cancers are caused by alcohol.  Agree or

3    disagree?

4    **A.**  Yes.

5    **Q.**  Okay.  Let me ask you about all occupations.  And I wrote

6    there not just asbestos-exposed workers, but do you agree that

7    about 4% of all cancers are attributable to some form of

8    occupational work?

9    **A.**  Frankly, I'd say that's high.

10   **Q.**  And if we took a subset, not just of all occupations, but

11   asbestos-exposed workers for all cancers, not just lung

12   cancers, do you have an understanding of the percentage of all

13   cancers that are caused by asbestos-exposed workers?

14   **A.**  Yes.  It's certainly much less than 1%.

15             MR. MORRIS:  Okay.  Thank you, Doctor.

16             THE COURT:  Anything further?

17             MR. McCOY:  One brief question.

18                      RECROSS-EXAMINATION

19   BY MR. McCOY:

20   **Q.**  Doctor, you said about half the slides you looked at were

21   the tumor?

22   **A.**  Yes.

23   **Q.**  The cancer cells, right?

24   **A.**  Half were cancer; half were not.

25   **Q.**  Okay.  So the ones that were the cancer cells, could you

**Wick - recross by McCoy**  **1566**

1    tell how many of the mutations were actually the result of

2    cigarette smoke versus how many might have been the result of

3    asbestos fibers that have --

4    **A.** Well, I think you're asking a hypothetical.  Since in this

5    case there were no markers of asbestos, above-background

6    asbestos exposure vis-a-vis the mutations that caused the

7    carcinoma in cigarette smoking, no, I can't tell you which

8    carcinogens in cigarette smoke caused the mutations.

9    **Q.** Okay.  So you have no evidence that any of his mutations

10   for the lung cancer tumor were actually caused by smoking, is

11   that right?

12   **A.** No.

13   **Q.** No pathological evidence of the mutations, right?

14   **A.** Well, I can't -- there's pathologic evidence of mutation.

15   That's what --

16   **Q.** Right.

17   **A.** -- cancer is about.

18   **Q.** But no --

19   **A.** But I can't --

20   **Q.** No pathological evidence to show what the cause of that

21   mutation was, right?

22   **A.** Yes, there is.  There's evidence of above-background

23   long-term cigarette smoking.  Cigarette smoke contains many

24   carcinogens; ergo, the lung cancer was caused by the cigarette

25   smoking.

Wick - recross by McCoy                    **1567**

1   **Q.** Okay.  But what I'm saying is the cell type, what it

2   actually looks like, you can't tell from that cell type that it

3   was a smoking mutation cancer cell versus an asbestos mutation

4   cancer cell, can you?

5   **A.** Yes, I can.  Because in order for it to have any role --

6   for asbestos to have any role, there would have to be

7   synergism, as we've discussed, and there would have to be

8   above-background evidence of asbestos exposure, which there

9   isn't.

10  **Q.** But you can't tell just by looking at the cell one way or

11  the other, right?

12  **A.** No one can.

13         MR. McCOY:  Okay.  Thank you, Doctor.

14  BY THE WITNESS:

15  **A.** No one can tell either with molecular studies.

16         MR. McCOY:  Right.  Thank you.

17         MR. CASMERE:  No.  Thank you, Your Honor.

18         MR. MORRIS:  Nothing further.

19         THE COURT:  Thank you, Doctor.  You may step down.

20      (Witness excused.)

21         THE COURT:  Please call your next witness.

22         MR. MORRIS:  Your Honor, we call Larry Musson.  Mr.

23  Musson, if you want to come around this way.  Go around there.

24  You saw where the doctor came from.

25         THE COURT:  Sir, please raise your right hand.

Musson - direct by Morris          **1568**

1    (Witness duly sworn.)

2          THE COURT:  Please be seated.

3          LARRY MUSSON, DEFENDANTS' WITNESS, SWORN

4                DIRECT EXAMINATION

5    BY MR. MORRIS:

6    **Q.**  Okay.  Mr. Musson, if you can put that microphone fairly

7    close and in a direct line, that's good.

8          Will you tell us your name, please.

9    **A.**  My name is Larry Musson.

10   **Q.**  Okay.  Mr. Musson, what is your date of birth?

11   **A.**  March the 24th, 1949.

12   **Q.**  Okay.

13          THE COURT REPORTER:  Could I have the spelling of

14   your last name, please?

15          THE WITNESS:  It's M-u-s-s-o-n.

16          MR. MORRIS:  I'm sorry, Colleen.  I should have asked

17   that.  I'm trying to keep things on time.

18   BY MR. MORRIS:

19   **Q.**  Okay.  Have you ever testified in court before?

20   **A.**  No.

21   **Q.**  Are you a little nervous?

22   **A.**  Oh, a little.

23   **Q.**  Okay.  Give us quickly your background.  Married?  Kids?

24   Grandkids?

25   **A.**  I'm married.  I have three children and six grandchildren.

Musson - direct by Morris                           **1569**

1    **Q.** Where were you born?

2    **A.** Shelbyville, Illinois.

3    **Q.** How long did you live there?

4    **A.** About three years.

5    **Q.** And where is Shelbyville?  What county?

6    **A.** It's in Shelby County in south central Illinois.

7    **Q.** When you were three, did you move?  Where did you go to?

8    **A.** We moved to Elwood, Illinois.

9    **Q.** How long did you live there?

10   **A.** 20 years.

11   **Q.** Is that near Joliet?

12   **A.** About nine miles south of Joliet.

13   **Q.** And where did you go to high school?

14   **A.** At Joliet East High School.

15   **Q.** What year did you graduate?

16   **A.** 1967.

17   **Q.** What did you do after you graduated?

18   **A.** I went to Joliet Junior College.

19   **Q.** And what did you do after that?

20   **A.** I went into the military.

21   **Q.** How did you get in the military?

22   **A.** I actually volunteered for the draft.

23   **Q.** Okay.  And you served in which branch of the Army?

24   **A.** I was with the 173rd airborne brigade.

25   **Q.** And what years were you in the Army?

Musson - direct by Morris                    **1570**

1    **A.** I was in 1969 and 1970.

2    **Q.** And what was going on in the Army in 1969 and 1970?

3    **A.** We were engaged in a war in southeast Asia.

4    **Q.** Did you serve in Vietnam?

5    **A.** Yes, I did.

6    **Q.** What provinces?

7    **A.** I was in Tu Chor and Binh Dinh province.

8    **Q.** And just briefly, what was going on in Tu Chor and Binh

9    Dinh province in those years?

10   **A.** Well, we were in some pretty heavy conflict with the North

11   Vietnamese.

12   **Q.** What was your MOS, your specialty?

13   **A.** It was infantry.  11B-4(P) was my --

14   **Q.** How long did you --

15   **A.** -- MOS.

16   **Q.** -- serve in the Army?

17   **A.** I was in a total of 19 months.

18   **Q.** What was your date of discharge?

19   **A.** October the 4th, 1970.

20   **Q.** And did you come home then?

21   **A.** Yes.

22   **Q.** Happy to be home?

23   **A.** Yes.

24   **Q.** What did you do then?

25   **A.** I went to work for Goldblatt's department store.

1    **Q.** And how long were you there?

2    **A.** About a year and a half.

3    **Q.** What did you do next?

4    **A.** I went to work for the State of Illinois.

5    **Q.** And what did you do for them?

6    **A.** I was a driver's license examiner.

7    **Q.** What was your plan at that point for your career?

8    **A.** I was going to -- I was waiting to actually become an

9    Illinois state patrolman.

10   **Q.** And did you become an Illinois state patrolman?

11   **A.** No, I did not.

12   **Q.** Did you get an offer?

13   **A.** I got an offer to become an Illinois state investigator.

14   **Q.** Did you take that offer?

15   **A.** No.  I was offered the job at Mobil the same day.

16   **Q.** What year was that?

17   **A.** That was 1972.

18   **Q.** And when you say "Mobil," do you mean the Mobil Oil Joliet

19   refinery?

20   **A.** Yes.

21   **Q.** How did you find out about that job?

22   **A.** Well, my mother told me that I should go out there and

23   apply for it.

24   **Q.** Was this just a mother saying, "Go get a job," or --

25   **A.** No.  She actually worked for the contractor that built the

1  refinery as a telephone operator.

2  **Q.**  Do you know the name of that contractor?

3  **A.**  Fluor.

4  **Q.**  And how long did your mom work at Mobil, or for the

5  contractor and then Mobil, I guess?

6  **A.**  She worked a short time for the contractor and then she

7  actually stayed at that position with Mobil Oil.  So she worked

8  till 1987 when she retired.

9  **Q.**  Any other relatives work at Mobil Joliet?

10  **A.**  I had two brothers.

11  **Q.**  What did they do?

12  **A.**  My older brother was an electrician, and my younger brother

13  was a -- he was in process and he eventually became a

14  supervisor in process.

15  **Q.**  Okay.  Back to you.  You say you joined Mobil in May of

16  1972.  What did you join?

17  **A.**  They hired me as a -- what they called a building trade

18  specialist.

19  **Q.**  What is that?

20  **A.**  That's a carpenter, bricklayer, insulator, equipment

21  operator, scaffold builder.

22  **Q.**  Many trades?

23  **A.**  Many trades.

24  **Q.**  Now, I've heard in the past things about soft trades and

25  hard trades.  Will you tell the jury the difference between

Musson - direct by Morris                          **1573**

1    soft trades and hard trades.

2    **A.**   Yes.   Building trades was considered a soft trade, so that

3    was the carpentry, the insulation was soft trades.

4    **Q.**  And that's you?

5    **A.**  That was me.

6    **Q.**  And what were the hard trades?

7    **A.**  Hard trades were the -- were what we called metal trades.

8    They were the welders, boilermakers, pipefitters.

9    **Q.**  Okay.  So if a hard tradesman like a pipefitter was doing a

10   job, and as part of that assignment, he was required to remove

11   insulation, would he call on a building trade soft person,

12   tradesperson like you?

13   **A.**  Yes.

14   **Q.**  How long were you in the building trades?

15   **A.**  About eight years.

16   **Q.**  What year did you get a promotion or transfer to a

17   different --

18   **A.**  1980.

19   **Q.**  And what did you do then?

20   **A.**  I was an area planner.

21   **Q.**  What does that mean?

22   **A.**  I actually started planning the work that I had been

23   performing for eight years.

24   **Q.**  Okay.  What year did you retire?

25   **A.**  I retired last day of 2007.

1   **Q.** Did you stay retired?

2   **A.** No.  Actually, I went back to work as a --

3   **Q.** Why is that?

4   **A.** The money was good.

5   **Q.** And how long till you retired the second time?

6   **A.** My last day of work was in May of 2013.

7   **Q.** Okay.  I want to talk to you about the refinery.

8         MR. MORRIS:  Could we have M85, page 1?

9         May I approach the witness, Your Honor?

10        THE COURT:  You may.

11  BY MR. MORRIS:

12  **Q.** Taking a look, Mr. Musson, at M85.  Do you recognize that?

13  **A.** Yes, I do.

14  **Q.** What is that?

15  **A.** That's a very early stage of the construction of the

16  refinery.

17  **Q.** Before this refinery was a refinery, what was there?

18  **A.** It was a pasture, grassland.

19  **Q.** And you've heard the term "grassroots."  What is that?

20  **A.** That's -- Joliet was a grassroots refinery.  It was the --

21  it was the last grassroots refinery built in the United States.

22  **Q.** M85, page 2.  Take a look at page 2, if you will, Mr.

23  Musson.  It's also on the monitor.

24        What does that show?

25  **A.** That shows another stage of the construction of the

1  refinery with some of the equipment in place.

2  **Q.** Okay. And you said Fluor was the general contractor. Does

3  this photograph, M85, page 2, show the work that was being done

4  by Fluor before Mobil came on?

5  **A.** Yes.

6  **Q.** Okay. I want to talk to -- your perspective now. When you

7  got there in May of 1972, did the refinery look like it does in

8  this photo or had more of it been built?

9  **A.** A lot more of it had been built.

10 **Q.** Okay. And when you came in in May of 1972, what was the

11 condition of the refinery in terms of construction?

12 **A.** Well, they -- a lot of the tanks were in place. The

13 vessels were in place. There was a lot of pipe wracks. They

14 were paving the roads.

15 **Q.** Now, I want to ask you this. Mr. Krik, when he testified

16 the other day, said one of the reasons that he remembers the

17 Mobil Joliet refinery was because it was built in a U shape or

18 a circle.

19       Let me ask you this. Was the Mobil Joliet refinery

20 built in a U shape or a circle?

21 **A.** No.

22 **Q.** If you described the shape, what shape would you describe

23 it as?

24 **A.** It was square.

25       MR. MORRIS: Could I have M85, page 3?

Musson - direct by Morris                    **1576**

1    BY MR. MORRIS:

2    **Q.** Take a look at that drawing of the refinery.  Does that

3    depict the layout of the Mobil Joliet refinery when you were

4    there?

5    **A.** Yes.

6    **Q.** Does it represent the condition of the refinery in 1972 and

7    while you were there?

8    **A.** Yes.

9    **Q.** In 1972, you mentioned the plant was not in operation.

10              When did Mobil sell its first gasoline product?

11   **A.** I believe --

12   **Q.** Or product, any product, I guess.

13   **A.** I believe that was May of 1973.

14   **Q.** Okay.  Now, in the context of building a refinery, you

15   talked about the things that were created.  I assume there's

16   the cat. cracker and the various process units.

17              Tell the ladies and gentleman of the jury at what

18   stage in the construction is the insulation done?

19   **A.** The insulation is one of the last things that is applied.

20   **Q.** Why is that?

21   **A.** Well, because all the vessels and the piping have to pass

22   pressure tests so that there's no leaks.  If you put the

23   insulation on before you do that test, then there's no way to

24   tell where it's leaking from.

25   **Q.** When was the insulation done at the Mobil Joliet refinery?

Musson - direct by Morris                    **1577**

1   **A.** Around October or November of 1972.

2   **Q.** Okay.  I want to switch gears a little bit.  I want to talk

3   a little bit about your training.

4           MR. MORRIS:  Could I have M79?  The jury saw these, I

5   think, in opening statement.

6   BY MR. MORRIS:

7   **Q.** This photograph, can you see that on the monitor?

8   **A.** Yes.

9   **Q.** Is this an example of the medical program that you had?

10  **A.** Yes.

11  **Q.** By the way, do you know those people in the photograph?

12  **A.** Yes, I do.

13  **Q.** Who are they?

14  **A.** The nurse's name is Drizella and --

15  **Q.** Drizella?

16  **A.** Drizella.

17  **Q.** We don't have many of those anymore.

18          Do you know the fellow on the right?

19  **A.** Yes.  That's Greg Johnson.

20  **Q.** Okay.  What was his job?

21  **A.** I believe he was a process engineer.

22  **Q.** And when you worked at Mobil, did you receive medical

23  examinations?

24  **A.** Yes, I did.

25  **Q.** Did you receive chest x-rays?

1  **A.** Yes, I did.

2  **Q.** Why?

3  **A.** We -- it was part of their procedure to give us a physical

4  exam every year and check out our condition.

5  **Q.** Okay.  Take a look at M80.  I want to talk to you a little

6  bit about your safety training.

7           I'm sorry.  Mr. Fanning points out M79 had a second

8  page.  I'm sorry, Sean.  I skipped over that.

9           And who is shown in M79, page 2?

10 **A.** Well, the gentleman that's standing is Dr. Keller, and

11 nurse Drizella again, and I don't remember the name of the

12 gentleman.  I recognize him, but I don't remember his name.

13 **Q.** All right.  And this is sort of a photographic example of

14 what you described in terms of getting medical exams and --

15 **A.** Yes.

16 **Q.** -- the like?  Okay.  In addition to the medical exams, did

17 you also have classroom training?

18 **A.** Yes, I did.

19          MR. MORRIS:  Could we take a look at M80 on the

20 screen?

21 BY MR. MORRIS:

22 **Q.** Is that an example of the classroom training that you had?

23 **A.** That's a safety training class, yes.

24 **Q.** Tell the ladies and gentleman of the jury what went on in

25 your safety training classes.

1    **A.** Well, the -- actually, we discussed the personal protective

2    equipment.  We discussed the hazards in the refinery.  Some of

3    the firefighting techniques were described, and --

4    **Q.** Okay.  Now, there are a lot of potential hazards in the

5    refinery; is that right?

6    **A.** Yes.

7    **Q.** What would be number one?

8    **A.** A fire.

9    **Q.** Yeah.  And is asbestos a potential hazard in the refinery?

10   **A.** Yes.

11   **Q.** And were you trained in asbestos handling, installation,

12   and removal?

13   **A.** Yes.

14   **Q.** Let me show you M81.  Do you recognize that?  Can you tell

15   us who those people are?

16   **A.** Yes.  The gentleman who's standing is Rich Tucker.  He was

17   with the fire and safety group.  And the gentleman seated is

18   Dick Weber.  He was a metal trades specialist.

19   **Q.** And can you take a look at M81.  Did you have training in

20   respiratory training?

21   **A.** Yes.

22   **Q.** And will you tell us what that consisted of.

23   **A.** Well, we -- they would give us all of the types of

24   different respirators, because there are different ones --

25   there's respirators for dust, chemical respirators -- and then

1    we would actually put those on and make sure that they fit your

2    face.

3    **Q.** Okay.  Let me go to insulation.  Did you receive specific

4    training at Mobil Joliet on how to apply insulation?

5    **A.** Yes.

6    **Q.** Can you give us an example of the type of insulation

7    training that you received?

8    **A.** We actually had a -- there were two ways we got it.  We

9    trained in a book at first that had modules and asked questions

10   about the application of insulation.  And then we had a

11   gentleman that was retired from Mobil in our -- from our Kansas

12   refinery that came to Joliet and instructed us on the physical

13   application of insulation.

14   **Q.** Okay.  And you now, when we scan ahead here, will find out

15   that you know about the actual analyzer house, but let me ask

16   you this.

17          Did you personally do in that training, did you

18   receive insulation training on insulation work just like the

19   work that's at issue here?

20   **A.** Yes.

21   **Q.** Okay.  Do you know whether or not the material you were

22   trained with contained asbestos?

23   **A.** Yes.

24   **Q.** Did it or did it not?

25   **A.** It did not.

1  **Q.** Did you also work with both mastic, m-a-s-t-i-c, and pipe

2  insulation?

3  **A.** Yes.

4  **Q.** Did either the mastic or the pipe insulation itself contain

5  asbestos?

6  **A.** No.

7  **Q.** For the training that you received on insulation work, just

8  like the work at issue in this case, do you remember what the

9  temperature of the equipment was that you were trained on?

10 **A.** It was around 150 or 200 degrees.

11 **Q.** If you saw a line labeled "40-pound steam," does that tell

12 you what the maximum temperature of the line is?

13 **A.** It -- yes.

14 **Q.** Okay.  What would be the temperature of that in a range?

15 **A.** It would be 125 to 150 degrees.

16 **Q.** How do you know that?

17 **A.** Because that's what temperature 40-pound steam produces.

18 **Q.** Okay.  Now, Mr. Krik said in his direct examination that he

19 considers 150-degree temperature high heat or hot piping.  Is

20 that true?

21 **A.** No.

22 **Q.** Does 150 degrees require some special high-temperature

23 insulation?

24 **A.** No, it does not.

25 **Q.** How would you characterize that as either high temperature

1    or low temperature?

2    **A.**  The insulation?

3    **Q.**  Yes.

4    **A.**  Well, the lower-temperature insulation can be made of

5    fiberglass or materials like that.

6    **Q.**  Okay.  Now, inside of a structure like the analyzer house

7    at issue here, what kind of insulation did Mobil use for

8    low-temperature applications?

9    **A.**  Fiberglass.

10   **Q.**  And --

11              MR. McCOY:  I'm sorry.  I didn't hear the answer.

12              THE WITNESS:  Fiberglass.

13              MR. McCOY:  Okay.  Thank you.

14   BY MR. MORRIS:

15   **Q.**  The fiberglass on the inside of these analyzer houses, does

16   that contain asbestos?

17   **A.**  No.

18   **Q.**  Let me take you, then, scrolling forward, to '72 to '80.

19   Did you become familiar with all of the different areas within

20   the refinery?

21   **A.**  Yes.

22   **Q.**  And did you have a chance to go into each of those, from a

23   maintenance perspective, and learn about the various parts of

24   the equipment and how they worked from your perspective?

25   **A.**  Yes.

1   **Q.** Did you go to each of the process units in the refinery

2   during that time frame, '72 to '80, to see whether work was

3   needed to be done?

4   **A.** Yes.

5   **Q.** Did you see the analyzer houses at issue here when you

6   first started in 1972?

7   **A.** Yes.

8   **Q.** Did you go inside them?

9   **A.** Yes.

10  **Q.** When was the last time you have been in the analyzer houses

11  at issue?

12  **A.** 2013.

13  **Q.** Take a look at M180. Does that show -- that says "parts

14  shack," but that's the same name for analyzer house? They're

15  parts shacks now?

16  **A.** Yes.

17  **Q.** Okay. At the time in 1972 when you started working there,

18  what were they? What were they called?

19  **A.** Analyzer house.

20  **Q.** Okay. Now, did we provide you with information in this

21  case about the types of buildings that Mr. Krik said he worked

22  with, and did you lead us in attempting to locate whether there

23  were any buildings at Mobil Joliet that met his description,

24  that is, ten by ten or ten by twelve with gauges and dials in

25  them? Did you get involved in it?

1    **A.** Yes, I did.

2    **Q.** And tell us how you got involved and what you did.

3    **A.** Well, I got a -- I got a call.

4    **Q.** And that's a bad question.  Rather than the conversation,

5    did you do something with us in connection with viewing these

6    analyzer houses?

7    **A.** Yes.  I went -- I went with you to the analyzer house, and

8    we looked inside.

9    **Q.** Did you find any other buildings in the Mobil Joliet

10   refinery that met that description, ten by ten or ten by twelve

11   with gauges or dials in them?

12   **A.** None.

13   **Q.** How many analyzer houses are there today at Mobil Joliet?

14   **A.** Today?

15   **Q.** Yes.

16   **A.** Three.

17   **Q.** And let me show you Exhibit 141, page 4.  Is that the

18   inside of the analyzer house that we went into?

19   **A.** Yes, it is.

20   **Q.** And does that show the condition of it when we went in

21   there first in 2012 and later in 2013?

22   **A.** Yes.

23   **Q.** Okay.  Now, did those analyzer houses have heaters in them?

24   **A.** Yes.

25   **Q.** As far as you could tell, were they the original heaters

1    that had been installed that you saw in 1972?

2    **A.** Yes.

3    **Q.** Let me show you M222.  Do you have that in front of you,

4    page 2?  You can see it on the monitor, I think, Mr. Musson.

5    **A.** Yes.

6    **Q.** Okay.  Looking at that, page 2 is a document dated November

7    4th, 1971.  Can you see that?

8    **A.** Yes.

9              MR. MORRIS:  I might put it on here.  Ah, that's

10   okay.

11   BY MR. MORRIS:

12   **Q.** Looking at this document -- first of all, what is this

13   document?

14   **A.** It looks like it's a purchase order.

15   **Q.** Okay.  And in the section next to "analyzer houses" --

16   first of all, who was the purchaser -- who was the manufacturer

17   of this equipment?

18   **A.** Trane.

19   **Q.** Looking at the section marked "analyzer houses" -- do you

20   see that section?

21   **A.** Yes.

22   **Q.** Does that correspond to the analyzer houses at issue here?

23   **A.** Yes, it does.

24             MR. MORRIS:  Okay.  Your Honor, I'll offer M222 into

25   evidence.

1          THE COURT:  Any objection?

2          MR. McCOY:  I have no objection to this, Judge.

3          THE COURT:  It's admitted.

4       (Said exhibit received in evidence.)

5    BY MR. MORRIS:

6    Q.  Mr. Musson, was this equipment that was purchased part of

7    the original construction of the Mobil Joliet refinery?

8    A.  Yes.

9    Q.  Okay.  Now, if you go to the next page, at the top left

10   corner, under No. of Rooms, it says in the far upper left-hand

11   corner --

12   A.  Says 10.

13   Q.  It's a little small, but can you see where it says No. of

14   Rooms, 10?

15   A.  It says 10, yes.

16   Q.  And how many process units were there at Mobil Joliet in

17   1972?

18   A.  Ten.

19   Q.  So is it a fair inference to draw that there was one

20   analyzer house for each process unit?

21   A.  Yes.

22   Q.  Okay.  And did you say how many of these are -- analyzer

23   houses are left today?

24   A.  There are three.

25   Q.  And did we go in all three of those?

1    **A.** Yes.

2    **Q.** Did any of those houses still have insulation on the piping

3    for the steam heaters?

4    **A.** Yes.

5    **Q.** And how many?

6    **A.** Two.

7    **Q.** Were the heaters that are shown in M141 the heaters that

8    were originally installed in 1972?

9    **A.** Yes.

10   **Q.** And that's going back to M222, looking at page 2, and it --

11   I don't know if we can zoom in on that or not, Sean, but it

12   says -- in the middle of it, under Vent, it has three lines.

13   It says A, B, and C. Do you see that?

14   **A.** Yes.

15   **Q.** And in the Under Specifications, it's describing what's

16   going in there, but then in the middle line is the quantity; is

17   that right?

18   **A.** Yes.

19   **Q.** Okay. So if there were ten steam heaters being installed,

20   why did they need 30 feet of enclosure?

21        Bad way of saying, how many feet of enclosure were

22   there in each of the ten analyzer houses?

23   **A.** Yeah, there was -- there was a number of enclosures, so

24   they had to -- they had to cover whatever amount.

25   **Q.** Okay. In looking at the item C, "wall brackets," it says

1    40.

2    **A.**  Yes.

3    **Q.**  Would it be fair to take that 40 and divide it by 10?

4    **A.**  Yes.

5    **Q.**  Okay.  In other words, there were four wall brackets for

6    each heater?

7    **A.**  Yes.  You can see those in the picture, in the photo.

8    **Q.**  Take a look at M141 and tell us what you're talking about.

9    **A.**  Along the -- in the center of the photograph there,

10   there's -- you see the fin tube heaters, and there's four

11   brackets, two on each of the heaters, supporting that off of

12   the wall.

13   **Q.**  Okay.  Now, when we went in there, did you personally

14   examine the insulation?

15   **A.**  Yes, I did.

16   **Q.**  And was the insulation there when you went in there in

17   19 -- I'm sorry, 2012 and '13 the same insulation that had been

18   installed in 1972?

19   **A.**  Yes.

20   **Q.**  How do you know that?

21   **A.**  Just from experience in working at the refinery and the

22   amount of dust that was on it and --

23   **Q.**  Well, tell us --

24   **A.**  -- the way it --

25   **Q.**  In terms of the application, had you personally applied,

1  either in these analyzer houses or in a similar construction

2  setting insulation like the insulation that is shown in M141?

3  **A.**  Yes.

4  **Q.**  Tell the jury how you do that.

5  **A.**  Well, I put it on -- it was part of the training that I

6  took.  It was in a -- this boiler off of our shop, and I

7  applied the pipe insulation, and then there's insulating mud

8  that you used to smooth out any rough areas in the insulation.

9         But, typically, fiberglass insulation has a vapor

10  barrier on it that's made of foil and paper.  The foil's on the

11  inside next to the fiberglass.  And then there's a piece of

12  tape, self-adhesive tape, like a self-sealed envelope that you

13  peel the tape off and then you apply that to the insulation

14  cover so that it protects that fiberglass insulation.

15  **Q.**  And what you described, is that exactly what you saw when

16  we went into the analyzer houses, such as those that are shown

17  in the photograph?

18  **A.**  Yes.

19  **Q.**  Take a look at the front page of M141.  Did you receive the

20  front page of 141 as part of your inquiry into this?

21  **A.**  Yes.

22         MR. MORRIS:  I'll offer it into evidence, Your Honor.

23         THE COURT:  Any objection?

24         MR. McCOY:  Which one is this?

25         MR. MORRIS:  The front page of M141.

Musson - direct by Morris                **1590**

1      MR. McCOY:  Is this the front page or the whole, full

2   thing?

3      MR. MORRIS:  Well, I'm offering the whole thing.

4      MR. McCOY:  Okay.

5      MR. MORRIS:  I'm referring to the front page.

6      MR. McCOY:  I have no objection to this.

7      THE COURT:  It's admitted.

8      (Said exhibit received in evidence.)

9   BY MR. MORRIS:

10  **Q.** Take a look at the front page of M141.  Did you also come

11  to learn that there had been a sample done of the very

12  insulation that was shown in M141?

13  **A.** Yes, yes.

14  **Q.** And I know you are not a scientist or a laboratory person,

15  but can you tell us, from your perspective as a maintenance

16  person, what is the document as is shown in M141?

17  **A.** It's showing that all the components are non-asbestos.

18  **Q.** Okay.  And from time to time, had you used reports like the

19  bulk sample, I think it's called, that's shown in M141?

20  **A.** Yes.

21  **Q.** You don't do the work yourself, but you're familiar with

22  these reports?

23  **A.** Yes.

24  **Q.** And you said the insulation that was in the analyzer house

25  consisted of what?

1  **A.** Fiberglass.

2  **Q.** And what else?

3  **A.** And an insulating mud and a -- they're referring to it here

4  as binder.

5  **Q.** Okay. When you -- over the years, what happened to the

6  other seven analyzer houses?

7  **A.** The -- they were replaced due to upgrade of equipment in

8  the refinery or became obsolete. In building some of the new

9  parts of the refinery, they were eliminated totally from the

10 unit, process unit.

11 **Q.** All right. Now, based on our inspection of the analyzer

12 house and the steam heater, did that steam heater that's shown

13 in 141 appear to have been replaced from 1972 until the time

14 you saw it again with us in 2012 and '13?

15 **A.** No.

16 **Q.** So it was exactly the same steam heater that was called for

17 in the Trane invoice?

18 **A.** Yes.

19 **Q.** Now, were there any moving parts on that heater, by the

20 way?

21 **A.** No.

22 **Q.** Okay. Now, Mr. Krik has said that the heater that he

23 worked with --

24      MR. McCOY: Your Honor, I object to questions about

25 what a witness has said.

1    THE COURT:  All right.  The objection to the form of

2    the question is sustained.

3    BY MR. MORRIS:

4    **Q.** Are you familiar with the testimony that Mr. Krik has given

5    in this case about the heaters that he says he worked with?

6    **A.** Yes.

7    **Q.** Okay.  Now, are you familiar with Modine heaters?

8    **A.** Yes.

9    MR. MORRIS:  Can I have 301, please?

10   BY MR. MORRIS:

11   **Q.** Take a look at 301 on the screen.  What are those?

12   **A.** Those are Modine steam heaters.

13   **Q.** Okay.  And what did you learn about what Mr. Krik said he

14   did with respect to the heaters that he says were at Mobil

15   Joliet?

16   **A.** He replaced one and -- with another.

17   **Q.** Okay.  Now, do these Modine heaters have motors on them?

18   **A.** Yes.

19   **Q.** Is a heater like the Modine heater shown in this Exhibit

20   301 capable of being used in the process area at Mobil Joliet?

21   **A.** No.

22   **Q.** Why not?

23   **A.** Any type of motor has to be explosion-proof.

24   **Q.** Why is that?

25   **A.** Because if there's a vapor release, it becomes a -- a

1   regular motor would become a point of the ignition.

2   **Q.** Where are the analyzer houses in the refinery?

3   **A.** They're right in the process block.

4   **Q.** And are there from time to time vapor releases or gas

5   releases in the process block?

6   **A.** Yes.

7   **Q.** What would be the effect of a piece of equipment like this

8   Modine heater that didn't have an explosion-proof motor on it

9   in that area?

10   **A.** It would become an ignition source, and wherever the vapor

11   cloud came from, as soon as it made contact with that motor, it

12   would flash back to wherever the leak was.

13   **Q.** Now, based on your understanding of the installation of the

14   equipment and your experience at Mobil Joliet, is the sequence

15   of taking out the Modine heater on the left and replacing it

16   with the Modine heater on the right, is that sequence correct

17   to you based on your experience?

18   **A.** I don't know why they would, but -- I would say no.

19   **Q.** If you put it in context, is it the case that the steam

20   heater that's shown in 141, if this was the right sequence, was

21   there in 1972 and then the Modine heater on the left was put in

22   at some point before 1977; and then Mr. Krik put in the Modine

23   heater on the right in 1977 and then, sometime after that, it

24   all went back to looking like it appeared in 1972, based on

25   your knowledge of those analyzer houses, does that sequence

1    make sense to you?

2    **A.** No.

3                MR. MORRIS:  Okay.  Can we look at 141, the last

4    page?  I want to go back to a discussion about this.

5    BY MR. MORRIS:

6    **Q.** Now, there is both an inlet and an outlet on this steam

7    heater; is that right?

8    **A.** Yes.

9    **Q.** And the inlet has the insulation that you've told us was

10   fiberglass, is that right?

11   **A.** That's correct.

12   **Q.** Are there any moving parts in that heater?

13   **A.** No.

14   **Q.** Is there any electrical motor in that heater?

15   **A.** No.

16   **Q.** Is any portion of what you told us was the fin tube, is any

17   portion of the fin tube insulated?

18   **A.** No.

19   **Q.** First of all, how is the fin tube connected to the steam

20   line?

21   **A.** It's a pipe connection, looks like an elbow, a threaded

22   elbow.

23   **Q.** And if something is threaded, can you unthread it?

24   **A.** You can, yes.

25   **Q.** And what is a universal joint?

1   **A.** Well, that allows you to disassemble this unit heater here

2   without cutting the pipe.

3   **Q.** What is the pressure of the steam that's in this steam

4   heater in the analyzer house?

5   **A.** It's 40 pounds.

6   **Q.** So the maximum temperature would be what?

7   **A.** 150 degrees.

8   **Q.** Okay. Now, in addition to the fiberglass insulation, is

9   there anything else on that inlet pipe? Any other kind of

10  insulation?

11  **A.** There would be some insulation mud.

12  **Q.** Does that contain asbestos?

13  **A.** No.

14  **Q.** Anything else?

15  **A.** There might be some mastic to protect the mud.

16  **Q.** And have you ever heard of Hudson Heating & Piping?

17  **A.** No.

18  **Q.** Did Mobil have an approved contractor list?

19  **A.** Yes.

20  **Q.** What did a contractor have to do to get on the list?

21  **A.** Well, they had to come into the procurement department and

22  present their qualifications. They had to supply a certain

23  amount of insurance, which was very high insurance, in order to

24  participate and work at the refinery.

25  **Q.** And once a contractor like a pipefitting contractor -- can

1  you give us an example of a pipefitting contractor that was

2  there?

3  **A.**  BMW.

4  **Q.**  BMW?  Okay.  And I think -- well, we'll get to that later.

5  I think Mr. Krik says he did work for BMW after 1990.  You

6  remember them being there?

7  **A.**  Yes, yeah.

8  **Q.**  Okay.  But once a contractor got on the list, would they

9  tend to be the contractors that would then re-bid on other jobs

10  within the refinery?

11  **A.**  Yes.

12  **Q.**  And I don't want to say there was a policy of

13  discrimination -- that's a bad word -- but I mean in terms of

14  size, did Mobil discriminate against small contractors in a

15  certain sense?

16  **A.**  I -- you might call it that, but the -- really, I mean,

17  they allowed any size contractor to bid in the system.

18  **Q.**  Now, if you had a pipefitting job like this -- and let's

19  say it's the steam heater that's actually shown in 141 -- and

20  you wanted to replace that, would you generally hire a

21  pipefitting contractor that just had pipefitters or would you

22  hire a contractor that had pipefitters and insulators?

23  **A.**  Pipefitters and insulators.

24  **Q.**  Why would you do that?

25  **A.**  Well, knowing that there's insulation on there, if you were

1   going to replace that unit, you would have to remove the

2   insulation at some point in time.

3   **Q.** Okay.  Now, from your time at Mobil, between '72 and 1980

4   and I guess thereafter, did you -- do you know whether Mobil

5   had any policies or procedures in place with respect to the

6   handling, use, or removal of asbestos from any insulation line

7   that contained asbestos?

8   **A.** Yes.

9   **Q.** Let me ask you this.  Mr. Krik has said when he arrived at

10  Mobil, he was met by a maintenance person.  Is that what you

11  were?

12  **A.** Yes.

13  **Q.** Okay.  And he said the person told him nothing about

14  whether the steam lines contained asbestos.

15          Let me ask you this.  For a job on which Mobil would

16  call in a contractor, what procedures would Mobil take in

17  advance, if they would, to determine whether or not there was

18  asbestos on this line?

19  **A.** Well, they would test the insulation before --

20  **Q.** Why would they do that?

21  **A.** To find out if it contained asbestos or not.

22  **Q.** And if it contained asbestos and the contractor had to

23  bring in specialized people, what would be done to discuss that

24  with them?

25  **A.** Well, usually you have a pre-job meeting and you sit down

1  and discuss all those issues before they actually come and do

2  the work.

3  **Q.** Let me show you M209.  Do you have that in front of you on

4  the screen?

5  **A.** Yes.

6  **Q.** And this is a document dated April 9th, 1974, is that

7  right?

8  **A.** I can't see the date anymore, but --

9  **Q.** I'm sorry.  Let me show you a hard copy of it.

10 **A.** April 8th, yeah.

11 **Q.** April 8th, 1974?

12 **A.** That's correct.

13 **Q.** Are you familiar with that document?

14 **A.** Yes.

15         MR. MORRIS:  Your Honor, we'll offer it into

16 evidence.

17         MR. McCOY:  Your Honor, I just want a little more

18 foundation as to --

19         THE COURT:  Well, this exhibit is already admitted

20 into evidence in the plaintiff's case.

21         MR. MORRIS:  So --

22         MR. McCOY:  Yes, it is.

23         THE COURT:  So it's admitted.

24 BY MR. MORRIS:

25 **Q.** Mr. Musson, zooming in on the first sentence, it says:

1    "This is to reaffirm" -- so that's reaffirming in 1974 -- "the

2    Mobil position on Asbestos Storage, Handling and Use."

3              Do you see that?

4    **A.** Yes.

5    **Q.** Now, the next paragraph that's highlighted, where it

6    says -- can you read that?  "Contractors conducting work at

7    Mobil facilities should be required to comply with regulations

8    for asbestos handling relating to removal, to prevent asbestos

9    exposure to the atmosphere and should be prohibited from

10   installing any new asbestos."

11             Was this policy that was reaffirmed in 1974 in place

12   in 1977?

13   **A.** Yes.

14   **Q.** Was that the policy that was in place while you were there

15   in the mid-'70s?

16   **A.** Yes.

17   **Q.** Was that policy designed to prevent contractors from

18   removing insulation if it contained asbestos?

19   **A.** Yes.

20   **Q.** Let me show you M47.  Take a look at this document.  It's

21   entitled Central Region, Mobil Oil Corporation, Contractor

22   Safety Rules.  Are you familiar with that document?

23   **A.** Yes.

24             MR. MORRIS:  And I'll offer it into evidence, Your

25   Honor.  Dated January 22nd, 1973.

1           THE COURT:  Any objection?

2           MR. McCOY:  Just again, time frame as to when this

3    witness knows of this document.

4    BY MR. MORRIS:

5    **Q.** Did you know of this document from at or about the date

6    that it was written in 1973 and thereafter?

7    **A.** I'm sure we had some kind of a safety orientation that

8    included this.

9    **Q.** Okay.  And specifically regarding -- I'm going to focus you

10   on a specific section, section 14 on page 2.  I think it's on

11   the monitor.  I don't know which one is better for you.

12           It says:  "No pipeline shall be broken, cut or tapped

13   until approval is secured by the engineer or responsible Mobil

14   representative.  This restriction shall also apply to the

15   removal of insulation from any line."

16           You said you might have had training on that.  And

17   regardless, this particular document, the substance of the

18   document, was that your understanding that that was the Mobil

19   policy in place at Joliet in 1977?

20   **A.** Yes.

21   **Q.** If a pipefitter like Charles Krik was there in 1977

22   removing heaters, would he be allowed to remove asbestos as

23   part of his work?

24           MR. McCOY:  Rule 26, Judge.

25           MR. MORRIS:  He's a fact witness, Your Honor.

**Musson - cross by McCoy**                    **1601**

1    THE COURT:  Right.  The objection is overruled.

2    If you know within your personal knowledge of the

3    work that you observed at the refinery at the time.

4    BY MR. MORRIS:

5    Q.  Let me re-ask the question.

6    If a pipefitter like Charles Krik says that he was

7    there removing heaters in 1977 or later, would he be allowed as

8    part of his work as a pipefitter to remove asbestos?

9    A.  No.

10   Q.  Why do you say that?

11   A.  Well, it -- it violates the -- the rules of Mobil.  I mean,

12   we would have an asbestos-qualified person removing asbestos

13   insulation before any pipefitter touched the pipe.

14   MR. MORRIS:  Thank you, Mr. Musson.

15   THE COURT:  Anything from Owens-Illinois for this

16   witness?

17   MR. CASMERE:  No.  Thank you, Your Honor.

18   THE COURT:  Mr. McCoy?

19   And, members of the jury, can we keep going for a few

20   minutes before we break for lunch?

21   (Jurors nodding.)

22   THE COURT:  Okay.

23                        CROSS-EXAMINATION

24   BY MR. McCOY:

25   Q.  Mr. Musson, did you ever work with Charles Krik yourself?

Musson - cross by McCoy                    **1602**

1    **A.** No.

2    **Q.** And you said you were in the maintenance department, right,

3    at Mobil?

4    **A.** Yes.

5    **Q.** Okay.  And you started about when?

6    **A.** In May of 1972.

7    **Q.** Okay.  And you retired when?

8    **A.** The last day of 2007.

9    **Q.** So 35 years, right?

10   **A.** Yes.

11   **Q.** Okay.  You get retirement benefits from Mobil?

12   **A.** Yes.

13   **Q.** Healthcare benefits?

14   **A.** Yes.

15   **Q.** Get a pension?

16   **A.** Yes.

17   **Q.** Any other benefits you get from Mobil?

18   **A.** I get an annuitance discount on gasoline.

19   **Q.** That could be the biggest benefit of all.  All right.

20          MR. McCOY:  I'll strike my comment from the record,

21   Judge.

22   BY MR. McCOY:

23   **Q.** But I wanted to find out something.  When you got there in

24   '7 -- May of '72 and then you saw the refinery still being

25   insulated -- is that right?

**Musson - cross by McCoy**                    **1603**

1   **A.** Yes.

2   **Q.** Was a lot of it already insulated or was it all just

3   totally insulated?

4   **A.** It was in various stages of insulation.

5   **Q.** Some -- go ahead.

6   **A.** It was in various stages of insulation.

7   **Q.** Some was done, some was not done, right?

8   **A.** I don't -- I don't know that anything was completely done

9   when I first arrived there.

10  **Q.** What was your job when you first got there?  Was it

11  maintenance right away?

12  **A.** Yes.

13  **Q.** Okay.  And what kind of maintenance, in particular, did you

14  have?

15  **A.** Well, we --

16  **Q.** At the beginning, I'm talking about.

17  **A.** We'd -- we actually participated in loading some of the

18  catalyst into some of the vessels.  We built scaffolds.  I did

19  some painting, which was part of the soft trades job.

20  **Q.** Okay.  Did you have a title or position?

21  **A.** I was a building trades specialist.

22  **Q.** That's kind of a generalist for the soft position work?  Is

23  that what you called it?

24  **A.** Yes.

25  **Q.** Okay.  And insulation work, did they -- did Mobil have you

**Musson - cross by McCoy**     **1604**

1  doing any of that while the refinery was being built?

2  **A.**  We did training to perform insulation and then we -- we

3  might have worked some insulation in the refinery, but I -- I

4  don't really remember specific any job that we --

5  **Q.**  "We might have" what?  What about the insulation?

6  **A.**  I don't remember any specific job that we did in 1972 in

7  the refinery insulating.

8  **Q.**  Okay.  You did know that the Mobil refinery -- well, first

9  off, you knew Fluor was the contractor, right?

10  **A.**  Yes.

11  **Q.**  To build it?  Okay.  And you did know that Fluor purchased

12  asbestos for the hot piping?

13  **A.**  No.

14  **Q.**  You didn't know that before today?

15  **A.**  There -- according to Mobil, they -- they weren't supposed

16  to have any asbestos in the refinery.

17  **Q.**  Okay.  And who'd you hear that from Mobil?

18  **A.**  That was -- that was from day one when we started.

19  **Q.**  Day one?

20  **A.**  Yeah.

21  **Q.**  Okay.  And who told you that at Mobil?

22  **A.**  I don't remember.

23  **Q.**  I mean, you -- you had some bosses, I'm assuming.  Was it

24  your bosses who told you or did you get a piece of paper?

25  How'd you know there was no asbestos in the refinery?  I'm just

**Musson - cross by McCoy**          **1605**

1    curious.

2    **A.** It was just general knowledge that they said that the --

3    you know, there was no asbestos in the refinery.

4    **Q.** People at Mobil told you that?

5    **A.** Yes.

6    **Q.** I mean, it would be like your supervisor or somebody would

7    be telling you that?

8    **A.** Supervisors, yeah.

9    **Q.** Yeah. Okay. Do you know who else besides yourself they

10   told there was no asbestos at the refinery?

11   **A.** Well, anybody that was working with me --

12   **Q.** Right. Anybody --

13   **A.** -- at the time.

14   **Q.** Anybody who was around, who might have been around the

15   insulation like you, right?

16   **A.** Yes.

17   **Q.** Okay. Do you know what Mobil told Charles Krik when he had

18   to change out the heaters at the refinery?

19   **A.** No.

20   **Q.** This -- these -- you said something about some analyzer

21   houses. These analyzer houses, there was more than one of them

22   at the refinery, you said?

23   **A.** Yes.

24   **Q.** Okay. And what -- basically, what was an analyzer? Excuse

25   me. What was an analyzer house?

1   **A.** Well, it was a centralized location where -- that had a

2   bunch of instruments that analyzed certain process flows, sent

3   them to the control room.

4   **Q.** Okay. And about what's -- what size did you think the

5   analyzer houses were?

6   **A.** They're ten by twelve, maybe.

7   **Q.** All right. About how high? Ten, twelve foot high?

8   **A.** Well, at the peak, maybe.

9   **Q.** Okay. And besides these analyzer houses, was there other

10  smaller structures out at the refinery that were about that

11  size?

12  **A.** The --

13  **Q.** Storage sheds or something like that?

14  **A.** No. Didn't have storage sheds.

15  **Q.** What -- were there other structures, though, besides

16  analyzer houses around that size?

17  **A.** There may have been a few operator shacks that were --

18  **Q.** Okay. Operator shack?

19  **A.** Yeah.

20  **Q.** What's an operator shack?

21  **A.** That's where the operators would -- you know, on the unit

22  would go and be at when they weren't out making their rounds.

23  **Q.** Okay. So you got operator shacks, analyzer houses. Any

24  other structures about that size?

25  **A.** No.

**Musson - cross by McCoy**                    **1607**

1    **Q.** The temperature range of -- I mean, if you touch piping 150

2    degrees, you're going to get burned, right?

3    **A.** Yes.

4    **Q.** That's hot piping, right?

5    **A.** It's -- it's hot enough to get burnt.

6    **Q.** Right.  So that kind of piping would need some covering on

7    it to keep a person who might touch it from getting burned,

8    right?

9    **A.** That's correct.

10   **Q.** Did you know anybody at all from Hudson Heat -- or, I'm

11   sorry, I guess you said you never heard of Hudson Heating,

12   right?

13   **A.** That's correct.

14   **Q.** Okay.  The procedure to test for whether something's

15   asbestos, did you ever have to get involved in that yourself?

16   Do it yourself?

17   **A.** Yes.

18   **Q.** And when did you do it?  Later on or when?

19   **A.** Well, I would have to be involved in it before 1980.

20   **Q.** Okay.  So you don't know how long before 1980, but sometime

21   before that, you said?

22   **A.** They -- they gave us some training on it, yes.

23   **Q.** I mean, did you actually have to go out in the refinery --

24   I'm not talking about a training classroom.  I'm talking about

25   outside in the refinery.

**Musson - redirect by Morris** **1608**

1    Did you actually go out and do any testing yourself?

2  **A.** No.

3    MR. McCOY: One moment.

4  BY MR. McCOY:

5  **Q.** So it would be fair to say, then, that before 1980 or

6  whatever, you don't ever remember anybody saying that the hot

7  piping at Mobil had asbestos; is that right?

8  **A.** No.

9  **Q.** Never did say that, is that right? Is that --

10 **A.** No.

11 **Q.** Okay. Did not say it? I guess we got the double-negative.

12    Nobody told you that was -- that the hot piping at

13 Mobil was asbestos, right?

14 **A.** No.

15    MR. McCOY: Okay. All right. That's all the

16 questions I have. Thank you.

17                REDIRECT EXAMINATION

18 BY MR. MORRIS:

19 **Q.** Just to clarify, I think you told Mr. McCoy that you may

20 not have done insulation before the refinery came online when

21 Fluor was finishing it off, but after it came online, you

22 definitely installed insulation?

23 **A.** Yes.

24 **Q.** Okay. And Mr. McCoy asked you whether temperature range,

25 150-degree pipe, would require some covering, and you said that

1   it would so you wouldn't get burned.  Do you remember that?

2   **A.**  Yes.

3   **Q.**  Okay.  Would it require asbestos --

4   **A.**  No.

5   **Q.**  -- insulation?  Was asbestos more -- insulation more

6   expensive or less expensive than fiberglass?  If you know.

7   **A.**  I -- I'm sure it was more.

8   **Q.**  Okay.  You mentioned about learning before 1980 whether any

9   of the piping contained asbestos.  You did do some removals of

10  insulation using glove bags and bags, is that right?

11  **A.**  Yes.

12  **Q.**  Okay.  And why did you do that?

13  **A.**  That would -- you use a glove bag if you suspect a line has

14  asbestos.

15  **Q.**  Okay.  And that was the procedure in place that you

16  employed when you removed insulation?

17  **A.**  Yes.

18  **Q.**  Okay.  Now, one of the things that Mr. Krik says was that

19  he was being -- recalls being -- Mobil giving him -- a

20  maintenance employee giving him plastic bags with a red label

21  and telling him to have the maintenance people pick up the bags

22  so that they could be segregated from the normal garbage.

23          First of all, did Mobil ever provide such bags to a

24  contractor?

25  **A.**  No.

1    MR. McCOY:  Objection to form, Judge.

2    THE COURT:  The objection to the form is sustained.

3  BY MR. MORRIS:

4  **Q.** Did Mobil ever supply plastic bags with a red label to a

5  contractor so that contractors could put insulation in the bags

6  and have maintenance employees such as yourself pick them up?

7  **A.** No.

8  **Q.** And if such a person was picking up those bags, who would

9  that have been?

10 **A.** It would -- it would either be the contractor himself or a

11 contractor employee working at Mobil.

12 **Q.** The people who were part of the process of understanding

13 there was asbestos there, preparing for it, taking safety

14 precautions, and the like?

15 **A.** Yes.

16    MR. MORRIS:  Nothing further, Your Honor.

17    THE COURT:  Anything further, Mr. McCoy?

18    MR. McCOY:  No.

19    THE COURT:  Okay.  Thank you, Mr. Musson.  You may

20 step down.

21    (Witness excused.)

22    THE COURT:  Let's take our lunch break.  We'll resume

23 at 1:30.  Have a good lunch.  Don't discuss the case.

24    (Jury out.)

25    THE COURT:  I have another matter at 12:30 that I

1    have to hear, so --

2            MR. CASMERE:  I just have two real brief things, Your

3    Honor.

4            Number one, on page 25 of the proposed jury

5    instructions where you talk about the "plaintiff's lung cancer

6    or adenocarcinoma," I would ask the Court to consider either

7    saying "lung cancer," period, or put "adenocarcinoma" in

8    parentheses or "lung adenocarcinoma."  It just looks like

9    there's two different conditions.

10           THE COURT:  Okay.

11           MR. CASMERE:  And the second thing is I mentioned

12   yesterday that I -- on the jury instructions and the change in

13   terms of the "50%" issue, I said this seems like a mistrial

14   situation, and the Court disagreed with me.

15           I didn't officially preserve that by saying, "I'm

16   making a mistrial motion."  I think that that's been waived or

17   estopped.  So I would officially make that mistrial motion to

18   preserve my record.

19           THE COURT:  Okay.  The motion for a mistrial is

20   denied.  I don't believe there's been any undue prejudice to

21   Owens-Illinois in the characterization of the legal

22   instructions, as it is not uncommon for the instructions to be

23   tailored as the trial progresses, and sometimes legal issues

24   need to be revisited, and any revision to my view of what the

25   appropriate instruction would be has not unfairly impacted

1612

1   Owens-Illinois' ability to present evidence or put on a case.

2              So the motion for a mistrial is denied.

3              MR. CASMERE:  Thank you, Your Honor.

4              THE COURT:  Thank you.  I'm going to take just a

5   short recess and we can call the 12:30 case.  Just give me a

6   moment.

7              MR. MORRIS:  Your Honor, what time do you want to

8   come back with this jury?  I'm sorry.  You probably said it,

9   but I didn't hear you.

10             MR. CASMERE:  1:30.

11             THE COURT:  1:30.

12             MR. MORRIS:  1:30.  Okay.

13             MR. McCOY:  Thank you, Judge.

14        (Recess.)

15

16

17

18

19

20

21

22

23

24

25

1               C E R T I F I C A T E

2

3

4

5          I, Colleen M. Conway, do hereby certify that the

6    foregoing is a complete, true, and accurate transcript of the

7    Trial proceedings, Vol. 8, had in the above-entitled case

8    before the HONORABLE MANISH S. SHAH, one of the Judges of said

9    Court, at Chicago, Illinois, on April 29, 2015.

10

11

12      _/s/ Colleen M. Conway, CSR,RMR,CRR_          _04/29/15_

13         Official Court Reporter              Date
        United States District Court
14       Northern District of Illinois
             Eastern Division
15

16

17

18

19

20

21

22

23

24

25