## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-cv-07435 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| EXXONMOBIL OIL CORP. *et al.*, | ) | |
| Defendants. | ) | |

### DECLARATION OF DAVID FANNING
### IN SUPPORT OF EXXONMOBIL OIL CORPORATION'S BILL OF COSTS

I, David F. Fanning, declare as follows:

1.      I am an attorney with the law firm of Johnson & Bell Ltd. and one of the attorneys in this action for ExxonMobil Oil Corporation. I make this declaration on my own personal knowledge in support of ExxonMobil Oil Corporation's Bill of Costs. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

2.       The requested costs in ExxonMobil Oil Corporation's Bill of Costs were actually paid and are a fraction of the total expenses borne by ExxonMobil Oil Corp. in this action.

3.      Exhibit 1 is an itemization for the requested costs in ExxonMobil Oil Corp.'s Bill of Costs.

4.      Exhibit 2 is documentation for the fees concerning the Joseph Ferriter Vol. I deposition on December 9, 2011.

5.      Exhibit 3 is documentation for the fees concerning the Joseph Ferriter Vol. II deposition on January 13, 2012.

6.      Exhibit 4 is documentation for the fees concerning the Joseph Ferriter

video deposition on January 12, 2012.

7. Exhibit 5 is documentation for the fees concerning the Frank M. Parker deposition on January 4, 2012.

8. Exhibit 6 is documentation for the fees concerning the Arthur Frank, MD deposition on January 25, 2012.

9. Exhibit 7 is documentation for the fees concerning the Nafisa Burhani, MD deposition on August 29, 2013.

10. Exhibit 8 is documentation for the fees concerning the John Templin deposition on November 1, 2013.

11. Exhibit 9 is documentation for the costs concerning the reproduction of transcript of Dr. Arthur L. Frank, Dr. Arnold Brody and Dr. Barry Castleman on January 8, 2014, through January 22, 2014.

12. Exhibit 10 is documentation for the fees concerning the transcript of pretrial proceedings on January 17, 2014 and February 5, 2014.

13. Exhibit 11 is documentation for the fees concerning the transcript of pretrial proceedings on April 8, 2014.

14. Exhibit 12 is documentation for the fees concerning the transcript of pretrial proceedings on October 28, 2014.

15. Exhibit 13 is documentation for the fees concerning the transcript of pretrial proceedings on December 17, 2014.

16. Exhibit 14 is documentation for the fees concerning the transcript of pretrial proceedings on April 9, 2015.

17.     Exhibit 15 is documentation for the fees concerning transcripts of the trial proceedings from April 20, 2015, through May 1, 2015.

18.     Exhibit 16 is documentation for the fees concerning the actual travel expenses of Larry Musson, 30906 S. Cedar Rd., Manhattan, Illinois.

19.     Exhibit 17 is documentation for the fees concerning the actual travel expenses of J. Leroy Balzer, Ph.D., 408 Horse Trail Court, Alamo, California.

20.     Exhibit 18 is documentation for the fees concerning the actual travel expenses of Andrew J. Ghio, MD, 401 Perry Creek Drive, Chapel Hill, North Carolina.

21.     Exhibit 19 is the Order Establishing a Records Collection Protocol, under which ExxonMobil Oil Corp. was responsible to pay Forman Perry Watkins Krutz & Tardy, LLP the costs for collecting and providing records in this action.

22.     Exhibit 20 is documentation for the costs from Forman Perry Watkins Krutz & Tardy, LLP to ExxonMobil Oil Corp. under the Order Establishing a Records Collection Protocol.

23.     Exhibit 21 is documentation for the fees for exemplification and the costs of copies necessarily obtained for use in the action; it provides the best breakdown obtainable from retained records and does not include charges for copies made solely for attorney convenience.  These reproduction charges include exhibits identified by all parties for potential use at trial.

24.     Exhibit 22 is documentation for the fees for the costs of trial graphics necessarily obtained for use in the action; it provides the best breakdown obtainable from retained records.

25.     Exhibit 23 is documentation for the fees concerning the Charles Krik video Vol. I deposition on July 18, 2011.

26.     Exhibit 24 is documentation for the fees concerning the Charles Krik Vol. II deposition on August 4, 2011.

27.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2015                    Respectfully submitted,

                                       By: _____
                                           H. Patrick Morris – IL Bar #6187083
                                           David F. Fanning – IL Bar #6274895
                                           Attorneys of ExxonMobil Oil Corporation
                                           Johnson & Bell, Ltd.
                                           33 W. Monroe St., Suite 2700
                                           Chicago, Illinois  60603
                                           (312) 372-0770
                                           (312) 372-9818 (facsimile)
                                           morrisp@jbltd.com
                                           fanning@jbltd.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 22, 2015, the foregoing was served upon all parties via ECF.#

_____

# EXHIBIT

# 1

| Fees for Transcripts | | | |
|---|---|---|---|
| **Dates** | **Description** | **Exhibit** | **Amount** |
| 7.18.2011 | Charles Krik video deposition | 23 | $578.05 |
| 8.4.2011 | Charles Krik video Vol. II deposition | 24 | $442.35 |
| 12.9.2011 | Joseph Ferriter Vol. I deposition | 2 | $402.34 |
| 1.13.2012 | Joseph Ferriter Vol. II deposition | 3 | $345.60 |
| 1.12.2012 | Joseph Ferriter video deposition | 4 | $327.60 |
| 1.4.2012 | *Frank M. Parker deposition | 5 | $206.68 |
| 1.25.2012 | Arthur Frank, MD deposition | 6 | $524.30 |
| 8.29.2013 | Nafisa Burhani, MD deposition | 7 | $199.20 |
| 11.1.2013 | John Templin deposition | 8 | $212.55 |
| 1.17.2014 & 2.5.2014 | Transcript of pretrial proceedings | 10 | $18.90 |
| 4.8.2014 | Transcript of pretrial proceedings | 11 | $114.00 |
| 10.28.2014 | *Transcript of pretrial proceedings | 12 | $133.87 |
| 12.17.2014 | *Transcript of pretrial proceedings | 13 | $96.72 |
| 4.9.2015 | *Transcript of pretrial proceedings | 14 | $190.77 |
| 4.20-5.1.2015 | Transcripts of trial proceedings | 15 | $6,929.00 |
| | | Total: | $10,721.93 |

| Fees for Witnesses | | | |
|---|---|---|---|
| **Dates** | **Description** | **Exhibit** | **Amount** |
| 4.28.2015 | Larry Musson – attendance fee for time necessally occupied in going to the place of attendance | 16 | $40.00 |
| 4.29.2015 | Larry Musson – attendance fee during attendance at trial and for time necessally occupied in returning from the place of attendance | 16 | $40.00 |
| 4.28-29.2015 | Larry Musson – lodging | 16 | $266.56 |
| 4.28.2015 | Larry Musson – train from New Lenox to LaSalle/lodging | 16 | $7.00 |
| 4.29.2015 | Larry Musson – train from lodging/LaSalle to New Lenox | 16 | $7.00 |
| 4.28.2015 | J. Leroy Balzer, Ph.D. – attendance fee for time necessally occupied in going to the place of attendance | 17 | $40.00 |
| 4.29.2015 | J. Leroy Balzer, Ph.D. – attendance fee during attendance at trial and for time necessally occupied in returning from the place of attendance | 17 | $40.00 |
| 4.28-29.2015 | J. Leroy Balzer, Ph.D. – lodging | 17 | $289.84 |
| 4.28.2015 | J. Leroy Balzer, Ph.D. – subsistence allowance for meals and incidental | link | $59.90 |

| Date | Description | Exhibit | Amount |
|---|---|---|---|
| | expenses (M&IE) per diem for the first calendar day of travel | | |
| 4.29.2015 | J. Leroy Balzer, Ph.D. – subsistence allowance for meals and incidental expenses (M&IE) per diem for the last calendar day of travel | link | $21.79 |
| 4.28.2015 | J. Leroy Balzer, Ph.D. – flight San Francisco to/from O'Hare | 17 | $1,454.20 |
| 4.29.2015 | J. Leroy Balzer, Ph.D. – parking at San Francisco airport | 17 | $19.60 |
| 4.28.2015 | J. Leroy Balzer, Ph.D. – taxi from O'Hare to lodging | 17 | $50.00 |
| 4.29.2015 | J. Leroy Balzer, Ph.D. – taxi from lodging to O'Hare | 17 | $50.00 |
| 4.27.2015 | *Andrew J. Ghio, MD – attendance fee for time necessarily occupied in going to the place of attendance | 18 | $20.00 |
| 4.28.2015 | *Andrew J. Ghio, MD – attendance fee during attendance at trial and for time necessarily occupied in returning from the place of attendance | 18 | $20.00 |
| 4.28.2015 | *Andrew J. Ghio, MD – subsistence allowance for meals and incidental expenses (M&IE) per diem for the last calendar day of travel | link | $22.24 |
| 4.27.2015 | *Andrew J. Ghio, MD. – taxi from O'Hare to lodging | 18 | $19.33 |
| 4.28.2015 | *Andrew J. Ghio, MD – taxi from lodging to O'Hare | 18 | $18.43 |
| | | Total: | $2,485.89 |

| Other Costs (Fees for Records Collection Under Records Collection Protocol) | | | |
|---|---|---|---|
| **Dates** | **Description** | **Exhibit** | **Amount** |
| Various | Records Collection | 20 | $6,300.56 |
| | | Total: | $6,300.56 |

| Fees for Exemplification | | | |
|---|---|---|---|
| **Dates** | **Description** | **Exhibit** | **Amount** |
| Various | Exemplification and copies | 21 | $2,483.15 |
| Various | Trial Graphics | 22 | $7,968.75 |
| 1.8-22.2014 | Reproduction Copy of Transcript of  Dr. | 9 | $345.00 |

| | Arthur L. Frank, Dr. Arnold Brody & Dr. Barry Castleman | | |
|---|---|---|---|
| | | Total: | $10,796.90 |

| Docket Fees Under 28 U.S.C § 1923 | | | |
|---|---|---|---|
| **Dates** | **Description** | **Exhibit** | **Amount** |
| 4.20-5.1.2015 | Trial of final hearing | | $20.00 |
| | | Total: | $20.00 |

Grand Total:    $30,325.28

# EXHIBIT

# 2

701-03466 3843 4/ 1
Charles Krik v. Mobil

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway
Suite 1400
St. Louis, MO 63102
Phone:877-421-0099   Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 396777 | 12/22/2011 | 99481 |
| **Job Date** | **Case No.** | |
| 12/9/2011 | MDL 875 | |
| **Case Name** | | |
| In Re: Asbestos Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan McGillen - [ATTENTION]
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

| | | | |
|---|---|---|---|
| ASBESTOS LITIGATION - TRANSCRIPT WITH WORD INDEX | | | |
| JOSEPH H. FERRITER | 154.00 Pages | | 378.84 |
| E-Transcript | | | 0.00 |
| Scanned/E-mail Exhibits | 94.00 Pages | | 23.50 |
| | TOTAL DUE >>> | | **$402.34** |

Ordered By      :   David F. Fanning
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

RECEIVED
DEC 28 2011

THIS DEPOSITION TAKEN IN CHICAGO, IL

**Tax ID:** 37-1302924

*Please detach bottom portion and return with payment.*

Ryan McGillen - [ATTENTION]
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

| | | |
|---|---|---|
| Invoice No. | : | 396777 |
| Invoice Date | : | 12/22/2011 |
| **Total Due** | : | **$402.34** |

Remit To:   **PohlmanUSA Court Reporting**
**10 South Broadway - Suite 1400**
**St. Louis, MO  63102**

| | | |
|---|---|---|
| Job No. | : | 99481 |
| BU ID | : | 32-ASB-CH |
| Case No. | : | MDL 875 |
| Case Name | : | In Re: Asbestos Products Liability Litigation |

# EXHIBIT

# 3

7561-03966
Krik v. ExxonMobil
357.265

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway
Suite 1400
St. Louis, MO 63102
Phone:877-421-0099   Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 400150 | 1/23/2012 | 100724 |
| **Job Date** | **Case No.** | |
| 1/13/2012 | MDL 875 | |
| **Case Name** | | |
| In Re: Asbestos Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan McGillen - [ATTENTION]
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

---

ASBESTOS LITIGATION - TRANSCRIPT WITH WORD INDEX

| | | |
|---|---|---|
| JOSEPH H. FERRITER - VOLUME II | 186.00 Pages | 344.10 |
| E-Transcript | | 0.00 |
| Scanned/E-mail Exhibits | 6.00 Pages | 1.50 |
| | **TOTAL DUE >>>** | **$345.60** |

Ordered By      : David F. Fanning
                      Johnson & Bell, Ltd.
                      33 West Monroe Street
                      Suite 2700
                      Chicago, IL 60603-5404

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

RECEIVED

JAN 2 6 2012

**THIS DEPOSITION TAKEN IN CHICAGO, IL**

**Tax ID:** 37-1302924

---

*Please detach bottom portion and return with payment.*

Ryan McGillen - [ATTENTION]
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

Invoice No.      : 400150
Invoice Date     : 1/23/2012
**Total Due**       : **$345.60**

Remit To:   **PohlmanUSA Court Reporting**
            **10 South Broadway - Suite 1400**
            **St. Louis, MO  63102**

Job No.      : 100724
BU ID        : 32CHCRLOTX
Case No.     : MDL 875
Case Name    : In Re: Asbestos Products Liability Litigation

# EXHIBIT

# 4

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway
Suite 1400
St. Louis, MO 63102
Phone:877-421-0099   Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 596607 | 4/20/2015 | 100558 |
| **Job Date** | **Case No.** | |
| 1/12/2012 | MDL 875 | |
| **Case Name** | | |
| In Re: Asbestos Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jessica Mejdrich - [ATTENTION]
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL 60603

---

ASBESTOS LITIGATION - TRANSCRIPT WITH WORD INDEX

| | | |
|---|---|---|
| * JOSEPH FERRITER - VIDEO | 168.00  Pages | 327.60 |
| E-Transcript and PDF - (Asbestos) | | 0.00 |
| | **TOTAL DUE >>>** | **$327.60** |

Ordered By     :  Cynthia Esquilin
                   Johnson & Bell
                   33 West Monroe Street
                   Suite 2700
                   Chicago, IL 60603

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

**THIS DEPOSITION TAKEN IN ALSIP, IL**

**Tax ID:** 47-2406795

*Please detach bottom portion and return with payment.*

Jessica Mejdrich - [ATTENTION]
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL  60603

Invoice No.    :  596607
Invoice Date   :  4/20/2015
**Total Due**      :  **$327.60**

Remit To:   **PohlmanUSA Court Reporting**
            **10 South Broadway - Suite 1400**
            **St. Louis, MO  63102**

Job No.      :  100558
BU ID        :  32CHCRLOTX
Case No.     :  MDL 875
Case Name    :  In Re: Asbestos Products Liability Litigation

# EXHIBIT

# 5

**Watson, Brian O.**

| | |
|---|---|
| **From:** | Riley, Robert |
| **Sent:** | Wednesday, October 10, 2012 9:45 AM |
| **To:** | Watson, Brian O. |
| **Subject:** | FW: CVLO - Payment of Top 10 Experts |
| **Attachments:** | Expert Reimbursement SS Sent 10-9-12.pdf; DEPOSITION PROTOCOL JUDGE STRAWBRIGE 07.03.12.pdf; W-9 CVLO.PDF; ATT00001.txt |

**From:** Jennifer M. Studebaker [mailto:StudebakerJM@fpwk.com]
**Sent:** Tuesday, October 09, 2012 2:42 PM
**To:** Jennifer M. Studebaker; 'ahagemeier@hptylaw.com'; 'ajagadich@smsm.com'; 'amiel.gross@snrdenton.com'; 'araynor@crivellocarlson.com'; 'arv@pjmlaw.com'; 'athanasatoss@jbltd.com'; 'azelkowitz@pretzel-stouffer.com'; 'bbarnes@hptylaw.com'; 'bhuibregtse@staffordlaw.com'; 'bhulse@blackwellburke.com'; 'blarsen@hinshawlaw.com'; 'blr@trialgroupnorth.com'; 'bobscott@peorialaw.com'; Stefan G. Bourn; 'bplegge@moser.com'; 'bryan.hopkins@huschblackwell.com'; 'bvalerio@rwdmlaw.com'; 'canderson@vonbriesen.com'; 'ccarlson@guntymccarthy.com'; 'Cgoldhaber@SMSM.com'; 'cgordon@blackwellburke.com'; 'cgriffin@hptylaw.com'; 'Christenson@gasswebermullins.com'; 'cjconrad@ncctslaw.com'; 'clijestrand@hinshawlaw.com'; 'cmevert@ewhlaw.com'; 'cmmaisano@ewhlaw.com'; 'ctrible@mcguirewoods.com'; 'cyrd@jbltd.com'; 'dan@jardinelawoffice.com'; 'Daniel.Maher@libertymutual.com'; 'david.bartel@quarles.com'; 'david.singley@dinslaw.com'; 'dcarlson@crivellocarlson.com'; 'dchristos@foleymansfield.com'; 'dgriffin@djoalaw.com'; 'dhaddox@smbtrials.com'; 'dinsmoreasbestos@dinslaw.com'; 'dkelleher@jackscamp.com'; 'dking@woodmclaw.com'; 'dmanna@foley.com'; David M. Setter; 'ahagemeier@hptylaw.com'; 'donna-benson@mennlaw.com'; 'dpoland@gklaw.com'; 'drowin@stamostrucco.com'; 'dscouton@foleymansfield.com'; 'dszlanfucht@rwdmlaw.com'; 'dtemple@drewrysimmons.com'; 'ebowlin@jacobsonlegalgroup.net'; 'ecarlson@crivellocarlson.com'; Casmere, Edward M.; 'egeise@goodwinproctor.com'; 'emaccabe@maccabe-mcguire.com'; 'emccambridge@smsm.com'; 'ezapotocny@smsm.com'; <mark>'fanningd@jbltd.com';</mark> 'fblakelock@gibbonslaw.com'; 'fpa@pugh-law.com'; 'franke@gasswebermullins.com'; 'gak1@heplerbroom.com'; 'gdbruch@swartzcampbell.com'; 'George.Kiser@heplerbroom.com'; 'ggoldberg@stamostrucco.com'; 'ghalenkamp@armstrongteasdale.com'; 'gmcnamee@SMSM.com'; 'gpatterson@swartzcampbell.com'; 'gregory.hribik@dinslaw.com'; 'james.zeszutek@dinslaw.com'; 'jamie.kasper@guntymccarthy.com'; 'JAYoung@cpmy.com'; 'jbosio@dwwattorneys.com'; 'jbrown@LBTDlaw.com'; 'jcagnoli@smsm.com'; 'jcanoni@kasowitz.com'; 'jdf@trialgroupnorth.com'; 'JDScheets@MDWCG.com'; 'jef@kravitlaw.com'; 'jfecht@rbelaw.com'; 'jfonstad@sidley.com'; 'jgoller@vonbriesen.com'; 'jhardin@moser.com'; 'jhowie@stamostrucco.com'; 'jjohanni@gklaw.com'; 'jkalas@hinshawlaw.com'; 'jkennedy@smsm.com'; 'jlaffey@whdlaw.com'; 'jniquet@crivellocarlson.com'; 'joe.kilpatrick@huschblackwell.com'; 'josullivan@smbtrials.com'; 'jpp@pptplaw.com'; 'jrejano@foleymansfield.com'; 'jrubin@gmrlawfirm.com'; 'JSPollack@duanemorris.com'; 'jstarrett@whdlaw.com'; 'jsullivan@sanchezdh.com'; 'jwatson@wlbdeflaw.com'; 'kbjornlund@cetcap.com'; 'kdowney@murnane.com'; 'kelly.ruff@huschblackwell.com'; 'Kevin.Knight@icemiller.com'; 'khalaf.khalaf@quarles.com'; 'khillman@mcguirewoods.com'; 'kim.sarff@huschblackwell.com'; 'kjudge@stamostrucco.com'; 'Kpaape@gklaw.com'; 'kranz@mcguirewoods.com'; 'Kseelaus@bmplaw.net'; 'lbuchanan@hptylaw.com'; 'ldoornbos@smbtrials.com'; 'ldrabot@crivellocarlson.com'; 'lflentye@smbtrials.com'; 'lhong@ssd.com'; 'lmcleroy@otjen.com'; 'lrandolph@hinshawlaw.com'; 'lrt@trialgroupnorth.com'; 'lsmith@hptylaw.com'; 'lyoung@hptylaw.com'; 'mam@trialgroupnorth.com'; 'marilyn.guichard@klgates.com'; 'mark-feldmann@mennlaw.com'; 'mbergin@fbtlaw.com'; Chan McLeod; 'MDL875@heylroyster.com'; 'Michael Drumke'; 'meaton@sidley.com'; Fischer, Matthew; 'mfoster@mckenna-law.com'; 'mgaffrey@hoaglandlongo.com'; 'michael.hultquist@snrdenton.com'; 'michael.tanenbaum@sdma.com'; 'michael.zukowski@klgates.com'; 'mitchell.moser@quarles.com'; 'mjudge@smbtrials.com'; 'mking@armstrongteasdale.com'; 'mmagana@crivellocarlson.com'; 'mmchaplinsky@kc-legal.com'; 'mmcvinney@cmjlaw.com'; 'mmurray@wglaw.com'; <mark>'morrisp@jbltd.com';</mark> 'mrt@trialgroupnorth.com'; 'mtrucco@stamostrucco.com'; 'muellerf@jbltd.com'; Daniel Mulholland; 'mwilliford@hptylaw.com'; 'm.douglas.eisler@wilsonelser.com'; 'nate_cade@gshllp.com'; 'nbehrend@vonbriesen.com'; 'nbosio@dwwattorneys.com'; 'oharton@hptylaw.com'; 'owensk@jbltd.com'; 'pbradley@wlbdeflaw.com'; 'pbyrne@smbtrials.com'; 'ppetruska@wvslaw.com'; 'pwells@vonbriesen.com'; 'ra2law@cs.com'; 'randerson@crivellocarlson.com'; 'raustin@brothersthompson.com'; 'rdschuster@vorys.com'; Ren Wilkes; 'rfaust@ncs-law.com';

1

'rfournie@armstrongteasdale.com'; 'RHModesitt@wilkinson.com'; 'rmlauth@ewhlaw.com'; 'rmortimer@hinshawlaw.com'; 'robert.gilmartin@sdma.com'; 'roshan.rajkumar@bowmanandbrooke.com'; 'rranieri@wglaw.com'; Riley, Robert; 'RSmith@schoenmslaw.com'; 'rspinelli@kjmsh.com'; Clare S. Rush; 'sbharty@vorys.com'; 'sbusch@mcguirewoods.com'; 'scarlson@vonbriesen.com'; 'scelba@celba.com'; 'scoley@gklaw.com'; 'sean@djoalaw.com'; 'sgovero@hptylaw.com'; 'shart@smsm.com'; 'slcaffrey@duanemorris.com'; 'sleibly@crivellocarlson.com'; 'smccoy@drewrysimmons.com'; 'smehringer@csmlawfirm.com'; 'smoore@rwdmlaw.com'; 'spitkovsky@jbltd.com'; 'srifkind@smbtrials.com'; 'sscott@maccabe-mcguire.com'; 'steve.beshore@huschblackwell.com'; 'sthomaspagels@whdlaw.com'; 'sthomsen@s-s-law.com'; 'sue.roper@huschblackwell.com'; 'tab@painetar.com'; 'taquino@staffordlaw.com'; 'tcowan@hptylaw.com'; 'tgilligan@murnane.com'; 'thefirm@maccabe-mcguire.com'; 'theresa.gerard@huschblackwell.com'; 'tjcampbell@cpmy.com'; 'tjolly@cmjlaw.com'; 'tjw@gdldlaw.com'; 'tkrippner@smsm.com'; 'tmccullough@mgpllp.com'; 'tnorby@murnane.com'; 'torris@wvslaw.com'; 'tpagel@celba.com'; 'tpike@pjmlaw.com'; 'tpm@mcgeeverlaw.com'; 'trhoades@crivellocarlson.com'; 'tricie.loudon@huschblackwell.com'; 'tschmitzer@hrmblawfirm.com'; 'tschrimpf@hinshawlaw.com'; 'twill@foley.com'; 'uwilks@mcguirewoods.com'; 'wmills@wglaw.com'; 'wseisennop@s-s-law.com'; 'wshenkenberg@mzmilw.com'; 'wsmith@dmclaw.com'; Stephanie M. Swan; Jimmy G. House; Amanda D. Summerlin; 'John Arranz'; 'Rose M. Angelo'; 'Laurel Johnson'; 'Nathan S. Fronk'; 'Friedman, Katherine (Electric Insurance)'; 'mlisak@sidley.com'; 'kate.cook@electricinsurance.com'; 'Patti.Murphy@electricinsurance.com'; Tanya D. Ellis; Clare S. Rush; Mary Margaret Gay; Sarah Beth Miller; 'Goldwood, Jack'; 'Littler, Debra'; 'Odum, Drew'; 'Kaitlyn Chenevert'; 'Michael T. Antikainen'; 'Tobin Taylor'; 'rmlauth@ewhlaw.com'; 'Priscilla M. Cunningham'; Casmere, Edward M.; 'MDrumke@smbtrials.com'; 'Kaitlyn Chenevert'; 'Thomas Pagels, Sarah E. SET (5635)'; 'Laffey, John J. JWL (5441)'; 'Lemanski, Kristina C. KCL (5315)'; 'Gonzalez, Thomas TXG (5384)'; 'Adams, Gabrielle B. GBA (5420)'; 'Klein, Tammy L. TLK (5461)'; 'Handy, Candace J. CJH (5308)'; 'Wilkinson, Christine K. CKW (5304)'; Clare S. Rush; 'Craig, Elizabeth A.'; 'Flowers, Lisa M.'; 'Magana, Michelle'; 'Kathryn Downey'; 'dgriffin@djoalaw.com'; Joshua A. Leggett; 'khays@hfmfm.com'; 'Chris@hfmfm.com'; 'maureen@hfmfm.com'; 'Anderson, Knight S.'; 'owensk@jbltd.com'; Jimmy G. House; 'Stephen L. Jenkins'; 'Michael F. McVinney'; 'James F. Gallagher'; 'Michael Drumke'; Kaitlyn Chenevert; Stephanie M. Swan
**Cc:** 'Kevin Hanbury'
**Subject:** CVLO - Payment of Top 10 Experts

### PLAINTIFFS' COUNSEL IS COPIED ON THIS E-MAIL

Kevin Hanbury from CVLO contacted me this morning and advised that there are still defendants who have not paid their share of the fees and expenses incurred during the depositions of plaintiffs' expert witnesses for the CVLO top 10 cases. A spreadsheet, which was prepared and provided by CVLO is attached, which shows the defendants who still have an outstanding balance for these depositions.

Notwithstanding the protocol entered by Judge Strawbridge on July 3, 2012, which requires payments of these invoices within 30 days, Kevin has agreed for any defendant who currently has an outstanding balance that he will NOT file a motion for interest and costs if the balance is **paid in full within 7 days of today's date**. For any balances that remain outstanding after that time, Kevin advises that he will be forced to file a motion which asks for both interest and costs.

In addition to the CVLO spreadsheet that details the outstanding balances, I have attached the protocol as well as CVLO's W-9 form. Finally, CVLO's tax ID number is 36-3489246.

If you have any questions regarding the outstanding balance for your client, please contact Kevin Hanbury. He is handling this matter on behalf of CVLO and is copied on this e-mail.

Thanks,

**Jennifer M. Studebaker**
200 South Lamar Street
Suite 100
Jackson, Mississippi 39201-4099
Direct: 601.973.5983
Fax: 601.960.8613
studebakerjm@fpwk.com

2



About Forman Perry Bio V-Card

Dallas · Denver · Detroit · Houston · Jackson · New Orleans

| DEPOSITION | EXPERT NAME | DATE OF DEPOSITION | COST | ATTORNEY | CLIENT | AMOUNT OWED | AMOUNT PAID | CHECK NUMBER | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| ARNOLD BRODY | CHARLES KRIK | 2/6/2012 | $ 2,200.00 | DAVID F. FANNING | EXXON MOBILE CORP | $ 2,200.00 | | | $ (2,200.00) |
| ARNOLD BRODY | CECIL DILLMAN | 2/6/2012 | $ 2,200.00 | JAMES A. NIQUET | SPRINKMAN SONS CORP | $ 2,200.00 | | | $ (2,200.00) |
| DALE B. EDWARDS | LLOYD ANDERSON | 12/2/2011 | $ 859.14 | JOHN D COSMICH | PROCTOR & GAMBLE | $ 214.78 | $ 214.78 | 112294 | $ - |
| DALE B. EDWARDS | LLOYD ANDERSON | 12/2/2011 | $ 859.14 | LAURA E SCHUETT/SHAWN P BABIUCH | OKONITE COMPANY | $ 214.78 | $ 214.78 | 8759 | $ - |
| DALE B. EDWARDS | LLOYD ANDERSON | 12/2/2011 | $ 859.14 | JOSEPH P SULLIVAN | RSCC | $ 214.79 | | | $ (214.79) |
| DALE B. EDWARDS | LLOYD ANDERSON | 12/2/2011 | $ 859.14 | MICHELE ON-JA CHOE | GENERAL ELECTRIC | $ 214.79 | | | $ (214.79) |
| DALE B. EDWARDS | GERALD BUSHMAKER | 12/2/2011 | $ 859.14 | CRAIG A WOODS | UNION CARBIDE CORP | $ 429.57 | $ 429.57 | 8455 | $ - |
| DALE B. EDWARDS | GERALD BUSHMAKER | 12/2/2011 | $ 859.14 | MICHELE ON-JA CHOE | GENERAL ELECTRIC | $ 429.57 | | | $ (429.57) |
| DALE B. EDWARDS | PAUL GEHRT | 12/2/2011 | $ 859.14 | CRAIG A WOODS | UNION CARBIDE CORP | $ 286.38 | $ 286.38 | 8455 | $ - |
| DALE B. EDWARDS | PAUL GEHRT | 12/2/2011 | $ 859.14 | MICHELE ON-JA CHOE | GENERAL ELECTRIC | $ 286.38 | | | $ (286.38) |
| DALE B. EDWARDS | PAUL GEHRT | 12/2/2011 | $ 859.14 | CHAN E MCLEOD | OI | $ 286.38 | $ 278.06 | 214515+ 216059+ | $ 8.32 |
| DALE B. EDWARDS | MARION GOEKEN | 12/2/2011 | $ 859.14 | LAURA E SCHUETT/SHAWN P BABIUCH | OKONITE COMPANY | $ 214.79 | $ 214.79 | 8760 | $ - |
| DALE B. EDWARDS | MARION GOEKEN | 12/2/2011 | $ 859.14 | OLLIE M HARTON | ERICSSON, INC | $ 214.79 | $ 214.79 | 2067 | $ - |
| DALE B. EDWARDS | MARION GOEKEN | 12/2/2011 | $ 859.14 | CRAIG A WOODS | UNION CARBIDE CORP | $ 214.78 | $ 214.78 | 8455 | $ - |
| DALE B. EDWARDS | MARION GOEKEN | 12/2/2011 | $ 859.14 | CHAN E MCLEOD | OI | $ 214.78 | $ 214.71 | 216060+ 214516 | $ 0.07 |
| WILLIAM M EWING | GERALD BUSHMAKER | 12/8/2011 | $ 1,350.00 | TREVOR J WILL | UNION CARBIDE CORP | $ 675.00 | | | $ (675.00) |
| WILLIAM M EWING | GERALD BUSHMAKER | 12/8/2011 | $ 1,350.00 | MATTHEW D JOSS | GENERAL ELECTRIC | $ 675.00 | $ 337.50 | 2134 | $ (337.50) |
| WILLIAM M EWING | JOSEPH PLEAUGH | 12/8/2011 | $ 1,350.00 | TREVOR J WILL | UNION CARBIDE CORP | $ 675.00 | | | $ (675.00) |
| WILLIAM M EWING | JOSEPH PLEAUGH | 12/8/2011 | $ 1,350.00 | BRIAN J HUELSMANN | GEORGI-PACIFIC LLC | $ 675.00 | $ 675.00 | 214764+ 215188 | $ - |
| RICHARD HATFIELD | JOSEPH PLEAUGH | 1/30/2012 | $ 1,200.00 | JOHN W HAPLIN | SPRINKMAN SONS CORP | $ 300.00 | $ 300.00 | 262355 | $ - |
| RICHARD HATFIELD | JOSEPH PLEAUGH | 1/30/2012 | $ 1,200.00 | DANIEL MANNA | UNION CARBIDE CORP | $ 300.00 | $ 300.00 | 192438 | $ - |
| RICHARD HATFIELD | JOSEPH PLEAUGH | 1/30/2012 | $ 1,200.00 | KIMBERLY D STEVENS | ERICSSON, INC | $ 300.00 | $ 300.00 | 2067 | $ - |
| RICHARD HATFIELD | JOSEPH PLEAUGH | 1/30/2012 | $ 1,200.00 | SCOTT B PFAHL | GEORGI-PACIFIC LLC | $ 300.00 | $ 300.00 | 214763+ 215190 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | ALLISON BELL | THERMAL ELECTRIC | $ 272.00 | $ 272.00 | 4301 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | CHAN E MCLEOD | GEORGI-PACIFIC LLC | $ 272.00 | $ 272.00 | 214762+ 215191 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | OLLIE M HARTON | ERICSSON, INC | $ 272.00 | $ 272.00 | 2064 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | CHRISTINE HEINSZ | CERTAINTEED | $ 272.00 | $ 272.00 | 359131 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | CHRISTINE HEINSZ | UNION CARBIDE CORP | $ 272.00 | $ 272.00 | 359131 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | LAWRENCE E HENKE | OKONITE COMPANY | $ 272.00 | | | $ (272.00) |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | PETER MOIR | OI | $ 272.00 | $ 272.00 | 214517+ 215192 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | JOSEPH P SULLIVAN | RSCC | $ 272.00 | | | $ (272.00) |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | ASHLEY M FELTON | FOSTER WHEELER ENERGY | $ 272.00 | $ 272.00 | 1830 | $ - |
| STEVEN KENOYER | PAUL GEHRT | 11/29/2011 | $ 2,720.00 | MICHELE ON-JA CHOE | GENERAL ELECTRIC | $ 272.00 | | | $ (272.00) |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | S. SHAYNE GARDNER | EXXON MOBILE CORP | $ 206.68 | $ 206.68 | 131383 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | JAMES P KASPER | CRANE CO. | $ 206.68 | $ 206.68 | 30212 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | ERIC P HALL | INGERSOLL-RAND CO/TRANE US INC | $ 413.38 | $ 413.38 | 191485 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | DREW M SCHILLING | UNION CARBIDE CORP | $ 206.68 | $ 206.68 | 359132 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | ROBERT ARREDONDO | BECHTEL, INC | $ 206.68 | $ 206.68 | 359133 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | WAYNE A MARVEL | AMOCO CHEMICAL CO | $ 206.68 | $ 206.68 | 20484 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | BEN PUCCI | CLEAVER BROOKS | $ 206.68 | $ 206.68 | 6342 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | PETER MOIR | OI | $ 206.68 | $ 215.07 | 214518+ 215193 | $ 8.39 |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | EMILY ZAPOTOCNY | WEIL-MCLAIN | $ 206.68 | $ 206.68 | 7833 | $ - |
| DR. FRANK M PARKER III | CHARLES KRIK | 1/4/2012 | $ 2,273.50 | OLLIE M HARTON | ERICSSON, INC | $ 206.68 | $ 206.68 | 2067 | $ - |
| DR. FRANK M PARKER III | CECIL DILLMAN | 1/4/2012 | $ 1,371.50 | TRAVIS J RHOADES | SPRINKMAN SONS CORP | $ 1,371.50 | $ 1,371.50 | 262355 | $ - |
| DR. FRANK M PARKER III | DEON WRIGHT | 1/4/2012 | $ 1,371.10 | JAMES P KASPER | CRANE CO. | $ 228.52 | $ 228.52 | 30212 | $ - |
| DR. FRANK M PARKER III | DEON WRIGHT | 1/4/2012 | $ 1,371.10 | ERIC P HALL | INGERSOLL-RAND CO/TRANE US INC | $ 457.04 | $ 457.04 | 191484 | $ - |
| DR. FRANK M PARKER III | DEON WRIGHT | 1/4/2012 | $ 1,371.10 | JORDAN MAYFIELD | GOULDS PUMPS, INC | $ 228.52 | $ 228.52 | 30116 | $ - |

**Deposition Protocol Regarding Tender & Payment of
Expert Witnesses in CVLO MDL 875 Cases
Effective July 3, 2012**

1.     This protocol shall apply to the depositions of expert witnesses in all CVLO MDL 875 cases referred to Magistrate Judge Strawbridge. Other than as provided in this protocol, the depositions will be conducted pursuant to the Federal Rules of Civil Procedure.

2.     Pursuant to Rule 26(b)(4)(E), the Court shall require the party or parties seeking to depose an expert witness to pay the expert a reasonable fee for time spent by the expert in connection with his/her participation in the deposition. This shall include time spent preparing for the deposition (not including time spent conferring with counsel), actual time spent in the deposition, and travel time to and from the place where the deposition is conducted.

3.     Plaintiff(s) shall be responsible for reasonable expert fees in connection with depositions of defense experts. Each of the defendants who participate in the deposition of an expert retained by a plaintiff, either in person or by telephone, shall pay its pro rata share of the expert's fee.

4.     Each invoice for an expert's fee shall be considered due and owing within a period of thirty (30) days from the date of receipt by counsel responsible for payment. Each party owing all or part of an expert's deposition fee shall have a fifteen (15) day grace-period for payment after the initial thirty (30) days expires.

5.     In the case of expert witnesses retained by plaintiff, CVLO will provide the invoices for the expert's deposition to Forman Perry. Forman Perry will then have five (5) business days to determine the defendants participating in the depositions and to determine each defendant's pro rata share. Forman Perry will then provide a copy of the expert's invoice along with a spreadsheet detailing the pro rata share to the participating defendants and to CVLO. The fees and expenses for the expert depositions shall be considered due and owing thirty (30) days from the date Forman Perry provides the expert's invoice and the accompanying spreadsheet. Payment will be made by each defendant to CVLO.

6.     Once an expert's fee is due and owing, interest shall accrue at a rate of 3.5% per month for the length of time the invoice remains unpaid. No party who has failed to pay its pro rate share of an expert's deposition fee may utilize the transcript of that deposition in any motion.

7.     If a party notices an expert deposition and later withdraws the notice, that party shall pay a reasonable fee for the expert's time reserved for preparing for the deposition and the time reserved for participation in the deposition. In the event of a dispute as to the reasonableness of the time reserved for the deposition, the expert's standard cancellation fee will apply. Any such cancellation fees shall be disclosed by the tendering party at the time the witness is tendered.

Case: 1:10-cv-07435 Document #: 372-29 Filed: 05/12/15 Page 82 of 84 PageID #:9776

8.      The fact that a party is dismissed from any action, either voluntarily or by order of the court, does not relieve the party from its obligation to pay a reasonable expert witness fee for a deposition taken in that action.  Such costs shall remain the obligation of the party even if a stipulated order states that each party shall bear its own costs.

9.      Any party disputing the reasonableness of an expert's deposition fee shall bring a motion before the court within thirty (30) days upon receipt of the expert's invoice.  Failure to bring such a motion within thirty days (30) shall result in the party's objection to the amount of the fee to be deemed waived.

10.     In the event that it is necessary for a party to file a motion to compel payment of expert witness fees, and to the extent that the motion proves successful, at the discretion of the court the moving party may be entitled to assess from the delinquent party the costs of collection including reasonable attorney fees.

11.     Tenders for expert witnesses will be made in writing.  The opposing party will have a minimum of three (3) business days to accept or reject a tender of an expert witness.

12.     Notice of deposition:  Depositions will occur when the expert is available.  The parties will strive to have the expert witnesses deposed on more than a single case at a time.

# EXHIBIT

# 6

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway - Suite 1400
St. Louis, MO 63102
Phone:877-421-0099  Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 403322 | 2/13/2012 | 100371 |
| **Job Date** | **Case No.** | |
| 1/25/2012 | MDL 875 | |
| **Case Name** | | |
| In Re: Asbestos Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan McGillen
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL 60603

| ASBESTOS LITIGATION - TRANSCRIPT WITH WORD INDEX | | |
|---|---|---|
| ARTHUR L. FRANK, M.D, PH.D. | 214.00  Pages | 524.30 |
| E-Transcript | | 0.00 |
| | **TOTAL DUE >>>** | **$524.30** |

Ordered By    :  David F. Fanning
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL 60603

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

**THIS DEPOSITION TAKEN IN PHILADELPHIA, PA**

**Tax ID:** 47-2406795

*Please detach bottom portion and return with payment.*

Ryan McGillen
Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL 60603

| | | |
|---|---|---|
| Invoice No. | : | 403322 |
| Invoice Date | : | 2/13/2012 |
| **Total Due** | : | **$524.30** |

Remit To:    **PohlmanUSA Court Reporting**
**10 South Broadway - Suite 1400**
**St. Louis, MO 63102**

| | | |
|---|---|---|
| Job No. | : | 100371 |
| BU ID | : | 06SLCROUTX |
| Case No. | : | MDL 875 |
| Case Name | : | In Re: Asbestos Products Liability Litigation |

# EXHIBIT

# 7

# Cost Report

**Billed and Unbilled**

**EXXON MOBIL / KRIK, CHARLES V BP AMERICA INC., ET AL (7561-03466)**                                                                     05/13/2015

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor | Voucher | Check No. | Check Date | Invoice | Status |
|------|---------|--------------|-------------|----------|----------|----------|---------|---------|--------|---------|-----------|-----------|---------|--------|
| 10/31/2013 | E118 | 060 | RECORDS/TRANSCRIP TS | COST | 0.00 | 199.20 | 0.00 | 199.20 | POHLMAN USA COURT REPORTING | 415172 | 146242 | 10/31/2013 | 374554 | Billed |

08/29/13 1 CERTIFIED COPY OF TRANSCRIPT OF NAFISA D BURHANI MD

# EXHIBIT

# 8

# Cost Report

**Billed and Unbilled**

**EXXON MOBIL / KRIK, CHARLES V BP AMERICA INC., ET AL (7561-03466)**

05/13/2015

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt Vendor | Voucher | Check No. | Check Date | Invoice Status |
|------|---------|--------------|-------------|----------|----------|----------|---------|----------------|---------|-----------|------------|----------------|
| 11/19/2014 | E118 | 090 | MISCELLANEOUS EXPENSES | COST | 0.00 | 212.55 | 0.00 | 212.55 POHLMAN USA COURT REPORTING | 430530 | 154856 | 11/19/2014 | 400317 Billed |

11/1/13 FOR THE ASBESTOS LITIGATION TRANSCRIPT WITH WORD INDEX RE: JOHN TEMPLIN TAKEN IN BOISE, ID

# EXHIBIT

# 9

# Cost Report

**Billed and Unbilled**

EXXON MOBIL / KRIK, CHARLES V BP AMERICA INC., ET AL (7561-03466)

05/13/2015

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt Vendor | Voucher | Check No. | Check Date | Invoice | Status |
|------|---------|--------------|-------------|----------|----------|----------|---------|----------------|---------|-----------|-----------|---------|--------|
| 06/12/2014 | E118 | 090 | MISCELLANEOUS EXPENSES | COST | 0.00 | 345.00 | 0.00 | 345.00 SCHIFF HARDIN LLP | 424194 | 151332 | 06/12/2014 | 390773 | Billed |

1/8-1/22/14 REPRODUCTION OF TRANSCRIPT OF OPENING STATEMENTS, DR. ARTHUR L. FRANK, DR. ARNOLD BRODY & DR. BARRY CASTLEMAN, LARRY KINSER, JOSEPH FERRITER, DOUG WARE AND LARRY KINSER, JURY INSTRUCTION CONFERENCE AND CLOSING ARGUMENT

# EXHIBIT 10

# Cost Report

Billed and Unbilled

**EXXON MOBIL / KRIK, CHARLES V BP AMERICA INC., ET AL (7561-03466)**

05/13/2015

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor | Voucher | Check No. | Check Date | Invoice | Status |
|------|---------|--------------|-------------|----------|----------|----------|---------|---------|--------|---------|-----------|------------|---------|--------|
| 02/12/2014 | E116 | 060 | RECORDS/TRANSCRIPTS COST | | 0.00 | 18.90 | 0.00 | 18.90 | ALEXANDRA ROTH, CSR, LTD | 419174 | 148455 | 02/12/2014 | 383255 | Billed |

TRANSCRIPT OF PROCEEDINGS BEFORE HONORABLE JOHN Z. LEE, STATUS HEARING 2/5/14 & 1/17/14

# EXHIBIT

# 11

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20140160

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Mr. Brian O. Watson<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>6600 Sears Tower<br>Chicago, IL 60606<br><br>Phone: (312) 258-5500<br><br>*bwatson@schiffhardin.com* | Alexandra Roth, CSR, Ltd.<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1224<br>Chicago, IL 60604<br><br>Phone: (312) 408-5038<br><br>Tax ID: 36-3632177<br>*alexandra_roth@ilnd.uscourts.gov* |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 08-25-2014 | DATE DELIVERED: 08-25-2014 |
|---|---|---|

**Case Style:** 10C 7435, Charles Krik v BP America Inc., et al

Transcript of proceedings before the Honorable John Z. Lee status hearing 4-8-14 copy

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 95 | 1.20 | 114.00 | | | | 114.00 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 114.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $114.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 08-25-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Cost Report

**Billed and Unbilled**

**EXXON MOBIL / KRIK, CHARLES V BP AMERICA INC., ET AL (7561-03466)**

**05/13/2015**

| Date | SM/Task | Service Code | Description | Attorney | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor | Voucher | Check No. | Check Date | Invoice | Status |
|------|---------|--------------|-------------|----------|----------|----------|---------|---------|--------|---------|-----------|-----------|---------|--------|
| 08/21/2014 | E116 | 060 | RECORDS/TRANSCRIP TS COST | | 0.00 | 114.00 | 0.00 | 114.00 | ALEXANDRA ROTH, CSR, LTD | 426839 | 152845 | 08/21/2014 | 395893 | Billed |

TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE JOHN Z. LEE, STATUS HEARING 4/8/14

# EXHIBIT

# 12

| AO44<br>(Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF ILLINOIS |
|---|---|

INVOICE NO: 20140184

**MAKE CHECKS PAYABLE TO:**

Brian O'Connor Watson
Schiff Hardin, L.L.P.
6600 Sears Tower
Chicago, IL 60606

Phone: (312) 258-5845

bwatson@schiffhardin.com

Colleen M. Conway, CSR,RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1714
Chicago, IL 60604

Phone: (312) 435-5594

colleen_conway@ilnd.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | 10-28-2014 | 11-05-2014 |

Case Style: 10 C 7435, Charles Krik v Crane Co., et al.

10/28/14 transcript of Preliminary Pretrial Conference proceedings before Hon. Manish S. Shah; T/O #17553

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 63 | 4.25 | 267.75 | | 0.90 | | | 0.60 | | 267.75 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 267.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $267.75 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/ Colleen M. Conway, OCR | 11-05-2014 |

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



JOHNSON & BELL LTD.                     **SCHIFF HARDIN LLP**                                    156599

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 02/06/2015 | TRANSCRIPT | 7561-03466 DFF/CYNTHIA 1410-0000 | 133.87 |

| CHECK DATE | CHECK NUMBER | | | | TOTAL |
|---|---|---|---|---|---|
| 02/06/2015 | 000156599 | | FILE COPY | | 133.87 |

SAFEGUARD. LITHO USA  L06SF006646M  12/11

# EXHIBIT

# 13

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150012

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Brian O. Watson | Colleen M. Conway, CSR,RMR, CRR |
| Schiff Hardin, L.L.P. | Official Court Reporter |
| 6600 Sears Tower | 219 South Dearborn Street |
| 233 South Wacker Drive | Room 1714 |
| Chicago, IL 60606 | Chicago, IL 60604 |
| Phone:   (312) 258-5845 | Phone:      (312) 435-5594 |
| bwatson@schiffhardin.com | colleen_conway@ilnd.uscourts.gov |

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 12-19-2015 | 01-20-2015 |

**Case Style:** 10 C 7435, Charles Krik v Crane Co., et al.

12/17/14 transcript of Interim Pretrial Conference before Hon. Manish S. Shah; T/O#18111

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 53 | 3.65 | 193.45 | | 0.90 | | | 0.60 | | 193.45 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 193.45 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $193.45 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/ Colleen M. Conway, OCR* | 01-20-2015 |

(All previous editions of this form are
cancelled and should be destroyed)



JOHNSON & BELL LTD.

### SCHIFF HARDIN LLP

156180

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|---------------|------|---------|
| | | | 96.72 |
| 01/22/2015 | TRANSCRIPT | 7561-03466 DFF/CYNTHIA1410-0000 | |

96.72

| CHECK DATE | CHECK NUMBER | | TOTAL |
|------------|--------------|--|-------|
| 01/22/2015 | 000156180 | FILE COPY | |

96.72

SAFEGUARD. LITHO USA L06SF005646M 12/11

# EXHIBIT

# 14

| AO44<br>(Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF ILLINOIS |
|---|---|

INVOICE NO: 20150065

**MAKE CHECKS PAYABLE TO:**

Brian O. Watson
Schiff Hardin, L.L.P.
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Phone: (312) 258-5845

bwatson@schiffhardin.com

Colleen M. Conway, CSR,RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1714
Chicago, IL 60604

Phone: (312) 435-5594

colleen_conway@ilnd.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 04-09-2015 | DATE DELIVERED: 04-13-2015 |
|---|---|---|---|---|

**Case Style:** 10 C 7435, Charles Krik v Crane Co., et al.

4/9/15 transcript of Cont'd Final Pretrial Conference before Hon. Manish
S. Shah; T/O#19269

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 118 | 4.85 | 572.30 | | 0.90 | | | 0.60 | | 572.30 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 572.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $572.30 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/ Colleen M. Conway, OCR | DATE 04-13-2015 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



JOHNSON & BELL LTD.

## SCHIFF HARDIN LLP

158038

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 04/14/2015 | TRANSCRIPT | 7561-03466 DFF/CYNTHIA 1410-0000 | 190.77 |

| CHECK DATE | CHECK NUMBER | | TOTAL |
|------------|--------------|---|-------|
| 04/14/2015 | 000158038 | FILE COPY | 190.77 |

SAFEGUARD.  LITHO USA  L06SF00564SM  12/11

# EXHIBIT

# 15

A-744
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20150071

**MAKE CHECKS PAYABLE TO:**

David F. Fanning
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

Phone:   (312) 984-0289

fanningd@jbltd.com

Colleen M. Conway, CSR,RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1714
Chicago, IL 60604

Phone:      (312) 435-5594

colleen_conway@ilnd.uscourts.gov

| CRIMINAL | X CIVIL | DATE ORDERED: 04-14-2015 | DATE DELIVERED: 04-20-2015 |
|---|---|---|---|

Case Style: 10 C 7435, Charles Krik v Crane Co., et al.
Deposit for "daily copy" Trial transcript, 4/20/15-5/1/15 (10 days),
orig. + 2 copies, split between 3 Defts, 246 pages per day, Opgs to Verd
($6.05 + $1.20 + $1.20)
PAYMENT DUE ON OR BEFORE 4/20/15 - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 820 | 8.45 | 6,929.00 | | 1.20 | | | 0.90 | | 6,929.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: |
|---|---|
| | TOTAL: 6,929.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $6,929.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/ Colleen M. Conway, OCR | DATE 04-15-2015 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com