UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES KRIK,

    Plaintiff,

  v.

OWENS-ILLINOIS, INC. et al.,

    Defendants.

Case No. 10-cv-07435

Judge Manish S. Shah

# OWENS-ILLINOIS, INC.
## TRIAL EXHIBIT LIST

Owens-Illinois, Inc. submits the following Trial Exhibit List and Trial Exhibits pursuant to the notice of September 24, 2015.

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 19 | U.S. Naval Engineering Experiment Station, E.E.S. Test Report C-3905 (July 1949) | Trial Tr. 1441, April 28, 2015 |
| OI 32 | Schepers, Durkan and Delahant, "Effect of Inhaled Commercial Hydrous Calcium Silicate Dust on Animal Tissues," A.M.A. Archives of Industrial Health, 12:348-360 (Sept. 1955) | Trial Tr. 1689, April 29, 2015 |
| OI 175 | Machinists Mate 3 Navy Training Course (1956) | Trial Tr. 1702, April 29, 2015 |
| OI 323a | Charles Krik - Morris Hospital Medical Record Pulmonary Function Test | Trial Tr. 1356, April 28, 2015 |

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 326a | Charles Krik Medical Record from Joliet Oncology - Hematology Associates - CT Scan July 2012 | Trial Tr. 1349, April 28, 2015 |
| OI 334a | Charles Krik Medical Records Provided by Joliet Oncology & Hematology Associates of Illinois – PET SCAN | Trial Tr. 1348, April 28, 2015 |
| OI 339a | Charles Krik Medical Records Provided by Palos Community Hospital Illinois – Chest Two Views | Trial Tr. 1333-1334, April 28, 2015 |
| OI 343a | Charles Krik Medical Records Provided by Provena St. Joseph Medical Imaging Services – PA and Lateral Chest | Trial Tr. 1340, April 28, 2015 |
| OI 346a | Charles Krik Medical Records Provided by Silver Cross Hospital - Chest Two Views | Trial Tr. 1332, April 28, 2015 |
| OI 350 | Charles Krik Muster Rolls | Trial Tr. 1702-1703, April 29, 2015 |
| OI 351 | Krik Military Records received 12/5/11 & 1/30/12 | Trial Tr. 1086, April 27, 2015 |
| OI 357 | Plaintiff Charles Krik's Claim Form for Armstrong World Industries Asbestos Personal Injury Settlement Trust Claim 10089238 with Release and Indemnity Agreement signed 03/19/2008 | Trial Tr. 1059, April 27, 2015 |
| OI 396 | Approval Letter and Certificate for Kaylo Block dated 1/12/1944 with Cover letter from HE Casey | Trial Tr. 1700, April 29, 2015 |
| OI 397 | Approval Letter for Kaylo Pipe covering (5/29/1944) | Trial Tr. 1702, April 29, 2015 |

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 407 | Certificate of Approval For Kaylo Pipe Covering (5/29/1944) - Registered on Acceptable List of Approved Materials | Trial Tr. 1703, April 29, 2015 |
| OI 410 | Department of the Navy, Qualified Products Lists, QPL-2781-1 through 23 for MIL-D-2781 (pipe covering, thermal insulation) | Trial Tr. 1703, April 29, 2015 |
| OI 437 | Letter from JC Radford re: approval for pipe covering, Grade I, Classes a and b, Grade II, Class d, Grade III, Class e 12/28/1945) | Trial Tr. 1703-1704, April 29, 2015 |
| OI 444 | Letter to JW Lipscome from HE Casey re: Invitation #2585 Req. No 155-153 (9/22/1948) | Trial Tr. 1704, April 29, 2015 |
| OI 473 | Military Standard Marketing of Shipments (MID-STD-129A, Feb. 8, 1954) | Trial Tr. 1704-1705, April 29, 2015 |
| OI 488 | Navy Specification 32P8 dated 6/1/1944 (Subsequently designated MIL-I-2781) | Trial Tr. 1706, April 29, 2015 |
| OI 499 | Qualified Products List for Pipe Covering and Block (1951-1960) QPL 32-I-3 | Trial Tr. 1706, April 29, 2015 |
| OI 618 | Nafisa D. Burhani 8/29/13 Deposition Ex. 6 (Report of CT Scan taken 6/19/13) | Trial Tr. 304, April 21, 2015 |
| OI 642 | Letter dated December 12, 1950, Bill (Hazard) to Arthur J. Vorwald | Trial Tr. 1689, April 29, 2015 |

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 644 | Document dated 2-12-1943 to Dr. L.U. Gardner from U.E. Bowes | Trial Tr. 1689, April 29, 2015 |
| OI 648 | Letter dated 11-21-1944 to Leroy U. Gardner from E.U. Bowes | Trial Tr. 1689, April 29, 2015 |
| OI 649 | Document dated 10-30-1947 – Interim Report on Animal Inhalation Experiments with Kaylo | Trial Tr. 1689, April 29, 2015 |
| OI 670 | Letter dated 7-6-1943 from Bowes to Gardner | Trial Tr. 1689, April 29, 2015 |
| OI 677 | Summary of Animal Inhalation Experiments on Kaylo dated 5-13-1946 | Trial Tr. 1689, April 29, 2015 |
| OI 686 | Letter dated 1-28-1948 from Hazard to Vorwald | Trial Tr. 1689, April 29, 2015 |
| OI 690 | Letter dated 12-23-1948 from Vorwald to Shuman | Trial Tr. 1689, April 29, 2015 |
| OI 694 | Letter dated 1-5-1950 from Hazard to Vorwald | Trial Tr. 1689, April 29, 2015 |
| OI 695 | Letter dated 1-12-1950 from Vorwald to Hazard | Trial Tr. 1689, April 29, 2015 |
| OI 700 | Letter dated 12-18-1950 from Vorwald to Hazard | Trial Tr. 1689, April 29, 2015 |
| OI 706 | Letter dated 11-5-1955 from Hazard to Miriam Sachs | Trial Tr. 1689, April 29, 2015 |
| OI 707 | Letter dated 12-9-1952 from Curtis Howard to George White enclosing draft pamphlet | Trial Tr. 1689, April 29, 2015 |

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 719 | Letter dated 3/1/1943 from Bowes letter to Gardner | Trial Tr. 1689, April 29, 2015 |
| OI 743 | Letter dated 8/2/1950 from W. Hazard letter to Vorwald | Trial Tr. 1689, April 29, 2015 |
| OI 804 | Bureau of Ships Ad Interim Specifications, Insulation, Thermal, Block, 32-I-3 (INT), August 1, 1941 | Trial Tr. 1713, April 29, 2015 |
| OI 950 | Complaint – Charles Krik v. AC&S et al, Case # 01-CV-242, Northern District of Indiana | Trial Tr. 1073, April 27, 2015 |
| OI 965 | Bureau of Ships Manual – Chapter 51 – Boilers (1955) | Trial Tr. 1053, April 27, 2015 |
| OI 966 | Bureau of Ships Manual – Chapter 51 – Boilers (1947) | Trial Tr. 1713, April 29, 2015 |
| OI 1014 | Machinery & Electrical Plans DD445 Class | Trial Tr. 1714, April 29, 2015 |
| OI 1018 | Silver Cross - CT Scan dated February 28, 2005 | Trial Tr. 303, April 29, 2015 |
| OI 1031 | Letter from Hazard to Vorwald dated 7/13/51 | Trial Tr. 1689, April 29, 2015 |
| OI 1035 | Krik, B-8, Lung 40x | Trial Tr. 1689, April 29, 2015 |
| OI 1038 | Synopsis of Machinery and Hull Data – USS Sproston | Trial Tr. 1714, April 29, 2015 |
| OI 1039 | USS Sproston Identification of Equipment & Manufactures | Trial Tr. 1714, April 29, 2015 |
| OI 1043 | Medical Record Chest Imaging dated 11/19/08 | Trial Tr. 1346, April 28, 2015 |
| OI 1044 | Letter from Owens Illinois to US Navy | Trial Tr. 1706, April 29, 2015 |
| OI 1045 | Morris Hospital Medical Record – Chest PA and Lateral | Trial Tr. 1347, April 28, 2015 |

| Ex. | Brief Description | Received/Offered |
|---|---|---|
| OI 1046 | Morris Hospital Medical Record – Pulmonary Function Test | Trial Tr. 1353, April 28, 2015 |
| OI 1049 | Boilerman 3 & - Navy Training Course | Trial Tr. 1035-1036, April 27, 2015 |
| OI 1050 | Boilermaker 1 & C – Bureau of Naval Personnel Rate Training Manual | Trial Tr. 1048-49, April 27, 2015 |
| OI 1051 | Morris Hospital Medical Record – Chest X-Ray | Trial Tr. 1352, April 28, 2015 |
| OI 1052 | Morris Hospital Medical Record – Discharge Summary | Trial Tr. 1689, April 29, 2015 |
| OI 1055 | Summary of Charles Krik Personnel File | Trial Tr. 1706-1707, April 29, 2015 |
| OI 1057 | Dr. Burhani Medical Records for Charles Krik | Trial Tr. 1689, April 29, 2015 |

Dated: October 5, 2015

Respectfully submitted,

By: /s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant*
*Owens-Illinois, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 5, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-8392

CH2\17287584.1