UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-07435 |
| | ) | |
| OWENS-ILLIOIS, INC. et al., | ) | Judge Manish S. Shah |
| | ) | |
| Defendants. | ) | |

# EXXON MOBIL OIL CORPORATION'S
# TRIAL EXHIBIT LIST

Exxon Mobil Oil Corporation submits the following Trial Exhibit List and Trial Exhibits pursuant to the notice of September 24, 2015, and Circuit Rule 10.

| **Exhibit** | **Brief Description** | **Received/Offered (Trial Transcript)** |
|---|---|---|
| M001 | 40 lb steam (photo) | Pg. 1695 - Ln. 1 |
| M023 | Application for Membership in the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada | Pg. 1145 - Ln. 2<br>Pg. 1694 - Ln. 19-20 |
| M134 | Letter from Hudson Heating & Piping Corp. to Pipe Fitters' Association | Pg. 1147 - Ln. 22<br>Pg. 1694 - Ln. 19-20 |
| M141 | Materials Analysis Form and Sampling | Pg. 1590 - Ln. 8<br>Pg. 1694 - Ln. 19-20 |
| M182 | Pipefitters Union Records Local 597 | Pg. 1149 - Ln. 23<br>Pg. 1694 - Ln. 19-20 |
| M209 | Interoffice Correspondence: Storage Handling and Use of Asbestos, dated 04/09/1974 | Pg. 1598 - Ln. 23<br>Pg. 1694 - Ln. 19-20 |
| M222 | Trane - Submittal – Invoice for Fin Tube Heaters | Pg. 1586 - Ln. 4<br>Pg. 1694 - Ln. 19-20 |
| M301 | Modine Heaters (photo) | Pg. 1154 - Ln. 11<br>Pg. 1694 - Ln. 19-20 |
| M303 | Complaint (excerpt) – Northern District Indiana | Pg. 1139 - Ln. 9<br>Pg. 1694 - Ln. 19-20 |
| M304 | Demonstrative – Table of Testimony | Pg. 1188 - Ln. 20<br>Pg. 1694 - Ln. 19-20 |

| M353 | Mr. Krik's medical record, dated 3/6/08, PLFJOHA000048 | Pg. 352 - Ln. 10 |
| M380 | Authorization for the Release of Records – Including Union Records | Pg. 1144 - Ln. 13-14 Pg. 1694 - Ln. 19-20 |
| OI386, #19 | Plaintiff's Verified Response to Standard Interrogatories 6-17-2011 | Pg. 1695 - Ln. 1, 7 |

Dated: October 7, 2015

Respectfully submitted,

By: /s/ David F. Fanning
H. Patrick Morris
David F. Fanning
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
(312) 258-5600 (fax)

*Attorneys for Defendant –
Exxon Mobil Oil Corporation*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 7, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ David F. Fanning
David F. Fanning