

**STAT** Analysis Corporation

STATinfo@STATAnalysis.com

NVLAP Lab Code 101202-0

## ASBESTOS ANALYSIS BY POLARIZED LIGHT MICROSCOPY
Method: EPA-600/M4-82-020

TRF Inc.

| Reference: | | Date Received: | 10/18/2013 |
|---|---|---|---|
| Location: | Exxon Mobil | Date Analyzed: | 10/18/2013 |
| Batch No.: | 310210 | Date Reported: | 10/18/2013 |
| Customer No.: | 1218 | Turn Around Time: | Immediate |

| Laboratory Sample | Customer Sample Number | Asbestos Components (%) | Non-Asbestos Components (%) |
|---|---|---|---|
| 310210001 | #1 | ND | Binder 80-85%<br>Glass 15-20% |
| 310210002 | #2 | ND | Binder 80-85%<br>Glass 15-20% |

ND = Asbestos Not Detected (Not Present)    NA = Not Analyzed    NS = Not Submitted
Components of inhomogeneous samples are analyzed per our Standard Operating Procedure, or per customer request.
The use of the NVLAP logo does not imply endorsement by NVLAP or any agency of the US Government.
The information contained in this report and any attachments is confidential information intended only for the use of the individual or entities named above. The results of this report relate only to the samples tested. If you have received this report in error, please notify us immediately by phone. This report shall not be reproduced, except in its entirety, unless written approval has been obtained from the laboratory. This report remains property of STAT Analysis until payment is received in full (see invoice).

Analyzed by Name:

Henry Robateau / Microscopist

Date: 10/18/2013

Page 1 of 1

**M141**

# TRF INC.

*Consulting Services*

**ROGER L. KELLER**
ENVIROMENTAL ENGINEER
IDPH LIC# 100-022

[REDACTED] 2902

[REDACTED]ECTION • REMEDIATION • AIR SAMPLING
MOLD • ASBESTOS • LEAD
www.trfenv.com

[REDACTED] 695

Page: __1__ of __1__

Laboratory: **STAT**

**IMMEDIATELY**

**A.S.P** ~~DELIVERY~~

Turnaround Needed:

## ASBESTOS BULK SAMPLE DATA SHEET

**310210**

Date: _____
Project No: _____
Job Site: **EXXON MOBIL**
Client: _____
Inspector: _____

ANALYSIS: [✓] PLM          [ ] OTHER

| Turnaround Needed: | | | |
|---|---|---|---|
| 24 HR | 48 HR | 72 HR | OTHER |

| Sample Number | Type and Location Where Sample Was Collected | Results (% Asbestos) |
|---|---|---|
| #1 | CRUDE.      PIPE | |
| #2 | S G P.         PIPE | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### CHAIN OF CUSTODY RECORD

| Collected by: (Signature) | Date | Time | Relinquished by: (Signature) | Date | Time |
|---|---|---|---|---|---|
| ROGER KELLER | 10/18/13 | | ROGER KELLER | 10/18/13 | |
| Received by: (Signature) | Date | Time | Relinquished by: (Signature) | Date | Time |
| | | | | | |
| Received for Laboratory by: | Date | Time | Analyzed by: (Signature) | Date | Time |
| | 10/18/13 | 9.05 | | | |

M141



**M141**



M141