**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

| | |
|---|---|
| CHARLES KRIK, ) | |
| Plaintiff, ) | |
| ) | Case No. 10-cv-7435 |
| v. ) | Judge Manish S. Shah |
| OWENS-ILLINOIS, INC. *et al.*, ) | |
| Defendants. ) | |

**PLAINTIFF'S DESCRIPTIVE LIST AND MDL-875 LISTS FOR RECORD ON APPEAL**
_____

Pursuant to the September 24, 2015 letter from Clerk Thomas G. Bruton and Deputy Clerk Esperanza Arnold (Case: 1:10-cv-07435 Document #: 414.) regarding the record on appeal. In addition, Plaintiff has listed documents which Plaintiff believes should be included from the Eastern District of Pennsylvania MDL-875 docket.

This Descriptive List includes items filed in the Northern District of Illinois that may be excluded, based on the letter of September 24, which should be included.

- *Attach. 1* is the N.D. Ill. "CIVIL DOCKET FOR CASE #: 1:10−cv−07435" "As of: 10/06/2015 12:31 PM CDT."
  - *Attach. 1* is highlighted. Without putting any limitation on the need to include any other documents in the record, Plaintiff asserts that every highlighted document in *Attach. 1* needs to be included in the record.

Additionally, Plaintiff files this document and additional attachments to serve as Plaintiff's List of documents that need to be included in the record from E.D. Pa. case #

2:11−cv−63473−ER, which is the case number for this case before remand when it was pending in the MDL-875 Court.

- *Attach 2.* is the E.D. Pa. "CIVIL DOCKET FOR CASE #: 2:11−cv−63473−ER" "As of: 10/01/2014. 05:17 PM EDT."
    - *Attach. 2.* is highlighted.  Without putting any limitation on the need to include any other documents in the record, Plaintiff asserts that every highlighted document in *Attach. 2* needs to be included in the record.

Finally, Plaintiff files this document and accompanying attachments to serve as Plaintiff's List of documents that need to be included in the record from E.D. Pa. case #2:08-cv-91296, which is the case number for a claim originally filed in the Northern District of Indiana brought by Charles Krik that was consolidated under E.D. Pa. case # 2:11−cv−63473−ER before the remand to this Court.

- *Attach. 3* was filed on the 2:08-cv-91296 E.D. Pa. docket as document 10.
    - Without putting any limitation on the need to include any other documents in the record, Plaintiff asserts that *Attach. 3* needs to be included in the record.
- *Attach. 4* was filed on the 2:08-cv-91296 E.D. Pa. docket as document 50.
    - Without putting any limitation on the need to include any other documents in the record, Plaintiff asserts that *Attach. 4* needs to be included in the record.

Dated: October 7, 2015

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

## Certificate of Service

I hereby certify that on October 7, 2015, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: October 7, 2015

 /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com