CLOSED,ASBESTOS,CASREF/ASB,CVLO–TOP TEN,DS/ASB,IL–N,LEAD,MDL–875

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11–cv–63473–ER

| | |
|---|---|
| KRIK v. BP AMERICA, INC. et al | Date Filed: 02/24/2011 |
| Assigned to: HONORABLE EDUARDO C. ROBRENO | Date Terminated: 05/14/2013 |
| Referred to: MAGISTRATE JUDGE DAVID R. | Jury Demand: Both |
| STRAWBRIDGE (Settlement) | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court:  IL–N, 10–07435 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity–Asbestos Litigation | |

**Plaintiff**

**CHARLES KRIK**     represented by     **MICHAEL P. CASCINO**
CASCINO VAUGHAN LAW OFFICES
LTD
220 S. ASHLAND AVENUE
CHICAGO, IL 60607
312–944–0600
Fax: 312–944–1870
Email: ecf.cvlo@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT G. MCCOY**
CASCINO VAUGHAN LAW OFFICES
220 S ASHLAND AVE
CHICAGO, IL 60607
312–944–0600
Email: bmccoy@cvlo.com
*ATTORNEY TO BE NOTICED*

**ROBERT MATTHEW SCHROEDER**
CASCINO VAUGHN
220 S. ASHLAND AVE
CHICAGO, IL 60607
312–944–0600
*TERMINATED: 11/06/2012*

V.

**Defendant**

**BP AMERICA, INC.**
*TERMINATED: 09/16/2011*     represented by     **ALAN STUART ZELKOWITZ**
PRETZEL &STOUFFER, CHTD
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606
312–346–1973
Email: azelkowitz@pretzel–stouffer.com
*TERMINATED: 09/16/2011*

**Defendant**

**BECHTEL CONSTRUCTION COMPANY**
*TERMINATED: 02/03/2012*     represented by     **MICHAEL J. DENNING**
HEYL ROYSTER VOELKER ALLEN
120 W STATE ST 2ND FL
POBOX 1288
ROCKFORD, IL 61101
815–963–4454
Fax: 815–963–0399
Email: mdenning@heylroyster.com
*TERMINATED: 05/07/2012*

Attachment 2

*LEAD ATTORNEY*

**TOBIN J. TAYLOR**
HEYL ROYSTER VOELKER &ALLEN
124 S.W. ADAMS ST. #600
PEORIA, IL 61602
309–676–0400
Email: ttaylor@heylroyster.com
*TERMINATED: 02/01/2012*

**Defendant**

**CBS CORPORATION**                    represented by    **DAVID M. SETTER**
*TERMINATED: 04/11/2012*                               FORMAN PERRY WATKINS KRUTZ
                                                       &TARDY
                                                       1775 SHERMAN ST., #1900
                                                       DENVER, CO 80203
                                                       303–837–6400
                                                       Email: dmsetter@fpwk.com
                                                       *TERMINATED: 04/11/2012*
                                                       *LEAD ATTORNEY*

**DEMETRA ARAPAKIS CHRISTOS**
FOLEY &MANSFIELD, PLLP
55 WEST MONROE SUITE 3420
CHICAGO, IL 60603
312–254–3802
Email: dchristos@foleymansfield.com
*TERMINATED: 04/11/2012*
*LEAD ATTORNEY*

**JENNIFER MARIE STUDEBAKER**
FORMAN PERRY WATKINS KRUTZ
&TARDY
200 SOUTH LAMAR ST
JACKSON, MS 39201–2131
601–960–8600
Email: studebakerjm@fpwk.com
*TERMINATED: 04/11/2012*

**RICHARD M. LAUTH**
EVERT &WEATHERSBY
3405 PEIDMONT ROAD
SUITE 225
ATLANTA, GA 30305
678–651–1200
Email: rmlauth@ewhlaw.com
*TERMINATED: 04/11/2012*

**Defendant**

**CERTAINTEED CORPORATION**            represented by    **MARK A. LUDOLPH**
*TERMINATED: 02/01/2012*                               HEYL ROYSTER VOELKER &ALLEN
                                                       124 SW ADAMS SUITE 600
                                                       PEORIA, IL 61602
                                                       309–676–0400
                                                       Email: mludolph@heylroyster.com
                                                       *TERMINATED: 02/01/2012*

**MARK L. LUDOLPH**
HEYL ROYSTER VOELKER &ALLEN
124 S.W. ADAMS ST. STE 600
PEORIA, IL 61602
309–676–0400
Email: mludolph@heylroyster.com
*TERMINATED: 02/01/2012*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Defendant**

**CLEAVER BROOKS INC.**
*TERMINATED: 01/31/2012*

represented by  **DANIEL R. GRIFFIN**
O'CONNELL TIVIN MILLER &BURNS
LLC
135 S LASALLE STREET
SUITE 2300
CHICAGO, IL 60603
312–256–8800
Email: dgriffin@djoalaw.com
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**Defendant**

**CRANE CO.**

represented by  **STEPHEN K. MILOTT**
GUNTY AND MCCARTHY
150 S WACKER DRIVE
SUITE 1025
CHICAGO, IL 60606
312–541–0022
Email: steve.milott@guntymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES PAUL KASPER**
GUNTY &MCCARTHY LAW OFFICES
150 SOUTH WACKER DRIVE
SUITE 1025
CHICAGO, IL 60606
312–541–0022
Email: jamie.kasper@guntymccarthy.com
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
KLGATES
KLGATES CENTER
210 SIXTH AVE
PITTSBURGH, PA 15222–2613
412/355–6500
Email: michael.zukowski@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EXXONMOBIL OIL CORPORATION**

represented by  **HOWARD PATRICK MORRIS**
JOHNSON &BELL
33 WEST MONROE ST. STE 2700
CHICAGO, IL 60603
312–372–0770
Email: morrisp@jbltd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY A. SARFF**
HUSCH BLACKWELL SANDERS LLP
401 MAIN ST. STE 1400
PEORIA, IL 61602
309–637–4900
Email: kim.sarff@huschblackwell.com
*TERMINATED: 08/31/2011*

*LEAD ATTORNEY*

**DAVID F. FANNING**
JOHNSON &BELL LTD
33 WEST MONROE ST STE 2700
CHICAGO, IL 60603
312–372–0770
Email: fanningd@jbltd.com
*ATTORNEY TO BE NOTICED*

**JEFFREY ALAN RYVA**
HUSCH BLACKWELL SANDERS LLP
401 MAIN ST
STE 1400
PEOROA, IL 61602
309–497–3210
Email: jeff.ryva@huschblackwell.com
*TERMINATED: 08/31/2011*

**PAUL H. BURMEISTER**
HURSCH BLACKWELL LLP
120 SOUTH RIVERSIDE #2200
CHICAGO, IL 60606
309–637–4900
*TERMINATED: 08/31/2011*

**Defendant**

**INGERSOLL RAND COMPANY**          represented by
*TERMINATED: 02/01/2012*

**DANIEL J. CHEELY**
HEYL, ROYSTER, VOELKER &ALLEN
19 SOUTH LASALLE STREET STE 1203
CHICAGO, IL 60603
312–853–8714
Email: dcheely@heylroyster.com
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**PAUL B. O'FLAHERTY , JR.**
CHEELY O'FLAHERTY &AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603
312–853–8700
Email: poflaherty@lawchicago.net
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**ROBERT H. SANDS**
HEPLER BROOM
150 N. WACKER DR
SUITE 3100
CHICAGO, IL 60606
312–230–9100
Email: rhs@heplerbroom.com
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**SEAN MARK CONAGHAN**
CHEELY O'FLAHERTY &AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603
312–853–8716
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

STEPHEN RICHARD AYRES
CHEELY O'FLAHERTY &AYRES
19 SOUTH LASALLE STREET
SUITE 1203
CHICAGO, IL 60603
312–853–8719
Email: sayres@heylroyster.com
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

MICHAEL T. ANTIKAINEN
HEPLERBROOM LLC
150 N WACKER DR STE 3100
CHICAGO, IL 60606
312–230–9100
Email: mta@heplerbroom.com
*TERMINATED: 02/01/2012*

MICHAEL W. DRUMKE
SWANSON MARTIN &BELL LLP
330 NORTH WABASH AVE STE 3300
CHICAGO, IL 60611
312–231–9100
Email: mdrumke@smbtrials.com
*TERMINATED: 02/01/2012*

MICHAEL J. LOTUS
CHEELY FLAHERTY &AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603
312–853–8710
*TERMINATED: 02/01/2012*

**Defendant**

**OWENS–ILLINOIS INC.**                    represented by    **DAVID M. SETTER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

MATTHEW J. FISCHER
SCHIFF HARDIN &WAITE
7200 SEARS TOWER
CHICAGO, IL 60606
312–258–5591
Email: mfischer@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

BRIAN O'CONNOR WATSON
SCHIFF HARDIN LLP
233 S. WACKER DR STE 6600
CHICAGO, IL 60606
312–258–5500
Email: bwatson@schiffhardin.com
*ATTORNEY TO BE NOTICED*

EDWARD M. CASMERE
SCHIFF HARDIN LLP
233 S. WACKER DR
6600 SEARS TOWER
CHICAGO, IL 60606
312–258–5500
Email: ecasmere@schiffhardin.com
*ATTORNEY TO BE NOTICED*

JENNIFER MARIE STUDEBAKER
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT H. RILEY**
SCHIFF HARDIN &WAITE
7200 SEARS TOWER
233 S. WACKER DR
CHICAGO, IL 60606
TEL 312–258–5500
Email: rriley@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RAPID AMERICAN CORPORATION**          represented by   **AMIEL GROSS**
*TERMINATED: 01/31/2012*                                  SNR DENTON US LLP
                                                          1221 AVENUE OF THE AMERICAS
                                                          NEW YORK, NY 10020–1089
                                                          212–768–6700
                                                          Email: amiel.gross@snrdenton.com
                                                          *TERMINATED: 01/31/2012*

                                                          **C. KATE DOUGLAS**
                                                          DENTONS US LLP
                                                          211 NORTH BROADWAY SUITE 3000
                                                          ST. LOUIS, MO 63102
                                                          Email: kate.douglas@dentons.com
                                                          *TERMINATED: 01/31/2012*

                                                          **ROGER K. HEIDENREICH**
                                                          DENTONS US LLP
                                                          ONE METROPOLITAN SQ STE 3000
                                                          ST. LOUIS, MO 63102–2741
                                                          314–241–1800
                                                          Email: roger.heidenreich@dentons.com
                                                          *TERMINATED: 01/31/2012*

**Defendant**

**THE MARLEY–WYLAIN COMPANY**          represented by   **EDWARD J. MCCAMBRIDGE**
*A CORPORATION*                                          SEGAL MC CAMBRIDGE SINGER
*also known as*                                          &MAHONEY
THE MARLEY–WYLAIN COMPANY                                233 S. WACKER DRIVE
A/K/A WEIL–MCLAIN COMPANY                                SEARS TOWER SUITE 5500
*also known as*                                          CHICAGO, IL 60606
WEIL–MCLAIN COMPANY                                      312–645–7800
                                                          Email: emccambridge@smsm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **EMILY C. ZAPOTOCNY**
                                                          SEGAL MCCAMBRIDGE SINGER
                                                          &MAHONEY LTD
                                                          SEARS TOWER
                                                          233 S. WACKER DR STE 5500
                                                          CHICAGO, IL 60606
                                                          312–645–8438
                                                          Email: ezapotocny@smsm.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **GREGORY M. MCNAMEE**
                                                          SEGAL MCCAMBRIDGE SINGER
                                                          &MAHONEY, LTD.
                                                          1818 MARKET STREET

SUITE 2600
PHILADELPHIA, PA 19103
215–399–2016
Email: gmcnamee@smsm.com
*ATTORNEY TO BE NOTICED*

**JOSEPH CAGNOLI , JR.**
SEGAL, MCCAMBRIDGE SINGER
&MAHONEY
1818 MARKET STREET – SUITE 2600
PHILADELPHIA, PA 19103
215–972–8015
Fax: 215–972–8016
Email: jcagnoli@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**TRANE U.S. INC.**
*TERMINATED: 02/01/2012*

represented by **ROBERT H. SANDS**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**MICHAEL T. ANTIKAINEN**
(See above for address)
*TERMINATED: 02/01/2012*

**MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 02/01/2012*

**Defendant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/07/2012*

represented by **DAVID M. SETTER**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**MICHAEL J. DENNING**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**ROBERT N. SPINELLI**
KELLEY JASONS MCGOWAN
SPINELLI &HANNA, LLP
50 S. 16TH ST.
TWO LIBERTY PL SUITE 1900
PHILADELPHIA, PA 19102
TEL 215–854–0658
Fax: FAX 215–854–8434
Email: rspinelli@kjmsh.com
*TERMINATED: 05/07/2012*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Defendant**

**BP AMOCO CHEMICAL COMPANY**

represented by **WAYNE A. MARVEL**
MARON MARVEL BRADLEY
&ANDERSON PA
1201 N. MARKET ST.
SUITE 900
POBOX 288

WILMINGTON, DE 19801
302–425–5177
Email: wam@maronmarvel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES GYPSUM
COMPANY**
*A DELAWARE CORPORATION*

**Defendant**

**WR GRACE &COMPANY – CONN**
*A CONNECTICUT CORPORATION*

**Defendant**

**WTI RUST HOLDINGS
INTERNATIONAL**
*A DELAWARE CORPORATION*

represented by **THOMAS S. EHRHARDT**
KOPKA PINKUS DOLIN &EADS, LLC
9801 CONNECTICUT DRIVE
CROWN POINT, IN 46307
*ATTORNEY TO BE NOTICED*

**Defendant**

**SWINDELL–DRESSLER
INTERNATIONAL CO**
*A DELAWARE CORPORATION*

represented by **CONNIE J. POSTELLI**
19952 TORRENCE AVENUE
LYNWOOD, IL 60411
708–418–8913
Email: connie.postelli@cjplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**TECHINT TECHNOLOGIES**
*A PENNSYLVANIA CORPORATION*

represented by **ANDREW R. WOLF**
THE WOLF LAW OFFICE
206 PROFESSIONAL CENTER
2424 FRANKLIN STREET
MICHIGAN CITY, IN 46360–0000
*ATTORNEY TO BE NOTICED*

**BRUCE P. CLARK**
BRUCE P. CLARK AND ASSOCIATES
7880 WICKER AVE STE 300
ST. JOHN, IN 46373
219–365–6300
Email: bpclegal@bpc–law.com
*ATTORNEY TO BE NOTICED*

**CHARLES P DARGO**
LAW OFFICES OF CHARLES P.
DARGO PC
9151 N. 1200 W
DEMOTTE, IN 46310
219–345–3114
*ATTORNEY TO BE NOTICED*

**Defendant**

**QUIGLEY COMPANY INC**
*A NEW YORK CORPORATION*

represented by **GERMAINE W. WILLETT**
ICE MILLER LLP
ONE AMERICAN SQ
BOX 82001
INDIANAPOLIS, IN 46282–0200
317–236–5993
Email: Germaine.Willett@icemiller.com

*ATTORNEY TO BE NOTICED*

**KEVIN R. KNIGHT**
ICE MILLER
ONE AMERICAN SQ
P.O. BOX 82001
INDIANAPOLIS, IN 46282
317–236–2100
Email: kevin.knight@icemiller.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL J KREZ COMPANY**
*AN ILLINOIS CORPORATION*

represented by **BRUCE B. MARR**
MCKENNA STORER ROWE WHITE
FARRUG
33 N. LASALLE ST. STE 1400
CHICAGO, IL 60602
*ATTORNEY TO BE NOTICED*

**GREGORY L. COCHRAN**
MCKENNA STORER
33 NORTH LASALLE ST STE 1400
CHICAGO, IL 60602–2610
312–558–3900
Email: gcochran@mckenna–law.com
*ATTORNEY TO BE NOTICED*

**MARGARET M. FOSTER**
MCKENNA STORER
33 N. LASALLE STREET
14th FLOOR
CHICAGO, IL 60602
312–558–8327
Email: mfoster@mckenna–law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORTH AMERICAN**
**REFRACTORIES COMPANY**
*AN OHIO CORPORATION*
*TERMINATED: 02/01/2012*

represented by **AMBER L. ACHILLES**
WILDMAN HARROLD ALLEN DIXON
LLP
225 W. WACKER DR STE 3000
CHICAGO, IL 60606
*ATTORNEY TO BE NOTICED*

**KENNETH M. GORENBERG**
BARNES &THORNBURG LLP
ONE NORTH WACKER DR.
SUITE 4400
CHICAGO, IL 60606–2841
*ATTORNEY TO BE NOTICED*

**ROBERT L. SHUFTAN**
EDWARDS, WILDMAN AND PALMER,
LLP
225 WEST WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606
Fax: UNDELIVERABLE
*ATTORNEY TO BE NOTICED*

**Defendant**

**METROPOLITAN LIFE INSURANCE**
**COMPANY**

represented by **JOHN D. WALLER**
WOODEN &MCLAUGHLIN

*A DELAWARE CORPORATION*

ONE INDIANA SQ SUITE 1800
INDIANAPOLIS, IN 46204
317–639–6151
Email: jwaller@woodmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DOUGLAS B. KING**
WOODEN &MCLAUGHLIN
ONE INDIANA SQUARE
SUITE 1800
INDIANAPOLIS, IN 46204
317–639–6151
Email: dking@woodmaclaw.com
*ATTORNEY TO BE NOTICED*

**JEFFREY L. MCKEAN**
MCKEAN LAW FIRM, PC
HARRISON CENTRE, SUITE 317
9105 EAST 56TH STREET
INDIANAPOLIS, IN 46216
*TERMINATED: 01/24/2012*

**Defendant**

**MOINSULATION COMPANY**
*AN ILLINOIS CORPORATION*

**Defendant**

**KAISER ALUMINUM &CHEMICAL
CORPORATION**
*A DELAWARE CORPORATION*

**Defendant**

**ILLINOIS INSULATION AND
CONTRACTING CO INC**
*AN ILLINOIS COMPANY*

**Defendant**

**INDUSTRIAL HOLDINGS CO**
*A NEW YORK CORPORATION*

represented by **CHRISTI G. JONES**
FORMAN PERRY WATKINS KRUTZ
&TARDY
200 S. LAMAR STREET
SUITE 100
P.O. BOX 22608
JACKSON, MS 39201
601/973–5958
Email: jonescg@fpwk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN J MARONEY &COMPANY**
*A ILLINOIS CORPORATION*
*TERMINATED: 05/30/2012*

represented by **ANDREW E. KOLB**
BAZOS FREEMAN KARMER
SCHUSTER VANEK
1250 LARKIN AVE STE 100
ELGIN, IL 60123–6078
*TERMINATED: 05/30/2012*

**DIEDRE S. DUNN**
71 S WACKER DRIVE SUITE 900
CHICAGO, IL 60606–4610
Fax: MDL TERMINATED
*TERMINATED: 03/19/2012*

**EDWARD H. MACCABE**
MACCABE AND MCGUIRE
77 W. WACKER DRIVE
SUITE 3333
CHICAGO, IL 60601–1634
312–357–2600
Email: emaccabe@maccabe–mcguire.com
*TERMINATED: 05/30/2012*

**Defendant**

**GENERAL REFRACTORIES COMPANY**
*A PENNSYLVANIA CORPORATION*

**Defendant**

**HARBISON WALKER REFRACTORIES COMPANY**
*A DELAWARE CORPORATION*

**Defendant**

**HERCULES CHEMICAL CO**
*A DELAWARE CORPORATION*

represented by **BRUCE B. MARR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GREGORY L. COCHRAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARGARET M. FOSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARLOCK INC**
*AN OHIO CORPORATION*

**Defendant**

**FOSTER WHEELER CORPORATION**
*A NEW YORK CORPORATION*

**Defendant**

**FOSECO INC**
*A DELAWARE CORPORATION*

represented by **MICHAEL A. BERGIN**
FROST BROWN TODD LCC
201 N. ILLINOIS STREET
STE 1900, PO BOX 44961
INDIANAPOLIS, IN 46244–0961
317–237–3800
Email: mbergin@fbtlaw.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLEXITALLIC GROUP INC**
*A DELAWARE CORPORATION*

represented by **MICHAEL A. BERGIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL–MOGUL PRODUCTS INC**
*A MISSOURI CORPORATION*

represented by **G. RONALD HEATH**
10438 SPRING HIGHLAND DR.

INDIANAPOLIS, IN 46290
Fax: MDL TERMINATED
*TERMINATED: 03/22/2012*

**MICHAEL D. RAMSEY**
SEGAL MCCAMBRIDGE SINGER
33 W. MONROE STREET #1450
CHICAGO, IL 60603
Fax: UNDELIVERABLE
*ATTORNEY TO BE NOTICED*

**Defendant**

**COMBUSTION ENGINEERING INC**
*A DELAWARE CORPORATION*

represented by **CHRISTOPHER D LEE**
KAHN DEES DONOVAN &KAPHN
LLP
501 MAIN ST. STE 305
PO BOX 3646
EVANSVILLE, IN 47735–3646
812–423–3183
Email: clee@kddk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AC AND S INC**
*A DELAWARE CORPORATION*

represented by **LISA M. DILLMAN**
2405 LENVOIL ROAD
MARTINSVILLE, IN 46151
Email: ldillman@lewiswagner.com
*ATTORNEY TO BE NOTICED*

**SUSAN E. MEHRINGER**
CANTRELL STRENSKI &MEHRINGER
LLP
150 WEST MARKET ST STE 800
INDIANAPOLIS, IN 46204
317–352–3500
Email: asbest@csmlawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALLIED CRANE INC**
*A CALIFORNIA CORPORATION*

**Defendant**

**AP GREEN INDUSTRIES INC**
*A DELAWARE CORPORATION*

**Defendant**

**AW CHESTERTON**
*A MASSACHUSETTS CORPORATION*
*TERMINATED: 12/06/2012*

represented by **JASON A. CINCILLA**
COOLEY MANION JONES LLP
1105 N. MARKET ST STE 200
WILMINGTON, DE 19801
302–657–2100
Email: jcincilla@cmjlaw.com
*TERMINATED: 12/06/2012*

**JON BAROOSHIAN**
COOLEY, MANION, JONES LLP
21 CUSTOM HOUSE STREET
BOSTON, MA 02110
617–737–3100
Email: jbarooshian@cmjlaw.com
*TERMINATED: 12/06/2012*

V.

**Respondent**

**ALVIN SCHONFELD, D.O.**                    represented by    **SCOTT D. SIMPKINS**
                                                               CLIMACO WILCOX PECA
                                                               TARANTINO &GAROFOLI
                                                               55 PUBLIC SQUARE SUITE 1950
                                                               CLEVELAND, OH 44113
                                                               Email: sdsimp@climacolaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

V.

**Movant**

**CORN PRODUCTS**                            represented by    **RONALD L. HACK**
**INTERNATIONAL, INC.**                                        121 CHAPLON ROAD
                                                               NEW PROVIDENCE, NJ 07974
                                                               314–615–6000
                                                               Email: ronald.hack@galloplaw.com
                                                               *(Inactive)*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Movant**

**GENERAL ELECTRIC COMPANY**                 represented by    **JEFFREY MICHAEL SCHIEBER**
                                                               SIDLEY AUSTIN LLP
                                                               ONE SOUTH DEARBORN
                                                               CHICAGO, IL 60603
                                                               312–853–7925
                                                               Email: jschieber@sidley.com
                                                               *TERMINATED: 03/10/2014*
                                                               *LEAD ATTORNEY*

                                                               **MICHAEL LISAK**
                                                               SIDLEY AUSTIN LLP
                                                               ONE SOUTH DEARBORN
                                                               CHICAGO, IL 60603
                                                               312–853–1086
                                                               Email: mlisak@sidley.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **JOHN ANTHONY FONSTAD**
                                                               SIDLEY AUSTIN LLP
                                                               1501 K STREET NW
                                                               WASHINGTON, DC 20005
                                                               202–736–8000
                                                               Email: jfonstad@sidley.com
                                                               *TERMINATED: 03/13/2013*

**Fourth Party Defendant**

**UNIFRAX INC**
*A DELAWARE CORPORATION*

**Cross Claimant**

**CRANE CO.**                                represented by    **STEPHEN K. MILOTT**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**JAMES PAUL KASPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CRANE CO.**                    represented by    **STEPHEN K. MILOTT**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **JAMES PAUL KASPER**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **MICHAEL J. ZUKOWSKI**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RAPID AMERICAN CORPORATION**    represented by    **C. KATE DOUGLAS**
*TERMINATED: 01/31/2012*                            (See above for address)
                                                   *TERMINATED: 01/31/2012*

                                                   **ROGER K. HEIDENREICH**
                                                   (See above for address)
                                                   *TERMINATED: 01/31/2012*

**Cross Defendant**

**TRANE U.S. INC.**               represented by    **MICHAEL W. DRUMKE**
*TERMINATED: 02/01/2012*                            (See above for address)
                                                   *TERMINATED: 02/01/2012*

**Cross Defendant**

**THE MARLEY–WYLAIN COMPANY**     represented by    **EDWARD J. MCCAMBRIDGE**
*A CORPORATION*                                     (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **GREGORY M. MCNAMEE**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **JOSEPH CAGNOLI , JR.**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS CORPORATION**               represented by    **DEMETRA ARAPAKIS CHRISTOS**
*TERMINATED: 04/11/2012*                            (See above for address)
                                                   *TERMINATED: 04/11/2012*
                                                   *LEAD ATTORNEY*

                                                   **RICHARD M. LAUTH**
                                                   (See above for address)

*TERMINATED: 04/11/2012*

**Cross Defendant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/07/2012*

represented by **ROBERT N. SPINELLI**
(See above for address)
*TERMINATED: 05/07/2012*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Cross Defendant**

**CLEAVER BROOKS INC.**
*TERMINATED: 01/31/2012*

represented by **DANIEL R. GRIFFIN**
(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**EXXONMOBIL OIL CORPORATION**

represented by **HOWARD PATRICK MORRIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY A. SARFF**
(See above for address)
*TERMINATED: 08/31/2011*
*LEAD ATTORNEY*

**DAVID F. FANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY ALAN RYVA**
(See above for address)
*TERMINATED: 08/31/2011*

**PAUL H. BURMEISTER**
(See above for address)
*TERMINATED: 08/31/2011*

**Cross Defendant**

**BP AMOCO CHEMICAL COMPANY**

represented by **WAYNE A. MARVEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 02/01/2012*

represented by **DANIEL J. CHEELY**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**PAUL B. O'FLAHERTY , JR.**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**SEAN MARK CONAGHAN**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**STEPHEN RICHARD AYRES**

(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 02/01/2012*

**MICHAEL J. LOTUS**
(See above for address)
*TERMINATED: 02/01/2012*

**Cross Defendant**

**CERTAINTEED CORPORATION**                    represented by    **MICHAEL J. DENNING**
*TERMINATED: 02/01/2012*                                        (See above for address)
                                                                *TERMINATED: 05/07/2012*
                                                                *LEAD ATTORNEY*

                                                                **TOBIN J. TAYLOR**
                                                                (See above for address)
                                                                *TERMINATED: 02/01/2012*

**Cross Defendant**

**BECHTEL CONSTRUCTION**                        represented by    **MICHAEL J. DENNING**
**COMPANY**                                                      (See above for address)
*TERMINATED: 02/03/2012*                                        *TERMINATED: 05/07/2012*
                                                                *LEAD ATTORNEY*

                                                                **TOBIN J. TAYLOR**
                                                                (See above for address)
                                                                *TERMINATED: 02/01/2012*

**Cross Defendant**

**OWENS–ILLINOIS INC.**                         represented by    **JENNIFER MARIE STUDEBAKER**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **MATTHEW J. FISCHER**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CRANE CO.**                                   represented by    **STEPHEN K. MILOTT**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **JAMES PAUL KASPER**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **MICHAEL J. ZUKOWSKI**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**CRANE CO.**                                   represented by

**STEPHEN K. MILOTT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES PAUL KASPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**RAPID AMERICAN CORPORATION**
*TERMINATED: 01/31/2012*

represented by **C. KATE DOUGLAS**
(See above for address)
*TERMINATED: 01/31/2012*

**ROGER K. HEIDENREICH**
(See above for address)
*TERMINATED: 01/31/2012*

**Counter Defendant**

**TRANE U.S. INC.**
*TERMINATED: 02/01/2012*

represented by **MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 02/01/2012*

**Counter Defendant**

**THE MARLEY–WYLAIN COMPANY**
*A CORPORATION*

represented by **EDWARD J. MCCAMBRIDGE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY M. MCNAMEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH CAGNOLI , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CBS CORPORATION**
*TERMINATED: 04/11/2012*

represented by **DEMETRA ARAPAKIS CHRISTOS**
(See above for address)
*TERMINATED: 04/11/2012*
*LEAD ATTORNEY*

**RICHARD M. LAUTH**
(See above for address)
*TERMINATED: 04/11/2012*

**Counter Defendant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/07/2012*

represented by **ROBERT N. SPINELLI**
(See above for address)
*TERMINATED: 05/07/2012*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Counter Defendant**

**CLEAVER BROOKS INC.**
*TERMINATED: 01/31/2012*

represented by **DANIEL R. GRIFFIN**
(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*

**Counter Defendant**

**EXXONMOBIL OIL CORPORATION**

represented by **HOWARD PATRICK MORRIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY A. SARFF**
(See above for address)
*TERMINATED: 08/31/2011*
*LEAD ATTORNEY*

**DAVID F. FANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY ALAN RYVA**
(See above for address)
*TERMINATED: 08/31/2011*

**PAUL H. BURMEISTER**
(See above for address)
*TERMINATED: 08/31/2011*

**Counter Defendant**

**BP AMOCO CHEMICAL COMPANY**

represented by **WAYNE A. MARVEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 02/01/2012*

represented by **DANIEL J. CHEELY**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**PAUL B. O'FLAHERTY , JR.**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**SEAN MARK CONAGHAN**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**STEPHEN RICHARD AYRES**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 02/01/2012*

**MICHAEL J. LOTUS**
(See above for address)
*TERMINATED: 02/01/2012*

**Counter Defendant**

**CERTAINTEED CORPORATION**
*TERMINATED: 02/01/2012*

represented by **TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Counter Defendant**

**BECHTEL CONSTRUCTION COMPANY**
*TERMINATED: 02/03/2012*

represented by **MICHAEL J. DENNING**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**TOBIN J. TAYLOR**
(See above for address)
*TERMINATED: 02/01/2012*

**Counter Defendant**

**OWENS–ILLINOIS INC.**

represented by **JENNIFER MARIE STUDEBAKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW J. FISCHER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/07/2012*

represented by **MICHAEL J. DENNING**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**Cross Claimant**

**CERTAINTEED CORPORATION**
*TERMINATED: 02/01/2012*

represented by **MICHAEL J. DENNING**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**Cross Claimant**

**BECHTEL CONSTRUCTION COMPANY**
*TERMINATED: 02/03/2012*

V.

**Cross Defendant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/07/2012*

represented by **MICHAEL J. DENNING**
(See above for address)
*TERMINATED: 05/07/2012*
*LEAD ATTORNEY*

**Cross Defendant**

**BECHTEL CONSTRUCTION COMPANY**
*TERMINATED: 02/03/2012*

**Cross Defendant**

**BP AMOCO CHEMICAL COMPANY**

represented by **WAYNE A. MARVEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS CORPORATION**
*TERMINATED: 04/11/2012*

represented by **RICHARD M. LAUTH**
(See above for address)
*TERMINATED: 04/11/2012*

**Cross Defendant**

**CERTAINTEED CORPORATION**
*TERMINATED: 02/01/2012*

**Cross Defendant**

**CLEAVER BROOKS INC.**
*TERMINATED: 01/31/2012*

**Cross Defendant**

**CRANE CO.**

represented by **STEPHEN K. MILOTT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES PAUL KASPER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL J. ZUKOWSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**EXXONMOBIL OIL CORPORATION**

represented by **HOWARD PATRICK MORRIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY A. SARFF**
(See above for address)
*TERMINATED: 08/31/2011*
*LEAD ATTORNEY*

**DAVID F. FANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JEFFREY ALAN RYVA**
(See above for address)
*TERMINATED: 08/31/2011*

**PAUL H. BURMEISTER**
(See above for address)
*TERMINATED: 08/31/2011*

**Cross Defendant**

**INGERSOLL RAND COMPANY**
*TERMINATED: 02/01/2012*

represented by **DANIEL J. CHEELY**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**PAUL B. O'FLAHERTY , JR.**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**SEAN MARK CONAGHAN**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**STEPHEN RICHARD AYRES**
(See above for address)
*TERMINATED: 02/01/2012*
*LEAD ATTORNEY*

**MICHAEL W. DRUMKE**
(See above for address)
*TERMINATED: 02/01/2012*

**MICHAEL J. LOTUS**
(See above for address)
*TERMINATED: 02/01/2012*

**Cross Defendant**

**OWENS–ILLINOIS INC.**             represented by   **JENNIFER MARIE STUDEBAKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW J. FISCHER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT H. RILEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**RAPID AMERICAN CORPORATION**     represented by   **C. KATE DOUGLAS**
*TERMINATED: 01/31/2012*                            (See above for address)
*TERMINATED: 01/31/2012*

**ROGER K. HEIDENREICH**
(See above for address)
*TERMINATED: 01/31/2012*

**Cross Defendant**

**THE MARLEY–WYLAIN COMPANY**      represented by   **EDWARD J. MCCAMBRIDGE**
*A CORPORATION*                                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY M. MCNAMEE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSEPH CAGNOLI , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**TRANE U.S. INC.**                represented by   **MICHAEL W. DRUMKE**
*TERMINATED: 02/01/2012*                            (See above for address)
*TERMINATED: 02/01/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2011 | 1 | TRANSFER ORDER NO. 915 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF ILLINOIS, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (nl, ) (Entered: 02/28/2011) |
| 02/24/2011 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (nl, ) (Entered: 02/28/2011) |
| 02/24/2011 | 3 | NOTICE TO COUNSEL (nl, ) (Entered: 02/28/2011) |
| 03/03/2011 | 4 | Praecipe for Summons by CHARLES KRIK. (CASCINO, MICHAEL) (Entered: 03/03/2011) |
| 03/04/2011 | | Alias Summons Issued as to TRANE U.S. INC. on 3/4/2011. Fwd to Counsel on 3/4/2011 (tomg, ) (Entered: 03/04/2011) |
| 03/14/2011 | 5 | NOTICE of Appearance by MICHAEL J. ZUKOWSKI on behalf of CRANE CO. with Certificate of Service(ZUKOWSKI, MICHAEL) (Entered: 03/14/2011) |
| 04/07/2011 | 6 | NOTICE of Appearance by MICHAEL W. DRUMKE on behalf of TRANE U.S. INC. (DRUMKE, MICHAEL) (Entered: 04/07/2011) |
| 04/07/2011 | 7 | ANSWER to Complaint by TRANE U.S. INC..(DRUMKE, MICHAEL) (Entered: 04/07/2011) |
| 04/07/2011 | 8 | Disclosure Statement Form pursuant to FRCP 7.1 including Ingersoll–Rand, PLC by TRANE U.S. INC..(DRUMKE, MICHAEL) (Entered: 04/07/2011) |
| 04/07/2011 | 9 | NOTICE by TRANE U.S. INC. re 8 Disclosure Statement Form, 6 Notice of Appearance, 7 Answer to Complaint *of Filing* (DRUMKE, MICHAEL) (Entered: 04/07/2011) |
| 04/07/2011 | 10 | CERTIFICATE OF SERVICE by TRANE U.S. INC. re 8 Disclosure Statement Form, 9 Notice of Appearance, 9 Notice (Other), 7 Answer to Complaint (DRUMKE, MICHAEL) (Entered: 04/07/2011) |
| 04/13/2011 | 11 | NOTICE of Appearance by ROGER K. HEIDENREICH on behalf of RAPID AMERICAN CORPORATION with Certificate of Service(HEIDENREICH, ROGER) (Entered: 04/13/2011) |
| 04/13/2011 | 12 | *Defendant Rapid–American Corporation's* ANSWER to Complaint together with And Affirmative Defenses To Plaintiff's Complaint by RAPID AMERICAN CORPORATION.(HEIDENREICH, ROGER) (Entered: 04/13/2011) |
| 04/13/2011 | 13 | Disclosure Statement Form pursuant to FRCP 7.1 including Riklis Family Corporation by RAPID AMERICAN CORPORATION.(HEIDENREICH, ROGER) (Entered: 04/13/2011) |
| 04/13/2011 | 14 | NOTICE of Appearance by C. KATE DOUGLAS on behalf of RAPID AMERICAN CORPORATION with Certificate of Service(DOUGLAS, C.) (Entered: 04/13/2011) |
| 06/01/2011 | 15 | NOTICE of Appearance by EDWARD J. MCCAMBRIDGE on behalf of THE MARLEY–WYLAIN COMPANY (MCCAMBRIDGE, EDWARD) (Entered: 06/01/2011) |
| 06/07/2011 | 16 | Disclosure Statement Form pursuant to FRCP 7.1 including Cleaver Holdings, Inc. by CLEAVER BROOKS INC.. (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 06/07/2011) |
| 06/09/2011 | 17 | ORDER THAT THIS CASE IS REFERRED TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE FOR PROCEEDINGS IN ACCORDANCE WITH THIS ORDER. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/9/11. |

| | | 6/9/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 06/09/2011) |
|---|---|---|
| 06/17/2011 | 18 | NOTICE of Appearance by MICHAEL W. DRUMKE on behalf of INGERSOLL RAND COMPANY (DRUMKE, MICHAEL) (Entered: 06/17/2011) |
| 06/17/2011 | 19 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY re 18 Notice of Appearance (DRUMKE, MICHAEL) (Entered: 06/17/2011) |
| 06/17/2011 | 20 | CERTIFICATE OF SERVICE by BECHTEL CONSTRUCTION COMPANY (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/17/2011 | 21 | CERTIFICATE OF SERVICE by CERTAINTEED CORPORATION (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/17/2011 | 22 | CERTIFICATE OF SERVICE by UNION CARBIDE CORPORATION (TAYLOR, TOBIN) (Entered: 06/17/2011) |
| 06/18/2011 | 23 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY, TRANE U.S. INC. *of Product Specific Interrogatories and Requests for Production* (DRUMKE, MICHAEL) (Entered: 06/18/2011) |
| 06/21/2011 | 24 | NOTICE of Appearance by RICHARD M. LAUTH on behalf of CBS CORPORATION with Certificate of Service(LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/21/2011 | 25 | NOTICE by CBS CORPORATION *of Service of Discovery* (LAUTH, RICHARD) (Entered: 06/21/2011) |
| 06/29/2011 | 26 | STATUS REPORT *: AMENDED ADMINISTRATIVE ORDER NO. 12 REPORT* by CHARLES KRIK. (CASCINO, MICHAEL) (Entered: 06/29/2011) |
| 07/01/2011 | 27 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/01/2011) |
| 07/05/2011 | 28 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 07/05/2011) |
| 07/12/2011 | 29 | Witness List by CLEAVER BROOKS INC.. Certificate of Service (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 07/12/2011) |
| 07/14/2011 | 30 | CERTIFICATE OF SERVICE by TRANE U.S. INC. *of Witness Disclosure* (DRUMKE, MICHAEL) (Entered: 07/14/2011) |
| 07/14/2011 | 31 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY *of Witness Disclosure* (DRUMKE, MICHAEL) (Entered: 07/14/2011) |
| 07/15/2011 | 32 | NOTICE by CBS CORPORATION *of Service of its Fact Witness Disclosures* (LAUTH, RICHARD) (Entered: 07/15/2011) |
| 07/15/2011 | 33 | CERTIFICATE of Counsel *Fact Witness Disclosures* by TOBIN J. TAYLOR on behalf of BECHTEL CONSTRUCTION COMPANY(TAYLOR, TOBIN) (Entered: 07/15/2011) |
| 07/15/2011 | 34 | CERTIFICATE of Counsel *Fact and Expert Witness Disclosure and Exhibit List* by TOBIN J. TAYLOR on behalf of CERTAINTEED CORPORATION(TAYLOR, TOBIN) (Entered: 07/15/2011) |
| 07/15/2011 | 35 | CERTIFICATE of Counsel *Disclosure of Fact and Treating Physician Witnesses* by TOBIN J. TAYLOR on behalf of UNION CARBIDE CORPORATION(TAYLOR, TOBIN) (Entered: 07/15/2011) |
| 07/18/2011 | 36 | MOTION TO QUASH SUBPOENA FILED BY CORN PRODUCTS INTERNATIONAL, INC. MEMORANDUM, CERTIFICATE OF SERVICE.(tjd) (Entered: 07/19/2011) |
| 07/21/2011 | 37 | NOTICE of Appearance by JOSEPH CAGNOLI, JR on behalf of THE MARLEY–WYLAIN COMPANY with Certificate of Service(CAGNOLI, JOSEPH) (Entered: 07/21/2011) |

| 07/21/2011 | 38 | NOTICE of Appearance by GREGORY M. MCNAMEE on behalf of THE MARLEY–WYLAIN COMPANY with Certificate of Service(MCNAMEE, GREGORY) (Entered: 07/21/2011) |
|---|---|---|
| 07/29/2011 | 39 | CERTIFICATE of Counsel *Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Seller/Contractor Defendants* by TOBIN J. TAYLOR on behalf of BECHTEL CONSTRUCTION COMPANY(TAYLOR, TOBIN) (Entered: 07/29/2011) |
| 07/29/2011 | 40 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY *of Answers and Responses to Plaintiff's First Set of Interrogatories and Requests for Production to Seller/Contractor Defendants* (DRUMKE, MICHAEL) (Entered: 07/29/2011) |
| 08/01/2011 | 41 | MOTION for Leave to File *First Amended Complaint* filed by CHARLES KRIK.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum in Support, # 2 Exhibit First Amended Complaint, # 3 Text of Proposed Order, # 4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/01/2011) |
| 08/02/2011 | 42 | CERTIFICATE OF SERVICE by TRANE U.S. INC. *of Answers and Responses to Plaintiff's First Set of Interrogatories and Requests for Production to Seller/Contractor Defendants* (DRUMKE, MICHAEL) (Entered: 08/02/2011) |
| 08/09/2011 | 43 | MOTION to Quash *and Strike Deposition Testimony of Plaintiff Charles Krik* filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Transfer Order, # 3 Exhibit Order of Referral, # 4 Exhibit Order of Referral, # 5 Exhibit Letter from Bob McCoy, # 6 Exhibit Rule 12 Report, # 7 Exhibit Dep Notice of Charles Krik, # 8 Exhibit Letter from Edward McCambridge, # 9 Exhibit 2nd Amended Deposition Notice of Charles Krik, # 10 Exhibit 3rd Amended Deposition Notice of Charles Krik)(MCCAMBRIDGE, EDWARD) (Entered: 08/09/2011) |
| 08/15/2011 | 44 | NOTICE by CBS CORPORATION *of Service of Discovery to Plaintiff* (LAUTH, RICHARD) (Entered: 08/15/2011) |
| 08/22/2011 | 45 | NOTICE by CHARLES KRIK re 43 MOTION to Quash *and Strike Deposition Testimony of Plaintiff Charles Krik STIPULATED AGREEMENT FOR EXTENSION OF TIME* (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 08/22/2011) |
| 08/24/2011 | 46 | Witness List by INGERSOLL RAND COMPANY. 2:11–CV–63473–ER (O'FLAHERTY, PAUL) (Entered: 08/24/2011) |
| 08/24/2011 | 47 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY re 46 Witness List (O'FLAHERTY, PAUL) (Entered: 08/24/2011) |
| 08/29/2011 | 48 | ORDER THAT PLAINTIFF'S BRIEF IN OPPOSITION TO DEFT'S MOTION TO QUASH AND STRIKE DEPOSITION TESTIMONY OF PLAINTIFF, CHARLES KRIK, SHALL BE FILED ON OR BEFORE 9/12/2011.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/26/2011. 8/29/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 08/29/2011) |
| 08/31/2011 | 49 | NOTICE by EXXONMOBIL OIL CORPORATION of Substitution and Withdrawal of Counsel, with Certificate of Service. Withdrawal of JEFFREY ALAN RYVA, KIMBERLY A. SARFF, and the law firm of Husch Blackwell Sanders LLP. (MORRIS, HOWARD) Modified on 9/1/2011 (md). (Entered: 08/31/2011) |
| 08/31/2011 | 50 | NOTICE of Appearance by HOWARD PATRICK MORRIS on behalf of EXXONMOBIL OIL CORPORATION (MORRIS, HOWARD) (Entered: 08/31/2011) |
| 08/31/2011 | 51 | NOTICE of Appearance by DAVID F. FANNING on behalf of EXXONMOBIL OIL CORPORATION (FANNING, DAVID) (Entered: 08/31/2011) |
| 09/12/2011 | 52 | CERTIFICATE OF SERVICE by INGERSOLL RAND COMPANY, TRANE U.S. INC. *of their Special Bankruptcy Trust Interrogatories, Requests for Production of Documents and Requests for Admission* (DRUMKE, MICHAEL) (Entered: 09/12/2011) |

| 09/12/2011 | 53 | RESPONSE in Opposition re 43 MOTION to Quash *and Strike Deposition Testimony of Plaintiff Charles Krik* filed by CHARLES KRIK. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order, # 6 Certificate of Service)(CASCINO, MICHAEL) (Entered: 09/12/2011) |
| 09/13/2011 | 54 | Response *of Defendant Cleaver–Brooks, Inc. to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Seller/Contrator Defendants* by CLEAVER BROOKS INC.. (Attachments: # 1 Verification page, # 2 Certificate of Service) (GRIFFIN, DANIEL) (Entered: 09/13/2011) |
| 09/14/2011 | 55 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (DOC. #41) IS GRANTED AS UNOPPOSED. THE CLERK'S OFFICE IS DIRECTED TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT, ATTACHED TO THE MOTION AS EXHIBIT "2.". SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/14/2011.9/19/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 09/19/2011) |
| 09/16/2011 | 56 | FIRST AMENDED COMPLAINT against BECHTEL CONSTRUCTION COMPANY, CBS CORPORATION, CERTAINTEED CORPORATION, CLEAVER BROOKS INC., CRANE CO., EXXONMOBIL OIL CORPORATION, INGERSOLL RAND COMPANY, OWENS–ILLINOIS INC., RAPID AMERICAN CORPORATION, THE MARLEY–WYLAIN COMPANY, TRANE U.S. INC., UNION CARBIDE CORPORATION, BP AMOCO CHEMICAL COMPANY, filed by CHARLES KRIK.(tomg, ) (Entered: 09/19/2011) |
| 09/20/2011 | 57 | CERTIFICATE of Counsel *Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents to Seller/Contractor Defendants* by TOBIN J. TAYLOR on behalf of UNION CARBIDE CORPORATION(TAYLOR, TOBIN) (Entered: 09/20/2011) |
| 09/23/2011 | 58 | PLAINTIFFS' MOTION AND MEMORANDUM FOR LEAVE TO TAKE THE DEPOSITION OF ARTHUR KLEINRATH.(dp, ) (Entered: 09/23/2011) |
| 09/26/2011 | 59 | ORDER THAT COUNSEL FOR DEFENDANT COMMONWEALTH EDISON COMPANY, MARGARET BRYNE, SHALL FILED A RESPONSE TO THE MOTION ON OR BEFORE 3:00PM ON 9/28/11. IT IS FURTHER ORDERED THAT ORAL ARGUMENT ON THE MOTION WILL COMMENCE AT 4:00PM ON 9/29/11, VIA TELEPHONE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/26/11. 9/27/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 09/27/2011) |
| 09/28/2011 | 60 | ANSWER to 56 Amended Complaint, *Defendant Rapid–American Corporation's Answer And Affirmative Defenses To Plaintiff's First Amended Complaint* by RAPID AMERICAN CORPORATION.(HEIDENREICH, ROGER) (Entered: 09/28/2011) |
| 09/28/2011 | 61 | ORDER THAT WEIL–MCLAIN'S MOTION TO QUASH IS DENIED. PLAINTIFFS' MOTION TO CONSOLIDATE IS GRANTED AND THE TWO CHARLES KRIK CASES SHALL BE CONSOLIDATED UNDER 11–63473, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/28/2011.9/28/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 09/28/2011) |
| 09/28/2011 | 62 | ANSWER to 56 Amended Complaint, *(1st AC), Affirmative Defenses and Answer to Present and Future Cross Claims* by THE MARLEY–WYLAIN COMPANY.(MCCAMBRIDGE, EDWARD) (Entered: 09/28/2011) |
| 09/28/2011 | 63 | Response in opposition to Plaintiffs Revised Motion to Compel Discovery Responses by UNION CARBIDE CORPORATION. (SPINELLI, ROBERT) (Entered: 09/28/2011) |
| 09/29/2011 | 64 | Objections by CBS CORPORATION *to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS Corporation.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LAUTH, RICHARD) (Entered: 09/29/2011) |
| 09/29/2011 | 65 | ANSWER to 56 Amended Complaint, *Affirmative Defenses and Certificate of Service* by EXXONMOBIL OIL CORPORATION.(MORRIS, HOWARD) |

| | | (Entered: 09/29/2011) |
|---|---|---|
| 09/29/2011 | 66 | ANSWER to 56 Amended Complaint, *and Certificate of Cervice* by TRANE U.S. INC..(DRUMKE, MICHAEL) (Entered: 09/29/2011) |
| 09/29/2011 | 67 | ANSWER to 56 Amended Complaint, *and Certificate of Cervice* by INGERSOLL RAND COMPANY.(DRUMKE, MICHAEL) (Entered: 09/29/2011) |
| 10/04/2011 | 68 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE: Oral Argument held on 9/27/2011 (tomg, ) (Entered: 10/04/2011) |
| 10/05/2011 | 69 | Objection to Plaintiffs' Second Amended Notice of 30(b)(6) Deposition of CBS CORPORATION. Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ahf) (Entered: 10/05/2011) |
| 10/05/2011 | 70 | ANSWER to 56 Amended Complaint,, CROSSCLAIM against All Defendants, COUNTERCLAIM against All Defendants by CRANE CO..(KASPER, JAMES) (Entered: 10/05/2011) |
| 10/06/2011 | 71 | ANSWER to 56 Amended Complaint, *Answer to Crossclaims and Affirmative Defenses* by OWENS–ILLINOIS INC..(RILEY, ROBERT) (Entered: 10/06/2011) |
| 10/06/2011 | 72 | ANSWER to 56 Amended Complaint, by CLEAVER BROOKS INC.. (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 10/06/2011) |
| 10/06/2011 | 74 | ORDER THAT PLAINTIFFS' MOTION IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/6/11. 10/7/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 10/07/2011) |
| 10/07/2011 | 73 | GENERAL ELECTRIC COMPANY'S MOTION TO DISQUALIFY AND TO QUASH OR CONTINUE THE DEPOSITION OF ARTHUR KLEINRATH. CERTIFICATE OF SERVICE, DECLARATION. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(dp, ) (Entered: 10/07/2011) |
| 10/07/2011 | 75 | *Short Form* ANSWER to 56 Amended Complaint, *Affirmative Defenses, Answer to Existing and Future Cross Claims of Co–defendants*, CROSSCLAIM against All Defendants by UNION CARBIDE CORPORATION, CERTAINTEED CORPORATION, BECHTEL CONSTRUCTION COMPANY.(DENNING, MICHAEL) (Entered: 10/07/2011) |
| 10/12/2011 | 76 | PLAINTIFFS' RESPONSE TO GENERAL ELECTRIC COMPANY'S MOTION CONCERNING THE DEPOSITION OF ARTHUR KLEINRATH (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(dp, ) (Entered: 10/12/2011) |
| 10/12/2011 | 77 | PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(dp, ) (Entered: 10/12/2011) |
| 10/12/2011 | 78 | Disclosure by THE MARLEY–WYLAIN COMPANY.(ZAPOTOCNY, EMILY) (Entered: 10/12/2011) |
| 10/13/2011 | 79 | ORDER THAT THE MOTION TO QUASH THE DEPOSITION IS DENIED IN PART AND GRANTED IN PART. THE MOTION TO CONTINUE THE DEPOSITION IS DENIED AS MOOT. THE MOTION TO DISQUALIFY MR. KLEINRATH IS DENIED AS PREMATURE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/12/11. 10/14/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 10/14/2011) |
| 10/14/2011 | 80 | ORDER THAT ALL EXPERT DISCOVERY MUST BE COMPLETED BY 12/7/11. ANY MOTIONS IN LIMINE MUST BE FILED BY 12/21/11. DISPOSITIVE MOTIONS MAY BE FILED BY 1/6/12; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/12/11. 10/14/11 ENTERED AND COPIES MAILED, E–MAILED.(jl, ) (Entered: 10/14/2011) |

| 10/14/2011 | 81 | Report Of *Dr. Peter Barrett* by CRANE CO.. (KASPER, JAMES) (Entered: 10/14/2011) |
|---|---|---|
| 10/19/2011 | 82 | Report Of *Plaintiff's Expert, Arnold R. Brody, Ph.D.* by CHARLES KRIK. (Attachments: # 1 Supplement, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 83 | Report Of *Plaintiff's Expert Barry I. Castleman* by CHARLES KRIK. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 84 | Report Of *Plaintiff's Expert Arthur L. Frank, M.D., Ph.D.* by CHARLES KRIK. (Attachments: # 1 Statement and Expert Materials in Support of Report, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 85 | Report Of *Plaintiff's Expert Frank M. Parker, III* by CHARLES KRIK. (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 86 | Report Of *Plaintiff's Expert Joseph H. Ferriter* by CHARLES KRIK. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 87 | Report Of *Plaintiff's Expert William LaPointe* by CHARLES KRIK. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 88 | Report Of *Plaintiff's Non−Retained Expert Treating Physician Dr. Nafisa Burhani* by CHARLES KRIK. (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 89 | Report Of *Plaintiff's Non−Retained Expert Treating Physician Dr. Luke Cho* by CHARLES KRIK. (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 90 | Report Of *Plaintiff's Expert Dale B. Edwards, P.E.* by CHARLES KRIK. (Attachments: # 1 Supplement Export Materials 1, # 2 Supplement Expert Materials 2, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 91 | Report Of *Plaintiff's Expert Stan V. Smith, Ph.D.* by CHARLES KRIK. (Attachments: # 1 Supplement Expert Materials, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/19/2011 | 92 | Statement *Plaintiff's Revised Statement of Expert Witness reports 10/19/2011* by CHARLES KRIK. (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/19/2011) |
| 10/20/2011 | 93 | NOTICE by CHARLES KRIK re 83 Report Of , *SIGNATURE* (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/20/2011) |
| 10/20/2011 | 94 | NOTICE by CHARLES KRIK re 92 Statement , *Report of Plaintiff's Expert Materials Analytical Services, Inc.* (Attachments: # 1 Certificate of Service)(CASCINO, MICHAEL) (Entered: 10/20/2011) |
| 10/20/2011 | 95 | ORDER THAT PLAINTIFFS' REVISED MOTION TO COMPEL IS GRANTED IN PART AND DENIED IN PART. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION FO DEPOSITION TESTIMONY FROM PAST CASES RELATING TO JOB SITES AT ISSUE IN THESE CASES IS DENIED. PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF DEPOSITION TESTIMONY FROM PAST ASBESTOS INSURANCE COVERAGE RELATING TO THE JOB SITES AT ISSUE IS DENIED. THE RELEVANT INTERROGATORY, NUMBER 22 ON EXHIBIT G TO PLAINTIFFS' MOTION, DOES NOT CALL FOR THE PRODUCTION OF DEPOSITION TESTIMONY.PLAINTIFFS' REQUEST REGARDING THE PRODUCTION OF MASTER DISCOVERY RESPONSES FROM PAST LITIGATION IS GRANTED IN PART. TO THE EXTENT THAT DEFENDANTS POSSESS MASTER DISCOVERY RESPONSES FROM CASES ORGINATING IN MADISON COUNTY, ILLINOIS, THESE RESPONSES SHALL BE |

| | | PROVIDED TO PLAINTIFFS' COUNSEL.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/20/11. 10/21/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 10/21/2011) |
|---|---|---|
| 10/24/2011 | 96 | MOTION for Extension of Time to Complete Discovery filed by CRANE CO..Unopposed Motion for Extensionof Time for Defendant to Serve Expert Reports, with Certificate of Service. (Attachments: # 1 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 10/24/2011) |
| 10/25/2011 | 97 | CERTIFICATE OF SERVICE by EXXONMOBIL OIL CORPORATION *for Supplemental Witness Disclosures* (FANNING, DAVID) (Entered: 10/25/2011) |
| 10/25/2011 | 98 | NOTICE of Appearance by AMIEL GROSS on behalf of RAPID AMERICAN CORPORATION with Certificate of Service(GROSS, AMIEL) (Entered: 10/25/2011) |
| 10/25/2011 | 99 | ORDER THAT THE REQUEST IS GRANTED. DEFT, CRANE CO. WILL HAVE UNTIL 11/16/2011 TO SERVE ITS EXPERT REPORTS.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/24/2011.10/26/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 10/26/2011) |
| 10/26/2011 | 100 | MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE. filed by PLAINTIFF(S). (Attachments: # 1 MEMORANDUM, # 2 Exhibit, # 3 Text of Proposed Order)(amas) (Entered: 10/27/2011) |
| 11/01/2011 | 101 | STIPULATION AND ORDER THAT EXXONMOBIL OIL CORPORATION SHALL HAVE AN EXTENSION OF TIME TO FILE THEIR FACT AND EXPERT WITNESS DISCLOSURES, INCLUDING ANY AND ALL DISCLOSURES MADE PURSUANT TO ANY SCHEDULING ORDER AND RULE 26, UP TO AND INCLUDING 10/31/2011, AND THAT ANY AND ALL DISCLOSURES SUBMITTED UP TO AND INCLUDING 10/31/2011, SHALL BE DEEMED TIMELY DISCLOSED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/31/2011. 11/1/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 11/01/2011) |
| 11/01/2011 | 102 | ORDER THAT THE MOTION TO EXTEND TIME TO FILE CERTAIN EXPERT REPORTS IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/1/11. 11/2/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, (Entered: 11/02/2011) |
| 11/02/2011 | 103 | Disclosure by THE MARLEY–WYLAIN COMPANY.(MCCAMBRIDGE, EDWARD) (Entered: 11/02/2011) |
| 11/02/2011 | 104 | ANSWER to 56 Amended Complaint, *BP Amoco Chemical Companys Short Form Answer Affirmative And Other Defenses To Plaintiff's First Amended Complaint* by BP AMOCO CHEMICAL COMPANY.(MARVEL, WAYNE) (Entered: 11/02/2011) |
| 11/03/2011 | 105 | ORDER THAT NO RECORDS RELATING TO CVLO MDL–875 CASES CURRENTLY BEING HOUSED AT IKON SHALL BE DESTROYED BEFORE 12/2/11. IT IS FURTHER ORDERED THAT COUNSEL SHALL DISCUSS THE MATTER WITH THE IKON REPRESENTATIVES AND UPDATE THE COURT ON THE FATE OF THOSE RECORDS BY 11/10/11.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/03/2011 | 106 | ORDER THAT BY 11/4/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE TOP TEN CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 11/18/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO–12CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 12/2/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO–3 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/04/2011) |

| 11/07/2011 | 107 | NOTICE OF APPEARANCE BY RICHARD M. LAUTH ON BEHALF OF CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION. CERTIFICATE OF SERVICE. (SEE PAPER #8257 IN 01–875 FOR COMPLETE LIST)(amas) (Entered: 11/07/2011) |
| 11/09/2011 | 108 | Disclosure by THE MARLEY–WYLAIN COMPANY.(MCCAMBRIDGE, EDWARD) (Entered: 11/09/2011) |
| 11/09/2011 | 109 | Disclosure with Certificate of Service by BP AMOCO CHEMICAL COMPANY.(MARVEL, WAYNE) (Entered: 11/09/2011) |
| 11/09/2011 | 110 | Report Of *Expert J. LeRoy Balzer, Ph.D.* by BP AMOCO CHEMICAL COMPANY. (MARVEL, WAYNE) (Entered: 11/09/2011) |
| 11/09/2011 | 114 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/9/11. 11/12/11 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 11/12/2011) |
| 11/11/2011 | 111 | MOTION for Summary Judgment filed by BECHTEL CONSTRUCTION COMPANY.Memorandum. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(TAYLOR, TOBIN) (Entered: 11/11/2011) |
| 11/11/2011 | 112 | MOTION for Summary Judgment filed by BECHTEL CONSTRUCTION COMPANY.Memorandum. (Attachments: # 1 Exhibit)(TAYLOR, TOBIN) (Entered: 11/11/2011) |
| 11/11/2011 | 113 | Report Of *EJ Rasmuson* by THE MARLEY–WYLAIN COMPANY. (MCCAMBRIDGE, EDWARD) (Entered: 11/11/2011) |
| 11/15/2011 | 115 | GENERAL ELECTRIC COMPANY'S NOTICE OF EMERGENCY MOTION TO QUASH OR CONTINUE THE DEPOSITION OF ARTHUR KLEINRATH AND FOR SANCTIONS(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(stwe, ) Modified on 11/15/2011 (td, ). (Entered: 11/15/2011) |
| 11/16/2011 | 116 | Disclosure by CRANE CO..(KASPER, JAMES) (Entered: 11/16/2011) |
| 11/16/2011 | 117 | ORDER THAT UPON CONSIDERATION OF GENERAL ELECTRIC COMPANY'S "EMERGENCY MOTION TO QUASH OR CONTINUE THE DEPOSITION OF ARTHUR KLEINRATH AND FOR SANCTIONS", AND FOLLOWING A TELEPHONE CONFERENCE WITH THE AFFECTED PARTIES ON 11/14/2011 WHERE THE PARTIES ASSURED THE COURT THAT THEY HAD REACHED AN AGREEMENT ON THE SUBJECT OF THE MOTION, MOTION IS DENIED AS MOOT. IT IS FURTHER ORDERED THAT THE DEPOSITION WILL GO FORWARD AND PLAINTIFFS' CONSEL MAY CONDUCT THE DIRECT EXAMINATION OF THE WITNESS, ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/16/2011. (Attachments: # 1 Exhibit)11/17/2011 ENTERED AND COPIES MAILED AND E–MAILED.(amas) (Entered: 11/17/2011) |
| 11/18/2011 | 118 | Response to Cross–Claims and Answer to Anticipated Cross–Claims by CLEAVER BROOKS INC.. (Attachments: # 1 Certificate of Service) (GRIFFIN, DANIEL) (Entered: 11/18/2011) |
| 11/21/2011 | 119 | MOTION AND MEMORANDUM to Compel FOREMAN, PERRY WATKINS, KRUTZ &TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSONfiled by CERTAIN PLAINTIFFS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E, # 6 PROPOSED ORDER, # 7 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/21/2011) |

| 11/21/2011 | 120 | ORDER THAT A HEARING IS SCHEDULED ON MONDAY 12/5/11 AT 10:30AM IN COURTROOM 3H IN ORDER TO ARGUE THE FOLLOWING MOTIONS RELATED TO DRS. SCHONFELD, ANDERSON, AND SADEK: PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK AND DEFENDANTS MOTION TO COMPEL THE SAME. DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD,D.O.. PLAINTIFFS' MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26(a)(1)(A)(ii). PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS. PLAINTIFFS' TO BE FILED MOTION REGARDING THE W.R. GRACE DOCUMENTS. IT IS FURTHER ORDERED THAT BY 11/18/11, PLAINTIFFS SHALL FILE THEIR MOTION REGARDING THE W.R. GRACE DOCUMENTS. BY 11/23/11, DEFENDANTS' SHALL FILE THEIR RESPONSE TO THE MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/18/11. 11/21/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/21/2011) |
| 11/21/2011 | 121 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE (MDL 875 DOC. NO. 8188) IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/14/2011. 11/21/2011 ENTERED AND COPIES MAILED AND E–MAILED.(jcab) (Entered: 11/21/2011) |
| 11/22/2011 | 122 | MOTION for Summary Judgment *and supporting memorandum of law* filed by CERTAINTEED CORPORATION.Memorandum. (Attachments: #_1_ Exhibit Part 1 of Exhibit A, #_2_ Exhibit Part 2 of Exhibit A, #_3_ Exhibit B)(TAYLOR, TOBIN) (Entered: 11/22/2011) |
| 11/22/2011 | 123 | NOTICE by OWENS–ILLINOIS INC. *of Deposition of Barry I. Castleman* (Attachments: #_1_ Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/22/2011) |
| 11/22/2011 | 124 | MOTION TO CONSOLIDATE SUMMARY JUDGMENT HEARING re _112_ MOTION for Summary Judgment filed by CHARLES KRIK.Certificate of service. (Attachments: #_1_ Text of Proposed Order, #_2_ Exhibit A, #_3_ Exhibit B, #_4_ Certificate of Service)(CASCINO, MICHAEL) (Entered: 11/22/2011) |
| 11/23/2011 | 125 | SETTLEMENT CONFERENCE ORDER THAT A SETTLEMENT CONFERENCE WILL BE HELD ON 12/5/2011 COMMENCING AT 1:30 P.M., IN COURTROOM 3H, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/23/2011. 11/23/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 11/23/2011) |
| 11/29/2011 | 126 | NOTICE by CBS CORPORATION *of Deposition of Joseph Ferriter*. Certificate of Service.(Attachments: #_1_ Exhibit A)(LAUTH, RICHARD) Modified on 11/30/2011 (ahf, ). (Entered: 11/29/2011) |
| 11/29/2011 | 127 | NOTICE by CBS CORPORATION *of Deposition of William LaPointe*. Certificate of Service.(Attachments: #_1_ Exhibit A)(LAUTH, RICHARD) Modified on 11/30/2011 (ahf, ). (Entered: 11/29/2011) |
| 11/30/2011 | 128 | NOTICE by OWENS–ILLINOIS INC. *of Deposition of Frank M. Parker, III* (Attachments: #_1_ Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 11/30/2011) |
| 11/30/2011 | 129 | REPLY IN SUPPORT OF Plaintiff's Motion to Compel Forman, Perry, Watkins, Krutz &Tardy, LLP to turn over W.R. Grace Study Documents relating to Drs. Schonfeld and Anderson. (Attachments: #_1_ PROPOSED ORDER, #_2_ EXHIBIT A, #_3_ EXHIBIT B–1, #_4_ EXHIBIT B–2, #_5_ EXHIBIT C–1 PART 1, #_6_ EXHIBIT C–1 PART 2, #_7_ EXHIBIT C–2, #_8_ CERTIFICATE OF SERVICE)(uh, ) Modified on 12/1/2011 (td, ). (Entered: 11/30/2011) |
| 12/02/2011 | 130 | MOTION for Summary Judgment filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: #_1_ Exhibit 1)(MCCAMBRIDGE, EDWARD) (Entered: 12/02/2011) |
| 12/06/2011 | 131 | NOTICE by OWENS–ILLINOIS INC. *of Deposition of Stan V. Smith* (Attachments: #_1_ Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/06/2011) |

| 12/06/2011 | 132 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE: Settlement Conference held on 12/5/2011. (tomg, ) (Entered: 12/06/2011) |
| 12/06/2011 | 133 | ORDER THAT PLAINTIFF'S MOTION TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING (DOC. #124) IS GRANTED. ACCORDINGLY, ALL RESPONSES TO SUMMARY JUDGMENT MOTIONS FILED BY DEFTS IN THE ABOVE REFERENCED CASE SHALL BE FILED ON OR BEFORE 1/20/2012.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/6/2011.12/7/2011 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 12/07/2011) |
| 12/07/2011 | 134 | CERTIFICATE OF SERVICE by BP AMOCO CHEMICAL COMPANY *of Objections and Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents of Premises Defendants* (ZELKOWITZ, ALAN) (Entered: 12/07/2011) |
| 12/09/2011 | 135 | NOTICE by OWENS–ILLINOIS INC. re 131 Notice (Other) *OF CANCELLATION OF DEPOSITION FO STAN V. SMITH* (STUDEBAKER, JENNIFER) (Entered: 12/09/2011) |
| 12/09/2011 | 137 | ORDER THAT PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK IS GRANTED IN PART AND DENIED IN PART, DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD, D.O. IS GRANTED IN PART AND DENIED IN PART, AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS IS GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED THAT PLAINTIFFS MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (A)(1)(A)(ii) IS DENIED AND PLAINTIFFS' MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ &TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD ANN ANDERSON IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/9/2011. (Attachments: # 1 EXHIBIT A) 12/12/2011 ENTERED AND COPIES MAILED, AND E–MAILED.(uh, ) (Entered: 12/12/2011) |
| 12/12/2011 | 136 | NOTICE by CBS CORPORATION *OF CONTINUATION DEPOSITION OF JOSEPH FERRITER* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 12/12/2011) |
| 12/13/2011 | 138 | NOTICE by OWENS–ILLINOIS INC. re 128 Notice (Other) *of Amended Notice of Deposition of Frank M. Parker, III* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/13/2011) |
| 12/13/2011 | 139 | NOTICE by CBS CORPORATION *OF CANCELLATION OF CONTINUATION DEPOSITION OF JOSEPH H. FERRITER* (LAUTH, RICHARD) (Entered: 12/13/2011) |
| 12/13/2011 | 140 | MEMORANDUM OPINION THAT THE APPROPRIATE FOR PLAINTIFFS TO PURSUE THE RELIEF THEY SEEK IS WITH THE BANKRUPTCY COURT THAT ISSUED THE ORDER. ACCORDINGLY, WE HAVE DENIED PLAINTIFFS' MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/14/2011 | 141 | ORDER THAT THE DECEMBER 9, 2011 ORDER AND ACCOMPANYING MEMORANDUM DATED DECEMBER 13,2011 ARE AMENDED TO APPLY TO THE CASES LISTED IN EXHIBIT "A" ATTACHED.(SEE O1–875 DOCS. 8306, 8317 &8313). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/20/2011 | 142 | NOTICE by OWENS–ILLINOIS INC. *of Notice of Deposition of Arthur L. Frank, M.D., PH.D* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 12/20/2011) |
| 12/21/2011 | 144 | BY OUR ORDER OF DECEMBER 9, 2011 AND AS EXPLAINED IN OUR MEMORANDUM OPINION OF DECEMBER 12, 2011, WE DETERMINED |

| | | THAT DEFENDANTS WERE ENTITLED TO THE DISCOVERY OF "MATERIALS NECESSARY TO MEASURE 'POSITIVE' AND/OR 'NEGATIVE' RATES," AND OF "MATERIALS REGARDING THE DAILY VOLUME OF SCREENINGS PERFORMED BY EACH DIAGNOSING DOCTOR." WE FURTHER DIRECTED PARTIES "TO WORK TOGETHER TO REACH AN AGREEMENT ON THE LEAST INTRUSIVE, MOST EXPEDITIOUS WAY TO PROVIDE THE DEFENDANTS THE INFORMATION REASONABLY NEEDED TO UNDERTAKE" THESE TESTING EXERCISES, ETC. (SEE 01–MD–875 DOC. NO. 8830 FOR COMPLETE CASE LIST) SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/20/2011. 12/23/2011 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 12/23/2011) |
|---|---|---|
| 12/22/2011 | 143 | NOTICE by EXXONMOBIL OIL CORPORATION *Deposition of Dr. Arnold R. Brody and Duces Tecum. Certificate of Service. Deposition Rider* (FANNING, DAVID) (Entered: 12/22/2011) |
| 12/27/2011 | 145 | Report Of *Dr. Gordon Bragg* by CLEAVER BROOKS INC.. (Attachments: # 1 CV of Dr. Gordon Bragg, # 2 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 12/27/2011) |
| 12/29/2011 | 146 | ORDER THAT PLAINTIFFS SHALL HAVE UNTIL 1/10/12 TO FILE ANY SUCH MOTION. IT IS FURTHER ORDERED THAT ALL MATERIALS TO BE PRODUCED PURSUANT TO THE 12/20 ORDER THAT WERE PREVIOUSLY TO BE PRODUCED BY 1/10/12, MUST BE PRODUCED ON OR BEFORE 1/17/12. FOLLOWING UPON A FURTHER REQUEST BY THE PLAINTIFFS FOR AN EXTENSION OF TIME TO PRODUCE THE MATERIALS SUBJECT TO THE ORDER OF 12/9/11, IT IS HEREBY FURTHER ORDERED THAT ALL MATERIALS THAT WERE PREVIOUSLY TO BE PRODUCED BY 12/30/11, MUST BE PRODUCED ON OR BEFORE 1/6/12.(SEE 01–875 PAPER NO. 8344 FOR FULL CASE LIST). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/29/11. 12/29/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 12/29/2011) |
| 01/05/2012 | 147 | NOTICE by CBS CORPORATION *Continuation Deposition of Joseph H. Ferriter* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 01/05/2012) |
| 01/05/2012 | 148 | MOTION for Summary Judgment *and Supporting Memorandum of Law* filed by CLEAVER BROOKS INC... (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 01/05/2012) |
| 01/06/2012 | 149 | MOTION for Summary Judgment filed by CBS CORPORATION.with Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Text of Proposed Order)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 150 | MOTION for Summary Judgment filed by BP AMOCO CHEMICAL COMPANY.with Memorandum of Law in Support of Motion for Summary Judgment and Certificate of Service. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(MARVEL, WAYNE) (Entered: 01/06/2012) |
| 01/06/2012 | 151 | MOTION for Summary Judgment filed by RAPID AMERICAN CORPORATION.with Memorandum of Law, Declarations, &Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(GROSS, AMIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 152 | Report Of *Disclosure and Expert Filing* by RAPID AMERICAN CORPORATION. (GROSS, AMIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 153 | MOTION for Summary Judgment filed by TRANE U.S. INC..Memorandum, Certificate of Service. (Attachments: # 1 Exhibit Plaintiff's Complaint, # 2 Exhibit Volume I of Plaintiff's Deposition, # 3 Exhibit Volume II of Plaintiff's Deposition, # 4 Exhibit Sales Agreement, # 5 Text of Proposed Order)(SANDS, ROBERT) (Entered: 01/06/2012) |

| 01/06/2012 | 154 | MOTION for Summary Judgment filed by INGERSOLL RAND COMPANY.Memorandum, Certificate of Service. (Attachments: #1 Exhibit Plaintiff's Complaint, #2 Exhibit Volume I of Plaintiff's Deposition, #3 Exhibit Volume II of Plaintiff's Deposition, #4 Text of Proposed Order)(SANDS, ROBERT) (Entered: 01/06/2012) |
|---|---|---|
| 01/06/2012 | 155 | Report Of *Sheldon Rabinovitz* by CBS CORPORATION. (Attachments: #1 Expert Materials of Sheldon Rabinovitz, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 156 | Report Of *Roger B. Horne, Jr.* by CBS CORPORATION. (Attachments: #1 Expert Report Part 2, #2 Expert Materials of Roger B. Horne, Jr., #3 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 157 | Report Of *Dr. Tom Howard* by CBS CORPORATION. (Attachments: #1 Expert Materials of Dr. Tom Howard, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 158 | Report Of *Dr. Samuel A. Forman* by CBS CORPORATION. (Attachments: #1 Expert Materials of Dr. Samuel A. Forman, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 159 | Report Of *Dr. Robert Jones* by CBS CORPORATION. (Attachments: #1 Expert Report of Dr. Robert Jones, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 160 | Report Of *Dr. Mark R. Wick* by CBS CORPORATION. (Attachments: #1 Expert Materials of Dr. Mark R. Wick, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 161 | Report Of *Dr. David Weill* by CBS CORPORATION. (Attachments: #1 Expert Material of Dr. David Weill, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 162 | Report Of *Dr. Alan Legasto* by CBS CORPORATION. (Attachments: #1 Expert Materials of Dr. Alan Legasto, #2 Certificate of Service)(LAUTH, RICHARD) (Entered: 01/06/2012) |
| 01/06/2012 | 163 | Disclosure by THE MARLEY–WYLAIN COMPANY.(MCCAMBRIDGE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 164 | Disclosure with Certificate of Service by OWENS–ILLINOIS INC.. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I)(CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 165 | MOTION for Summary Judgment filed by OWENS–ILLINOIS INC... (Attachments: #1 DEFENDANT OWENS–ILLINOIS, INC.'S LOCAL RULE 7.1(c) BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, #2 DEFENDANT OWENS–ILLINOIS, INC.'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, #3 DEFENDANT OWENS–ILLINOIS, INC.'S PROPOSED ORDER, #4 DEFENDANT OWENS–ILLINOIS, INC.'S CERTIFICATE OF SERVICE FOR ITS MOTION FOR SUMMARY JUDGMENT)(CASMERE, EDWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 166 | Report Of *Dr. Peter Barrett* by CLEAVER BROOKS INC.. (Attachments: #1 B–Reading by Dr. Peter Barrett, #2 CV of Dr. Peter Barrett, #3 Deposition and Trial list for Dr. Peter Barrett, #4 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 01/06/2012) |
| 01/06/2012 | 167 | MOTION for Extension of Time to File *Certain Expert Disclosures* filed by CBS CORPORATION, OWENS–ILLINOIS INC..Certificate of Service.(STUDEBAKER, JENNIFER) (Entered: 01/06/2012) |
| 01/06/2012 | 168 | MOTION for Summary Judgment filed by UNION CARBIDE CORPORATION. (Attachments: #1 Memorandum, #2 Exhibit A &B to Memorandum, #3 Exhibit C D E t Memorandum, #4 Exhibit F Part 1 Pages 1 thru 40, #5 Exhibit F Part 1 Pages 41 thru 65, #6 Exhibit F Part 2 Pages 1 thru 30, #7 Exhibit F Part 2 Pages 31 thru 56, #8 Exhibit G thru I, #9 Text of Proposed Order Proposed |

| | | |
|---|---|---|
| | | Order)(TAYLOR, TOBIN) Modified on 1/19/2012 (md). (Entered: 01/06/2012) |
| 01/06/2012 | 169 | MOTION for Summary Judgment filed by CRANE CO..Memorandum in Support of Motion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit M–1, # 15 Exhibit M–2, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 01/06/2012) |
| 01/06/2012 | 170 | Disclosure with Certificate of Service by TRANE U.S. INC.. (Attachments: # 1 Exhibit Report, cv, rate schedule and testimony list of Dr. Weill, # 2 Exhibit Report, cv and rate schedule of Dr. Wick, # 3 Exhibit Report, cv, rate schedule and testimony list of Dr. Legasto, # 4 Exhibit Report, cv, rate schedule and testimony list of Dr. Jones)(ANTIKAINEN, MICHAEL) (Entered: 01/06/2012) |
| 01/06/2012 | 171 | MOTION for Summary Judgment filed by EXXONMOBIL OIL CORPORATION.with Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(MORRIS, HOWARD) (Entered: 01/06/2012) |
| 01/06/2012 | 172 | Disclosure with Certificate of Service by INGERSOLL RAND COMPANY. (Attachments: # 1 Exhibit Report, cv, rate schedule and testimony list of Dr. Weill, # 2 Exhibit Report, cv and rate schedule of Dr. Wick, # 3 Exhibit Report, cv, rate schedule and testimony list of Dr. Legasto, # 4 Exhibit Report, cv, rate schedule and testimony list of Dr. Jones)(ANTIKAINEN, MICHAEL) (Entered: 01/06/2012) |
| 01/06/2012 | 173 | JOINDER and Adoption in Certain Defendants' Motion for Extension of Time to File Certain Expert Disclosures, filed by INGERSOLL RAND COMPANY, TRANE U.S. INC., Certificate of Service.(ANTIKAINEN, MICHAEL) Modified on 1/9/2012 (md). (Entered: 01/06/2012) |
| 01/09/2012 | 174 | JOINDER in Motion for Extension of Time to File Certain Expert Disclosures filed by THE MARLEY–WYLAIN COMPANY, Certificate of Service.(MCCAMBRIDGE, EDWARD) Modified on 1/10/2012 (md). (Entered: 01/09/2012) |
| 01/10/2012 | 175 | Supplemental MOTION for Summary Judgment *(Rule 56)* filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: # 1 Exhibit A)(MCCAMBRIDGE, EDWARD) (Entered: 01/10/2012) |
| 01/11/2012 | 176 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12–20–2011 (SEE PAPER NO. 41 ON CASE 08–88250 FOR COMPLETE PDF) (Attachments: # 1 Certificate of Service)(stwe, ) (Entered: 01/13/2012) |
| 01/15/2012 | 177 | MOTION in Limine filed by CLEAVER BROOKS INC... (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 01/15/2012) |
| 01/15/2012 | 178 | MOTION to Exclude *Testimony of Joseph Ferriter* filed by CLEAVER BROOKS INC... (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 01/15/2012) |
| 01/16/2012 | 179 | MOTION in Limine *General Motion in Limine* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 180 | MOTION in Limine *Motion for Set–Off* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 181 | MOTION in Limine *and Supporting Memorandum of Law of Certainteed Corporation's Motion to Exclude the Trial Testimony of Barry I. Castleman* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 182 | MOTION in Limine *Motion to Utilize Jury Questionnaire at Trial* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |

| 01/16/2012 | 183 | MOTION in Limine *for Forty−Eight Hour Predisclosure of Documents and Witnesses Prior to Presentation at Trial* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
|---|---|---|
| 01/16/2012 | 184 | MOTION in Limine *and Memorandum in Support to Exclude Post−Exposure Evidence* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 185 | MOTION in Limine *Motion to Adopt Co−Defendants Motions in Limine and Other Pretrial Motions* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 186 | MOTION in Limine *to Bar Testimony of Lay Persons Concerning Whether Certain Products Contained Asbestos* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 187 | MOTION in Limine *to Exclude Trial and Deposition Testimony from Prior Cases* filed by CERTAINTEED CORPORATION..(LUDOLPH, MARK) (Entered: 01/16/2012) |
| 01/16/2012 | 188 | MOTION in Limine filed by CRANE CO..Crane Co.'s Omnibus Motion in Limine, with Certificate of Service.(ZUKOWSKI, MICHAEL) (Entered: 01/16/2012) |
| 01/16/2012 | 189 | MOTION in Limine filed by CRANE CO..Motion in Limine to Exclude the "Each and Every Exposure" Opinion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(ZUKOWSKI, MICHAEL) (Entered: 01/16/2012) |
| 01/16/2012 | 190 | MOTION in Limine filed by THE MARLEY−WYLAIN COMPANY.. (Attachments: # 1 Exhibit A)(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/16/2012 | 191 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to Preclude the Testimony of Dr. Barry Castleman, with Certificate of Service.(ZUKOWSKI, MICHAEL) (Entered: 01/16/2012) |
| 01/16/2012 | 192 | MOTION in Limine *General Motion in Limine* filed by THE MARLEY−WYLAIN COMPANY..(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/16/2012 | 193 | MOTION in Limine *Motion in Limine to Limit Plaintiff's Expert Testimony and Use of Undisclosed Exhibits* filed by THE MARLEY−WYLAIN COMPANY..(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/16/2012 | 194 | MOTION in Limine *Motion for Set−Off* filed by THE MARLEY−WYLAIN COMPANY..(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/16/2012 | 195 | MOTION in Limine filed by THE MARLEY−WYLAIN COMPANY..(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/16/2012 | 196 | MOTION in Limine *to Adopt Co−Defendants' Motions in Limine and Other Pre−Trial Motions* filed by THE MARLEY−WYLAIN COMPANY..(MCCAMBRIDGE, EDWARD) (Entered: 01/16/2012) |
| 01/17/2012 | 197 | MOTIONS in Limine, with Index, filed by TRANE U.S. INC., Certificate of Service. (Attachments: # 1 Motion in Limine 1, # 2 Motion in Limine 2, # 3 Motion in Limine 3, # 4 Motion in Limine 4, # 5 Motion in Limine 5, # 6 Motion in Limine 6, # 7 Motion in Limine 7, # 8 Motion in Limine 8, # 9 Motion in Limine 9, # 10 Motion in Limine 10, # 11 Motion in Limine 11, # 12 Motion in Limine 12, # 13 Motion in Limine 13, # 14 Motion in Limine 14, # 15 Motion in Limine 15, # 16 Motion in Limine 16, # 17 Motion in Limine 17, # 18 Motion in Limine 18, # 19 Motion in Limine 19, # 20 Motion in Limine 20, # 21 Motion in Limine 21, # 22 Motion in Limine 22, # 23 Motion in Limine 23, # 24 Motion in Limine 24, # 25 Motion in Limine 25, # 26 Motion in Limine 26, # 27 Motion in Limine 27, # 28 Motion in Limine 28, # 29 Motion in Limine 29, # 30 Motion in Limine 30, # 31 Motion in Limine 31, # 32 Motion in Limine 32, # 33 Motion in Limine 33, # 34 Motion in Limine 34)(ANTIKAINEN, MICHAEL) Modified on 1/18/2012 (md). (Entered: 01/17/2012) |

| 01/17/2012 | 198 | MOTIONS in Limine, with Index, filed by INGERSOLL RAND COMPANY, Certificate of Service. (Attachments: # 1 Motion in Limine 1, # 2 Motion in Limine 2, # 3 Motion in Limine 3, # 4 Motion in Limine 4, # 5 Motion in Limine 5, # 6 Motion in Limine 6, # 7 Motion in Limine 7, # 8 Motion in Limine 8, # 9 Motion in Limine 9, # 10 Motion in Limine 10, # 11 Motion in Limine 11, # 12 Motion in Limine 12, # 13 Motion in Limine 13, # 14 Motion in Limine 14, # 15 Motion in Limine 15, # 16 Motion in Limine 16, # 17 Motion in Limine 17, # 18 Motion in Limine 18, # 19 Motion in Limine 19, # 20 Motion in Limine 20, # 21 Motion in Limine 21, # 22 Motion in Limine 22, # 23 Motion in Limine 23, # 24 Motion in Limine 24, # 25 Motion in Limine 25, # 26 Motion in Limine 26, # 27 Motion in Limine 27, # 28 Motion in Limine 28, # 29 Motion in Limine 29, # 30 Motion in Limine 30, # 31 Motion in Limine 31, # 32 Motion in Limine 32, # 33 Motion in Limine 33, # 34 Motion in Limine 34)(ANTIKAINEN, MICHAEL) Modified on 1/18/2012 (md). (Entered: 01/17/2012) |
| --- | --- | --- |
| 01/17/2012 | 199 | MOTION in Limine filed by UNION CARBIDE CORPORATION..(TAYLOR, TOBIN) (Entered: 01/17/2012) |
| 01/17/2012 | 200 | MOTION in Limine filed by BECHTEL CONSTRUCTION COMPANY..(TAYLOR, TOBIN) (Entered: 01/17/2012) |
| 01/17/2012 | 201 | JOINDER in Co–Defendants' Motions in Limine and Other Pretrial Motions filed by BP AMOCO CHEMICAL COMPANY, Certificate of Service.(MARVEL, WAYNE) Modified on 1/18/2012 (md). (Entered: 01/17/2012) |
| 01/17/2012 | 202 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to Take Judicial Notice of the Federal Register, with Certificate of Service. (Attachments: # 1 Exhibit A)(ZUKOWSKI, MICHAEL) (Entered: 01/17/2012) |
| 01/17/2012 | 203 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to Preclude the Actions or Knowledge of a Trade Association from Being Imputed to Members Unless Plaintiff Provides That a Member Had Actual Knowledge of, and Approved, the Actions of the Trade Association, with Certificate of Service.(ZUKOWSKI, MICHAEL) (Entered: 01/17/2012) |
| 01/17/2012 | 204 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to Exclude Lay Witness Testimony that Individual Products Contained Asbestos or that PLaintiff Worked with or Around a Particular Product Unless the Witness Has Personal Knowledge, with Certificate of Service.(ZUKOWSKI, MICHAEL) (Entered: 01/17/2012) |
| 01/17/2012 | 205 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to Preclude Introduction of Crane Co. Catalogs, Products, Advertisements, Photographs, and Entities That Are Not At Issue in This Case, with Certificate of Service.(ZUKOWSKI, MICHAEL) (Entered: 01/17/2012) |
| 01/17/2012 | 206 | MOTION in Limine filed by CRANE CO..Crane Co.'s Motion in Limine to EXclude Any Argument or Suggestion That it is Liable for Products Affixed To Its Products Post–Sale, with Certificate of Service. (Attachments: # 1 Exhibit A)(ZUKOWSKI, MICHAEL) (Entered: 01/17/2012) |
| 01/17/2012 | 207 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C).(ahf) (Entered: 01/18/2012) |
| 01/17/2012 | 208 | ORDER THAT PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12/20/2011 (E.G. 08–90011 DOC. NO. 26), IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/17/2012. 1/18/2012 ENTERED AND COPIES MAILED AND E–MAILED.(amas) (Entered: 01/18/2012) |
| 01/18/2012 | 209 | ORDER THAT THE PRODUCTION OF THOSE SPECIFIC DOCUMENTS THAT WERE THE SUBJECT OF PLAINTIFFS' MOTION TO RECONSIDER IS SUSPENDED SUBJECT TO FURTHER ORDER OF THE HONORABLE EDUARDO C. ROBRENO, FOLLOWING UPON PLAINTIFFS' ANTICIPATED MOTION TO RECONSIDER BEFORE JUDGE ROBRENO, AS MAY BE TO THEM UNDER 28 U.S.C.636(b)(1)(A). ACCORDINGLY, PLAINTIFFS' |

| | | MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (E.G.08–88250 DOC.42) IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/18/12. 1/19/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 01/19/2012) |
|---|---|---|
| 01/20/2012 | 210 | NOTICE by OWENS–ILLINOIS INC. re 123 Notice (Other) *of Amended Notice of Deposition of Barry I. Castleman* (Attachments: # 1 Exhibit A)(STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/20/2012 | 211 | NOTICE by OWENS–ILLINOIS INC. re 210 Notice (Other) *of Cancellation of Deposition of Barry I. Castleman* (STUDEBAKER, JENNIFER) (Entered: 01/20/2012) |
| 01/23/2012 | 212 | Report of *Supplemental Rule 26(a)(2) of Expert Witness Dr. Mark R. Wick* by CBS CORPORATION. (Attachments: # 1 Testimony History – Dr. Mark R. Wick)(LAUTH, RICHARD) (Entered: 01/23/2012) |
| 01/23/2012 | 213 | ORDER THAT CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTAIN EXPERT DISCLOSURES (DOC. NO. 114) IS GRANTED. THE DISCLOSURES SHALL BE FILED BY 1/25/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/23/12. 1/24/12 ENTERED AND COPIES MAILED, E–MAILED.(mbh, ) (Entered: 01/24/2012) |
| 01/24/2012 | 214 | Disclosure with Certificate of Service by INGERSOLL RAND COMPANY. (Attachments: # 1 Exhibit)(ANTIKAINEN, MICHAEL) (Entered: 01/24/2012) |
| 01/24/2012 | 215 | Disclosure with Certificate of Service by TRANE U.S. INC.. (Attachments: # 1 Exhibit)(ANTIKAINEN, MICHAEL) (Entered: 01/24/2012) |
| 01/24/2012 | 216 | PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER. (SEE 01–875 DOC NO. 8394 FOR CASE LIST)(dp, ) (Entered: 01/24/2012) |
| 01/24/2012 | 217 | ORDER THAT THE APPEARANCE OF JEFFREY MCKEAN IS WITHDRAWN AS ATTORNEY OF RECORD FOR METROPOLITAN LIFE INSURANCE COMPANY. THE APPEARANCE OF JOHN D. WALLER IS HEREBY SUBSTITUTED FOR METROPOLITAN LIFE INSURANCE COMPANY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/24/2012. 1/24/2012 ENTERED AND COPIES MAILED AND E–MAILED. (SEE PAPER # 8395 IN 01–MD–875 FOR CASE LIST). (ems) (Entered: 01/24/2012) |
| 01/25/2012 | 218 | NOTICE by CBS CORPORATION *Continuation Deposition of William LaPointe* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 01/25/2012) |
| 01/27/2012 | 219 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by RAPID AMERICAN CORPORATION. (Attachments: # 1 Text of Proposed Order)(GROSS, AMIEL) (Entered: 01/27/2012) |
| 01/27/2012 | 220 | STIPULATION of Dismissal by CLEAVER BROOKS INC.. (Attachments: # 1 Certificate of Service)(GRIFFIN, DANIEL) (Entered: 01/27/2012) |
| 01/27/2012 | 221 | NOTICE by CHARLES KRIK re 130 MOTION for Summary Judgment, 122 MOTION for Summary Judgment *and supporting memorandum of law*, 148 MOTION for Summary Judgment *and Supporting Memorandum of Law*, 171 MOTION for Summary Judgment, 175 Supplemental MOTION for Summary Judgment *(Rule 56)*, 150 MOTION for Summary Judgment, 149 MOTION for Summary Judgment, 169 MOTION for Summary Judgment, 154 MOTION for Summary Judgment, 151 MOTION for Summary Judgment, 112 MOTION for Summary Judgment, 165 MOTION for Summary Judgment, 111 MOTION for Summary Judgment, 168 MOTION to Appoint Custodian MOTION for Summary Judgment, 153 MOTION for Summary Judgment , *Plaintiffs' Brief on the Illinois Construction Statute of Repose* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/27/2012 | 222 | *****STRICKEN PER THIS COURT'S ORDER, DOC. #349***** NOTICE by CHARLES KRIK re 130 MOTION for Summary Judgment, 122 MOTION for Summary Judgment *and supporting memorandum of law*, 148 MOTION for Summary Judgment *and Supporting Memorandum of Law*, 171 MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment, 175 Supplemental MOTION for Summary Judgment *(Rule 56)*, 150 MOTION for Summary Judgment, 149 MOTION for Summary Judgment, 169 MOTION for Summary Judgment, 154 MOTION for Summary Judgment, 151 MOTION for Summary Judgment, 112 MOTION for Summary Judgment, 165 MOTION for Summary Judgment, 111 MOTION for Summary Judgment, 168 MOTION to Appoint Custodian MOTION for Summary Judgment, 153 MOTION for Summary Judgment *Plaintiffs' Brief on Asbestos Exposure Proximate Causation Law* (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Certificate of Service)(CASCINO, MICHAEL) Modified on 8/7/2012 (tomg, ). (Entered: 01/27/2012) |
| 01/27/2012 | 223 | RESPONSE in Opposition re 151 MOTION for Summary Judgment, 130 MOTION for Summary Judgment, 124 MOTION TO CONSOLIDATE SUMMARY JUDGMENT HEARING re 112 MOTION for Summary Judgment, 112 MOTION for Summary Judgment, 122 MOTION for Summary Judgment *and supporting memorandum of law,* 148 MOTION for Summary Judgment *and Supporting Memorandum of Law,* 171 MOTION for Summary Judgment, 165 MOTION for Summary Judgment, 111 MOTION for Summary Judgment, 168 MOTION to Appoint Custodian MOTION for Summary Judgment, 175 Supplemental MOTION for Summary Judgment *(Rule 56)*, 150 MOTION for Summary Judgment, 149 MOTION for Summary Judgment, 153 MOTION for Summary Judgment, 169 MOTION for Summary Judgment, 154 MOTION for Summary Judgment filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/27/2012) |
| 01/28/2012 | 224 | EXHIBIT *s and Declaration in Support of Doc. No. 223 (RESPONSE in Opposition re 151 MOTION for Summary Judgment, 130 MOTION for Summary Judgment, 124 MOTION TO CONSOLIDATE SUMMARY JUDGMENT HEARING re 112 MOTION for Summary Judgment, 112 MOTION for Summary Judgment, 122 MOTION for Summary Judgment and supporting memorandum of law, 148 MOTION for Summary Judgment and Supporting Memorandum of Law, 171 MOTION for Summary Judgment, 165 MOTION for Summary Judgment, 111 MOTION for Summary Judgment, 168 MOTION to Appoint Custodian MOTION for Summary Judgment, 175 Supplemental MOTION for Summary Judgment (Rule 56), 150 MOTION for Summary Judgment, 149 MOTION for Summary Judgment, 153 MOTION for Summary Judgment, 169 MOTION for Summary Judgment, 154 MOTION for Summary Judgment)* by CHARLES KRIK.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16 part 1, # 17 Exhibit 16 part 1, # 18 Exhibit 17)(CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/28/2012 | 225 | NOTICE by CHARLES KRIK re 223 Response in Opposition to Motion,,, *Plaintiffs' Brief on Westinghouse Corporate Knowledge, Resources, and Conduct Regarding Asbestos Hazards* (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 01/28/2012) |
| 01/30/2012 | 226 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by INGERSOLL RAND COMPANY. (Attachments: # 1 Text of Proposed Order)(ANTIKAINEN, MICHAEL) (Entered: 01/30/2012) |
| 01/30/2012 | 227 | STIPULATION of Dismissal *and No Opposition to Motion for Summary Judgment* by TRANE U.S. INC.. (Attachments: # 1 Text of Proposed Order)(ANTIKAINEN, MICHAEL) (Entered: 01/30/2012) |
| 01/30/2012 | 228 | STIPULATION by CHARLES KRIK re 122 Motion for Summary Judgment. Stipulation that Defendant Certainteed Corporation's Motion for Summary Judgment is Unopposed by Plaintiff. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) Modified on 1/31/2012 (md). (Entered: 01/30/2012) |

| | | |
|---|---|---|
| 01/31/2012 | 229 | ORDER THAT RAPID–AMERICAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT IS GRANTED AND THAT RAPID–AMERICAN CORPORATION IS DISMISSED FROM THIS ACTION WITH PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/30/2012; 1/31/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 01/31/2012) |
| 01/31/2012 | 230 | ORDER THAT DEFT CLEAVER BROOKS, INC. IS DISMISSED WITH PREJUDICE AND EACH PARTY SHALL BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/30/2012; 1/31/2012 ENTERED AND COPIES MAILED, E–MAILED (tomg, ) (Entered: 01/31/2012) |
| 01/31/2012 | 231 | STIPULATION by CHARLES KRIK that Defendant Bechtel Corporation's Motion is Unopposed by Plaintiff, re 111 Motion for Summary Judgment, 112 Motion for Summary Judgment. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) Modified on 2/1/2012 (md). (Entered: 01/31/2012) |
| 02/01/2012 | 232 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL 2/21/2012 TO FILE A MOTION FOR LEAVE TO ADD A WITNESS, ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012; 2/1/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/01/2012) |
| 02/01/2012 | 233 | ORDER THAT THE 11/16/2011 SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR THE "TOP TEN" CASES WHICH INCLUDES THE 9 REMAINING CASES LISTED ABOVE SHALL BE AMENDED AS OUTLINED IN THIS ORDER. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012; 2/1/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/01/2012) |
| 02/01/2012 | 234 | ORDER THAT THE MOTIONS IN LIMINE FILED BY DEFTS PURSUANT TO THE DEADLINE ARTICULATED IN OUR ORDER ISSUED ON 11/16/2011, AMENDING THE AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR THE "TOP TEN" CASES ARE DENIED WITHOUT PREJUDICE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012;2/1/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/01/2012) |
| 02/01/2012 | 235 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL 2/3/2012 TO FILE A MOTION FOR LEAVE TO SUPPLEMENT THEIR RESPONSES AND SHALL ATTACH THE SUPPLEMENTAL BRIEF TO THAT MOTION, WITH AN EXPLANATION OF WHY IT WAS NECESSARY, ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/2012; 2/1/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/01/2012) |
| 02/01/2012 | 236 | ORDER THAT THE DEFTS' MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/31/2012; 2/1/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/01/2012) |
| 02/03/2012 | 237 | ORDER THAT DEFT BECHTEL CORPORATION'S MOTION FOR SUMMARY JUDGMENT IS GRANTED, WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/1/2012; 2/3/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/03/2012) |
| 02/03/2012 | 238 | Memorandum DEFENDANT WEIL–MCLAINS REPLY BRIEF IN SUPPORT OF ITS RULE 56 MOTION FOR SUMMARY JUDGMENT by THE MARLEY–WYLAIN COMPANY. (Attachments: # 1 Text of Proposed Order) (MCCAMBRIDGE, EDWARD) (Entered: 02/03/2012) |
| 02/03/2012 | 239 | MOTION to Strike 224 Exhibit,,,, *Declaration of Frank Parker* filed by EXXONMOBIL OIL CORPORATION.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(MORRIS, HOWARD) (Entered: 02/03/2012) |
| 02/03/2012 | 240 | MOTION to Strike 224 Exhibit,,,, *Declaration of Charles Krik* filed by EXXONMOBIL OIL CORPORATION.Certificate of Service. (Attachments: # 1 |

| | | Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exhibit D, #_5_ Exhibit E, #_6_ Exhibit F, #_7_ Exhibit G, #_8_ Text of Proposed Order)(MORRIS, HOWARD) (Entered: 02/03/2012) |
|---|---|---|
| 02/03/2012 | 241 | REPLY to Response to Motion re _171_ MOTION for Summary Judgment *and Certificate of Service* filed by EXXONMOBIL OIL CORPORATION. (Attachments: #_1_ Exhibit 1 (Part 1), #_2_ Exhibit 1 (Part 2), #_3_ Exhibit 2 (Part 1), #_4_ Exhibit 2 (Part 2), #_5_ Exhibit 3, #_6_ Exhibit 4, #_7_ Exhibit 5, #_8_ Exhibit 6, #_9_ Exhibit 7, #_10_ Exhibit 8)(MORRIS, HOWARD) (Entered: 02/03/2012) |
| 02/03/2012 | 242 | NOTICE by EXXONMOBIL OIL CORPORATION *Notice of Withdrawal of Deposition of Dr. Arnold Brody* (FANNING, DAVID) (Entered: 02/03/2012) |
| 02/03/2012 | 243 | REPLY to Response to Motion re _150_ MOTION for Summary Judgment *(Reply Memorandum In Support Of Defendant BP Amoco Chemical Companys Motion For Summary Judgment)* filed by BP AMOCO CHEMICAL COMPANY. (MARVEL, WAYNE) (Entered: 02/03/2012) |
| 02/03/2012 | 244 | MOTION to Strike _224_ Exhibit,,,, *the sham Declaration of Charles Krik* filed by OWENS–ILLINOIS INC..Certificate of Service. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exhibit D)(CASMERE, EDWARD) (Entered: 02/03/2012) |
| 02/03/2012 | 245 | REPLY to Response to Motion re _165_ MOTION for Summary Judgment filed by OWENS–ILLINOIS INC.. (CASMERE, EDWARD) (Entered: 02/03/2012) |
| 02/03/2012 | 246 | NOTICE by THE MARLEY–WYLAIN COMPANY of Withdrawal of Docket Number _238_ Reply Brief in Support of Motion for Summary Judgment.(ZAPOTOCNY, EMILY) Modified on 2/6/2012 (md). (Entered: 02/03/2012) |
| 02/03/2012 | 247 | Memorandum Defendant Weil–McLain's Rely in Support of Its Rule 56 Motion for Summary Judgment by THE MARLEY–WYLAIN COMPANY. (Attachments: #_1_ Text of Proposed Order) (ZAPOTOCNY, EMILY) (Entered: 02/03/2012) |
| 02/03/2012 | 248 | MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re _235_ Order, filed by CHARLES KRIK.Brief, Certificate of Service, Declaration. (Attachments: #_1_ Text of Proposed Order, #_2_ Exhibit A, #_3_ Exhibit B, #_4_ Brief, #_5_ Declaration, #_6_ Exhibit 1, #_7_ Exhibit 2, #_8_ Exhibit 3, #_9_ Exhibit 4, #_10_ Exhibit 5, #_11_ Exhibit 6, #_12_ Exhibit 7, #_13_ Exhibit 8, #_14_ Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/03/2012) |
| 02/06/2012 | 249 | STIPULATION by CHARLES KRIK re _168_ Motion for Summary Judgment. Stipulation that Union Carbide Corporation's Motion for Summary Judgment is Unopposed. (Attachments: #_1_ Text of Proposed Order)(CASCINO, MICHAEL) Modified on 2/7/2012 (md). (Entered: 02/06/2012) |
| 02/06/2012 | 250 | CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER PURSUANT TO 28 U.S.C.636(b)(1)(A) AND FEDERAL RULE OF CIVIL PROCEDURE 72(a). CERTIFICATE OF SERVICE (Attachments: #_1_ Exhibit, #_2_ Exhibit, #_3_ Exhibit, #_4_ Exhibit, #_5_ Exhibit, #_6_ Exhibit, #_7_ Exhibit, #_8_ Exhibit, #_9_ Exhibit) (dp, ) Modified on 2/8/2012 (ems). (Entered: 02/07/2012) |
| 02/08/2012 | 251 | ORDER THAT PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S 12/30/11 DISCOVERY ORDER ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/12. 2/9/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/09/2012) |
| 02/08/2012 | 252 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED BRIEF ON ASBESTOS EXPOSURE PROXIMATE CAUSATION LAW IS GRANTED AND ACCORDINGLY, PLAINTIFFS' AMENDED BRIEF IS DEEMED FILED, ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/8/2012;2/9/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/09/2012) |

| 02/08/2012 | 253 | *****STRICKEN PER THIS COURT'S ORDER, DOC. #349***** PLAINTIFFS' AMENDED BRIEF ON ASBESTOS EXPOSURE PROXIMATE CAUSATION LAW (tomg, ) Modified on 8/7/2012 (tomg, ). (Entered: 02/09/2012) |
|---|---|---|
| 02/10/2012 | 254 | RESPONSE in Opposition re 169 MOTION for Summary Judgment filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 21, # 7 Exhibit 22, # 8 Exhibit 23, # 9 Exhibit 24, # 10 Exhibit 25, # 11 Exhibit 26, # 12 Exhibit 27, # 13 Exhibit 28, # 14 Exhibit 29, # 15 Exhibit 30, # 16 Exhibit 31, # 17 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/10/2012) |
| 02/10/2012 | 255 | NOTICE by CHARLES KRIK of Withdrawal of 254 Response in Opposition to Crane Co.'s Motion For Summary Judgment. (CASCINO, MICHAEL) Modified on 2/13/2012 (md). (Entered: 02/10/2012) |
| 02/10/2012 | 256 | RESPONSE in Opposition re 169 MOTION for Summary Judgment filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 21, # 7 Exhibit 22, # 8 Exhibit 23, # 9 Exhibit 24, # 10 Exhibit 25, # 11 Exhibit 26, # 12 Exhibit 27, # 13 Exhibit 28, # 14 Exhibit 29, # 15 Exhibit 30, # 16 Exhibit 31, # 17 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/10/2012) |
| 02/14/2012 | 257 | DEFENDANTS' COMBINED MOTION AND BRIEF FOR SANCTIONS FOR THE FAILURE OF CASCINO VAUGHAN LAW OFFICES, DR.ALVIN SCHONFELD, DR. HENRY ANDERSON, AND DR.IBRAHIM SADEK TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S ORDERS. (SEE PAPER NO.8439 ON 01–MD–875 FOR COMPLETE DOCUMENTS PDF)(dp, ) (Entered: 02/14/2012) |
| 02/14/2012 | 258 | ORDER THAT PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION MUST BE FILED ON OR BEFORE 2/21/12. DEFENDANTS SHALL NOT FILE A REPLY WITHOUT THE PERMISSION OF THE COURT. AND IF DEFENDANTS CHOOSE TO SEEK LEAVE TO FILE A REPLY, SUCH A REQUEST MUST BE MADE ON OR BEFORE 2/23/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/14/2012 | 259 | ORDER THAT COUNSEL FOR PLAINTIFFS AND DESIGNATED MEMBERS OF THE DEFENSE LIAISON COUNCIL ARE COMPELLED TO APPEAR IN PHILADELPHIA ON 3/5/12 AT 9:30AM FOR A CONFERENCE ON COMPLIANCE WITH OUR AMENDED CASE MANAGEMENT AND SCHEDULING ORDER PERTAIN TO DRS. SCHONFELD, ANDERSON, AND SADEK OF 2/9/12 (SEE E.G; 08–89293 DOC.NO.96), AND ANY ISSUES ASSOCIATED WITH ANY OF OUR PREVIOUS ORDERS REGARDING THE PRODUCTION OF DOCUMENTS PERTAINING TO THESE DOCTORS. COUNSEL FOR ANY OTHER CONCERNED PARTIES MAY, BUT ARE NOT REQUIRED TO ATTEND. COUNSEL IN ATTENDANCE ARE EXPECTED TO RESERVE THE ENTIRE DAY FOR THE SESSION IN PHILADELPHIA. IF COUNSEL SO DESIRES, THE COURT WILL MAKE ITSELF AVAILABLE ON THIS DATE TO DISCUSS SETTLEMENT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/16/2012 | 260 | NON–PARTY WITNESS ALVIN SCHONFELD, D.O.'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS. (kah, ) Modified on 2/21/2012 (jelu, ). (Entered: 02/17/2012) |
| 02/17/2012 | 261 | ORDER THAT CRANE CO., SHALL FILE A REPLY AND/OR MOTION TO STRIKE PORTIONS OF PLAINTIFF'S RESPONSE BY WEDNESDAY, 2/22/2012. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/17/2012; 2/17/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/17/2012) |
| 02/17/2012 | 262 | RESPONSE to Motion re 248 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 235 Order, *Defendant BP Amoco Chemical Company's Response to Plaintiff's Amended Brief on Asbestos* |

| | | |
|---|---|---|
| | | *Expsoure Proximate Causation Law with Certificate of Service and Exhibits A and B* filed by BP AMOCO CHEMICAL COMPANY. (MARVEL, WAYNE) (Entered: 02/17/2012) |
| 02/17/2012 | 263 | MOTION for Extension of Time to File Response/Reply as to 239 MOTION to Strike 224 Exhibit,,,, *Declaration of Frank Parker*, 240 MOTION to Strike 224 Exhibit,,,, *Declaration of Charles Krik , UNCONTESTED* filed by CHARLES KRIK.Certificate of Counsel. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 02/17/2012) |
| 02/17/2012 | 264 | MOTION to Strike *and Substantive Response to Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law* filed by OWENS–ILLINOIS INC..Certificate of Service. (Attachments: # 1 Exhibits A–B, # 2 Proposed Order)(CASMERE, EDWARD) (Entered: 02/17/2012) |
| 02/17/2012 | 265 | MOTION for Extension of Time to File Response/Reply as to 263 MOTION for Extension of Time to File Response/Reply as to 239 MOTION to Strike 224 Exhibit,,,, *Declaration of Frank Parker*, 240 MOTION to Strike 224 Exhibit,,,, *Declaration of Charles Krik , UNCONTESTED*, 244 MOTION to Strike 224 Exhibit,,,, *the sham Declaration of Charles Krik* filed by CHARLES KRIK.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/17/2012) |
| 02/20/2012 | 266 | RESPONSE in Opposition re 240 MOTION to Strike 224 Exhibit,,,, *Declaration of Charles Krik* filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/20/2012) |
| 02/20/2012 | 267 | RESPONSE in Opposition re 244 MOTION to Strike 224 Exhibit,,,, *the sham Declaration of Charles Krik* filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/20/2012) |
| 02/20/2012 | 268 | RESPONSE in Opposition re 239 MOTION to Strike 224 Exhibit,,,, *Declaration of Frank Parker* filed by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/20/2012) |
| 02/21/2012 | 269 | MOTION for Leave to Add Rebuttal Expert Witness re 232 Order filed by CHARLES KRIK.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/21/2012) |
| 02/21/2012 | 270 | NOTICE by CHARLES KRIK of Withdrawal of 269 Motion for Leave to Add Rebuttal Expert Witness re 232 Order.(CASCINO, MICHAEL) Modified on 2/22/2012 (md). (Entered: 02/21/2012) |
| 02/21/2012 | 271 | MOTION for Leave to Add Rebuttal Expert Witness re 270 Notice (Other) filed by CHARLES KRIK.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Errata B, # 4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/21/2012) |
| 02/22/2012 | 272 | REPLY to Response to Motion re 169 MOTION for Summary Judgment *with Certificate of Service* filed by CRANE CO.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(ZUKOWSKI, MICHAEL) (Entered: 02/22/2012) |
| 02/22/2012 | 273 | PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS REGARDING PRODUCTION OF DOCUMENTS CONCERNING DOCTORS SCHONFELD, ANDERSON AND SADEK. FOR FULL PDF ATTACHMENTS SEE 08–88250 PAPER NUMBER 54. (kah, ) (Entered: 02/23/2012) |
| 02/22/2012 | 274 | PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE.(uh, ) (Entered: 02/23/2012) |

| 02/24/2012 | 275 | MOTION for Leave to File , *Instanter, a Reply in Support of Its Motion to Strike the Sham Declaration of Charles Krik (ECF No. 244)* filed by OWENS–ILLINOIS INC..Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit 1)(CASMERE, EDWARD) (Entered: 02/24/2012) |
| 02/24/2012 | 276 | REPLY to Response to Motion re 248 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re 235 Order, *Plaintiffs Reply Brief on Asbestos Exposure Proximate Causation Law* filed by CHARLES KRIK. (Attachments: # 1 Exhibit A)(CASCINO, MICHAEL) (Entered: 02/24/2012) |
| 02/24/2012 | 277 | MOTION for Leave to File filed by EXXONMOBIL OIL CORPORATION.Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Response to Plaintiff's Amended Brief on Asbestos Exposure Proximate Causation Law), # 3 Text of Proposed Order)(MORRIS, HOWARD) (Entered: 02/24/2012) |
| 02/27/2012 | 278 | REPLY to Response to Motion re 240 MOTION to Strike 224 Exhibit,,,, *Declaration of Charles Krik Certificate of Service* filed by EXXONMOBIL OIL CORPORATION. (Attachments: # 1 Exhibit A)(MORRIS, HOWARD) (Entered: 02/27/2012) |
| 02/27/2012 | 279 | REPLY to Response to Motion re 239 MOTION to Strike 224 Exhibit,,,, *Declaration of Frank Parker Certificate of Service* filed by EXXONMOBIL OIL CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(MORRIS, HOWARD) (Entered: 02/27/2012) |
| 02/28/2012 | 280 | DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR THE FAILURE OF CASCINO VAUGHAN LAW OFFICES, DR. ALVIN SCHONFELD, DR. HENRY ANDERSON, AND DR. IBRAHIM SADEK TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S ORDERS. (kah, ) (Entered: 02/28/2012) |
| 02/28/2012 | 281 | RESPONSE in Opposition re 271 MOTION for Leave to Add Rebuttal Expert Witness re 270 Notice (Other) *with Certificate of Service* filed by CRANE CO.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ZUKOWSKI, MICHAEL) (Entered: 02/28/2012) |
| 02/28/2012 | 282 | ORDER THAT THE MOTION FOR EXTENSION OF TIME IS GRANTED. PLAINTIFFS' RESPONSES TO OWENS–ILLINOIS MOTION TO STRIKE THE DECLARATION OF CHARLES KRIK SHALL NOW BE DUE ON OR BEFORE 2/20/2012. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/27/2012; 2/29/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/29/2012) |
| 02/28/2012 | 283 | ORDER THAT EXXONMOBIL OIL CORPORATION'S REPLIES TO PLAINTIFFS' RESPONSES TO EXXONMOBIL'S MOTIONS TO STRIKE DECLARATIONS OF FRANK PARKER AND CHARLES KRIK ARE DUE ON OR BEFORE 2/27/2012. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/27/2012; 2/29/2012 ENTERED AND COPIES MAILED, E–MAILED (tomg, ) (Entered: 02/29/2012) |
| 02/28/2012 | 284 | ORDER THAT THE UNCONTESTED MOTION FOR EXTENSION OF TIME IS GRANTED. PLAINTIFFS' RESPONSES TO EXXONMOBIL OIL'S MOTIONS TO STRIKE THE DECLARATIONS OF FRANK PETER AND CHARLES KRIK SHALL NOW BE DUE ON OR BEFORE 2/20/2012, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/27/2012; 2/29/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 02/29/2012) |
| 03/02/2012 | 285 | NOTICE by CBS CORPORATION *of Joinder in Crane Co.'s Response in Opposition to Plaintiff's Corrected Motion for Leave to Add Rebuttal Expert Witness* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 03/02/2012) |
| 03/02/2012 | 286 | NOTICE by CBS CORPORATION of Adoption of Co–Defendants' Motions in Limine and Other Pre–Trial Motions. (LAUTH, RICHARD) Modified on 3/5/2012 (md). (Entered: 03/02/2012) |

| 03/02/2012 | 287 | MOTION in Limine filed by CRANE CO..Motion in Limine to Exclude the "Each and Every Exposure" Opinion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(ZUKOWSKI, MICHAEL) (Entered: 03/02/2012) |
|---|---|---|
| 03/02/2012 | 288 | MOTION in Limine *to Bar Testimony of Arthur Frank and Frank Parker* filed by EXXONMOBIL OIL CORPORATION.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(MORRIS, HOWARD) (Entered: 03/02/2012) |
| 03/09/2012 | 289 | ORDER THAT A HEARING ON MOTIONS FOR SUMMARY JUDGMENT IN THIS CASE WILL BE HELD BEFORE JUDGE EDUARDO C. ROBRENO ON 5/8/2012 AT 10:00 A.M. IN COURTROOM 15A, JAMES A BYRNE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19106. IT IS FURTHER ORDERED THAT THIS CONFERENCE CONSTITUTES THE FINAL PRE–REMAND CONFERENCE IN EACH OF THESE CASES; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/8/2012. 3/9/2012 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 03/09/2012) |
| 03/09/2012 | 290 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO ADD REBUTTAL EXPERT WITNESS BRUCE WOODRUFF (DOC. NO. 271) IS GRANTED. IT IS FURTHER ORDERED THAT PLAINTIFF SHALL HAVE THIRTY (30) DAYS FROM RECEIPT OF THIS ORDER IN WHICH TO PRODUCE MR. WOODRUFF'S EXPERT REPORTS AND TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/8/2012. 3/9/2012 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 03/09/2012) |
| 03/09/2012 | 291 | NOTICE by CHARLES KRIK re 222 Notice (Other),,,, *Plaintiffs' Citation of Supplemental Authority Regarding Asbestos Exposure Proximate Causation Law* (Attachments: # 1 Wisconsin Court of Appeals Order of Unpublished Opinions, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/09/2012) |
| 03/13/2012 | 292 | NOTICE by CBS CORPORATION *Continuation Deposition of William LaPointe* (Attachments: # 1 Exhibit A)(LAUTH, RICHARD) (Entered: 03/13/2012) |
| 03/17/2012 | 293 | RESPONSE in Opposition re 288 MOTION in Limine *to Bar Testimony of Arthur Frank and Frank Parker*, 287 MOTION in Limine filed by CHARLES KRIK. (Attachments: # 1 Exhibit A, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Certificate of Service)(CASCINO, MICHAEL) (Entered: 03/17/2012) |
| 03/19/2012 | 294 | ORDER THAT DEFTS' MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/16/2012;3/19/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 03/19/2012) |
| 03/19/2012 | 295 | REPLY IN SUPPORT OF ITS MOTION TO STRIKE THE SHAM DECLARATION OF CHARLES KRIK filed by OWENS–ILLINOIS INC.. (Attachments: # 1 EX. 1)(tomg, ) (Entered: 03/19/2012) |
| 03/20/2012 | 296 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IS DENIED AS MOOT. DEFENDANTS' MOTIONS FOR SANCTIONS IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/6/12. 3/20/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 03/20/2012) |
| 03/23/2012 | 297 | REPLY to Response to Motion re 287 MOTION in Limine *to Exclude the "Each and Every Exposure" Opinion, with Certificate of Service* filed by CRANE CO.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(ZUKOWSKI, MICHAEL) (Entered: 03/23/2012) |

| 03/23/2012 | 298 | REPLY to Response to Motion re 288 MOTION in Limine *to Bar Testimony of Arthur Frank and Frank Parker Certificate of Service* filed by EXXONMOBIL OIL CORPORATION. (MORRIS, HOWARD) (Entered: 03/23/2012) |
|---|---|---|
| 03/29/2012 | 299 | CERTAIN DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY ALVIN SCHONFELD,D.O. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(dp, ) (Entered: 03/29/2012) |
| 04/09/2012 | 300 | NOTICE by CHARLES KRIK *of Stipulation of Voluntary Dismissal of Defendant CBS Corporation* (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 04/09/2012) |
| 04/11/2012 | 301 | ORDER THAT DEFENDANTS MAY FILE REPLIES TO ANY RESPONSES TO THEIR MOTION FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY ALVIN SCHONFELD, D.O (E.G.08–88250 NO.60) BY 4/18/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/11/12. 4/11/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 04/11/2012) |
| 04/11/2012 | 302 | NON–PARTY WITNESS ALVIN SCHONFELD, D.O.'S OPPOSITION TO DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES (Attachments: # 1 Exhibit A, # 2 Exhibit B)(stwe, ) (Entered: 04/12/2012) |
| 04/11/2012 | 303 | ORDER THAT ALL CLAIMS INCLUDING CROSS–CLAIMS AGAINST DEFT, CBS CORPORATION, ARE HEREBY DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/11/2012; 4/12/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 04/12/2012) |
| 04/12/2012 | 304 | PLAINTIFFS' RESPONSE TO DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY DR. ALVIN SCHONFELD. (SEE PAPER NO. 8533 ON 01–MD–875 FOR COMPLETE PDF) (stwe, ) (Entered: 04/13/2012) |
| 04/16/2012 | 305 | PLAINTIFFS' MOTION AND MEMORANDUM TO SEAL EXHIBIT "D" ATTACHED TO PLAINTIFFS' RESPONSE TO DEFENDANTS' COMBINED MOTION AND BRIEF FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY DR. ALVIN SCHONFELD FILED 4/11/2012. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(stwe, ) (Entered: 04/16/2012) |
| 04/17/2012 | 306 | ORDER THAT ALL CLAIMS AGAINST DEFENDANT CBS CORPORATION INCLUDING ALL CROSS CLAIMS ARE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/16/12. 4/17/12 ENTERED AND COPIES MAILED, E–MAILED.(mbh, ) (Entered: 04/17/2012) |
| 04/19/2012 | 307 | CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY ALVIN SCHONFELD, D.O. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (stwe, ) (Entered: 04/19/2012) |
| 04/23/2012 | 308 | CERTAIN DEFENDANTS' RESPONSE TO CVLO'S MOTION TO SEAL EXHIBIT "D" TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY DR. ALVIN SCHONFELD (Attachments: # 1 Exhibit A)(stwe, ) (Entered: 04/23/2012) |
| 04/24/2012 | 309 | ORDER THAT THE MOTION TO QUASH SUBPOENA FILED BY CORN PRODUCTS IS GRANTED AS UNOPPOSED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/24/2012;4/25/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 04/25/2012) |

| 04/27/2012 | [310](#) | PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/2012. (SEE PAPER #8551 ON 01–MD–875 FOR PDF AND CASE LIST)(stwe, ) (Entered: 04/27/2012) |
| 04/30/2012 | [311](#) | ORDER THAT THE FINAL PRE–REMAND CONFERENCE AND ORAL ARGUMENT ON OPPOSED MOTIONS FOR SUMMARY JUDGMENT IN THIS CASE WILL BE FRIDAY, 5/11/2012 AT 10:00 A.M., IN COURTROOM 15A, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/30/2012; 4/30/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 04/30/2012) |
| 05/01/2012 | [312](#) | PLAINTIFFS' REPLY TO CERTAIN DEFENDANTS' RESPONSE TO CVLO'S MOTION TO SEAL EXHIBIT "D" TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY DR. ALVIN SCHONFELD (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Certificate of Service) (stwe, ) (Entered: 05/01/2012) |
| 05/02/2012 | [313](#) | PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE.CERTIFICATE OF SERVICE (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit)(dp, ) (Entered: 05/02/2012) |
| 05/03/2012 | [314](#) | ORDER THAT DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/12 (E.G. 08–88250 DOC.68) AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (E.G. 08–88250 DOC.71) SHALL BE CONSOLIDATED INTO ONE RESPONSE BRIEF AND SHALL BE DUE BY 5/9/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/3/12. 5/4/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 05/04/2012) |
| 05/07/2012 | [315](#) | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/7/2012; 5/7/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 05/07/2012) |
| 05/07/2012 | [316](#) | Memorandum re [169](#) MOTION for Summary Judgment *Crane Co.'s memorandum of Law on An Equipment Manufacturer's Duty under Illinois Law, with Certificate of Service* filed by CRANE CO.. (ZUKOWSKI, MICHAEL) (Entered: 05/07/2012) |
| 05/07/2012 | [317](#) | Memorandum of Law re [311](#) Order, *Plaintiff's Supplemental Briefing on Bare Metal Defense Under Illinois Law* by CHARLES KRIK. (Attachments: # [1](#) Declaration, # [2](#) Exhibit 1, # [3](#) Certificate of Service) (CASCINO, MICHAEL) (Entered: 05/07/2012) |
| 05/08/2012 | [318](#) | ORDER THAT THE MOTION FOR PROTECTIVE ORDER TO PROHIBIT CERTAIN ACTIONS AGAINST EXPERT WITNESSES BY ALVIN SCHONFELD, D.O.," IS DENIED WITHOUT PREJUDICE. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/8/2012. (Attachments: # 1 Case List, # 2 Certificate of Service) 5/8/2012 ENTERED AND COPIES MAILED, E–MAILED(stwe, ) (Entered: 05/09/2012) |
| 05/10/2012 | [319](#) | Memorandum of Law re [171](#) MOTION for Summary Judgment, [150](#) MOTION for Summary Judgment , *Plaintiff's Brief on Illinois Premise Owner Liability* filed by CHARLES KRIK. (Attachments: # [1](#) Certificate of Service)(CASCINO, MICHAEL) (Entered: 05/10/2012) |
| 05/10/2012 | [320](#) | NOTICE by CHARLES KRIK *of Plaintiff's Anticipated Disposition Prior to Final Pre–Remand Conference* (Attachments: # [1](#) Certificate of Service)(CASCINO, MICHAEL) (Entered: 05/10/2012) |
| 05/10/2012 | [321](#) | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit)(dp, ) (Entered: 05/10/2012) |

| 05/10/2012 | 322 | CERTAIN DEFENDANTS' COMBINED RESPONSE TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED 4/12/2012 AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D1, #_5 Exhibit D2, #_6 Exhibit D3, #_7 Exhibit D4, #_8 Exhibit E, #_9 Exhibit F1, #_10 Exhibit F2, #_11 Exhibit F3, #_12 Exhibit F4, #_13 Exhibit F5, #_14 Exhibit F6, #_15 Exhibit F7, #_16 Exhibit G, #_17 Exhibit H, #_18 Exhibit I)(stwe, ) (Entered: 05/10/2012) |
| 05/15/2012 | 323 | ORDER THAT THE MOTIONS FOR SUMMARY JUDGMENT OF DEFT, MARLEY–WYLAIN (DOC. #130 AND #175) ARE DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/14/2012;5/15/2012 ENTERED AND COPIES MAILED, E–MAILED, ) (Entered: 05/15/2012) |
| 05/15/2012 | 324 | ORDER THAT THE MOTION TO STRIKE OF DEFT OWENS–ILLINOIS (DOC. #244) IS DENIED; AND THE MOTION FOR SUMMARY JUDGMENT OF DEFT OWENS–ILLINOIS (DOC. #165) IS ALSO DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/14/2012;5/15/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 05/15/2012) |
| 05/15/2012 | 325 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFT, CRANE CO. (DOC. #169) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/15/2012;5/15/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 05/15/2012) |
| 05/15/2012 | 326 | Memorandum of Law re_248 MOTION For Leave to File Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causaton Law re_235 Order, *Plaintiffs' Supplemental Brief Regarding Illinois Proximate Causation Law and the Appellate Case of Zickuhr v. Ericsson* filed by CHARLES KRIK. (Attachments: #_1 Exhibit A, #_2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 05/15/2012) |
| 05/16/2012 | 327 | ORDER THAT THE MOTION TO STRIKE OF DEFT, EXXONMOBIL OIL CORP. (DOC. #240) IS GRANTED. THE MOTION FOR SUMMARY JUDGMENT OF DEFT, EXXONMOBIL OIL CORP. (DOC. #171) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/16/2012;5/16/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 05/16/2012) |
| 05/16/2012 | 328 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFT, BP AMOCO CHEMICAL (DOC. #150) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/16/2012;5/16/2012 ENTERED AND COPIES MAILED, E–MAILED (tomg, ) (Entered: 05/16/2012) |
| 05/22/2012 | 329 | AGREED PROPOSED ORDER of Voluntary Dismissal filed by JOHN J MARONEY &COMPANY.(MACCABE, EDWARD) Modified on 5/23/2012 (md). (Entered: 05/22/2012) |
| 05/29/2012 | 330 | ORDER THAT PLAINTIFF'S OBJECTIONS TO SCHEDULING ORDERS ENTERED APRIL 12, 2012, LISTED IN EXHIBIT "A," ATTACHED, ARE OVERRULED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/25/2012. 5/29/2012 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 05/29/2012) |
| 05/29/2012 | 331 | MOTION for Reconsideration re_325 Order on Motion for Summary Judgment filed by CRANE CO..Crane Co.'s Motion for Reconsideration, with Certificate of Service. (Attachments: #_1 Errata A)(ZUKOWSKI, MICHAEL) (Entered: 05/29/2012) |
| 05/30/2012 | 332 | Transcript of Telephonic Motion Hearing held on 2/17/2012, before Judge STRAWBRIDGE. Court Reporter/Transcriber C. HENRY.. (tomg, ) (Entered: 05/30/2012) |
| 05/30/2012 | 333 | AGREED ORDER OF VOLUNTARY DISMISSAL OF DEFT, JOHN J. MARONEY &COMPANY WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/30/2012; 5/31/2012 ENTERED AND COPIES MAILED, E–MAILED (tomg, ) (Entered: 05/31/2012) |
| 06/12/2012 | 334 | RESPONSE in Opposition re_331 MOTION for Reconsideration re_325 Order on Motion for Summary Judgment filed by CHARLES KRIK. (Attachments: #_1 Text of Proposed Order, #_2 Certificate of Service)(CASCINO, MICHAEL) (Entered: |

| | | 06/12/2012) |
|---|---|---|
| 06/18/2012 | 335 | PLAINTIFFS' MOTION TO MODIFY AND/OR CLARIFY DEPOSITION PROTOCOL (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(dp, ) (Entered: 06/20/2012) |
| 06/27/2012 | 336 | CERTAIN DEFENDANTS' COMBINED MOTION AND MEMORANDUM OF LAW TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES. CERTIFICATE OF SERVICE.(SEE DOC NO. 8638 IN 01–MD–875 FOR COMPLETE SET OF EXHIBITS)(dp, ) (Entered: 06/27/2012) |
| 07/03/2012 | 337 | OWENS–ILLINOIS, INC.'S JOINDER IN GEORGIA–PACIFIC LLC F/K/A GEORGIA–PACIFIC CORP.'S RESPONSE TO PLAINTIFFS' MOTION TO MODIFY AND/OR CLARIFY DEPOSITION PROTOCOL. (Attachments: # 1 Exhibit, # 2 Exhibit)(dp, ) (Entered: 07/03/2012) |
| 07/09/2012 | 338 | NOTICE by OWENS–ILLINOIS INC. *OF INTENT TO FILE OR JOIN IN DAUBERT MOTION* (WATSON, BRIAN) (Entered: 07/09/2012) |
| 07/10/2012 | 339 | PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE "CERTAIN DEFENDANTS' COMBINED MOTION AND MEMORANDUM OF LAW TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES." (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(dp, ) (Entered: 07/10/2012) |
| 07/10/2012 | 340 | ORDER THAT THE MOTION FOR EXTENSION OF TIME IS DENIED WITHOUT PREJUDICE. PLAINTIFFS MAY, IF APPROPRIATE, RESPOND FURTHER DURING OR AFTER THE ORAL ARGUMENT SCHEDULED FOR 7/13/12 IN PHILADELPHIA.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/10/12. 7/11/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/11/2012) |
| 07/13/2012 | 341 | PLAINTIFF'S RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES. (SEE PAPER NO. 8657 ON 01–MD–875 FOR COMPLETE DOCUMENT PDF)(kp, ) (Entered: 07/13/2012) |
| 07/13/2012 | 344 | ORDER THAT THE MOTION TO MODIFY AND/OR CLARIFY THE DEPOSITION PROTOCOL IS DENIED WITHOUT PREJUDICE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/13/12. 7/16/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/16/2012) |
| 07/16/2012 | 342 | TRANSCRIPT of SUMMARY JUDGMENT MOTIONS held on 5/11/2012, before Judge ROBRENO. Court Reporter/Transcriber J. LUCINI. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/6/2012. Redacted Transcript Deadline set for 8/16/2012. Release of Transcript Restriction set for 10/15/2012. (tomg, ) (Entered: 07/16/2012) |
| 07/16/2012 | 343 | Notice of Filing of Official Transcript with Certificate of Service re 342 Transcript – PDF, 7/16/2012 Entered and Copies Emailed and Mailed.. (tomg, ) (Entered: 07/16/2012) |
| 07/17/2012 | 345 | ORDER THAT CERTAIN DEFENDANTS' MOTION TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES IS DENIED. GENERAL ELECTRIC'S MOTION TO STRIKE IS DENIED. GEORGIA–PACIFIC LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 ARE GRANTED IN PART. (SEE ATTACHED). INLAND INC.'S MOTION TO STRIKE IS GRANTED AND THE SUPPLEMENTAL INTERROGATORY ANSWERS ARE STRUCK. OWENS–ILLINOIS, INC'S MOTIONS TO STRIKE ARE GRANTED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/17/12. 7/18/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/18/2012) |

| 07/17/2012 | 346 | ORDER THAT NO MOTIONS STYLED AS MOTIONS IN LIMINE SHALL BE FILED IN ANY OF THE CASCINO VAUGHAN LAW OFFICES CASES IN MDL–875. NOTWITHSTANDING THE FOREGOING, ANY PARTY WHO BELIEVES THAT ANY PARTICULAR CASE PRESENTS A LIMINE ISSUE THAT WOULD HAVE A CASE DISPOSITIVE EFFECT, MUST PRESENT SUCH ISSUE TO THE COURT AS A MOTION FOR SUMMARY JUDGEMENT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/17/12. (Attachments: # 1 Exhibit) 7/18/12 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 07/18/2012) |
| --- | --- | --- |
| 08/03/2012 | 347 | ORDER THAT THE COURT WILL NOT ADOPT PLAINTIFFS' SUGGESTIONS REGARDING AMENDING THE SCHEDULING ORDERS OR THE DEPOSITION PROTOCOL FOUND IN THEIR 7/27/2012 SUBMISSION OR THEIR PREVIOUSLY DENIED MOTION TO MODIFY AND/OR CLARIFY THE DEPOSITION PROTOCOL. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/3/2012. (Attachments: # 1 Case List) 8/3/2012 ENTERED AND COPIES MAILED, E–MAILED.(stwe, ) (Entered: 08/03/2012) |
| 08/03/2012 | 348 | ORDER THAT THE 4/11/12 CASE MANAGEMENT AND SCHEDULING ORDER PERTAINING TO DRS. SCHONFELD, ANDERSON, AND SADEK IS VACATED AND THE CASE MANAGEMENT AND SCHEDULING ORDER OTHERWISE APPLICABLE TO EACH CASE SHALL CONTROL ALL DEADLINES, SUBJECT ONLY TO PARAGRAPH (4) WITHIN.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/3/12. (Attachments: # 1 Exhibit) 8/3/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 08/03/2012) |
| 08/06/2012 | 349 | ORDER THAT DEFT OWENS–ILLINOIS, INC.'S MOTION TO STRIKE FILED ON 2/17/2012 IS GRANTED, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/3/2012.8/6/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 08/06/2012) |
| 09/06/2012 | 350 | ORDER THAT THE COURT WILL HOLD A TELEPHONIC ORAL ARGUMENT AT 2PM ON 9/14/12 ON ALL PENDING MOTIONS TO STRIKE INTERROGATORY RESPONSES.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/6/12. 9/7/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 09/07/2012) |
| 09/27/2012 | 351 | NOTICE OF Deposition from Charles Krik filed by CRANE CO...(KASPER, JAMES) Modified on 9/28/2012 (uh, ). (Entered: 09/27/2012) |
| 09/28/2012 | 352 | ORDER THAT BEFORE FILING A MOTION TO EXTEND AN EXPERT DISCOVERY DEADLINE, THE PARTIES SHALL MAKE A GOOD FAITH ATTEMPT TO WORK OUT AN AGREEMENT BETWEEN THEMSELVES; THAT IF A MOTION FOR EXTENSION IS NECESSARY, WITHIN 24 HOURS OF BEING FILED, THE OPPOSING PARTY SHALL EMAIL JOEL LANG AND STATE WHETHER THAT PARTY WILL FILE A RESPONSE TO THE MOTION; AND THAT IF THE OPPOSING PARTY OPTS TO FILE A RESPONSE, IT MUST BE FILED WITHIN THREE DAYS AFTER THE MOTION IS FILED; ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/28/2012. 9/29/2012 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 09/29/2012) |
| 10/01/2012 | 353 | NOTICE of Cancellation of Deposition from Charles Krik filed by CRANE CO. (KASPER, JAMES) Modified on 10/3/2012 (lisad, ). (Entered: 10/01/2012) |
| 11/06/2012 | 354 | ORDER THAT THE MOTION TO WITHDRAW ROBERT MATTHEW SCHROEDER AS COUNSEL LISTED IN EXHIBIT "A," ATTACHED, IS GRANTED IN PART AND DENIED IN PART.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/6/12. 11/7/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/07/2012) |
| 11/16/2012 | 355 | MEMORANDUM AND/OR OPINION. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2012. 11/19/2012 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 11/19/2012) |

| 11/16/2012 | 356 | MEMORANDUM AND/OR OPINION ORDER THAT ALL MOTIONS FOR JOINDER ARE GRANTED. CBS CORPORATIONS MOTION FOR SANCTIONS ARE DENIED. THE REMAINING MOTIONS LISTED IN THIS ORDER ARE GRANTED IN PART AS DESCRIBED IN THE ATTACHED MEMORANDUM IN THAT ALL INTERROGATORY RESPONSES WHICH WERE NOT VERIFIED BY THE PLAINTIFFS ARE STRUCK AND ALL OTHER RELIEF REQUESTED IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2012. 11/19/2012 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 11/19/2012) |
|---|---|---|
| 11/21/2012 | 357 | Plaintiff's Request for Ruling on Crane Company's Motion for Reconsideration Dated May 29, 2012, and for Remand by CHARLES KRIK. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Certificate of Service)(MCCOY, ROBERT) Modified on 11/27/2012 (uh, ). (Entered: 11/21/2012) |
| 12/05/2012 | 358 | STIPULATION of Dismissal by AW CHESTERTON. (CINCILLA, JASON). (FOWARDED TO JUDGE FOR APPROVAL). Modified on 12/6/2012 (ahf, ). (Entered: 12/05/2012) |
| 12/05/2012 | 359 | RESPONSE in Opposition re 357 MOTION for Order *Crane Co.'s Response to Plaintiff's Motion Requesting a Ruling on Crane Co.'s Motion for Reconsideration, with Certificate of Service* filed by CRANE CO.. (ZUKOWSKI, MICHAEL) (Entered: 12/05/2012) |
| 12/06/2012 | 360 | STIPULATION AND ORDER THAT THE PLAINTIFFS' CLAIMS AGAINST A.W. CHESTERTON COMPANY IN THE ABOVE−CAPTIONED CASES ARE DISMISSED WITH EACH PARTY TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/6/2012. 12/7/2012 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 12/07/2012) |
| 01/11/2013 | 361 | MOTION for Leave to File *Reply Brief re:Defendant Crane Companys Response to Plaintiffs Motion Requesting a Ruling on Crane Companys Motion for Reconsideration dated May 29, 2012 and for Remand* filed by CHARLES KRIK.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(MCCOY, ROBERT) (Entered: 01/11/2013) |
| 01/16/2013 | 362 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF TO CRANE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION REQUESTING A RULING ON CRANE COMPANY'S MOTION FOR RECONSIDERATION DATED 5/29/2012 AND FOR REMAND IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/15/2013.1/16/2013 ENTERED AND COPIES MAILED, E−MAILED.(tomg, ) (Entered: 01/16/2013) |
| 01/24/2013 | 363 | PLAINTIFFS' AMENDED STATEMENT ON EXPERT WITNESS REPORTS. Certificate of Service. (SEE PAPER # 8803 IN 01−MD−875 FOR COMPLETE DOCUMENT PDF). (ems) (Entered: 01/25/2013) |
| 02/07/2013 | 364 | MOTION to Strike *Plaintiff's Reports of Experts Kenneth S. Garza and Stephen Kenoyer* filed by OWENS−ILLINOIS INC..Memorandum. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Order)(STUDEBAKER, JENNIFER) (Entered: 02/07/2013) |
| 02/07/2013 | 365 | ORDER THAT THE MOTION FOR RECONSIDERATION OF DEFENDANT CRANE CO. IS DENIED. THE MOTION FOR ORDER OF PLAINTIFFS IS TERMINATED; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/13. 2/8/13 ENTERED AND COPIES MAILED, E−MAILED.(jl, ) (Entered: 02/08/2013) |
| 02/07/2013 | 366 | ORDER THAT THE MOTIONS IN LIMINE AND DISCOVERY MOTIONS LISTED IN EXHIBIT "A", ATTACHED, ARE DENIED WITHOUT PREJUDICE, WITH LEAVE TO RE−FILE IN THE TRANSFEROR COURT FOLLOWING REMAND. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/2013.2/8/2013 ENTERED AND COPIES MAILED AND E−MAILED.(amas) (Entered: 02/08/2013) |

| 02/19/2013 | 367 | MOTION for Extension of Time to File Response/Reply *to Motions to Strike Plaintiffs Amended Statement on Expert Witness Reports* filed by CHARLES KRIK.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/19/2013) |
|---|---|---|
| 02/20/2013 | 368 | ORDER THAT PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO STRIKE PLAINTIFF'S AMENDED STATEMENT ON EXPERT WITNESS REPORTS IS GRANTED. PLAINTIFFS SHALL RESPOND TO THE FOLLOWING MOTIONS LISTED HEREIN ON OR BEFORE 2/27/13.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/20/13. 2/20/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/20/2013) |
| 02/21/2013 | 369 | MOTION for Joinder *IN OWENS–ILLINOIS, INC. D/B/A O–IS COMBINED MOTION AND MEMORANDUM TO STRIKE PLAINTIFFS REPORTS OF EXPERTS KENNETH S. GARZA AND STEPHEN KENOYER* filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: # 1 Certificate of Service)(ZAPOTOCNY, EMILY) (Entered: 02/21/2013) |
| 02/27/2013 | 370 | NOTICE by CHARLES KRIK re 363 Statement *OF WITHDRAWAL* (MCCOY, ROBERT) (Entered: 02/27/2013) |
| 02/28/2013 | 371 | ORDER THAT ALL RELATED JOINDERS AS WELL AS THE MOTIONS TO STRIKE ARE GRANTED. THE 1/21/2013 EXPERT REPORTS FROM KENNETH S. GARZA AND STEPHEN KENOYER ARE STRUCK FROM THESE TWO CASES. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/28/2013.2/28/2013 ENTERED AND COPIES MAILED AND E–MAILED.(stwe, ) (Entered: 02/28/2013) |
| 03/01/2013 | 372 | ORDER THAT THE MOTION TO STRIKE OF DEFENDANT OWENS–ILLINOIS IS HEREBY DENIED AS MOOT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/28/2013. 3/7/2013 ENTERED AND COPIES MAILED, E–MAILED.(kp, ) (Entered: 03/07/2013) |
| 03/11/2013 | 373 | CERTAIN DEFENDANTS' COMBINED MOTION AND SUPPORTING MEMORANDUM TO BAR THOSE WITNESSES INCLUDED IN CASCINO VAUGHAN LAW OFFICES' "SITE WORKERS BY JOB SITES FOR IL &WI JOB SITES" AND "SITE WORKER PAST TESTIMONY BY JOBSITE FOR IL &WI JOB SITES," WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN THE CVLO "TOP TEN", GROUPS 1 &2 A, B AND C CASES, AND CVLO 4 THROUGH 7, AND ALL SUPPLEMENTS TO THE SAME. Certificate of Service, Exhibits. (FOR COMPLETE COPY OF EXHIBITS, SEE PAPER # 131 IN C.A. 08–88411). (ems) (Entered: 03/11/2013) |
| 03/12/2013 | 380 | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER. CERTIFICATE OF SERVICE (Attachments: # 1 Text of Proposed Order, # 2 CERTIFICATE OF SERVICE, # 3 CASE LIST)(dp, ) (Entered: 04/16/2013) |
| 03/13/2013 | 374 | MOTION AND ORDER THAT ATTORNEY JOHN ANTHONY FONSTAD IS WITHDRAWN AS COUNSEL AND ATTORNEY JEFFREY MICHAEL SCHIEBER IS SUBSTITUTED FOR GENERAL ELECTRIC COMPANY. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/12/13. 3/20/2013 ENTERED AND COPIES E–MAILED. (mas, ) (Entered: 03/20/2013) |
| 03/20/2013 | 375 | MOTION for Joinder *in CERTAIN DEFENDANTS' COMBINED MOTION AND SUPPORTING MEMORANDUM TO BAR THOSE WITNESSES INCLUDED IN CASCINO VAUGHAN LAW OFFICES' "SITE WORKERS BY JOB SITES FOR IL &WI JOB SITES" AND "SITE WORKER PAST TESTIMONY BY JOBSITE FOR IL &WI JOB SITES," WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN THE CVLO "TOP TEN", GROUPS 1 &2 A, B AND C CASES, AND CVLO 4 THROUGH 7, AND ALL SUPPLEMENTS TO THE SAME* filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: # 1 Certificate of Service)(ZAPOTOCNY, EMILY) (Entered: 03/20/2013) |

| 03/27/2013 | 376 | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANT'S MOTION TO BAR CVLO SITE WORKERS BY JOB–SITES BY JOB–SITES FOR IL &WI JOB–SITES AND SITE WORKER PAST TESTIMONY BY JOB–SITE FOR IL &WI JOB–SITES. (Attachments: #_1 Text of Proposed Order, #_2 Exhibit A, #_3 Declaration, #_4 Exhibit 1, #_5 Exhibit 2, #_6 Exhibit 3, #_7 Certificate of Service) (aeg, ) (Entered: 03/27/2013) |
| 04/01/2013 | 377 | CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER. MEMORANDUM IN SUPPORT. CERTIFICATE OF SERVICE. (SEE 08–88411 DOC. NO. 135 FOR COMPLETE EXHIBIT PDF) (Attachments: #_1 Memorandum, #_2 Text of Proposed Order)(dp, ) (Entered: 04/01/2013) |
| 04/01/2013 | 378 | ORDER THAT ALL RELATED MOTIONS FOR JOINDER ARE GRANTED. THE MOTION TO BAR IS GRANTED AND THE WITNESSES DISCLOSED ON THE "SITE WORKER BY JOB SITES" AND "SITE WORKER PAST TESTIMONY" LISTS AND ALL SUPPLEMENTS THERETO ARE BARRED FROM TESTIFYING AT THE TIME OF TRIAL OR FROM OFFERING AFFIDAVITS OR DECLARATIONS IN OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTIONS, UNLESS THOSE WITNESSES WERE OTHERWISE PROPERLY DISCLOSED. SPRINKMANN AND SONS CORPORATION OF ILLINOIS' "MOTION TO STRIKE DECLARATION OF BARRY HAMMONDS AND/OR MOTION TO ADOPT DEFENDANTS' MOTION AND MEMORANDUM TO BAR WITNESSES FILED ON 3/11/13" (08–90287 DOCS.253 &258) IS GRANTED IN THAT WE ALLOW IT TO ADOPT AND JOIN IN THE MOTION TO BAR.. SIGNED BY HONORABLE DAVID R. STRAWBRIDGE ON 4/1/13. (Attachments: # 1 CASE LIST) 4/2/13 ENTERED AND COPIES MAILED AND E–MAILED.(dp, ) (Entered: 04/02/2013) |
| 04/16/2013 | 379 | MOTION for Joinder *in CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND SUPPORTING MEMORANDUM* filed by THE MARLEY–WYLAIN COMPANY.Certificate of Service. (Attachments: #_1 Certificate of Service)(ZAPOTOCNY, EMILY) (Entered: 04/16/2013) |
| 04/16/2013 | 381 | PLAINTIFFS' OBJECTIONS TO ORDER OF 4/1/13. CERTIFICATE OF SERVICE (Attachments: #_1 Text of Proposed Order, #_2 COS, #_3 CASE LIST) (dp, ) (Entered: 04/16/2013) |
| 04/16/2013 | 382 | ORDER THAT ALL RELATED JOINDERS ARE GRANTED. THE MOTION FOR PROTECTIVE ORDER IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/16/13. (Attachments: #_1 C.O.S, #_2 CASE LIST) 4/17/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 04/17/2013) |
| 04/18/2013 | 383 | NOTICE of Withdrawal 381 Memorandum filed by CHARLES KRIK.Certificate of Service. (Attachments: #_1 Certificate of Service)(MCCOY, ROBERT) Modified on 4/19/2013 (lisad, ). (Entered: 04/18/2013) |
| 04/23/2013 | 384 | ORDER THAT DOCUMENT NUMBER 381 (PLAINTIFF'S OBJECTION TO ORDER OF 4/1/2013) IS HEREBY WITHDRAWN BY PLAINTIFF CHARLES KRIK; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/22/2013. 4/23/2013 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 04/23/2013) |
| 04/30/2013 | 385 | CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE COURT'S 4/1/13 ORDER. CERTIFICATE OF SERVICE. (Attachments: #_1 CASE LIST, #_2 ORDER) (dp, ) (Entered: 04/30/2013) |
| 04/30/2013 | 386 | ORDER THAT THE OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S ORDER OF APRIL 1, 2013, WHICH GRANTED CERTAIN DEFENDANTS' MOTION TO BAR TESTIMONY OF PEOPLE LISTED IN THE CVLO "MASTER SITEWORKER" AND "MASTER SITEWORKER PAST TESTIMONY" LISTES "UNLESS THOSE WITNESSES WERE OTHERWISE PROPERLY DISCLOSED[,]" ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/30/13. 5/1/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 05/01/2013) |

| | | |
|---|---|---|
| 05/01/2013 | 387 | ORDER THAT THE COURT SUGGESTS THAT THE ABOVE−CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/1/2013. 5/1/2013 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 05/01/2013) |
| 05/14/2013 | 388 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this order except the severed damages claims be remanded to their respective transferor courts: IL−N 1:10−7435; CA−N 4:06−163, 3:09−363. (See Paper # 8851 in 01−md−875). (tjd) (Entered: 05/14/2013) |
| 05/14/2013 | | Certified copy of Conditional Remand Order along with a copy of the Docket E−mailed to the Northern District of Illinois. (tjd) (Entered: 05/14/2013) |
| 11/21/2013 | | The sum of $ 500 deposited into the Registry of the Court RE: Services of Special Master McGovern. (kp, ) (Entered: 11/21/2013) |
| 03/10/2014 | 389 | ORDER GRANTING GENERAL ELECTRIC COMPANY'S MOTION TO WITHDRAW ATTORNEY APPEARANCE AND SUBSTITUTE ATTORNEY OF RECORD. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/7/2014. 3/11/2014 ENTERED AND COPIES MAILED TO COUNSEL, E−MAILED.(jmg, ) (Entered: 03/11/2014) |