**Attachment 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | Civil Action NO. MDL 875 |
| LLOYD ANDERSON,           Plaintiff, v. A.W. CHESTERSTON COMPANY, et al.,           Defendants. | ) ) ) ) ) ) ) | PA-ED Case No. 2:11-cv-63482-ER *Trans. from WI-ED Case No. 11-00061* |
| GERALD F. BUSHMAKER,           Plaintiff, v. A.W. CHESTERSTON COMPANY, et al.,           Defendants. | ) ) ) ) ) ) ) ) | PA-ED Case No. 2:10-cv-61116-ER *Trans. from WI-WD Case No. 09-00726* |
| CECIL L. DILLMAN,           Plaintiff, v. AP GREEN REFRACTORIES CO et al.,           Defendants. | ) ) ) ) ) ) ) | PA-ED Case No. 2:08-cv-91767-ER *Trans. from IL-CD Case No. 91-02477* |
| PAUL W GEHRT,           Plaintiff, v. AC AND S INC et al.,           Defendants. | ) ) ) ) ) ) ) | PA-ED Case No. 2:08-cv-92066-ER *Trans. from IL-CD Case No. 96-02071* |
| MARION J GOEKEN,           Plaintiff, v. AC AND S INC et al.,           Defendants. | ) ) ) ) ) ) ) | PA-ED Case No. 2:10-cv-68122-ER *Trans. from IL-CD Case No. 99-01263* |
| LARRY A KINSER,           Plaintiff, v. ANCHOR PACKING COMPANY et al.,           Defendants. | ) ) ) ) ) ) ) ) | PA-ED Case No. 2:08-cv-92034-ER *Trans. from IL-CD Case No. 94-02282* |

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
|     Plaintiff, | ) | PA-ED Case No. 2:08-cv-91296-ER |
| v. | ) | *Trans. from IN-ND Case No.* 01-00242 |
| AC AND S INC et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| JOSEPH E PLEAUGH, | ) | |
|     Plaintiff, | ) | PA-ED Case No. 2:11-cv-63519-ER |
| v. | ) | *Trans. from WI-ED Case No.* 11-00086 |
| A.W. CHESTERSTON COMPANY, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| DEON W. WRIGHT, | ) | |
|     Plaintiff, | ) | PA-ED Case No. 2:11-cv-66748-ER |
| v. | ) | *Trans. from IL-ND Case No.* 11-CV-01954 |
| A.W. CHESTERSTON COMPANY, et al., | ) | |
|     Defendants. | ) | |

## **ORDER**

AND NOW, this 16th day of November, 2011, it is hereby **ORDERED** that the October 12, 2011 Amended Case Management and Scheduling Order for the "Top Ten" Cases (Doc. No. 196 as filed in 11-CV-63482) which includes the nine (9) remaining cases listed above shall be AMENDED as follows:

1. Discovery conducted by Defendants related to

   Plaintiffs' experts to be completed by:                               December 13, 2011

2. Defendants' expert reports must be filed by:                          January 6, 2012

3. Defendants are to file motions *in limine* (except those

   pertaining to Drs. Shonfeld, Anderson and Sadek) by:                  January 16, 2012

       Responses must be filed by:                              January 30, 2012

       Replies must be filed by:                                February 6, 2012

4. Discovery by Plaintiffs related to Defendants' experts

   to be completed by:                                                   January 23, 2011

5. Plaintiffs to file motions *in limine* as to Defendants'

    experts by: <u>February 3, 2012</u>

    Defendants' Responses must be filed by: <u>February 17, 2012</u>

    Replies must be filed by: <u>February 24, 2012</u>

6. All remaining dates and deadlines as contained in the Court's October 12, 2011, Amended Case Management and Scheduling Order for the "Top Ten" Cases shall not be affected by this Order.

BY THE COURT:

 /s/ David R. Strawbridge USMJ
David R. Strawbridge
United States Magistrate Judge