UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES KRIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-cv-7435 |
| | ) | |
| CRANE CO. *et al.*, | ) | Judge Manish S. Shah |
| | ) | |
| Defendants. | ) | |

Plaintiff's Motion to Extend Time to File Materials in Records Reply

Plaintiff moves this Court to extend the deadline to reply to Defendants' responses to Plaintiff's Revised Motion for Leave to File Material in Records from December 3, 2015 to December 10, 2015 set by this Court's October 15, 2015 text order. (ECF Doc #425.) In support of this motion Plaintiff states:

1. This Court may grant an extension of time for good cause pursuant to Fed. R. Civ. P. 6(b)(1)(A).

2. Plaintiff's counsel in the *Krik* case, Robert McCoy and Daniel Hausman, are also representing the Plaintiff in *Suoja v. Owens-Illinois, Inc.* WI W.D. case number: 99-cv-475.

3. *Suoja v. Owens-Illinois, Inc.* is set to begin trial on November 30, 2015, and pretrial work has occupied most of the past 10 days.

4. Defendant OI stated that they do not object to this motion to extend time. Defendant ExxonMobil has not stated opposition to this motion to extend time.

5. Plaintiff has shown good cause.

1

Conclusion

For the reasons stated, the Court should extend the deadline to reply to Defendants' responses to Plaintiff's Revised Motion for Leave to File Material in Records from December 3, 2015 to December 10, 2015


Dated: November 25, 2015

s/ Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Danile Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on November 25, 2015, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: November 25, 2015

/S/   Robert  G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com