UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KRIK,<br><br>    Plaintiff,<br><br>    v.<br><br>OWENS-ILLINOIS, INC. et al.,<br><br>    Defendants. | No. 10-cv-07435<br><br>Judge Manish S. Shah |

### Owens-Illinois, Inc.'s
### Motion for Memorandum of Judgment

Owens-Illinois, Inc. (Owens-Illinois) respectfully requests that the Court enter the proposed memorandum of judgment against Plaintiff Charles Krik and in favor of Owens-Illinois. Before filing this motion, Owens-Illinois's counsel asked opposing counsel and has not received any response whether there is an objection to the motion.

1.   On May 1, 2015, a civil judgment was entered in favor of Owens-Illinois and against Plaintiff Charles Krik such that Owens-Illinois shall recover costs and post-judgment interest from Plaintiff Charles Krik. J. Civil Case, ECF No. 366.

2.   On August 25, 2015, Plaintiff Charles Krik was taxed costs in the amount of $23,191.38 to Owens-Illinois and $16,303.08 to ExxonMobil. Order 1, ECF No. 411.

3.   Plaintiff Charles Krik has neither requested nor obtained a stay of execution of that judgment—or any proceedings to enforce it—pending appeal by supersedeas bond. Fed. R. Civ. P. 62(d); L.R. 62.1.

4.   Because Plaintiff Charles Krik resides and owns property at 405 W. Third St., Braidwood, Will County, Illinois (ECF No. 318-6), Owens-Illinois requests a memorandum of judgment to file with the Will County Recorder of Deeds to secure the

civil judgment. *See* C*hicago Truck Drivers Pension Fund v. Central Transport, Inc.*, 935 F.2d 114, 119-20 (7th Cir. 1991) (district court retains jurisdiction, upon the filing of notice of appeal, to aid the execution of judgment that has not been stayed or superseded); *Henry v. Farmer City State Bank*, 808 F.2d 1228, 1240 (7th Cir. 1986) (same).

For these reasons, Owens-Illinois, Inc. respectfully requests that the Court enter the proposed memorandum of judgment against Plaintiff Charles Krik and in favor of Owens-Illinois, Inc.

Dated: December 8, 2015  Respectfully submitted,

By: /s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant Owens-Illinois, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 8, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

12997-8392

CH2\17550656.1