UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KRIK,<br><br>   Plaintiff,<br><br> v.<br><br>OWENS-ILLINOIS, INC. et al.,<br><br>   Defendants. | Recorder's Stamp<br><br>Case No. 10-cv-07435 |

## Memorandum of Judgment
### (Civil Case)

A civil judgment was entered in this Court in favor of Owens-Illinois, Inc. and against Charles Krik, whose property is located at 405 W. Third St., Braidwood, Will County, Illinois, in the amount of $23,191.38, plus post-judgment interest on that amount at the rate provided by law from the date of the judgment on May 1, 2015.

ENTER:

Date:

                    Manish S. Shah
                    U.S. District Judge

**Prepared By:**
Name:   Brian O. Watson
ARDC #:  6304248
Firm Name: Schiff Hardin LLP
Attorney for: Owens-Illinois, Inc.
Address:  233 S. Wacker Dr. Ste. 6600
City & Zip: Chicago, IL 60606
Telephone: 312-258-5500